## 5 DRIVERS

### 5.0 General

Drivers are responsible for the safe and courteous implementation of their delivery schedules in accordance with the training set out in Section 5.1 below, the Contractor Driver Procedures set out in STOPS and the Customer Service Standards set out in Section 4.

### 5.1 Qualification of Personnel

The Contractor shall at all times provide an adequate number of competent and trained drivers to effect delivery under the contract as specifically agreed with Company. The Contractor shall ensure that its' drivers performing Transportation Services under this Agreement must have as a minimum:

1) A valid driving license for vehicles of the appropriate class;(or equivalent)
2) A current Dangerous Goods license with the correct endorsements (DOT HazMat Certification)
3) Completed the necessary training requirement as specified under Section 5.2 and any other Industry specific training requirements, e.g. CDL/Driver Accreditation/Driver Safety Passport

### 5.2 Training Requirements

Each driver shall have successfully completed a defensive driving course (including classroom and on-the-road instruction, by Smith Systems or equivalent) organised by training centers acceptable to Company and shall attend refresher courses at least every 12 months or more frequently if so requested by Company after a vehicle road accident.

Prior to effecting initial delivery, all new Contractor drivers shall complete the Contractor Driver Induction Training Program consisting of a combination of theory and practical work including Product loading and unloading procedures.

The Contractor agrees that drivers will participate in training, refresher and assessment programs specified by Company in Safety, Health and Environment areas including safe and proper handling of petroleum Products and associated loading, unloading and delivery operations.

All costs related to ongoing and refresher training will be to the Contractor's account

### 5.3 Driver's Co-operation

The Contractor and Contractor's drivers shall co-operate, without any extra cost, in controls organised by Company at loading and discharge points. In particular, drivers shall fill in, as appropriate, the Unsatisfactory Delivery Condition Report each time when they find at the customer site a deviation from standard discharge conditions, equipment malfunction, faulty installation and layout.

### 5.4 Drivers' Uniform

The Contractor shall ensure each driver is of professional appearance and shall provide each driver operating under this contract with a Company approved uniform. Uniforms are to be worn at all times during the delivery process, be maintained in good and clean condition, and are to be provided at the Contractor's cost.

### 5.5 Drivers' Protective Clothing

The Contractor must supply each driver operating under this contract with the following minimum issue of protective clothing:

a) Safety shoes / boots (to ANSI Z41-1991 standard)
b) Hard hat (to ANSI Z89.1-1986 standard)
c) Protective gloves (to Fed.Spec.ZZ-G-381 standard)
d) Eye protection (to ANSI Z-87-1989 standard)

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 31 of 84   Agreement No. SA-11551 OP
Transportation Services                                                     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 1 of 19

e) Visi Vests (to ANSI 107-1999 standard/ASTM F1506 standard)
f) Hearing protection (to ANSI S3.19-1974 standard) where expressly requested by User.

The foregoing list is in addition to uniform issued under Section 5.4 and will form part of any legislative requirement. The Contractor must ensure compliance of issue, use and training in use to its employees.

The Contractor must submit detail on what entitlement drivers will have to all items of protective equipment and frequency of issue/renewal.

### 5.6 Drivers Approval

Prior to the commencement of this Agreement, the Contractor will provide in writing a list of Drivers to be approved by Company Fleet Manager. Changes to this list will be communicated by phone and confirmed in writing to Company Fleet Manager

To be certified as an Approved Driver for Company Transportation Services, drivers must pass a test organised by the Contractor and or performed by a competent driver trainer. The test must be approved by Company Customer Service Delivery Management and will consist of (a) a driving test and (b) an operational test.

This approval by Company of the Contractor's drivers shall not relieve the Contractor of its responsibility for the qualification of drivers. The Contractor will at all times be responsible for the, qualification of the drivers and for their training, counseling, behavior and discipline.

### 5.7 Drivers Behavior

The Contractor shall deliver Product in accordance with instructions given by Company and seek customer direction / instruction prior to commencement of unloading. the Product. The driver should always perform his / her duties in line with SHE and company policy guideline.

### 5.8 Drivers' Compensation

The Contractor shall remunerate its drivers on a basis that encourages safe driving techniques and practices.

### 5.9 Replacements

Once resource details have been advised to Company, changes should be kept to a minimum. Any alterations to either driver/vehicle details should be notified immediately. Company will hold truck and driver details for planning/routing purposes. Any changes to the details not advised could result in loading/delivery delays at cost to the Contractor.

For any short term supplemented resource, the CONTRACTOR driver details should be advised at time of agreement with COMPANY as to which COMPANY vehicle/CONTRACTOR driver will operate from which loading location on a daily basis.

### 5.10 Driver's Work and Rest Hours

To encourage safe driving operations, the Contractor shall monitor and ensure that driver work schedules are both consistent with Company's Customer Services OIMS and Vehicle Safety Management Guide (VSMG) requirements and any applicable government regulations limiting driving hours and total work hours. The Contractor shall also ensure adequate rest for drivers between work periods/shifts to reduce the potential of driver fatigue and the serious safety hazard that results. Driver records, tachographs, computerised recordings and/or other documents shall be reviewed on a regular basis for compliance with Company, Contractor and regulatory limitations on work hours.

### 5.11 Driver Recruitment, Selection Training and Assessment Policy

Prior to commencement of this Agreement, the Contractor shall submit to Company their policy on driver recruitment, selection, training and assessment and their procedures for implementing this policy.

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 2 of 19

### 5.12 Drivers Product Knowledge

The Contractor shall ensure each driver has undergone Basic Product Knowledge Training and be fully conversant with the contents of the Material Safety Data Sheet (MSDS) relating to the Product to be delivered. Each driver shall be issued a copy of the MSDS obtained from Company.

### 5.13 Driving Discipline

The Contractor shall ensure that the drivers are familiar and comply with the Statutory Requirements of the Law with regards to approved roads, expressways, speed limits and other traffic and environmental regulations.

### 5.14 Drugs and Alcohol

All drivers are subject to the Drugs and Alcohol policy set out in Attachment 10 of this Exhibit, including, but not limited to, pre-employment screening and medical, random testing and biennial medical.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 33 of 84   Agreement No. SA-11551 OP
Transportation Services                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 3 of 19

## 6  LOADING AND UNLOADING PROCEDURES VEHICLES

### 6.1  General

The Contractor will follow the agreed safety plan drawn up between the two parties. This plan will be updated on an ongoing basis due to the need to continuously improve safety performance.

In conjunction with Clause 25 & Clause 33.3 of the Principle Agreement, the Contractor will abide by all such requirements such as Company may make from time to time relating to the safety of its Product and vehicles in transit and whilst loading and unloading.

### 6.2  Loading Procedures

The Contractor and Contractor drivers will follow the relevant loading procedures as outlined in Attachment 7 of this Exhibit.

### 6.3  Off loading Procedures

The Contractor and Contractor drivers will follow the relevant unloading procedures as outlined in Attachment 8 of this Exhibit.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  
Transportation Services

Page 34 of 84

Agreement No. SA-11551 OP  
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 4 of 19

## 7 DELIVERY AND COLLECTION PROCEDURES

### 7.1 Responsibilities

Company is responsible for order taking from Customer. Company is responsible for loading until Contractor's drivers have received the appropriate training by Company. Contractor is responsible for delivering bulk fuels per customer requirements as advised local dispatcher. Company is responsible for generating delivery document (one per load). Contractor is responsible for delivering loads to customer expectations and any Product or trucking problems including delays should be advised by Contractor to Company immediately as problem arises.

### 7.2 Delivery Documents

Delivery to the customer will be affected using Company delivery note documentation. Such delivery documentation (accompanied by daily driver work schedules) will be made available to the Contractor driver at the loading location on a daily basis when reporting for duty.

### 7.3 Collection of Documents.

Following completed delivery all delivery note documentation must be returned to the local dispatch office. In the event of returns or redirects or any other change in actual delivery from customer requirements, should be communicated to local dispatch office for disposition.

### 7.4 Safe Discharge Certificates

The Contractor shall be required to use Safe Discharge Certificates (SDC's) when delivering to Company customers in accordance with Company delivery procedures. These Certificates shall require signature of an authorised representative of the customer except where Company has authorised an unattended delivery. Examples of the SDC's can be found as Attachment 5 of this Exhibit.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 35 of 84  Agreement No. SA-11551 OP
Transportation Services                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 5 of 19

## 9 REPORTING REQUIREMENTS

### 9.1 Reports

The Contractor shall notify Company, in the format described in Attachment 7, immediately of SHE related incidents/near misses and service/operational deviations. The Contractor has the responsibility to investigate incidents and service/delivery anomalies to identify route causes and corrective remedial actions.

### 9.2 Monthly Summary

On a monthly basis or as otherwise agreed in writing by Company, the Contractor shall provide a summary report describing all incidents and service/operational deviations relating to performance standard and actions taken to correct the condition. Details of this monthly summary report to be agreed between Company and the Contractor prior to commencement of this agreement.

### 9.3 Unsatisfactory Delivery Condition Reporting (UDCR)

Should any Contractor driver experience delivery problems through unsatisfactory delivery conditions, they should complete the appropriate UDCR form detailed in Attachment 6 on return to the loading location. The contractor will forward this to the UDCR coordinator at Company. Reference Attachment 6.

### 9.4 Incident Reporting and Responsibilities

Notwithstanding the provisions of article 25 of the principal Document the contractor must also develop and foster a near miss reporting system.

### 9.5.1 Personal Injury Incidents

i) The contractor will report all Personal Injury incidents in respect of contractor employees, whilst on Company service to the nominated Company contact immediately.

ii) Final reports to be made using the appropriate Company reporting format within ten days of an incident.

iii) The Contractor will provide Company with a monthly advice of actual hours of exposure for Contractor employees on Company service.

iv) The definitions of injury classifications for the purposes of this report are as follows: -

**Classification of SEVERITY**

**No treatment injury incidents.**

Minor injuries where no treatment is necessary by a First Aider or a qualified Medical Practitioner, although it may have been sought and/or given.

Injuries where treatment by a First Aider is necessary, but not by a qualified Medical Practitioner. Treatment by Occupational Health Nurses and hospital visits for examination and diagnosis will usually fall into this category.

**Medical Treatment Injury Incidents.**

Injuries where the severity of the injury is such that qualified medical attention, i.e. a Doctor, is sought and given and the injury type cannot be classified within any of the other categories.

**Classification by RESULT**

**Lost Time Injury Incidents.**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 37 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 1-4　　Filed 06/26/2006　　Page 6 of 19

Incidents which, as a result of the injury, render the employee incapable of doing any job that would normally be open to his or her job type for one or more complete shifts, and when he or she would normally be required to work.

**Restricted Work Incidents.**

Incidents where the severity of the injury is such that the employee was unable to carry out a normal job fully and had to be re-scheduled to do defined restricted duties within the same job, or had to' do an alternative job, for one or more complete shifts.

**No Effect Incidents.**

Incidents where the injury causes no significant effect to the normal job. Minor restrictions which can be accommodated by different posture, speed or revised procedures, but which do not materially affect the job output, will be classified as "No Effect".

9.5.2 **Motor Vehicle Accidents (MVAs)**

i) The Contractor will ensure that all road vehicles operated under this contract are insured to legal requirements and will have total responsibility for the reporting under legislation to the authorities should the incident so require.

ii) All MVAs must be reported to the nominated Company contact on the appropriate form as soon after the incident as possible and within a maximum time limit of 24 hours.

iii) Final reports to be made using the appropriate Company reporting format within ten days of an incident.

iv) The Contractor will advise the nominated Company contact at the end of each month the total numbers of kilometers run by Contractor vehicles on Company service during the month.

9.5.3 **Contamination/Spillage of Products and Damage to Customers' Premises**

i) Full liability for reporting of the incident to the authorities and customer lies wholly with the Contractor independent of Driver / Customer blame.

ii) Crossovers & Spillage

These should be reported directly to the nominated Company contact immediately by phone as soon after the event as possible and within a maximum time limit of 24 hours.

Fires or other serious incidents should be similarly reported immediately.

Final reports to be made using the appropriate Company reporting format within ten days of an incident.

The Contractor will advise the nominated Company contact (as detailed in OIMS) at the end of each month the total number of deliveries carried out by Contractor vehicles and drivers on Company service during the month.

9.5.4 **Failure to report incidents**

Failure to report incidents or significant near miss incidents of any kind will be viewed as extremely serious noncompliance with contract conditions by Company and may result in termination of contract.

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 7 of 19

## 10 EMERGENCY RESPONSE PLAN

### 10.1 Accountability

The Contractor for the whole duration of the Agreement shall have in place and operate a 24 hour emergency response system that on a continuous basis is capable of responding quickly and appropriately to any incident, accident or emergency associated with the vehicle outside the loading location. Any such incident, accident or emergency shall immediately be brought to the attention of Company as required in Articles 25 – Safety, Health and Environment, and Article 33 – Additional Requirements of the Principal Document and as is specifically described in Exhibit A Scope of Works - Section 9 - Reporting Requirements.

Company reserves the right to supervise any emergency response operation should it be considered desirable and / or necessary.

### 10.2 Emergency Response Plan

Before commencing any Transportation Services under this Agreement, the Contractor shall submit to Company an Emergency Response Plan for Company's review. The Contractor shall ensure that its Emergency Response Plan meets or exceeds requirements prescribed by law and contains the following items.

a) Contractor's emergency response policy.

b) A contact list including the names of Contractor's personnel responsible for executing the emergency policy.

c) A description of reporting systems including the names of persons responsible for each system.

d) A list of Contractor's additional equipment supplies and Services able to deal with an emergency response.

Company reserves the right to oversee any emergency response operation should it be considered desirable and / or necessary.

### 10.3 Emergency Response Exercise

The Contractor undertakes to participate with Contracting Terminal/Bulk Plant to carry out a full emergency response exercise on at least an annual basis.

## 11 PERFORMANCE MEASUREMENT AND INDICATORS

### 11.1 Accountability

The Contractor shall be responsible for ensuring the effectiveness of its Transportation Services and its compliance to the SCOPE OF WORK by measuring, controlling and monitoring its Transportation Service work processes. Controls and work processes that do not comply with this Agreement shall be regularly recorded, analysed and promptly corrected to prevent recurrence.

### 11.2 Incident Reporting and Management

Contractor shall establish and maintain a system for incident reporting, investigation and analysis to determine causal factors, and timely implementation of corrective actions for improving safety performance. Such system shall cover all Safety, Health and Environment related incidents and near misses, occurred in connection with this Agreement, and resulting in property damage, injury to employees and/or third parties, spillage of Products and crossovers (mixes), regardless of the amount, extent, cause or preventability.

### 11.3 Performance Indicators

It is Contractor's sole responsibility to achieve at least the "minimum acceptable" Key Performance Indicators as shown in the table below. During the period of the contract, the triggering of the penalties, conditional to under performance versus standards set out below, will be waived under condition that Contractor has been appraised as "satisfactory" through the VSMG / STOP's Haulier Assessment Tool. This Haulier Assessment will be completed quarterly throughout the period of the contract. For this purpose, "satisfactory" means a result of more than 90% with no primary items missed, on the VSMG / STOP's Hardier Assessment Tool. The Contractor agrees a copy of the VSMG / STOP's Hardier Assessment Tool has been made available to the Contractor separately by Company.

The following Safety, Health and Environment (SHE) Key Performance Indicators will be specified:

| SHE Indicators | Performance Level | | |
| --- | --- | --- | --- |
| | A | B | C |
| Personal Injury Index | | | |
| Lost Time Incident (LTI) | 0.0 | 0.3 | 0.6 |
| Total Reportable Incident Frequency (TRIF) | 0.0 | 0.4 | 0.8 |
| Unit: Number of times of occurrence per 200,000 working hours | | | |
| Motor Vehicle Accident Frequency (MVA) | 0.75 | 1.0 | 2.5 |
| Unit: Number of times of occurrence per 1 million driven miles | | | |
| Spill Index (include loading and unloading; reportable threshold is 1 Litre) | 0.0 | 3.5 | 5.0 |
| Unit: Number of times of occurrence per 100,000 deliveries | | | |
| Crossover (mixes) Index | 0.0 | 3.5 | 5.0 |
| Unit: Number of times of occurrence per 100,000 delivery grades | | | |

Note: In the above tables:
Performance Level A is the objective.
Performance Level B is the "minimum acceptable" level of performance
Level C and above is an "unacceptable" level of performance.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 40 of 84     Agreement No. SA-11551 OP
Transportation Services                                                                 Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 9 of 19

On each quarter from the Commencement Date of the Agreement, the previous quarter rolling average SHE indicators will be calculated by the Contractor and communicated to Company. The penalty factor will be calculated based on quarter's SH&E indicator results by Company and the financial penalty communicated and will be paid by the Contractor in the following month.

(a) The financial penalty will be calculated according to the formula below:

Financial penalty = 1.5% of the last 3 months average revenue x Penalty factor

Penalty factor = 0.20 x LTI factor
+ 0.20 x TRI factor
+ 0.30 x MVA factor
+ 0.20 x Spill factor
+ 0.10 x Crossover factor

The LTI/TRI/MVA/Spill and Crossover factors will each be

= 0 if corresponding achieved past 12 months KPI performance level is equal or below "minimum acceptable"

= 1 if corresponding achieved past 12 months KPI performance level is above "minimum acceptable"

(b) After the phase in period, on a 6 monthly interval, the past 12 months SH&E indicators will be used to determine the performance incentive. A sum of $300 per driver (Customer Service Fleet Manager approved term driver) will be paid by Company to the Contractor if "all the KPI's 12 month scores are below or equal to Level A for LTI, TRIF, MVA, and not worse than Level B for Spills and Crossovers.

Refer to the VSMG and STOPs for KPI Definitions.

**Customer Service Targets**

a) Driver Availability: 96%
b) Loads delivered on scheduled shift: 98%
c) Loads delivered as per scheduled sequence: 98%
d) Loads undelivered: 0%
e) Contractor related customer complaints: 0%

Definition: Delivery is on agreed date if full order is delivered on the date agreed at time of order. Any subsequent change in delivery date shall not be considered agreed, notwithstanding that the customer has been advised and accepted the change, unless the change agreed in writing by the Customer Service Center and is instigated by the customer. For orders automatically generated the agreed date will be the date planned and communicated by Company.

**Resource Provision**

Resource provision will be measured against the percentage of trucks and drivers provided versus resources requested.

**Scheduling Efficiency**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 41 of 84   Agreement No. SA-11551 OP
Transportation Services                                                     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 10 of 19

User undertakes to monitor its own delivering efficiency via monthly monitoring of Company's performance versus. the following criteria: -

- Percentage truck/driver utilisation (truck and driver hire)
- Average load size
- Round trip distance
- Product returns (or deviations)
- Percentage of stood down shifts

### 11.4 Continuous Improvement Program

Performance versus agreed targets will be reviewed formally at the quarterly meetings of Contractor and Company management.
As part of these meetings, representatives of Contractor and Company will meet to:

- Review Contractor performance, fulfillment of contract terms and operating practices.
- Identify and pursue opportunities for improving Contractor performance.
- Agree and implement a plan of improvement actions
- Regularly review progress to confirm success of the plan and to ensure that the improvements are sustained.

The establishment, or issuance by Contractor and the authorisation by Company, either expressed or implied, of any improvement actions plan does not relieve the Contractor of the responsibility to design, measure, monitor and control its performance, Products, processes and quality systems. Company by entering into any review of controls does not waive any of its provisions and rights contained in this Agreement.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 42 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-4    Filed 06/26/2006    Page 11 of 19

## 12　PRODUCT QUALITY

### 12.1　General

The Contractor will ensure at all times that the Products loaded, conveyed and delivered shall be kept free of contamination whilst in the care, custody and control of the Contractor.

Vehicles must be presented for loading in a clean and dry condition and delivery effected to the customer's instructions.

### 12.2　Aviation Products

Aviation Products must be delivered in appropriate trailers in dedicated aviation service. These tanks should be clean and dry at all times.

Such Products will be inspected and sealed at the point of loading and seals must remain intact until inspected by the customer. All Contractor drivers delivering aviation Products must be trained in the requirements of Aviation Quality Control.

Aviation requirements are detailed in Attachment 8 of the Standard Transportation Agreement. All aviation deliveries must comply with Attachment 8.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 43 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　Document 1-4　Filed 06/26/2006　Page 12 of 19

## 13 VOLUME / TRUCK NUMBER FLUCTUATIONS

The projected Delivery Volume and the number of truck are to be reviewed by Contractor and Company during quarterly review meetings

Structural volume fluctuation and the number of trucks assigned will be discussed during the quarterly review meeting for forward 3 months. Contractor and Company agree to a maximum of 3 months lead-time to add new equipment to the initial set-up, and to a maximum of 2 months for Company to re-deploy equipment becoming structurally idle.

Temporary volume fluctuations will be discussed as required between quarterly meeting and both parties are to identify the best ways to cover these fluctuations.

It should be noted no undertaking is given to the actual volumes to be serviced by the contractor under this contract. The figures detailed in "Exhibit B" Attachment 1 (One), while they are derived from actual volumes for the period June 2003 to December 2003, may not reflect the actual volumes available during the term of this contract.

### 13.1 CONTRACTOR'S LIABILITY

Without limiting the general application of any relevant law or statutes to the following matters, Contractor:

i) Is liable without limitation to Company for all losses, costs, damages and expenses that Company may suffer, sustain, pay or incur and, in addition

ii) Shall indemnify and save Company completely harmless against all actions, proceedings, claims, demands, losses, debts, costs, damages and expenses that may be brought against or suffered by Company or it may sustain or incur as a result of any crossover or spill, howsoever caused, while the Product is within the custody, management or control of Contractor or any of its permitted Subcontractors.

## 14 PRODUCT SECURITY

In the event that Contractor and/or it's driver are caught or suspected of being involved in Product pilferage or adulteration, Company reserves the right to ban the driver (s) involved temporarily or permanently from Contractor's approved list without any compensation whatsoever upon giving one day's notice to the Contractor

Contractor shall have appropriate programs to ensure security of Products against pilferage, theft, adulteration or' any other security risks

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 44 of 84    Agreement No. SA-11551 OP
Transportation Services                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-4    Filed 06/26/2006    Page 13 of 19

ATTACHMENTS
SCOPE OF WORKS

**INDEX OF ATTACHMENTS**

ATTACHMENT ONE..................................................................................VEHICLE SPECIFICATIONS

ATTACHMENT TWO...............................................CONTRACTOR DRIVERS INDUCTION TRAINING PLAN

ATTACHMENT THREE...............................................LOADING TANK TRUCK - GENERAL INFORMATION

ATTACHMENT FOUR ...............................................................................MOBIL UNLOADING PROCEDURE

ATTACHMENT FIVE.............................................MOBIL LOAD PLAN/SAFE DISCHARGE CERTIFICATES

ATTACHMENT SIX.....................MOBIL UNSATISFACTORY DELIVERY CONDITION REPORT (UDCR)

ATTACHMENT SEVEN ................................................................INCIDENT NOTIFICATION FORMAT

ATTACHMENT EIGHT ................................................................................AVIATION REQUIREMENTS

ATTACHMENT NINE .....................................................................WORKPLACE HARRASSMENT

ATTACHMENT TEN ..............................................................ALCOHOL AND DRUG USE POLICY

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 45 of 84   Agreement No. SA-11551 OP
Transportation Services                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 14 of 19

Attachment 1 - Vehicle Specification

3.5.0      CHECKLIST FOR VSMG MANDATORY REQUIREMENTS:

*The following is a checklist listing the mandatory requirements for new or retrofitted equipment. This checklist is part of the VSMG GAP Assessment Tool. The checklist should be completed prior to accepting any new or retrofitted equipment. The OIMS Critical Devices are highlighted in BOLD ITALIC with\*.*

| *Truck / Tractor Safety Features* | Retrofit to Existing Equipment |
|---|---|
| - All Axles have Balanced Air-Braking System | X |
| - Single pane laminated windshield | |
| - Large Exterior Mirrors - All Round Vision | X |
| - Halogen Headlights | |
| - Daytime Running Lights | X |
| - Master Battery Switch on outside of cab for Emergency Power disconnect. | X |
| - Clearance and Warning Lights (LED lights on new orders) | X |
| - Stop, Tail, Turn lights (LED lights on new orders) | X |
| - Audible Backing Alarm | X |
| - Vibration and Sound Proofing | |
| - Cab Mounted Grab Handles for ease of entry/exit | X |
| - Fully Adjustable Driver's Seat and Energy Absorbing Steering Wheel | |
| - Power Operated Controls for Windows and Mirrors | |
| - Electronically Controlled Diesel Engine w/ Compression Brake | |
| - Anti-lock Braking System (ABS) w/ Traction Control | |
| - 3 Point Seat Belt (Both Seats) | X |
| - Ergonomically Designed Seats & Head Restraints | |
| - Fire Retardant Seat Material | |
| - Fire Extinguisher (2 kg dry chemical) | X |
| - On Truck Computers (OTC) | X |
| - Cellular telephones, two-way radios allow for hands-free operation | X |

| General Requirement | Retrofit to Existing Equipment |
|---|---|
| All units meet European ADR / US DOT or equivalent international manufacturing standard. Selected manufacturers have ISO 9000 certification or similar quality control procedures in place. | X |
| *Tire Requirements* | |
| - Bias ply tires and split rims have been phased out | X |
| - Retread tires only used on drive and trailer axles (not steer axles) | X |
| **Delivery Hoses** | |
| - Hoses must have integral electrical continuity wire | X |
| - Gravity Drop are specified as 4" diameter with camlock fittings | |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.      Page 46 of 84      Agreement No. SA-11551 OP
Transportation Services                                                            Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 15 of 19

| | |
|---|---|
| - Pressure hoses used for pumped deliveries are rated for 1-1/2 times working pressure and have swedged couplings at both ends (no banded couplings) | X |

| Road Tanker / Semi-trailer Safety Features | Retrofit to Existing Equipment |
|---|---|
| - All axles have Balanced Air-Braking System | X |
| - Fall Protection Harness | X |
| - Rear / Side Under run Protection | X |
| - Tank Hatch and Dome Roll-over Protection | |
| - Hatch and Dome Cover Latches with a Lockable Closed Position | X |
| - Clearance and Warning Lights (LED on new equip. orders) | X |
| - Stop, Tail and Wide Turn (LED on new equip. orders) | X |
| - Side and Rear Reflective "Tape" | X |
| *\* Bottom Valves in Each Compartment with Emergency Close Switches* | X |
| *\* Ground plug compatible with Load Rack Ground permissive system* | X |
| *\* Over-fill protection Sensor in Each Compartment. New equipment should be specified with on-board Monitor (Bottom Loading)* | X |
| - Static Charge Dissipation Wire Internal, top to bottom, each compartment (3mm on existing equip.) (INOX cable on new equipment orders and retrofits) | X |
| - Anti-lock Braking System (ABS) on all axles | |
| - Product Grade Indicators at Each Compartment Outlet (Faucet) | X |
| - Each Compartment Outlet (Faucet) numbers and marked with fill capacity | X |
| *\* Positive Pressure-Vacuum Roll-over Vent* | X |
| - Fire Extinguisher (9 kg dry chemical) | X |
| - No Tandem Trailers (Drawbar or A-Frame Type) | |
| - Sight Glasses Fitted to Each Compartment Outlet (Faucet) | X |
| - Interlocks on Brakes During Load and Discharge | X |

**Note:**

**OIMS CRITICAL EQUIPMENT HIGHLIGHTED IN BOLD *ITALIC* with \*.**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 47 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-4   Filed 06/26/2006   Page 16 of 19

Attachment 2 - Contractor Drivers Induction Training Plan

## 1 Introduction

Before starting work under this contract all Drivers employed by the Contractor or any Subcontractor must undertake all the training detailed in this attachment

Contractor will be responsible for meeting the drivers salaries during all the training specified in this attachment.

Contractor should assure that a significant number of Drivers attend the pre contract training so as to avoid the need for additional courses during the term of the contract.

Contractor has to provide personnel to perform as Safety Trainer / Officer to ensure the Contractor can maintain the Safety requirements.

## 2 Elements of Training to be Undertaken

The Contractor is to provide the following training to each driver:

   a) Vehicle features and vehicle operation
   b) The properties and safety hazards associated with the loading. Transportation, and off loading of Products.
   c) The features use and maintenance requirements of the Personal Protective Equipment specified for use in this contract.
   d) The legal requirements associated with the Drivers Hours Regulations.
   e) The procedures for offloading Company products at its customer premises.
   f) The Emergency Response, Investigation and Reporting Procedure to be followed in the event of a Road Vehicle Accident, Personal Injury, Product Release or Crossover.
   g) The requirements of the Company Drug and Alcohol Policy.
   h) The Product Quality requirements associated with handling LPG Products (where applicable).
   i) The use of Company's Delivery Documentation.
   j) Product Knowledge and MSDS.
   k) Fire Fighting.
   l) Static Electricity.

Company will provide the following training to the Contractors Drivers:

   a) The Loading Procedures to be followed at the relevant Terminal.
   b) The Emergency Procedures to be followed in the event of Personal Injury, Product Release or Crossover at the Loading Points.
   c) The Rules associated with the Loading Points

## 3. Proof of Training

Once Company representative is satisfied that the contractors' Driver is competent to load / offload unsupervised, the approved driver will be issued with a Driver I.D. Card.

## 4. Refresher Training

Contractor shall provide appropriate refresher training to all drivers assigned to perform the Transportation Services under this agreement.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 48 of 84    Agreement No. SA-11551 OP
Transportation Services                                                          Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-4    Filed 06/26/2006    Page 17 of 19

Attachment 3 – Mobil Loading Procedure

### 6.5.1    BONDING AND GROUNDING PROCEDURES

**PURPOSE**

Bond or ground equipment, to prevent personnel from injuries caused by electrical faults that may develop from:
- Lightning
- Static electricity
- Stray current

Bonding is not necessary around:

- Flexible metallic points
- Swivel joints (where equipment is proven to be working properly and maintaining electrical continuity)

**GROUNDING CLAMPS AND CABLES**

Replace missing or damaged grounding clamps promptly. Replace grounding cables that do not meet the continuity test immediately

Ground cables and clamps should be tested for electrical continuity at least annually.

**TANK TRUCK LOADING**

For tank truck loading;

- Attach a bonding cable to the truck before opening any hatches, dome or connecting any hoses.
- Keep grounding cable or system connected until the last hatch/dome is closed, or until all hoses and other connections to the truck are removed.
- Basic rule of thumb: grounding system or grounding cable is the first connection to the truck, and the last to be removed.

**GROUNDING SYSTEMS ON LOADING RACKS**

The preferred grounding equipment is an on rack grounding system with interlock connection to the loading system. If the truck is not grounded or bonded, the system will not allow the product to flow and in the case of interruption in the circuits continuity (disconnecting the system, loss of feedback), the system shuts down the loading operation until circuitry is normalized and restored.

These systems should be verified and checked every month for electrical continuity, and correct operation as they are considered primary critical systems.

**TANK TO TANK TRANSFERS**

If product is to be transferred between tank truck, bond the units to ensure electrical parity.

**FILLING CONTAINERS**

Use additional protective bonding when filling open containers where the product has a flash point below 66° C.
The filling nozzle should reach the bottom of the container and should not be splash filled.
Ensure that the container rest on a metal baseplate while being filled. Bond the baseplate to the supplying piping. If a metal baseplate is not available, use a grounding clamp bonded to the supply pipeline.
Ensure that there is an additional bond between the nozzle and the supply piping, if a non-metallic hose or pipe is used for filling.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 49 of 84    Agreement No. SA-11551 OP
Transportation Services                                                       Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-4    Filed 06/26/2006    Page 18 of 19

6.5.2      LOADING TANK TRUCK - GENERAL INFORMATION

### PURPOSE

This section provides the general operating principles and guidelines for loading bulk products to truck, be it top or bottom loading. Please see specific procedures to follow in Top and Bottom loading installations. Driver must use the Loading and Unloading Plan Form.

### TRAFFIC PATTERN AND SPEED

To avoid accidents in the plant yard, ensure that all trucks entering or leaving the loading area:
**CONFORM** to the designated traffic pattern for the terminal
**OBSERVE** the terminal speed limits

### PARKING AND FUELLING

Park empty trucks in a safe location, away from the normal flow of traffic, in a manner that allows quick, easy driving or towing in case of an emergency.
Use designated truck parking areas where possible and park facing outwards for quick removal in the event of an emergency.
Never fuel trucks by direct hose connection from a loading rack.

### PLACARDS

Install the required dangerous goods placards or hazard signs on tank trucks prior to loading, if required.

### REPAIRS

Any truck needing mechanical or electrical repairs or trouble-shooting, must receive attention at a safe place away from the loading rack, never at the loading rack. Defective trucks should be towed from the loading rack, using adequate rope to tow a loaded tank truck. Nylon rope or wires should not be used.

### DRAINAGE AND SPILLS

See procedure on **Spills at Loading Rack** in Section 10 of this manual

### STATIC ELECTRICITY

See procedure in **Grounding and Bonding** in this manual, sub-section 6.5.1

### CHANGE OF GRADE (SWITCH LOADING)

Gasoline's should not be loaded onto tank trucks containing distillate grades used for home heating or cooking (e.g. heating oil, kerosene, etc.). The potential for an undetected contamination of the distillate by gasoline (lowering the distillate flash point) and the subsequent risk of explosion during ignition, justifies this special handling. See Switch Loading Procedure.
Gasoline and distillate grades used for transportation fuels may be loaded on the same tank truck.

### LOADING INTERRUPTIONS

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 50 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-4    Filed 06/26/2006    Page 19 of 19