If a loading operations is interrupted, or a driver has to leave the rack for any reason.

- **DISCONNECT** the vehicle from the loading rack (hoses, grounding, etc.)
- **SECURE** loading equipment in its correct place
- **If top loading: RETURN** the gangway access platform to the secure position
- **MOVE** the vehicle to a safe parking place away from the loading rack
- **TO MOVE** the truck to another rack or reposition at the same rack, make sure you follow the same procedure of disconnecting, securing the rack equipment, and returning the access platform

**SAMPLING (when required)**

When the compartments are full:
- **WAIT** 5 minutes after loading has ceased before lowering a sampler into the tank
- Use non-conductive sampling equipment
- Alternatively, use approved metal sampler
- Note: for temperatures above 50° C, glass or plastic bottles should not be used

**SAFETY EQUIPMENT**

Wear the appropriate safety equipment and clothing as required by the terminal policies (e.g. long sleeves, long pants, Visi vest, safety shoes, eye protection and gloves). See Section **Personal Protection Equipment (See STOP Section 12.4.3).**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 51 of 84    Agreement No. SA-11551 OP
Transportation Services                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-5    Filed 06/26/2006    Page 1 of 15

### 6.5.5 LOADING TANK TRUCK BOTTOM LOADING PROCEDURES

**OPERATING GUIDELINES**

Bottom loading follows the same operating principles and guidelines as top loading, except that bottom loading can be done at ground level, and the compartment dome does not have to be opened before or during the actual loading:

- for drain dry type truck, check sight glasses to ensure that no product remains in the compartment
- for non-drain dry type, drain each compartment to check that no product remains
- check that all caps and hatches are closed
- ensure all PPE is worn
- identify all terminal safety features i.e. Emergency Stop Buttons, Safety Shower, Eye Wash, Emergency exit, Fire fighting Equipment
- **STOP.......TAKE 5**, Walk through the loading task and check for possible hazards
- If grounding system is separate from overfill detection system, connect grounding system
- first connect overfill protection and vapor recovery/return prior to loading product
- loading arms should be fitted with dry-break couplings
- multi-arm loading is highly recommended (check terminal procedures on number of arms allowed)

**NOTE: if switch loading, check switch loading procedure**

**EMERGENCY PRECAUTIONS**

When bottom loading, identify the location and purpose of the Terminal Safety features i.e. emergency shut down buttons. If there is a malfunction, the operator can either:
- shut off the product flow immediately by pressing the stop button on the Omega/Loading console
- shut down the entire product loading system by pressing the Emergency Stop Button

**PARKING**

1. a Before entering the Terminal **TURN OFF** (Hand in if required) all radios, accessories, mobile phones and air conditioning units

   b Before entering the Loading Bay **TURN OFF** Truck Lights

   c. **POSITION** the truck at the loading rack so that repositioning for compartment loading can be achieved by moving the truck forward only. (using guides marks if appropriate)
2. **SET** the parking brake and wheel chocks (for countries where it is required)

3. **TURN OFF** the Truck's engine and the Master Battery Isolating Switch (In Terminals where this is required)

**PRELOAD**
4. a **FOLLOWING** Omega/Loading instructions, swipe Driver and Equipment cards at Omega Bay console/loading console and Enter Shipment Number. (Note in some facilities this may be required prior to the connection of each loading arm)

   b **LIFT** Interlock Bar (if fitted) and/or **OPERATE** the Air Master Valve (if fitted)

   c **CONNECT** the Bonding wire (if separate), Scully

   d **CONNECT** Vapour Recovery Hose

   e **CHECK** all compartment outlets and Internal Valves to ensure they are properly **closed**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 52 of 84  Agreement No. SA-11551 OP
Transportation Services                                                     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-5   Filed 06/26/2006   Page 2 of 15

   f **CHECK** Sight Glass Indicator for Product returns. If there are returns present, either use the returns hose (if available) or obtain a suitable bucket with a static lead. Bond the bucket to the API valve and then drain returns as per SWITCH LOADING PROCEDURES section 6.5.6

5. **SET** compartment product indicator on each compartment's outlet valve to identify the product grade to be loaded. Use the Loading/Unloading Plan Forms.(Safe Discharge Certificate - 6.6.2)

6. **OPEN** the internal valve and check the sight glass for any returns. Drain any returns as per 4f.

7. **REMOVE** the cap from the compartment outlet to be loaded and all other compartment

   **NOTE:** If switch loading, check **Switch Loading Procedures**

8. a. **CONNECT** the correct loading arm or hose to the designated compartment

   b. **ENTER** any Returns

9. **CHECK** the loading instructions or delivery docket to determine the amount and product to be loaded into the compartment

10. **SELECT** product required and set the meter preset to load the amount desired as per loading/unloading documents

11. a **CHECK** to ensure that the set volume does not exceed the capacity of the empty or partially filled compartment

    b **RECHECK** the Omega/Loading console to the Loading arm number and product, follow the loading arm to the compartment, checking the compartment number, product indicator against loading documents and then back again

    c **START** loading

**LOADING**

12. **LOAD** the truck, standing by the loading control area and emergency shutdown

13. a. When initial compartments are loaded disconnect loading arm and **CLOSE** individual internal valve (if fitted)

    b replace loaded compartment outlet cap. Visual check will show compartments capped are loaded, uncapped compartments are still to load.
    **Repeat Steps 7 to 13 until Tanker is loaded to requirements**

**REPOSITIONING THE TRUCK**

If the truck has to be repositioned to allow access to the next compartment:

14. **DISCONNECT** the loading arm

15. **REPLACE** the cap on the truck outlet

16. a **REMOVE** the vapor recovery hose, Scully, and bonding (if separate) in that order

    b **LOWER** the Interlock bar (if fitted) and **CLOSE** the Air Master Switch (if fitted)

17. **MOVE** the truck forward to the required position

18. a **RESET** the parking brake then turn off the engine and Battery Master Isolating Switch (if required)

    b **LIFT** Interlock Bar (if fitted) and/or **OPERATE** the Air Master Valve (if fitted)

19. a **RECONNECT** the ground, Scully and vapor recovery hose

    b **CONTINUE** loading

**FINISHING THE LAST COMPARTMENT**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 53 of 84     Agreement No. SA-11551 OP
Transportation Services                                                          Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-5   Filed 06/26/2006   Page 3 of 15

20. **CLOSE** the loading valve on the dry break coupler when the last compartment has been filled and **CLOSE** the Internal Valve(s)

21. a **REMOVE** and **RETURN** the loading arm or hose to park on the rack.

    b **REPLACE** Cap on truck outlet

22. **CHECK** to ensure that the truck is free of spills, leaks or other hazards

    **If any minor spills are noted:**

23. **CLEAN UP** the contaminated area immediately and advise the terminal supervisor

    **If no spills or hazards are noted:**

24. a **DISCONNECT** the, vapor recovery hose. Stow in correct position

    b **DISCONNECT** the Scully and bonding wire (if fitted) in that order. Stow in the correct position

25. **CLOSE** the Air Master Valve (if fitted) and **LOWER** the Interlock Bar (if fitted)

26. **CHECK** the product grade on compartment product identification marker indicators on the API valves to ensure that product has been loaded correctly (use the Loading documents, Loading /Unloading Plan Form - Safe Discharge Certificate - 6.6.2)
    **If everything is in order, the truck driver should:**

27. a **LEAVE** the rack slowly and cautiously, following the terminal traffic pattern and speed limit

    b **PARK** truck in designated area

    c **COLLECT** delivery and Shipping Documentation

    d **CHECK** Delivery documentation against Safe Discharge Certificate

    e **ENSURE** Dangerous Goods/Shipping Documents and Emergency Response Guide placard is in placed. **CHECK** HAZMAT placards / UN Numbers are correct

    f **REFER** to Route and Site Plans and **TAKE 5** before leaving Terminal

**LOADING TRUCKS WITH PARTIALLY FULL COMPARTMENTS**

If a truck returns with a partially filled compartment to a bottom loading rack it is best to return the product to the tank rather than to try to fill a partially loaded compartment.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 54 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-5   Filed 06/26/2006   Page 4 of 15

### 6.5.6 Loading Tank Trucks - Switch Loading

#### PURPOSE OF THIS SUBJECT

Dangerous vapors in the combustible range may be created if any high flash products such as heating oil, diesel fuel, kerosene, turbo fuel, or other middle distillates, are loaded into a tank compartment that previously contained a low flash product, such as gasoline. Switching a truck compartment between high and low flash product is referred to as switch loading, and certain precautions must be taken, prior to loading.

#### SWITCH LOADING PROCEDURES

This procedure must be used when changing from gasoline to Diesel, Kerosene or turps

1. **CHECK** the compartment sight glass for retained product
2. **OBTAIN** a suitable container into which product may be drained
3. **BOND** the container to the tanker with a suitable lead
4. **OPEN** the compartment faucet valve and drain the product into the container until the sight glass is clear
5. **AFTER** product has been drained, **CLOSE** the drain valve
6. **OPEN** the compartment Internal valve
7. **CHECK** the sight glass for further retained product
8. **CLOSE** the Internal valve and drain any retained product using procedures 2 through 5

   **If the amount of retained product drained the second time is significant, check the compartment for ullage and refer to your supervisor for instructions on how to dispose of**
   the product.

9. **WAIT** for at least **ONE MINUTE** after draining the compartment and all flow has ceased

   **DO NOT PUT ANYPRODUCT OR OBJECT IN THE COMPARTMENT DURING THIS WAIT PERIOD**

10. **IF** top loading allow **ONE MINUTE** before removing top loading tube

    **REPEAT procedures for all compartments where a switch load will occur**

For turbine fuel, thoroughly drain each tank compartment and entire unloading system. This does not "gas free" the tank, but does eliminate contamination and maintains product quality.

#### SAFE PRACTICES

When flushing is not required:

If trailer compartments are designed for drain dry, and compartment piping is not interconnected with a manifold. Drain compartments to the maximum extent.

When flushing is required:

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 55 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-5    Filed 06/26/2006    Page 5 of 15

**Flushing is required if truck tanks are manifold type and do not have isolated unloading piping for each tank compartment.**

Open all compartment emergency/foot valves and unloading faucets and, using all by-pass piping and/or drain cocks provided, drain to the maximum extent possible

Then, using all compartments to be loaded, flush the entire unloading system, including meters, with the product to be loaded

For top loading, normally 25 liters (approx. 6 gal) per compartment is sufficient.

For bottom loading, a quantity sufficient to ensure complete flushing of lines and valves is required for each compartment

During switch loading, it is necessary to guard against the generation of static electricity, which can result from high initial flow rate, turbulence, or splashing inside a compartment. At most top or bottom loading racks now in use, the loading meters are equipped with set-stop mechanisms which automatically provide for a slow initial rate of product flow

**NOTE:** After either top or bottom loading, wait 5 minutes for the dissipation of static electricity before lowering any conducive objects, such as gauge bobs, thermometers, or sample containers into the compartments.

APPENDIX D
SWITCH LOADING
Example of a Switch Loading Chart

| PREVIOUS PRODUCT | PRODUCT TO BE LOADED | | | | | |
|---|---|---|---|---|---|---|
| | Unleaded | Leaded | Kero | Heating Oil | Auto Diesel Fuel | Industrial Diesel |
| Unleaded Petrol | ✓ | ✓ | Buffer | Buffer | drain | drain |
| Leaded Petrol | drain | ✓ | Buffer | Buffer | drain | drain |
| Kerosene | drain | drain | ✓ | | drain | drain |
| Heating Oil | drain | drain | drain | ✓ | drain | drain |
| Automotive Diesel Fuel | drain | drain | drain | drain | ✓ | drain |
| Industrial Diesel Fuel | Buffer | Buffer | Buffer | Buffer | drain | ✓ |

✓ = load        ⛉ = drain

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 56 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-5   Filed 06/26/2006   Page 6 of 15

Attachment 4 – Mobil Unloading Procedure

### 6.6.1 PROCEDURE FOR COMPLETING THE SAFE DISCHARGE CERTIFICATE:

The following procedure outlines the instructions for completing the Safe Discharge Certificate (SDC). The driver should fill out this form each time the driver has a delivery trip. The principal objective of this process is to make sure that the driver completes a load and delivery plan in writing so that the driver is mentally prepared at the time of actual delivery and reduces the chances of a Product Contamination or Spill.

The form has three parts: Part A is the truck "Loading Plan", where the driver must fill in information related to product loading at the terminal loading rack. Part B is the "Unloading Plan" where the driver must plan the unloading sequence and details of each operation. Part C is the "Crossover Check" where the driver must confirm the actual delivery made to the customer against the planned delivery to ensure that a cross over or overfill has not occurred.

General Information:

| | |
|---|---|
| **Date:** | The date that this activity is taking place |
| **ME Number:** | The driver must indicate the identification number of the Tank truck / Trailer that he is about to load. |
| **Driver:** | Name of the driver loading / delivering |
| **Customer Name:** | The name of the customer to be delivered to. |
| **Document No:** | The Order number on the loading ticket, invoice, delivery document or PDR. |

Part A: Loading Plan:

**1st Row - T/T Compartment Number:**

The columns are numbered from 1 to 4 and indicate the number of the compartments that the tank truck / tank trailer might have. (If the tank truck has more than 4 compartments, the form can be modified to the actual number of compartments of the tank barrel). If the tank truck has less than four, use this same form but only use the columns necessary for the planned delivery.

Please remember that compartment 4 is the one located at the tail of the trailer and compartment 1 is the one located at the head of the trailer (close to the truck cab / tractor).

**2nd Row - Top seal bar: Gate Checker column box**

Driver should indicate seal number after loading on this row. Gate checker has to ensure seals are engaged as soon as the truck proceeds to gate or before leaving the loading rack by circling YES or NO depending on the status of seal engagement.

**3rd Row - Compartment's Safe Fill level:**

Maximum volume a compartment can take without overfilling the compartment. This should correspond to the intended volume to be loaded in to compartment. e.g.: 1,000 gallons, 2000 gallons or 3000 gallons, etc.

**4th Row - Back Haul from Previous Load:**

Volume of product left in the compartment (if any) as a result of customer not able to receive all nominated volume. This product on board when returned to Terminal / Bulk Plant is called Back haul. Back haul either can be topped off or rerouted to another customer.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 57 of 84    Agreement No. SA-11551 OP
Transportation Services                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-5    Filed 06/26/2006    Page 7 of 15

Back Hauls should be avoided at all cost. Dispatcher should make sure that ordered volume is reasonable to fit customer tanks by keeping an update inquiry of the day's ullage before sending a truck load. Dispatcher should make himself/herself familiar to customer's tank information. Should back hauls happen, a 16 point near miss report should be forwarded by the dispatcher to the Operations Manager.

### 5th Row - Total Volume loaded (including backhaul):

The driver must indicate the volume of product to be loaded. This should match the compartment SFL. If a back haul is to be topped off, calculate the difference so as not to exceed the SFL before loading.

### 6th Row - Product Grade:

Before loading, the driver must indicate the type of product he is to load in the specified compartment, e.g.: Unleaded, Diesel, Super Unleaded or Jet A1 etc.(This should also corresponds to back-haul product if any to ensure no contamination occur while loading)

### 7th Row - Outlet Seal bar: Gate checker/customer initial box

Loader should indicate seal number after loading on this row and ensure seals are engaged as soon as loading is completed. Gate checker verifies and sign of seal # as indicated. Customer verifies seal if intact by circling YES or NO before discharging depending on the status of seal engagement upon arrival at site.

### 8th Row - Volume to be Unloaded :

The driver must indicate the volume of product to be unloaded. This should be the same as the loaded quantity (unless a metered truck is being used) since splitting compartments between customer tanks or customers is not permitted
Volume to be discharge should fit into customer tanks indicated in Line D. Ensure driver signs off that volume in Row 8 is less than volume indicated in line D.

**Warning:** Splitting compartment load is not allowed. If the total compartment volume can not fit into a single tank do not unload product. Call your supervisor for instruction.

### Row X - Write Customer Tank No. That Compartment Will Be Loaded Into:

After the driver has arrived at the customer site, driver should complete Part B of this form, the driver should write the number of the customer tank to be delivered to under the designated compartment column.
**Note:** The number in this column 'X' <u>MUST</u> match the customer tank number written in Row Y in Part B of this form. This can be achieved by drawing a connecting line from Row "X" to Row "Y". Driver to sign off alignment in the initial box once verified correct.

PART B: UNLOADING PLAN

### Row Y - Customer Storage Tank Number:

When the driver arrives on site, the driver must refer to customer tank number and write down the customer tank number in Row X of this section. If applicable, the driver should follow the numbering system of the customer tanks as indicated on the tank label or ID plate.

### Row A -Product Grade:

The driver must indicate the type of product the customer tank contains as indicated on the tank label or ID plate,

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 58 of 84   Agreement No. SA-11551 OP
Transportation Services                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-5   Filed 06/26/2006   Page 8 of 15

E.g.: Unleaded, Diesel, Super Unleaded or Jet A1, etc.
Product Tank ID should match product contained in the truck compartment to be unloaded.

### Row B - Storage Tank Capacity @ 90% Safe Fill Level):

Before unloading a compartment into a customer's tank, the driver must indicate the total calibrated capacity of the customers tank as indicated on the tank label or ID plate. E.g.: Max. Capacity: 4,000 gallons etc. Driver to calculate 90% SFL subtracting 400 gals w/c is 10% of 4000 gal.

(Note: Dispatch can enter a preset tank 90% capacity by entering all known tank information in the SDC spreadsheet so the driver don't have to write in these rows) Refer to customer's tank calibration tables for each location.

### Row C - Tank Volume Before Discharge:

If the customer's tanks are not equipped with Automatic Tank Gauging (ATG) devices, the driver must perform a tank dip and using the tank's calibration tables, verify the tank's volume before discharge or opening inventory.

(Note: If customer site is dispensing while tank truck is unloading the driver should advise cashier to mark sales print in the CRTG to monitor sales throughput while unloading. This will compensate for the expected variance after discharge.)

### Row D - Storage Tank Ullage Before Discharge:

If the customer's tanks are equipped with ATG, the driver should verify the ATG's calculated ullage (volume that a tank can take in gallons) after doing an actual dip and write the equivalent volume based on calibration chart into the space provided. For sites without ATG, the driver will need to calculate the ullage by subtracting the tank's "volume before discharge" (ROW C) from the tank's "90% of maximum capacity" (ROW B) and write the figure into the space provided.
E.g. Row B - Row C.

**Warning: If calculated Volume in ROW D is more than the volume in tank truck compartment to be unloaded, DO NOT UNLOAD THE PRODUCT. A potential for spill exists. Call your supervisor for instruction.**

### Drawing of Lines From Part A to Part B:
When ALL Rows are completed, the driver should re-verify which T/T compartment will be delivered to which customer tank by re-tracing the line from the " ● " in Part A to the " ■ " in Part B of the SDC. The driver should also write the customer tank number to be delivered to under the corresponding T/T compartment in Row X in Part A of the form. The numbers in Row X in Part A and Row Y in Part B <u>MUST</u> be the same. The driver will initial this section in the form to confirm the alignment from truck compartment to customer tank allocation.

## PART C: CROSSOVER/OVERFILL CHECK

### Row G - Tank Volume/Ullage After Discharge:

When the driver has completed the deliveries, it is important to confirm that the delivery was made in accordance with his plan. This is to confirm that there were no crossovers or tank overfills. The driver will need to review the ATG readings, if equipped, and write down the ending volume of each tank in Row G of this form. For sites without ATG, the driver must perform a tank dip and write the volume read from the calibration charts in Row G of this form.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 59 of 84    Agreement No. SA-11551 OP
Transportation Services                                                                Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-5    Filed 06/26/2006    Page 9 of 15

(Note: Before taking an actual dip, advise to cashier print out sales throughput from the CR/TG and mark it closing sales. This will sum up volume dispense while unloading is in progress.)

### Row H - Tank Receipt Volume:

For Sites with ATG, the "Tank Receipt" volume is calculated by subtracting the "Tank Ullage After Discharge" in Row G of Part C from the "Tank Ullage Before Discharge" in Row D of Part B. E.g. (Row D -Row G).
For sites without ATG, the "Tank Receipt" volume is calculated by subtracting the "Tank Volume Before Discharge" in Row C of Part B from the "Tank Volume After Discharge" in Row G of Part C. E.g. (Row G- Row C). When the calculation is completed, the driver MUST compare the number in Row H against the planned delivery In the 3rd row of Part A of the form.

### Row I - Variance Check:

If the volume exceed over or less 50 gallons, the driver should investigate the reason. This could be a dip or calibration chart error. Sales made while discharging should be taken into account. The driver will initial this section in the form to confirm the check was made.

### Row J - Level of Water in Tank:

This should be done after unloading to ensure no water is present in the product that was delivered. If water level exceeds 3 inches, a UDCR should be raised.

### Row K - Abnormal Variation Remarks:

If an abnormal variation is encountered, driver should log down comments on this row. Customer tanks may have a consistent experience factor of losses or gains depending on the accuracy of calibration tables.

### Row L - Crossover Check:

Driver should ensure crossover check by checking Line H against Row 8. If the volume is within tolerance driver should sign this part.

**Note: The calculations in the tank receipt volume may not tally with actual volume unloaded when dispensing to customers while discharging is underway. Make sure to take account of the volume dispensed while unloading.**

**Comments:**
The driver should indicate on the Unsatisfactory Condition Report (UDCR) Form any particular problems or difficulties encountered regarding the delivery. E.g.: insufficient ullage, excessive water level, excessive variations, claims, etc.

**Customer signature:**
At the end of the delivery, the driver must sign the form affirming that no crossover or spill had occurred and all products were within the system. If a customer or a representative is present, It is not mandatory to have customer sign the SDC but they may also sign this form.
The driver should return this form together with the delivery document to the supervisor for analysis and stewardship.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 60 of 84   Agreement No. SA-11551 OP
Transportation Services                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-5   Filed 06/26/2006   Page 10 of 15

### 6.6.2 DELIVERY HOSES

- Hoses provided for truck discharge should have safety features consistent with ExxonMobil Guidelines. Refer to Section 3 of VSMG manual for recommended hose specification.
- All unloading hoses should be removed from the hose tubes and connected prior to unloading the first product. Only authorized, tight-fill connections shall be used for product unloading. **
- A visual inspection of unloading hoses and tight-fill connections should be made as hoses are removed from the hose tubes and connected. Check for:
    - missing or defective gasket in hose coupler
    - badly weathered or cracked hose
    - deep cut or abrasions on hose
    - blisters on the outer rubber jacket
    - end of hose partly pulled out of coupling
    - hoses within the test date

    Any hose that has one or more such defects, shall not be used.

- Best Practices encourage delivering more than one compartment at a time, as long as drop points are on the same side of the truck and the driver can visually monitor all active drop hoses.
- Best Practice product delivery assumes use of 10.2 cm (4") hose, truck connections, and customer connections to maximize gravity drop flowrates.

**Note for vapor recovery**

- When vapor recovery is required, all delivery hoses must be connected before starting product flow.
- When changing unloading hoses from an empty vehicle compartment to a full compartment, use caution. Allow time for vapor pressure to relax. Otherwise, product could be forced from the storage tank by way of the unloading hose causing a spill.
- When disconnecting a fill box connection with vapor recovery, the flow of product through the other hose(s) must be stopped.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 61 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 1-5　　Filed 06/26/2006　　Page 11 of 15

**6.6.3   UNLOADING PROCEDURE: DRIVER CONTROL DELIVERY AT   RETAIL OUTLETS**

### PURPOSE OF THIS SUBJECT

This subject provides operating principles and guidelines for Driver Controlled Delivery of gasoline's and middle distillates at retail sites.

### DELIVERY AGREEMENT

The outlet can be opened or closed, attended or unattended. For unattended delivery of product, the Customer Service Center and the receiver must agree to a drop-off safety box on the receiver's premises for the individual tank keys, Record of Delivery Report, invoices and Dealer payment, if required.

### POSITIONING THE TRUCK

When delivering product to a retail outlet, the driver:
1. **POSITION** the truck for unloading per the route & site card.

2. **APPLY** the parking brake

3. a **TURN OFF** the engine & driving lights

   b **APPLY** PPE as required by ExxonMobil and/or site requirements

   c **STOP….TAKES 5** by walking through the delivery whilst in the truck, identifying any hazards.

4. **CHOCK** the wheels, if a Country requirement

5. **PLACE** safety cones on the side of the truck exposed to the traffic protecting the drivers work area including hoses and fittings

6. **CHECK** the truck fire extinguisher is in a readily accessible location and can be easily removed in case of an emergency

### PRE UNLOAD INSPECTION (using the Delivery Site Plot Plan)

7. **INSPECT** the area for hazardous conditions such as possible sources of ignition. If any hazardous conditions are present **TAKE** steps to ensure that the condition is remedied. **DO NOT PROCEED** if the hazardous condition cannot be remedied and notifies the Supervisor if unable to achieve safe unloading conditions in a reasonable time

8. **ENSURE** that the tank and dip markers are clear and properly affixed to the ground adjacent to the dip and fill points.. If not marked or incorrectly identified, **CONTACT** the Supervisor for instructions
   **DO NOT DELIVER TO AN UNMARKED TANK**

### PREPARING FOR UNLOADING PRODUCT

9. **RETRIEVE** "Delivery Pouch" containing delivery instructions, keys and documents from the station lock

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 62 of 84   Agreement No. SA-11551 OP
Transportation Services                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-5   Filed 06/26/2006   Page 12 of 15

box

10. **DIP** the tank to ensure that sufficient ullage space exist for the delivery following the Safe Discharge Certificate

- Dipstick must indicate Safe Fill Level
- When using the dipstick, making sure that it is in good condition and complete in length

11. **CLOSE** tank Dip Points making sure cap forms an effective seal

12. **UPDATE** unloading plan (Safe Discharge Certificate) with UGT volumes, and maximum safe fill levels for each tank. Confirm that the UGT can receive the full compartment volume within the maximum safe fill level.

## UNLOADING THE PRODUCT

13. a **LIFT** the Interlock Bar and operate the Air Master Valve (if fitted)

    b **CHECK** the hoses to ensure that they have no:

    - missing or defective gaskets in the coupler
    - badly weathered or cracked areas
    - deep cuts or abrasions
    - ends partially moved out of couplings
    - blisters or bumps on the outer jacket
    - Hoses within test date

14. **Vapor Recovery** - Diesel should be unloaded **FIRST**, without connecting the Vapour Recovery hose (as per CP14). For unloading of line to a site that requires vapour recovery, **FIRST** connect the vapour recovery hose securely to the vapour connection on the **VEHICLE**, then complete the connection at the **STATION**.

15. a **UNCAP** only the Tank Fill Point which is to be delivered to

    b **PLACE** delivery fittings securely on correct Tank fill point and **CONNECT** the hose into the fill point

16. a **UNCAP** only the compartment which is to be discharged

    b **CONNECT** the hoses to the proper compartment outlet.

    Only deal with one delivery hose at a time, securely completing the connection between the storage tank fill pipe and the relevant compartment API valve before commencing discharge of the compartment relevant to that hose. To minimize the risk of spillage, **ALWAYS** connect the delivery hose to the relevant storage tank **BEFORE** connecting it to the corresponding API valve.

17. **RECHECK** to ensure that connections and product being delivered are correct as documented on the Safe Discharge Certificate.

18. a **CHECK** the product by working from the product identification marker on the compartment outlet to the color through the sight glass along the hose to the tank fill point marker and then back again.

    b **RECHECK** the Safe Discharge Certificate to ensure that the connections and product being delivered are correct as documented

    c **RECHECK** the product by working from the product identification marker on the compartment outlet to

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 63 of 84    Agreement No. SA-11551 OP
Transportation Services                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-5    Filed 06/26/2006    Page 13 of 15

the colour through the sight glass, along the hose to the tank marker and then back again

19. a **OPEN** the internal valve.

    b **OPEN** the compartment API valve partially. Visually check for leaks, drips and fitting integrity.

20. **CHECK** the product by working from the product identification marker on the compartment outlet to the color through the sight glasses along the hose to the tank marker and then back again

21. **SHUT** down immediately if:

    - The color does not conform to the right product
    - A leak occurs
    - An emergency arises

22. a If all OK then fully release the API valve

    b Repeat **STEPS 15 to 22a** for next discharge hoses.

    **NO MORE THAN THREE DISCHARGE HOSES TO BE USED AT ONE TIME**

    c **REMAIN** in constant attendance in close proximity to the discharge valves. All Fittings, connections and valves to be in drivers sight at all times

## STORAGE VENTS

23. **WATCH** the vents pipes carefully to ensure that they are functioning properly, and listens for vent alarms, where installed

24. **SHUT OFF** the product flow if any liquid sprays, indicating a defective vent line or overfilling

25. **REPORT** the vent problem using the appropriate unsatisfactory delivery condition report (i.e. CAR form) to the Delivery Management.

## AFTER UNLOADING

1. **VISUAL** verification of compartment sight glass that compartment and outlet line is empty.

2. **DRAIN** the hose into the storage tank fill pipe. Follow Manual Handling Procedure

3. **CLOSE** the API valve

4. leave product indicator showing what product was previously in compartment

5. a **DISCONNECT** the hose from the API valve and re-drain it into the storage tank fill pipe.

   b **REPLACE** storage tank cap prior to moving to next receiving tank.

   **Repeat the above 5 steps for each compartment.**

6. **REPLACE** and secure all delivery hoses in the hose tubes or hose rack. Store all fittings in tool box

7. **REPLACE** all storage tank and API valve caps and return tools and fitting to the trailer tool cabinet.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.      Page 64 of 84      Agreement No. SA-11551 OP
Transportation Services                                                            Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-5    Filed 06/26/2006    Page 14 of 15

8. a **DISCONNECT** the vapor hose FIRST from the forecourt connection and then from the VEHICLE connection. Make the two disconnections consecutive in order to minimize vapor loss. Replace the relevant caps. Secure the hose in the hose tube or rack.

   b **CLOSE** the interlock bar and CLOSE Air Master Valve (if fitted)

9. **DIP** the retail outlet's tanks using the dipstick

10. **RECORD** on the Delivery Docket and the Safe Discharge Certificate:

    - the tank dips
    - the amounts dropped into each of the retail outlet's tanks

11. **LEAVE** a copy of the Delivery Docket with the Customer
12. **TAKE** payment from the station lock box, if applicable
13. a **MAKE A VISUAL SAFETY CHECK** of the vehicle and immediate area to ensure all equipment has been stowed, then retrieve and secure the safety cones.
    b **RECORD** any site defects via the unsatisfactory delivery condition report (i.e. CAR form)
    c **Take 5**, thinking through the return route

14. **LEAVE THE PREMISES SLOWLY** in a low gear, watching for the uncontrolled movement of pedestrians and vehicles.

15. **DELIVER** to the terminal Cashier or deposit in the terminal Drop Box, the following:
    - A copy of the Delivery Docket
    - A copy of the Safe Discharge Certificate

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 65 of 84　　Agreement No. SA-11551 OP
Transportation Services　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 1-5　　Filed 06/26/2006　　Page 15 of 15