# Mobil

# Load Plan / Safe Discharge Certificate

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 66 of 84   Agreement No. SA-11551 OP
Transportation Services                                                     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-6   Filed 06/26/2006   Page 1 of 12



# Mobil

# MOBIL UNSATISFACTORY DELIVERY CONDITION REPORT (UDCR)

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 67 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-6   Filed 06/26/2006   Page 3 of 12

# Unsatisfactory Delivery Condition Report


Take Five

| | |
|---|---|
| Date:_____ | Time: _____ |
| Driver Name (Print): _____ | Fleet/Hauler: _____ |
| Site Name & Location: _____ | |
| Customer Number:_____ | |

### CRITERIA FOR STOPPING DELIVERY
*(Check all that apply)*

- ☐ Tank venting/ Pressurising Problem
- ☐ Inaccurate/missing Safe Fill Levels, Gauges, Dipsticks or ullage sheets
- ☐ Missing Dip or Tank Caps, Dip & Tanks Caps not sealing correctly
- ☐ Missing Tank, Dip Identification labels
- ☐ Inadequate/lack of Bunding

- ☐ Inadequate/lack of Lighting
- ☐ Unable to drop full compartments
- ☐ Ignition sources nearby
- ☐ Inacessable - fill points, entrance, exit
- ☐ Inadequate/No fire protection
- ☐ Customer requests to climb on top of tanker

- ☐ Unable to access fill points from manifold side of truck
- ☐ Unsafe or excessive reversing required
- ☐ Tank tagged and locked out
- ☐ Driver required to climb open ladder to access fill or dip points
- ☐ Site supplied equipment not in safe working order
- ☐ Other (add description below)

**OTHER CONDITIONS/COMMENTS:** _____
_____
_____
_____
_____
_____
_____

**PROPOSED SOLUTION:** _____
_____
_____
_____
_____
_____

**Driver Signature:**

**For completion by fleet supervisor:**
Is the site safe to continue deliveries to until condition rectified  ☐ YES  ☐ NO  (If YES then interim risk management plan is required)

| | |
|---|---|
| Notified Customer:_____ | Date: ___/___/___ |
| Notified Schedulers: _____ | Date: ___/___/___ |
| Notified Marketing Representative: _____ | Date: ___/___/___ |

Date Closed: ___/___/___
Fix Verified By Name (Marketing Rep / Site Owner): _____

**Mobil**

1047/FM01
V1306
Supervisor's Copy

Attachment 7 - Incident Notification Format

## 16 POINT REPORT FORMAT

Initial and follow-up reports should provide as much factual information as possible, as noted below, without delaying notification. The report is typically sent electronically.

1. Date and local time of incident.

2. Physical location of incident.

3. Nature of incident, i.e., what happened?

4. Damage control measures, i.e., what is being done to minimize or contain the incident?

5. For cause alcohol and drug testing initiated where legally permissible, as per Company guidelines.

6. Number of Company employees and/or contractors involved; extent of injuries.

7. Number of third party personnel involved, extent of injuries.

8. Extent of damage to Company-owned facilities or equipment.

9. Extent of damage to contractor-owned facilities or equipment.

10. Extent of damage to third party property.

11. Effect on Company operations.

12. Authorities involved or notified extent and nature of their actual or anticipated involvement.

13. Extent and nature of media coverage, actual or expected.

14. Equipment and/or product quality checks performed status.

15. Affiliate investigation initiated?

16. Preliminary conclusions regarding the cause of the accident; corrective measures being implemented. Follow-up reports should be forwarded as additional details and conclusions are available.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 68 of 84    Agreement No. SA-11551 OP
Transportation Services                                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-6    Filed 06/26/2006    Page 5 of 12

**Standard Questions for Incident Investigation:**

1. Tell me your name? (Only if your unsure and/or haven't been introduced)
2. Tell me how long you have been delivering fuel for Mobil?
3. How long have you been delivering fuel?
4. What type of vehicle were you driving – semi, rigid, b-double?
5. How long have you been driving this type of vehicle?
6. When were you last trained in loading/unloading procedures?
7. When did you last do the defensive driving course? Was it the Smiths System?
8. Have you done the fatigue training? If so when?
9. How old are you? (only if you aren't able to sight their license)
10. When did you start the shift in which the incident occurred date and time?
11. How had the shift been going? (no delays, changed loads, locations etc.)
12. How long was the break since your last shift?
13. When was your last 24hr break?
14. What type of shift are you on – rotating, day night shift etc?
15. Where did you have your rest break(s)?
16. Has anything unusual happened recently – in the break between shifts, or during the shift, at home, the TTFS, the yard etc?
17. What loads had you done (if any) prior to the incident?
18. What date and time did the incident occur?
19. What were the weather conditions like at the time of the incident?
20. What was the traffic conditions like? (even if not a MVA – possible affect upon attitude).
21. Tell me what happened.
22. What did you do immediately after the incident?
23. Who did you tell and when?
24. Why do you think this incident happened?
25. What do you think **WE** can do to stop it happening again?
26. Would you be prepared to help us to stop this from happening again?

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 69 of 84   Agreement No. SA-11551 OP
Transportation Services                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-6   Filed 06/26/2006   Page 6 of 12

## Attachment 8 - AVIATION REQUIREMENTS - TRANSPORT SERVICES

**Prior to Loading:**

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 641 | All compartments to be loaded with aviation fuels should be inspected prior to loading. Compartments should be dry (free of water and product) and free of dirt, rust and scale. ExxonMobil Aviation standard is to have grade dedicated equipment. On the occasion when non dedicated equipment has to be used on aviation fuel service it must be cleaned as per the "Change of Grade" procedures attached and must be carried out under a waiver from ExxonMobil Aviation Operations in Singapore. For dedicated road tankers which are bottom loaded via selective couplings this inspection need be performed three monthly Record details of cleaning and inspection | | Record details of inspection and cleaning |

**Following Loading (After allowing 10 minutes settling time):**

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 642 | After loading take samples from the sump or manifold drain (having drained the line content) of each truck or rail tank car until a clear and bright sample is obtained. Samples from up to 3 compartments may be commingled for density measurement. Buckets used for draining shall be equipped with bonding cables and clips and be connected to bonding lugs or exposed metal at the sampling point before draining. Measure the density (for dedicated equipment measure density of first load of the day and after a change of batch). Record the density and compare to the batch density of the shipping tank. | | Record density and compare density to batch density of shipping product. Max variance - 0.003 kg/L |

**Bridger Release Loading:**

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 643 | Prior to departure seal all hatches and product outlets and ensure that the correct grade tags are attached to each compartment. A copy of a Release Certificate showing the time and date of loading, the batch number and batch density and water free certification must accompany the truck/rail tank car. | | A copy of a Release Certificate showing the time and date of loading, the batch number and batch density and water free certification must accompany the truck/rail tank car. |

**Prior to Delivery of Product at Location (Sampling after 10 minute settling time):**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 70 of 84   Agreement No. SA-11551 OP
Transportation Services                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-6   Filed 06/26/2006   Page 7 of 12

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 131 | Check shipping documents. Documents include Release Certificate. | | Typically this step would be conducted by the site operator. |
| 132 | Before receipt, drain product from water draw off of receiving tank until clear and bright sample are obtained. Record quantity drained and details of any particulates observed. | | Typically this step would be conducted by the site operator. |
| 133 | Take samples from the sump or manifold drain (having drained the line content) of each truck or rail tank car until a clear and bright sample is obtained. Measure the density. Samples from up to 3 compartments may be commingled for density measurement. Buckets used for draining shall be equipped with bonding cables and clips and be connected to bonding lugs or exposed metal at the sampling point before draining. Check and record conductivity & temperature of first truck/railcar receipt from each new batch of product. Record the density and compare to the batch density shown on the shipping documents. | | Record density and compare density to batch density of shipping product. Max variance - 0.003 kg/L Typically this step would be conducted by the site operator. |

### General Notes on Cartage of Aviation Fuels using Bridgers (Road Tankers):

Tank truck and tank car transports must carry only one grade of product when they are used in aviation fuel service between intermediate storage depots and airports. For the avoidance of doubt this means that all compartments on the vehicle will carry the same grade of aviation fuel.
It is a requirement of ExxonMobil Aviation to use fully dedicated tank trucks and tank cars for aviation products. It is recognised that on an infrequent basis, because of truck or car availability, it may be necessary to use a non-dedicated transport. If this event does occur then, the Tank Truck / Tank Car change schedule shall apply. However, such use should be strongly discouraged because of the quality control risks and safety hazards involved and must only be carried out under a waiver from ExxonMobil Aviation Regional Operations in Singapore.
The changing of product must be supervised by a qualified individual. This person must check the necessary procedures and tests to make sure that fuel is still on specification, and must also make sure that suitable safety precautions are followed.

### Design Requirements

Design should be such that fuel is protected from the ingress of dirt and water during transit. Tanks should be equipped with bottom drains to facilitate the clearance of water and sediment, and sampling.

Vehicle tanks should be constructed of aluminium, stainless steel, or mild steel coated internally with an agreed lining material. Each tank compartment should have a drain line and suitable valves to facilitate the drawing of samples and drainage of water; the sample lines should not be manifolded together. Drain lines and compartments should be designed to drain fully. All drain points and couplings should have grade identification tags located adjacent to them.

All top manhole and dip point covers must seal completely against the ingress of water or dirt. Filling should preferably be via bottom loading couplings of a self sealing (tight fit) type.

Filling and discharge points should be provided with couplings of a size and type chosen to give the maximum practical degree of grade security. The standard which is to be introduced is likely to comply with AIP CP 23 - 1994.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 71 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 1-6  Filed 06/26/2006  Page 8 of 12

## Change of Grade Table:

**TANK TRUCK/TANK CAR PRODUCT CHANGE SCHEDULE**

|  | Instructions When Changing To | | |
|---|---|---|---|
| Equipment in Following Product Service | Jet Fuel (A, A-1, JP8) | Jet Fuel (B, JP4) | Avgas |
| Aviation Gasoline C C C | B | B | A*** |
| Leaded Mogas* | B | B | A |
| Unleaded Mogas* | B | A | A |
| Jet Fuel B, JP-4 | B | A*** | B or D |
| Jet Fuel A, A-1, JP-8 | A*** | A | B or D |
| Toluene/Xylene/ Solvents/Varsols** | B | A | B or D |
| Stove Oil/Kerosene /Diesel* | A | A | B or D |
| Furnace Oil | C | C | C |

*Mogas that contained detergent additive, and dyed fuel, may require greater flushing/steam cleaning.
**Other solvents need approval from appropriate local or head office authority.
***If different grade.

## OPERATING INSTRUCTIONS

(1) Determine from the chart the "Letter" which applies when changing from the product previously carried to the new product to be carried.

(2) Carry out instructions applicable to that particular "Letter".

    a). -Drain from lowest point, each compartment, piping, pumps and hose.
       -Obtain sample from manifold after loading.
       -Sample for Abbreviated Tests.

    b).-Drain from lowest point, each compartment, piping, sumps and hose.
       -Inspect internally each compartment for sediment and sludge. If found, remove prior to loading.
       -Load sufficient quantity of new product in each compartment for flushing.
       -Drain compartments through meter and/or manifold.
       -Obtain sample from manifold after loading.
       -Check sample for Abbreviated Tests.

    c) -Schedule an intermediate load of stove oil, kerosene or mogas.
       -Follow instruction A or B, as required for product used as an intermediate load.

    d) -Follow instruction B. but flush with unleaded mogas.

## GENERAL NOTES

- Drain" means to drain dry of all fuel. Particular attention must be given to sumps, pipes, chambers, manifolds, etc. and other components or conditions likely to trap quantities of the fuel being drained.
- Do not spray or splash flush compartments or bulkheads. They will normally drain by gravity.
- To flush means to load through extended downspout under low flow conditions. Use double the amount of new product per compartment necessary to completely displace previous product in manifold and piping system.
- Normal safety precautions must be employed. When disposing of slop product from the flushing operation, ensure that the slop container is bonded to the slop tank when product poured from one to another.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 72 of 84     Agreement No. SA-11551 OP
Transportation Services     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-6    Filed 06/26/2006    Page 9 of 12

- For tank cars, the sample after loading can be all-level-sample taken through dome.
- If the above procedures cannot be followed and significant residues of the previous product remain in the compartment, consult your product quality advisor for proper procedure.

## Other Issues:

All personnel involved with the cartage of aviation fuels must obtain the necessary certification from ExxonMobil Aviation for the work they carry out in association with aviation fuels. Training to be conducted will be carried out and examined against the requirements of the "Mobil Aviation - Work Practice Modules" or equivalent approved system. Training and certification is required on a yearly basis.

Persons releasing fuel at terminals or depots (carrying out the requirements of items 641, 642 and 643) must obtain a release note certification. Persons delivering fuels to sites where no person on site has been trained to receive product, must carry out the receipt checks required. The person receiving product at site, cannot be the same person who released the product at the loading point.

## Special Note:

In the case of B-doubles or road trains it is acceptable to carry a different grade in separate barrels with the proviso that aviation fuel dedicated selective couplings are used on the barrel carrying the aviation fuel and are installed on the tank at the receiving location.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 73 of 84   Agreement No. SA-11551 OP
Transportation Services                                                   Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-6    Filed 06/26/2006    Page 10 of 12

Attachment 9 - Workplace Harassment

| | |
|---|---|
| MEMORANDUM TO: | Contractor Personnel Performing Services for Company |
| FROM: | Company |
| SUBJECT: | ExxonMobil Harassment Policy and Complaint Resolution Process |

As a Contractor for Company, you need to understand Company's expectations regarding the subject matter:
- Contractor's employees, agents, and Subcontractors are prohibited from engaging in any act of harassment toward Company's employees, suppliers, customers, or other contractor employees.
- Company's employees, agents, and contractors are prohibited from engaging in any act of harassment toward other Company employees, suppliers, customers, or contractor employees.

It is the Company policy to prohibit any form of harassment in any Company workplace. The policy prohibits unlawful harassment based on race, sex, religion, age, disability, political conviction, marital status, pregnancy, lawful sexual activity, industrial activity, physical features, personal association and status as a parent or carer. The policy also prohibits harassment of any other legally protected groups in countries in which we operate, as well as any other form of harassment, even if the harassing conduct is lawful. The objective of this policy is to provide a work environment that fosters mutual employee respect and working relationships free of harassment. The Company specifically prohibits any form of harassment by or toward employees, contractors, suppliers or customers.

Under the policy, harassment is any inappropriate conduct which has the purpose or effect of:
- Creating an intimidating, hostile or offensive work environment;
- Unreasonably interfering with an individual's work performance; or
- Affecting an individual's employment opportunity.

Harassment will not be tolerated. Forms of harassment include, but are not limited to, unwelcome verbal or physical advances and sexually, racially or otherwise derogatory or discriminatory materials, statements or remarks. Contractors who violate the policy are subject to removal from Company work assignments.

If you are the victim of harassment in the workplace or if you witness any incident of harassment, you should immediately report the incident to a supervisor or management representative of your employer and to the Company's representative for whom you are performing Services as appropriate. Company will collaborate with a management representative of your employer to investigate the reported policy violation and initiate action needed to appropriately address the complaint. Neither Company nor your employer will retaliate against anyone who reports an incident of harassment or who cooperates in any investigation of such incidents.

A copy of this letter has been provided to a management representative of your employer so that he/she is knowledgeable of the standard of conduct expected on Company's premises or while performing work for Company. You are encouraged to become familiar with the provisions of this letter and the complaint reporting procedures of both your employer and Company.

If you have any questions about this letter, please contact your employer, the Company representative for whom you perform work or a representative of the Company's Human Resources Department.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 74 of 84   Agreement No. SA-11551 OP
Transportation Services                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-6   Filed 06/26/2006   Page 11 of 12

Attachment 10 - Alcohol and Drug Use Policy

D1  Contractor shall not, and shall ensure that each of its Contractor Personnel shall not, perform any Services for Company while under the influence of alcohol or any "controlled substance" (within the meaning of the Victorian Drugs, Poisons and Controlled Substances Act 1981). Contractor and its Contractor Personnel shall not use, possess, distribute or sell alcoholic beverages, illicit or unprescribed controlled substances or drug paraphernalia or misuse legitimate prescription drugs while on premises owned or controlled by Company or while performing Services for Company.

D2  Contractor shall adopt and enforce its own policy to ensure a drug and alcohol free work place while performing Services for Company. Contractor's policy must conform to or be consistent with Company's Alcohol and Drug Use Guidelines for Contractors ("the Guidelines").

D3  Company shall have the right, but not the obligation, to perform unannounced audits of Contractor's alcohol and drug policy to verify that that policy and its enforcement are acceptable to Company's management.

D4  Contractor must immediately carry out alcohol and drug testing on Contractor Personnel involved in any serious or potentially serious incident, or where cause exists to suspect alcohol or drug use by such Contractor Personnel, and Contractor must remove from premises owned or controlled by Company any Contractor Personnel who refuse to take or who test positive in such a test. Without derogating from Contractor's obligations under this paragraph, Company has the right to require Contractor to remove any Contractor Personnel from premises owned or controlled by Company or to prevent such Contractor Personnel from performing Services for Company whenever Company believes that cause exists to suspect alcohol or drug use by such Contractor Personnel. Contractor shall comply promptly with any such requirement of Company and upon removal of any Contractor Personnel under this paragraph 4, Contractor shall provide a replacement acceptable to Company.

In all such cases, Contractor Personnel may only be considered for return to work after Contractor certifies in writing that, as a result of an alcohol and drug test conducted immediately following removal, any such removed Contractor Personnel meet the requirements of this Agreement. In the performance of the Services, Contractor shall not use any Contractor Personnel who refuse to take or who test positive in any alcohol or drug test.

D5  Company may, without prior notice, search the person, possessions and vehicles of Contractor Personnel who are on premises owned or controlled by Company. Any Contractor Personnel who refuse to co-operate with such a search shall be removed from those premises and not allowed to return. Contractor shall co-operate with and assist Company in exercising its rights under this paragraph 5 and shall replace any of its Contractor Personnel at Company's request.

D6  In the case of designated positions and safety-sensitive positions (as those terms are used in the Guidelines), in addition to the above provisions Company shall also have the right to exclude from such positions those Contractor Personnel who refuse or who fail testing carried out prior to their first access to premises owned or controlled by Company for the purpose of performing the Services. Before performing work for Company, Contractor shall certify that each such Contractor Personnel has passed a pre-access alcohol and drug test within the twelve (12) month period immediately prior to commencing such work. Any type of alcohol and drug test conducted during this period as part of Contractor's alcohol and drug policy that meets the standards contained in the Guidelines may be used to satisfy this requirement.

D7  If Company determines that any Contractor Personnel are performing Services in a job comparable to an Company designated position then, in addition to the above provisions, Contractor shall regularly subject such individual Contractor Personnel to unannounced random alcohol and drug testing while performing those types of Services for Company.

D8  If Contractor fails to comply with the obligations set out in this Attachment Ten, Contractor will be deemed to have effected a serious and substantial breach of this Agreement and Company shall have the option to

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 75 of 84   Agreement No. SA-11551 OP
Transportation Services                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-6   Filed 06/26/2006   Page 12 of 12