terminate any part or all of the Services upon notice in accordance with Article 14 of this Agreement and the option to terminate this Agreement upon notice in accordance with Article 2 of this Agreement. In the event of any such termination, Contractor shall be entitled to payment for Services performed up to the date of such termination and Company shall not be liable for any other costs whatsoever (including without limitation costs incurred, or claims in relation to, unused materials or other direct, special, indirect or consequential losses or damages).

D9   All costs incurred by Contractor in complying with this Attachment Ten or with any request or requirement made by Company pursuant to this Attachment Ten shall be borne by Contractor.

D10  For the purpose of this Attachment Ten, "testing" shall include all testing referred to in the Guidelines as amended from time to time.

D11  General Conditions

Company is committed to providing a safe, healthy, and productive workplace. The Company recognises that substance abuse by an individual performing work can have an adverse effect upon one's ability to perform and can expose the individual, fellow workers, the public, and the company to risk.

In order to minimise this exposure, the Company has adopted an Alcohol and Drug Use Policy. This policy, in its entirety, applies to Company employees. In addition, it is the Company's objective to require Contractors with whom it does business to adopt appropriate policies and practices which achieve the same ends.

The following guidelines are provided to aid Contractor management in the implementation of the Company's policy as it applies to Contractors.

General Requirements of the Alcohol and Drug Use Policy for All Contractors

Although it is not the Company's intent to establish the alcohol and drug use policies for Contractors, Company management will require Contractors to have and enforce a program which is consistent with providing an alcohol-and-drug-free workplace, includes appropriate substance abuse testing programs, and is commensurate with the level of risk in the work being performed.

All Contractors performing work on Company-owned or controlled premises, in direct contact with Company operations, or of a nature which could cause the Company to be held responsible for losses suffered as a result of actions on the part of the Contractor or its employees, must agree to include as part of the contract with the Company, language which contains the following elements:

- Prohibit the misuse of legitimate drugs, or the use, possession, distribution, or sale of illicit or unprescribed controlled drugs or paraphernalia,
- Prohibit the possession, use, distribution, or sale of alcoholic beverages on Company premises or while performing work for Company,
- Recognise the right of the company to conduct unannounced searches of the Contractor's property on Company premises,
- Recognise the right of the Company to require the Contractor to remove employees where cause exists to suspect alcohol or drug use,
- Removal of Contractor employees from Company work site for suspicion of the use of alcohol, illicit drugs, or misuse of prescription drugs,
- Test as required under these guidelines,
- Comply with all applicable laws and regulations.

D12  Categories of Positions

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 76 of 84   Agreement No. SA-11551 OP
Transportation Services                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 1-7   Filed 06/26/2006   Page 1 of 9

The following categories of Contractor positions are identified for the purposes of testing and other requirements under these guidelines:

Safety Sensitive Contractor Positions

Company management, in consultation with Contractor management, will determine those Contractor jobs that are safety-sensitive. In general, these jobs have the following characteristics:
- A high exposure to a catastrophic operational incident, and
- The person performing the job has a direct role in operations where failure could result in serious harm to public or employee wellbeing, or
- Of a nature which could cause Company to be held responsible for losses or actions of the Contractor.

Jobs Comparable to Designated Positions

Company management, in consultation with Contractor management, will determine those Contractor jobs that are (comparable to Company) "designated positions". In general these jobs have the following characteristics:
- A high exposure to a catastrophic operational incident,
- The person performing the job has a direct role in operations where failure could result in serious harm to public or employee well-being, and
- No direct or very limited supervision available to provide operational checks.

Generally those in this category either supervise those in safety sensitive contractor positions, or have no subordinates.

The focus is on those positions where the incumbent, acting within his/her area of responsibility, could inadvertently create a significant health/safety hazard or cause significant damage to people, the environment or the Company's assets.

The emphasis, therefore, is on individuals who act alone or are unsupervised in potentially dangerous situations, where the individual is the highest level of direct on-site supervision or the first line of co-ordination in emergency response.

Jobs Comparable to Specified Executives

Contractor management will determine those Contractor jobs that are comparable to Company specified executive positions. In general, these are senior executives or managers of an organisation which has jobs comparable to designated positions.

Table D1.6 gives examples of the types of jobs which may fall into safety sensitive and designated position categories. Final classifications should be determined in consultation with Company Designated Representative.

D13 Contractor Substance Abuse Testing

The following abuse testing requirements will apply for Contractors working in Company operations:

Suspicion of Alcohol or Drug Use/For-Cause Testing
All Contractors will be required to remove any of their employees from performing work for the Company any time there is suspicion of alcohol or drug use or possession. In addition, for-cause alcohol and drug tests are required after a safety incident where there exists a basis to suspect involvement of alcohol or drug use. For-cause alcohol and drug tests will be conducted after serious safety incidents. In the above situations, the

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 77 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-7    Filed 06/26/2006    Page 2 of 9

Contractor's employee may only be considered for return to work after the Contractor certifies as to a negative result of an alcohol and drug for-cause test, conducted immediately following the incident.

Pre-Access Testing
No Contractor employees working in safety-sensitive positions or in jobs comparable to Company designated positions will be permitted to perform work for the Company unless the Contractor certifies such employee has passed a pre-access alcohol and drug test within the twelve month period immediately prior to commencing such work. Any category of alcohol and drug test conducted during this period as part of the Contractor's substance abuse program that meets the standards of these guidelines may be used to satisfy this requirement.

Random Testing
Contractors working in jobs comparable to Company designated positions as determined by the Company, are required to be continuously subject to an unannounced random alcohol and drug testing program while they are performing work for the Company. Specified executives of contracting firms are encouraged to be subject to the same random alcohol and drug testing program to demonstrate their commitment to a substance free workplace.

Any employee of a Contractor who tests positive in any of these alcohol and drug tests or refuses to be tested, must be removed from the Company site and any Company work.

D14  Audit

Company management, at their discretion, may require an unannounced audit of the Contractor's alcohol and drug program to verify that:
- Contractor's policy and its enforcement comply with these guidelines,
- Tests are being conducted as required,
- Procedures for handling samples establish a chain of custody which prevents tampering and switching of samples,
- Test analysis is carried out by an acceptable testing agency,
- Test analysis covers, as a minimum, the alcohol and the 9 drug panel which Company applies in its own circumstances for use in alcohol and drug testing.

Pre-employment, unannounced random and for-cause testing is currently carried out in Company for the following drug groups:

| Drug Group | | Immunoassay level (screening threshold level) | Gas chromatography or mass spectrometry level (confirmatory threshold level) |
|---|---|---|---|
| 1. | Marijuana metabolites, 9-carboxy THC | 20 ng/ml | 15 ng/ml |
| 2. | Cocaine | 300 ng/ml | 150 ng/ml |
| 3. | Opiates | 300 ng/ml | 300 ng/ml |
| 4. | Phencyclidine | 25 ng/ml | 25 ng/ml |
| 5. | Amphetamines<br>amphetamine<br>methamphetamine | 1000 ng/ml | <br>500 ng/ml<br>500 ng/ml |
| 6. | Methadone | 300 ng/ml | 200 ng/ml |
| 7. | Benzodiazepines | 300 ng/ml | 300 ng/ml |
| 8. | Barbiturates | 300 ng/ml | 200 ng/ml |
| 9. | Propoxyphene | 300 ng/ml | 200 ng/ml |

Note that items 1 to 9 inclusive, are based on urine sample.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 78 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 1-7  Filed 06/26/2006  Page 3 of 9

10. Alcohol (breath/blood test) 0.05 g/dL (0.02 g/dL for aircraft pilots and heavy vehicle drivers).

Any changes to the above list utilised by Company will be notified if they occur.

Unannounced random testing should be performed on all employees defined and documented to be in "designated" positions at least once per year, and at least 10% of these employees should have an unannounced random test performed more than once per year.

D15 Company Policy

Company is committed to a safe, healthy and productive workplace for all employees. The company recognizes that alcohol, drug or other substance abuse by employees will impair their ability to perform properly and will have serious adverse effects on the safety, efficiency and productivity of other employees and the company as a whole.

The misuse of legitimate drugs, or the use, possession, distribution or sale of illicit or unprescribed controlled drugs, on company business or premises is strictly prohibited and will give rise to disciplinary action up to and including termination. Possession, use, distribution or sale of alcoholic beverages on company premises is not allowed without prior approval of appropriate senior management. Being unfit for work because of use of drugs or alcohol is strictly prohibited and is grounds for disciplinary action up to and including termination of employment. While this policy refers specifically to alcohol and drugs, it is intended to apply to all forms of misuse of substances affecting the central nervous system.

The company recognizes alcohol or drug dependency as a treatable condition. Employees who suspect they have an alcohol or drug dependency are encouraged to seek advice and to follow appropriate treatment promptly before it results in job performance problems. The company's Employee Assistance Program (EAP) providers and medical professional staff will advise and assist in securing treatment. Those employees referred to a company approved rehabilitation programme by an EAP provider or company doctor will, whilst they remain in company employment, be reimbursed by the company to the extent described in the guidelines, and will receive leave in accordance with company sick leave policy.

No employee with alcohol or drug dependency will be terminated due to the request for help in overcoming that dependency or because of involvement in a rehabilitation effort. However, an employee who has had, or is found to have, a substance abuse problem will not be permitted to work in designated positions identified by management as being critical to the safety and well-being of employees, the public or the company. Any employee returning from rehabilitation will be required to participate in a company approved after-care programme.

If an employee violates provisions of this policy, appropriate disciplinary action, up to and including termination, will be taken. Such action cannot be avoided by a request at that time for treatment or rehabilitation. If an employee suffering from alcohol or drug dependency refuses rehabilitation or fails to respond to treatment or fails to meet satisfactory standards of effective work performance, appropriate disciplinary action, up to and including termination, will be taken. This Policy does not require and should not result in any special privileges or exemptions from normal job performance requirements.

Company may conduct unannounced searches for drugs and alcohol on owned or controlled property in accordance with guidelines held by the security division. The company may also require employees to submit to medical evaluation and/or alcohol and drug testing where cause exists to suspect alcohol or drug use. Unannounced periodic or random testing will also be conducted when an employee meets any one of the following conditions: has had a substance abuse problem or is, or may be working in a designated position identified by management or in a position where testing is required by law, or a specified executive position. A positive test result or refusal to submit to a drug or alcohol test is grounds for disciplinary action, up to and including termination.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 79 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 1-7　　Filed 06/26/2006　　Page 4 of 9

Contractor, common carrier and vendor personnel are also covered by relevant provisions of this policy (including paragraphs 1, 2 and 7 and search provisions). Those who violate the policy will be removed from company premises and may be denied future entry.

D16   Contractor Filling Jobs Comparable to Company Positions

| Contractor Filling: Designated Positions # | Safety Sensitive Positions # | Low Exposure Positions ## |
|---|---|---|
| Maintenance/Construction<br>• Pipeline construction foremen | Maintenance/Construction<br>• Rigging and heavy crane operations<br>• Heavy equipment operations (i.e. excavation) in a sensitive work area<br>• Offsite pipeline maintenance<br>• Aircraft maintenance (mechanics)<br>• Elevator maintenance<br>• Building high pressure vessel and fire system maintenance<br>• Critical instrument maintenance where failure could result in a catastrophic incident<br>• X-ray and other radiation NDI services<br>• Hot work (i.e. welding or pipe fitting) on pipe or structures containing hazardous or dangerous material<br>• Hot bolting or clamping of equipment containing hazardous or dangerous materials | Maintenance/Construction<br>• Construction work (not involving high exposure work)<br>• Scaffolding and platform erection/ dismantling<br>• Hydroblasting and hydrocutting<br>• Insulation installation and asbestos removal<br>• Oil clean-up<br>• Slop oil treatment<br>• High pressure painting<br>• Hazardous waste handling/ removal<br>• Leak repair clamp installation<br>• Janitorial services<br>• Groundskeeping<br>• Machinery repair/ maintenance |
| Operations<br>• Common carriers<br>• Aircraft pilot<br>• Unsupervised terminal operators | Operations<br>• Drilling, workover or wellbore services crews working over water or environmentally sensitive areas<br>• Service truck drivers<br>• Primary first aiders | Operations<br>• Small equipment operators<br>• Heat-treating and stress relieving services<br>• Compressed gas handling and supply services<br>• P&LB work - drum filling and packaging<br>• Field inspection services<br>• Electrical and power system installation and repairs<br>• Catalyst handling, reactor dumping, and reloading<br>• Refractory installation and removal |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 80 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI
Case 1:06-cv-00017   Document 1-7   Filed 06/26/2006   Page 5 of 9

Marine Operations
- Marine pilots
- Crewboat captains
- Maintenance certification of radar, engines, steering, navigating equipment

Marine Operators
- Diving and underwater marine services
- Barge/ship loading and pollution control officer
- Ocean fleet engineers and unlicensed seamen
- Inland engineers and tankermen
- Radio/ electronic officers
- All other seagoing and inland water services
- Emergency training trainers (fire, HUET, escape craft)

Other
- Engineering/Technical services
- Clerical services
- Food services

\# Final determination required by the Company Designated Representative in conjunction with the Contractor.

\#\# These positions all have potential to be classified as safety sensitive or designated as it depends on the particular circumstance. It is important that the Company Designated Representative and the Contractor Designated Representative jointly determine the final classification.

D17 Company Requirements of Contractors

| Tests | Designated Position | Safety Sensitive Positions | All Other Employees |
|---|---|---|---|
| 1. Pre-Access | ✓ | ✓ | |
| 2. Random | ✓ | | |
| 3. For Cause (Suspicion of use) | ✓ | ✓ | ✓ |
| 4. For Cause (After serious incident) | ✓ | ✓ | ✓ |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 81 of 84   Agreement No. SA-11551 OP
Transportation Services   Bulk Fuel Hauling - MOGI
Case 1:06-cv-00017   Document 1-7   Filed 06/26/2006   Page 6 of 9

1. **INVOICING AND PAYMENT**

1.1 Contractor's invoices to Company shall be submitted between the first and tenth day of each month in respect of Services provided in the previous month, and shall include details of Services performed and the sums payable in respect of that performance together with any other details reasonably required by Company.. All invoices shall quote the applicable Outline Agreement number, set forth below and Order number.

1.2 Company's payments to Contractor shall be made within thirty (30) days of receipt of a correct invoice submitted in accordance with paragraph above. All invoices shall be submitted to the following address:

    Mobil Oil Guam Inc.
    642 East Marine Corps Drive
    Hagatna Guam, 96910

1.3 **Outline Agreements**
For the purposes of Contractor providing Services to Issuing Affiliates, the following information shall be used by Company, Issuing Affiliate, and Contractor in its invoice and payment processes:

| Company and/or Issuing Affiliate | Outline Agreement Reference No. |
| --- | --- |
| Mobil Oil Guam Inc. | -- -- --- ---SA-11551 OP |

2. **GENERAL INVOICING INSTRUCTIONS**

All invoices submitted to Company must include the information shown below. Company shall not be obligated to make any payment of invoices if Contractor does not comply with these invoicing procedures. Additionally, no payment by Company shall limit Company's right to later dispute any of the charges invoiced. All charges are subject to audit verification.

1. Contractor will submit a single original GRT compliant tax invoice (one copy only, no statements) to Company at the address specified on the Purchase Order, Agreement or Order. Note: if Company does not provide an address at the time of order, contact the Requestor for specific invoicing instructions before submitting the invoice to Company.

2. Contractor must show the following information on each invoice:
   Administrative
   (i) Contractor's complete name, EIN or Tax Identification Number, & unique invoice number
   (ii) invoice date
   (iii) applicable Purchase Order number, Agreement number or Order number
   (iv) the Company location where Services covered by this invoice were delivered
   (v) other information as provided by the Company (ie AFE Number, Order Number, etc)
   Cost
   (i) itemized list of Services in accordance with the following:
     (a) line items match the line items on Company's Purchase Order, Agreement or Order. Note: if Contractor must split into multiple components, identify units specified on Company's Purchase Order, Agreement or Order
     (b) descriptions correspond with those on Company's Purchase Order, Agreement or Order
     (c) unit prices correspond with those on Company's Purchase Order, Agreement or Order
     (d) units of measure should match those on Company's Purchase Order, Agreement or Order
     (e) Quantities invoiced match quantities delivered to Company. Note: if invoice price, quantity, or unit of measure is different than shown in the Agreement / Purchase Order,

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 82 of 84   Agreement No. SA-11551 OP
Transportation Services   Bulk Fuel Hauling - MOGI
Case 1:06-cv-00017   Document 1-7   Filed 06/26/2006   Page 7 of 9

        then contact the buyer and note the change on the invoice
- (ii) applicable shipping charges and other applicable charges, credits, refunds, etc.
- (iii) all applicable taxes
- (iv) grand total charges for the invoice

3. If applicable, Contractor shall attach the following documents to each invoice:
- copies of freight bills when third party freight charges are included on the invoice
- receipts and documentation for all other charges (eg third party invoices and timesheets)

4. Additional site specific requirements for invoices, if any, as included in a specific Order.

## 3. COMPENSATION

As compensation for Services performed, compensation shall be base on the rate provided and as indicated below.

$0.0146 Cents Per Gallon

| NORMAL DISPATCH LOCATION | PRODUCT/GRADE | EXPECTED VOLUME /MONTH |
|---|---|---|
| CABRAS TERMINAL | ADO/MOGAS/JET A1 | 2 MILLION USG |

**NOTE:**
- No undertaking is given to the actual volumes to be serviced by the contractor under this contract. The figures detailed above while they are derived from actual average volumes for the period of JUNE 2003 to DECEMBER 2003 may not reflect the actual volumes available during the term of this contract.

- Demurrage is not payable under this contract

**Mobilization of driver and/or equipment will be immediately upon the execution of the contract.**

END OF EXHIBIT B

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 83 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI
Case 1:06-cv-00017    Document 1-7    Filed 06/26/2006    Page 8 of 9

EXHIBIT C
ADDITIONAL ARTICLES

In accordance with the Agreement, in the event of a conflict between any terms of this Exhibit and the Principal Document, the terms of this Exhibit shall take precedence and govern over the terms of the Principal Document.

Articles 14.1.b and 14.1.c of the Principal Document are hereby deleted and replaced with the following:

### ARTICLE 14 - INSURANCE

**14.1** **Minimum Insurance Requirements.** Contractor shall carry and maintain in force at least the following insurances and amounts:

- b) **Comprehensive General Liability.** Its normal and customary comprehensive general liability insurance coverage and policy limits or at least $1,000,000, whichever is greater, providing coverage for injury, death or property damage resulting from each occurrence.
- c) **Automobile Liability.** Automobile liability insurance covering owned, non-owned and rented automotive equipment with policy limits of at least $1,000,000 coverage for injury, death or property damage resulting from each accident.

END OF EXHIBIT C

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 84 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 1-7    Filed 06/26/2006    Page 9 of 9