# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

# EXHIBIT 2

# NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA v. JOHN D. QUERRY, AMBYTH SHIPPING AND TRADING, INC., DBA AMBYTH TRUCKING, and PACIFIC INDEMNITY INSURANCE COMPANY

# GUAM POLICE DEPARTMENT
## TRAFFIC ACCIDENT REPORT

RECEIVED
APR 08 2005
GUAM INSURANCE
ADJUSTERS

Dg/s 1 (6)

| ACCIDENT CLASSIFICATION: | | | | | | |
|---|---|---|---|---|---|---|
| ☐ FATAL | ☒ NON-FATAL | ☐ NON-INJURY | ☐ NON-TRAFFIC | ☐ OTHER | Completed 2/22/05 | CASE NO. 05-03396 |

| ACCIDENT INVOLVED: (CHECK APPROPRIATE BOX) | | | |
|---|---|---|---|
| ☐ Automobile(s) | ☒ Overturn | ☐ Pedal Cycle | ☐ Bus | ☐ Fixed Object |
| ☐ Parked Vehicle | ☐ Motorcycle | ☒ Truck (Heavy Equipment) | ☐ Pedestrian | ☐ Non-Collision |
| ☐ Ran Off Roadway | ☐ Moped | ☐ Trailer | ☐ Animal | ☐ Other |

**LOCATION / TIME**

Location: Route 2 Umatac (North San Donicio)

By: George Sanchez St

Best Area:

Date: 02/10/05   Time: 11:10 p.m.   Day of Week: Thursday

Notified of Accident: Date 02/10/05   Time 11:15 p.m.

Investigation Made: Date 02/10/05   Time 11:30 p.m.

Investigation Elsewhere: Scene   Date "same"   Time "same"

Is the Investigation Completed? ☐ Yes ☒ No

Where Photographs Taken? ☒ Yes ☐ No   By Whom: POD PA. Pascua   I.D. #

Point of impact dial:
☐ Rural
☒ Residence
☐ Industrial
☐ Business
☐ School Playgrounds
☒ Open Country
☐ Legal

| VEH # | YEAR | MAKE | MODEL | PLATE # | VIN# | STATE | COLOR |
|---|---|---|---|---|---|---|---|
| 1 | 1994 | GMC | ACL64B | 93/7799TLP | 4V2SCBJF7RR513704 | Guam | White |

**VEHICLES INVOLVED**

Driver: John D. Querry   D.O.B. 2/25/74   AGE 30   SEX Male

Home Address: #2258 Enriane San Nicholas St. Talofofo   Home Phone 798-5832   Race Jackie

Occupation: Driver   Place of Employment: Ambyth Shipping Co.

DL# 1228074355   Type: Chauffeur's   State Guam

Restrictions: None   SS# 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   Work Phone 649-8200

Insurance: Calvos   Policy No. 85687828

Owner: Mobile Oil Guam   D.O.B. N/A   Age N/A   Sex N/A

Address: PO Box ECU Hagatna   Phone No. 472-3300

Vehicle Traveling: ☐ East ☐ West ☐ North ☒ South On Route 2 Umatac (North San Donicio)

Impoundment: ☒ Yes ☐ No   Vehicle Moved To: Mobile Oil Guam Compound

Posted Speed: 25 MPH   Driver's Estimated Speed: MPH

CIRCLE POINT OF IMPACT
(SHADE DAMAGED AREAS)

AMOUNT $ Totaled .00
☐ T TOP
☐ U UNDERCARRIAGE
☐ N NONE

| YEAR | TRAILER (Other Unit) MAKE | MODEL | PLATE # | VIN# | COLOR |
|---|---|---|---|---|---|
| | | N/A | | | |

| VEH# | YEAR | MAKE | MODEL | PLATE# | VIN# | STATE | COLOR |
|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**VEHICLES INVOLVED**

Driver: N/A   D.O.B. N/A   AGE N/A   SEX N/A

Home Address: N/A   Home Phone N/A   Race N/A

Occupation: N/A   Place of Employment: N/A

DL# N/A   Type N/A   State N/A

Restrictions: N/A   SS# N/A   Work Phone N/A

Insurance: N/A   Policy No. N/A

Owner: N/A   D.O.B. N/A   Age N/A   Sex N/A

Address: N/A   Phone No. N/A

Vehicle Traveling: ☐ East ☐ West ☐ North ☐ South On N/A

Impoundment: ☐ Yes ☐ No   Vehicle Moved To: N/A

Posted Speed: MPH   Driver's Estimated Speed N/A MPH

CIRCLE POINT OF IMPACT
(SHADE DAMAGED AREAS)

AMOUNT $ N/A .00
T TOP
U UNDERCARRIAGE
N

| YEAR | TRAILER (Other Unit) MAKE | MODEL | PLATE # | VIN# |
|---|---|---|---|---|

Exhibit 2

PAGE #02

RECEIVED

| ACCIDENT CLASSIFICATION: | Non-Fatal Injury Crash/ Truck Overturn | CASE NO.<br>APR 08 2005 05-03396 |

RECEIVED

APR 08 2005

**VIOLATOR(S):** Veh. # _____ ☐ Pedestrian ☐ Other

Name _____ John D. Quarry

GUAM INSURANCE ADJUSTERS

Charge(s) 9107 (a) Title 16 GCA "Reckless Driving"

**DISPOSITION:** ☒ Arrested ☐ Citation Issued
☐ Verbally Warned   Ticket No. _____

18102 Title 16 GCA "DUI"

**INJURY CODE:** (1) Complaint of pain, no visible injuries.
(2) Bruises, abrasions, swelling, limping, etc.
(3) Bleeding wound, distorted member.
(4) Dead at time of report.

**SEAT CODE:**

**VEHICLE #** 1  2  Injury Code ☒ Driver ☐ Passenger ☐ Pedestrian  1 Seat Code  Use (a) As Additional Passenger Example (6a)

(1) John D Querry | Gua/Cau | Male | 30 | 2/25/74 | 5323-92-2219
First M.I. Last | Race | Sex | Age | D.O.B. | Soc. Sec.

Home Phone 789-1676  Bus. Phone 649-8200  Transported to GMH  Transported by Medic #8

**VEHICLE #** ___ Injury Code ☐ Driver ☐ Passenger ☐ Pedestrian ___ Seating Code

(2) _____ First M.I. Last | Race | Sex | Age | D.O.B. | Soc. Sec. #

Home Phone ___ Bus. Phone ___ Transported to ___ Transported by ___

**WITNESS(ES)**

(1) Name None noted  Home Address N/A
Home Phone N/A  Bus. Phone N/A  D.O.B. N/A  Soc. Sec.#/ I.D.# N/A

(2) Name N/A  Home Address N/A
Home Phone N/A  Bus Phone N/A  D.O.B. N/A  Soc. Sec.#/ I.D.# N/A

**ADDITIONAL INFORMATION:** (Injured Person(s), Passenger(s), Witness (es), ...Etc.)

| VEH# | NAME | HOME ADDRESS | HOME PHONE | BUS. PHONE | INJURY CODE | SEAT CODE |
|---|---|---|---|---|---|---|
| | N/A | | | | | |
| NA | N/A | | | | | |
| NA | N/A | | | | | |
| NA | N/A | | | | | |
| NA | N/A | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |

Assigned Officer: POD P. G. Sanchez  I.D. NO. #442
Supervisor Approving: Sgt M. A. Aguon  I.D. No. 505

**ASSIGNED PRECINCT:** ☐ NPC ☐ CPC ☐ SPC ☒ OTHER HPD
**CASE STATUS:** ☐ OPEN ☐ SUSPENDED ☒ CLOSED

Forwarded To: ☐ TRAFFIC INVESTIGATIONS ☐ SPECIAL INVESTIGATIONS ☒ ATTORNEY GENERAL
☐ CRIMINAL INVESTIGATIONS ☐ JUVENILE INVESTIGATIONS ☐ OTHER

Case 1:06-cv-00017  Document 13-8  Filed 06/26/2008  Page 3 of 6

GPD FORM 4 (REV. AUG '93) PREVIOUS EDITIONS OBSOLETE

03/10/2005   11:29   MOBIL  ... GUAM INC. → KBS&J          NO.663   D03

## CHEMICAL TESTS
### 1/3 2/4 Pedestrian

Case n... RECEIVED 3

| | | | Where Tested | Time | By Whom |
|---|---|---|---|---|---|
| ☒ | ☐ | Blood Narcotics Results + amphetamines | GMH | 03:12am | GMH Lab |
| ☐ | ☐ | Blood Alcohol Results | | | APR 9 6 2005 |
| ☐ | ☐ | Urine Alcohol Results | | | GUAM INSURANCE |
| ☐ | ☐ | Breath Alcohol Results | | | ADJUSTERS |
| ☐ | ☐ | Field Sobriety Results | | | |
| ☐ | ☐ | Other | | | |

## VEHICLE MANEUVER
### 1/3 2/4
- ☒ Going Straight
- ☐ Turn Right to Private Drive
- ☐ Turning Left to Street
- ☐ Turning Left to Private Drive
- ☐ Slowing or Stopped for Signal or Sign
- ☐ Slowing or Stopped for Entering Traffic
- ☐ Slowing or Stopped Other
- ☐ Starting in Traffic
- ☐ Starting from Parked Position
- ☐ Stopped in Traffic Lane
- ☐ Parked Unattended
- ☐ Backing from Drive Way
- ☐ Backing from On-Street Parking Space
- ☐ Entering from Private Roadway
- ☐ Changing Lanes
- ☐ Passing
- ☐ Other

## WERE SEAT BELTS IN USE?
### 1/3 2/4
- ☒ ☐ Yes
- ☐ ☐ No
- ☐ ☐ Unknown

## TYPE OF ACCIDENT
- ☐ Right Angle
- ☐ Sideswipe (Same Direction, Opposite Direction)
- ☐ Head On
- ☐ Rear End
- ☐ Turning from Wrong Lane
- ☐ Left Turn (Opposing Traffic)
- ☐ Left Turn (Crossing Traffic)
- ☐ Right Turn (Crossing Traffic)
- ☐ Object on Roadway
- ☐ Pedestrian
- ☒ Other Overturn

## MOTORCYCLE HELMET IN USE?
### 1/3 2/4
- ☐ ☐ Yes
- ☐ ☐ No
- ☐ ☐ Unknown

## CONDITION OF DRIVER(S) OR PEDESTRIAN(S)
### 1/3 2/4 Pedestrian
- ☐ ☐ Apparently Normal
- ☐ ☐ Physically Handicapped
- ☐ ☐ Wearing Glasses
- ☐ ☐ Illness
- ☒ ☐ Had Not Been Drinking
- ☐ ☐ Had Been Drinking, and
- ☐ ☐ Ability Impaired
- ☐ ☐ Ability Not Impaired
- ☒ ☐ Unknown Whether Impaired
- ☐ ☐ Other

## WEATHER CONDITIONS
- ☒ Clear
- ☐ Cloudy
- ☐ Rainy
- ☐ Storm
- ☐ Typhoon
- ☐ Other

### ROAD DEFECTS
- ☐ Defective Shoulders
- ☐ Holes, Deep Ruts
- ☐ Loose Material on Surface
- ☒ No Defects
- ☐ Other

### LIGHT CONDITIONS
- ☐ Dawn
- ☐ Daylight
- ☐ Dusk
- ☐ Dark (Street Lights Off)
- ☒ Dark (Street Lights On)
- ☐ Dark (No Street Lights)

### ROAD SURFACE
- ☒ Asphalt
- ☐ Concrete
- ☐ Dirt/Sand
- ☐ Gravel

### ROAD CONDITIONS
- ☒ Dry
- ☐ Wet
- ☐ Muddy
- ☐ Unknown
- ☐ Other

## CONTRIBUTING FACTORS
### 1/3 2/4
- ☐ ☐ Failure to Yield
- ☐ ☐ Following too Closely
- ☐ ☐ Improper Passing
- ☐ ☐ Improper Turn
- ☐ ☐ Drinking
- ☒ ☐ Speeding
- ☐ ☐ Weather (Inclement)
- ☐ ☐ Disregard Stop Sign
- ☐ ☐ Disregard Signal
- ☐ ☐ Wrong Side of Road
- ☐ ☐ Inattention
- ☐ ☐ Avoiding Vehicle, Pedestrian, Object
- ☐ ☐ Vision Obstructed
  - By
- ☐ ☐ Unknown
- ☐ ☐ Other

## TRAFFIC CONTROLS
### 1/3 2/4
- ☒ ☐ No Control
- ☐ ☐ Stop Sign
- ☐ ☐ Traffic Signal
- ☐ ☐ Flashing Signal
- ☐ ☐ Yield Sign
- ☐ ☐ Police Officer
- ☐ ☐ Flagman
- ☐ ☐ No Passing Zone
- ☐ ☐ Other

## ROAD CHARACTER (Check Two)
### 1/3 2/4
- ☒ ☐ Curve
- ☐ ☐ Straight
- ☐ ☐ Upgrade
- ☒ ☐ Downgrade
- ☐ ☐ Hill Crest
- ☐ ☐ Dip
- ☐ ☐ Level
- ☐ ☐ Other

## ROAD TYPE
### 1/3 2/4
- ☒ ☐ One Lane
- ☐ ☐ Two Lanes
- ☐ ☐ Three Lanes
- ☐ ☐ Four Lanes
- ☐ ☐ One Way
- ☐ ☐ Merging Lanes
- ☐ ☐ W/Median Lanes
- ☐ ☐ Lanes Under Construction
- ☐ ☐ Other

## VEHICLE CONDITION (Check one or more)
### 1/3 2/4
- ☐ ☐ Defective Brakes
- ☐ ☐ Improper Lights
- ☐ ☐ Defective Steering Mechanism
- ☐ ☐ Defective Tires
- ☒ ☐ No Defects
- ☐ ☐ Tinted Windows
- ☐ ☐ Other

## PEDESTRIAN
Was Going N/A   ☐ On N/A   ☐ Across From N/A   TO N/A

Direction (N.S.E.W.)     Street, Hwy No.     (S.E. Corner to N.E. Corner, or West Side to East Side)

- ☐ Crossing at Intersection with Signal
- ☐ Same - Against Signal
- ☐ Same - No Signal
- ☐ Same - Diagonally
- ☐ Crossing not at Intersection
- ☐ Coming from behind Parked Cars
- ☐ Other

- ☐ Walking on Roadway (Check Two)
  - 1 With Traffic   3 Sidewalks Available
  - 2 Against Traffic   4 Sidewalks Not Available
- ☐ Standing in Safety Zone
- ☐ Getting on or off Other Vehicle
- ☐ Pushing or Working on Vehicle

- ☐ Working on Roadway
- ☐ Playing on Roadway
- ☐ Hitching on Vehicle
- ☐ Not in Roadway (Explain)
- ☐ Yes   ☐ No Were Crosswalks Marked?
- ☐ Yes   ☐ No Was Pedestrian Inside Markings?
- ☐ Yes   ☐ No Extensions of Sidewalk Lines?

CASE NO. 05-03396

RECEIVED
APR 8 2005
GUAM INSURANCE ADJUSTERS

SHADE ARROW TO INDICATE NORTH
TO SCALE: ☐ Yes ☒ No

SCENE MEASUREMENTS

| DESCRIPTION | N | S | E | W |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ COORDINATION METHOD
☐ TRIANGULATION METHOD
☐ OTHER _____

Note: For diagram refer to page 05 of 05

Synopsis: Vehicle #1 was traveling south on Route 2 Umatac (North San Donicio St), when the operator lost control of the vehicle, thus overturned as it maneuvered the curve by George Sanchez St, ran off the roadway, struck a concrete utility pole, causing flammable liquid to spill from the vehicle, flowing down the water channel into George Sanchez St, setting fire to near by neighborhood/ resident.

Non-Fatal Injury/ Truck Overturned/ Civ Involved/ CASE CLOSED

Assigned Officer: PO2 R. G. Sanchez      I.D. No. #442

ASSIGNED PRECINCT
☐ NPC ☐ CPC ☐ SPC ☒ OTHER __HPD__

Supervisor Approving: Sgt M. A. Aguon      I.D. No. 505

CASE STATUS
☐ OPEN ☐ SUSPENDED ☒ CLOSED

Forwarded To: ☐ TRAFFIC INVESTIGATIONS   ☐ SPECIAL INVESTIGATIONS
☐ CRIMINAL INVESTIGATIONS   ☐ JUVENILE INVESTIGATIONS
☒ ATTORNEY GENERAL

RECEIVED

APR 08 2005

GUAM INSURANCE
ADJUSTERS

5

Case #05-3396
Non-Fatal Crash
Truck Overtrun



Route 2 Umatac
(North San Donicio)



Tire mark (skid)

NOT DRAWN TO SCALE

furrow mark/
gouges

concrete utility pole

Vehicle 1 uncontrolled
final rest.

Burned
structures

PO2 P.G. Sanchez #442
Crash Investigator

Sgt M.A. Aguon #505
Approving Supervisor