RECEIVED
11
APR 2005
GUAM INSURANCE
ADJUSTERS

The prepared account of the driver is contradicted by;

the gear box being in neutral,

the High-Low range selector being found in the high position,

the calculated speed range for the vehicle along the yaw marks being above the possible achievable in 2nd gear.

## FURTHER INFORMATION

To take this matter further the following information would be necessary;

the results of a complete forensic mechanical inspection of the drive train, differential and braking system by a competent qualified mechanic,

a detailed account by the driver of his step by step actions in gear changing and brake use from the top of the descent into the collision site.

## CONCLUSION

On the information currently available the following conclusions can be reached;

It is probable that at the time of the impact with the utility pole the vehicle was in neutral.

At the time of impact with the utility pole the range selector was in High range,

The speed range for the vehicle on the yaw marks was between 63 km/h [39 mph] and 82 km/h [50 mph].

Capsize of the vehicle did not occur until contact with the utility pole or just before contact.

The accounts from the driver are contradictory and the prepared account not supported by the physical evidence or by vehicle performance.

The driver has shown a gross error in driving tactics for descending a long steep grade.

The cause of the incident was driver error.

David R Axup
BA [Pol. Stud]. Grad Dip H'way & Traf Eng.
M.I.T.E. M.A.I.T.P.M. M.SAE.A. M.I.T.A.I

Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February, 2005

## 7 PHOTOGRAPHS

M1

M2

David R Axup & Associates Pty Ltd 17

RECEIVED

INSURANCE ADJUSTERS

Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February, 2005

M8

David R Axup & Associates Pty Ltd 20





Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February, 2005

ADJUSTERS

M
10

David R Axup & Associates Pty Ltd 21





Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February, 2005

M
12

David R Axup & Associates Pty Ltd 22

Report on single vehicle incident on San Dionisio Drive, Umatac Guam, on the 10th February, 2005

M
13

M
14

David R Axup & Associates Pty Ltd 23







Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February 2005

01
02

David R Axup & Associates Pty Ltd

24

01
-04

Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February, 2005

01
-06

David R Axup & Associates Pty Ltd 26





















02
06

02
07