





David R Axup & Associates Pty Ltd                                                 31





















































Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February, 2005
___







<mark>Report on single vehicle incident on San Dionisio Drive, Umatac, Guam, on the 10th February, 2005</mark>







<mark>David R Axup & Associates Pty Ltd                                                              42</mark>

<mark>Case 1:06-cv-00017    Document 1-11    Filed 06/26/2006    Page 12 of 14</mark>

RECEIVED
APR 11 2005
GUAM INSURANCE
ADJUSTERS

## APPENDICES

1     Table of Conversion Factors.

    Australian Geomagnetic Reference

6     Map of the Island of Guam

    Map of the area around the village of Umatac

11     Diagram of the transmission controls

    Diagram of the range cylinder assembly

    Road Ranger data on Eaton Fuller 9 Speed Transmission

16     Curriculum vitae of David Roy Axup

## ENCLOSURE

21     Scale Plan of Site & Collision Diagrams



1    **TABLE OF CONVERSION FACTORS**

| | |
|---|---|
| Kilometres per Hour to Miles per Hour | km/h ÷ 1.6093 |
| Miles per Hour to Kilometres per Hour | mp/h x 1.6093 |
| Metres to Feet | m ÷ 0.304 |
| Feet to Metres | ft x 0.304 |
| Millimetres to Inches | mm ÷ 25.4 |
| Inches to Millimetres | inches x 25.4 |
| Kilograms to Pounds | kg ÷ 0.4535 |
| Pounds to Kilograms | lbs x 0.4035 |
| Litres to Gallons [US] | l ÷ 0.26 |
| Gallons [US] to Litres | Gal x 3.79 |