

Home | About Us | Contact Us | Media | News
Topics | Tools | Products | Education | Links
Advanced Search |
keywords [search]

RECEIVED
APR -- 2005
CAM INSURANCE ADJUSTERS

You are here: Home > AGRF Computation

**Online Tools**
- Downloads
- Online Maps
- Databases
- Recent Earthquakes
- Place Names Search
- Sunrise & Sunset Times
- Distance Calculations

**Factsheets**
- Marine & Coastal
- Oil & Gas
- Minerals
- Geohazards

**Media Releases**

## Australian Geomagnetic Reference Field Computation

Requested: Latitude **013° 17' 55"**, Longitude **144° 39' 30"**, Elevation **0 km**, Date **2005/02/16**

Calculated: Latitude **+13.2986°**, Longitude **+144.6583°**, Elevation **0.00 km**, Epoch **2005.1260**
**Location is outside the AGRF area. A global field model has been used**

**Magnetic Field Components**

**D = 1.481 deg**

[back to top]

Rate this page: -- Please choose --

security & privacy | disclaimer | site map | © Commonwealth of Australia 2005

RECEIVED
GUAM INSURANCE ADJUSTERS
2005

RECEIVED
APR 2005
GUAM INSURANCE
ADJUSTERS





- MISSING ITEM NUMBERS ARE NOT APPLICABLE
COPYRIGHT © 1995 Volvo GM Heavy Truck Corporation
PRINTED IN THE UNITED STATES OF AMERICA
Case 1:06-cv-00017 Document 1-12 Filed 06/26/2006 Page 4 of 16

## TRANSMISSION ASSY, RTF-13709H

**RANGE CYLINDER ASSEMBLY**



270-0097

- MISSING ITEM NUMBERS ARE NOT APPLICABLE　　COPYRIGHT © 1995 Volvo GM Heavy Truck Corporation　　PRINTED IN THE UNITED STATES OF AMERICA

Case 1:06-cv-00017　Document 1-12　Filed 06/26/2006　Page 5 of 16

# Roadranger

RECEIVED
APR 11 2005
INSURANCE ADJUSTERS

**Eaton® Fuller® 9-Speed Transmissions**

RT/RTX-11709H  RT/RTX-14709H
RT/RTX-12709H  RTX-16709H
RT/RTX-13709H



One Great Drivetrain from Two Great Companies

## H-Ratio 9-Speeds

Improved Shiftability Low to 1st for Fleets Preferring a 9-speed Shift Pattern and Moderate Ratio Coverage.

- Improved tolerance to driver abuse due to new mainshaft washer design.
- For on-highway use with engines up to 1650 lbs.ft. torque.
- Better startability and maneuverability due to a short step between low and first.
- Long life and quiet operation due to tough helical gears in the auxiliary section.
- Standard SAE 6-bolt and 8-bolt PTO openings.
- Triple lip seals for maximum protection against contaminants and triple the life of earlier designs.
- Roadranger warranties are available for a wide variety of applications. To find the coverage that applies to your specific vocation, please see the Vocational Warranty Guide (TCWY-0900) at www.roadranger.com.



# Eaton® Fuller® 9-Speed Transmissions

RECEIVED
APR ~~11~~ 2005
GUAM INSURANCE ADJUSTERS

**Specifications:**

Speeds:
  9 forward, 2 reverse.

Capacity:
  RT/RTX-11709H – 1150 lbs.ft.
  RT/RTX-12709H – 1250 lbs.ft.
  RT/RTX-13709H – 1350 lbs.ft.
  RT/RTX-14709H – 1450 lbs.ft.
  RTX-16709H – 1650 lbs.ft.

Weight:
  RT/RTX-11709H – 581 lbs. (604 lbs.)*
  RT/RTX-12709H – 583 lbs. (606 lbs.)*
  RT/RTX-13709H – 588 lbs. (606 lbs.)*
  RT/RTX-14709H – 607 lbs. (630 lbs.)*
  RTX-16709H – 617 lbs. (640 lbs.)*
  Less clutch housing and controls. *with SAE #1 aluminum clutch housing.

Length:
  RT/RTX-11/12/13709H – 28.9 in.
  RT/RTX-14709H – 29.5 in.
  RTX-16709H – 29.5 in.
  Lengths listed are from face of clutch housing to front bottoming surface of companion flange or yoke.

Clutch Housing Size:
  SAE #1 and SAE #2 grey iron. Aluminum available.

PTO Openings:
  Two SAE standard openings. Right side: regular-duty, 6 bolt. Bottom: heavy-duty 8 bolt. Thru-shaft PTO also available.

PTO Drive Gears:
  Right side: 45-tooth, 6/8 pitch gear. Bottom: 47-tooth, 6/8 pitch gear. PTO speed is 70% of engine speed for RT (Direct) models and 79% of engine speed for RTX (Overdrive) models.

Oil Capacity:
  Approx. 27 pints (13 liters).

**Ratios and Steps:**

| GEAR | RT SERIES RATIO | % STEP | RTX SERIES RATIO | % STEP |
|---|---|---|---|---|
| 8th | 1.00 | 34 | .73 | 37 |
| 7th | 1.34 | 36 | 1.00 | 38 |
| 6th | 1.83 | 40 | 1.38 | 42 |
| 5th | 2.57 | 39 | 1.95 | 42 |
| Range Shift | | 34 | | 37 |
| 4th | 3.57 | 36 | 2.77 | 38 |
| 3rd | 4.80 | 40 | 3.79 | 42 |
| 2nd | 6.53 | 45 | 5.23 | 42 |
| 1st | 9.16 | | 7.41 | |
| Low | 13.29 | | 10.55 | |
| Hi Rev | 3.89 | | 2.99 | |
| Lo Rev | 13.89 | | 11.33 | |
| Overall | 13.29:1 | | 14.45:1 | |

**Performance Chart:**



Based on engine operating at 1800 RPM and geared speed of 65 MPH.

Even steps keep engine operating in most efficient segment of the power curve. Ratio steps maintain engine above peak torque for good performance plus economy.

**Shift Pattern:**



Eaton Corporation
Truck Components Operations
P.O. Box 4013
Kalamazoo, MI 49003
U.S.A.
www.roadranger.com

Copyright Eaton and Dana Corporation, 2003. EATON AND DANA CORPORATION hereby grants its customers, vendors, or distributors permission to freely copy, reproduce and/or distribute this document in printed format. THIS INFORMATION IS NOT INTENDED FOR SALE OR RESALE, AND THIS NOTICE MUST REMAIN ON ALL COPIES.

DANA | EATON
One Great Drivetrain from Two Great Companies

# Roadranger®
MORE TIME ON THE ROAD

The Roadranger® System is an unbeatable combination of the best products from Eaton and Dana – partnering to provide you the most advanced, most trouble-free drivetrain in the industry. And it's backed by the Roadrangers – the most experienced, most expert, most accessible drivetrain consultants in the business.

For spec'ing or service assistance, call 1-800-826-HELP (4357) 24 hours a day, 7 days a week, (Mexico: 001-800-826-4357) for more time on the road. Or visit our web site at www.roadranger.com.

© 2003 Eaton Corporation
All rights reserved.
Printed in USA
TRSL-0233 2/03
2M/WP

# CURRICULUM VITAE

David Roy Axup

RECEIVED APR 2005 GUAM INSURANCE ADJUSTERS

## EDUCATION

- Bachelor of Arts [Police Studies], Monash University, 1992
- Graduate Diploma in Highway and Traffic Engineering, Caulfield Institute of Technology, 1979

  Qualified at Courses;
- Vehicle Safety Testing School [Victoria Police] 1966
- Pursuit Driving Courses - Motorcycle and motor car [Victoria Police] 1967
- Commissioning Course [to Inspector] 1980
- Superintendent's Staff Course 1988
- Technical Accident Investigation, Northwestern University, Illinois, 1986
- Vehicle Dynamics, Northwestern University, Illinois, 1986
- Traffic Accident Reconstruction, Northwestern University, Illinois, 1986
- Safety Audit Short Course, Monash University, 1993
- Short Course on MicroStation Computer Aided Design, Melbourne, 1997

## EMPLOYMENT

- Victoria Police Force] - serving at all ranks to Chief Superintendent within the Traffic Department. 1958 - 1992
- Lecturer in Accident Investigation and Traffic Engineering, Centre for Policing and Public Safety, Monash University, 1986 - 1995.
- Principal of David R Axup & Associates, Collision Investigation and Reconstruction, Safety Audits and Advisers on Traffic Law Enforcement, 1992 - continuing
- Radio Journalist, 3AW, 1992 - continuing.
- Registered Consultant on Traffic Law Enforcement, Traffic Management and Accident Investigation to the Asian Development Bank, 1993- continuing

## PROFESSIONAL ASSOCIATIONS

- Australasian & South Pacific Association of Collision Investigators, Member and Foundation President
- Australian Institute of Traffic Planning and Management, Member
- Institute of Transportation Engineers, Member and past Australian Board Member
- Institute of Transportation Engineers, Expert Witness Council, Member
- National Association of Professional Accident Reconstruction Specialists [USA]
- Road Engineering Association of Asia and Australasia, Member
- Society of Automotive Engineers, Australia, Member
- The Institute of Traffic Accident Investigators [United Kingdom], Member

RECEIVED
APR 2005
GUAM INSURANCE
ADJUSTERS

## QUALIFIED AS EXPERT

Vehicle and driver behaviour in collisions including calculation of speed and effect of road geometry on vehicle behaviour. Time-distance-speed relationships. Evaluation of damage profiles in relation to cause. Road Safety implications of road design and planning projects.

Accepted as an expert witness since 1979 in matters before the Administrative Appeals Tribunal, the Coroner's Court, Magistrates Court, County Court and Supreme Court of Victoria, the Coroner's Court, Magistrates Court and District Court in New South Wales, the Magistrates Court and Supreme Court of the Australian Capital Territory, the Supreme Court and District Court of Western Australia, the Coroner's Court and District Court in Queensland, the High Court of the Cook Islands, the District Court in New Zealand and at Courts Martial in the Australian Defence Force.

## PROFESSIONAL SERVICE

Consultant on the assessment of vehicle speed and behaviour in relation to involvement in collisions and the reconstruction of the sequence of events in collisions to;
- The Accident Investigation Section of the Victoria Police
- Other Police in Victoria
- Police in the Australian Capital Territory and the Cook Islands
- The Police components of the Australian Armed Forces in Victoria.

Australian Standards Association Committee CS/76 dealing with motor cycle helmet standards in Australia.

Public Transport Priority Committee which laid down guidelines for the implementation of regulatory changes to favour road based public transport.

Core Implementation Group - Fairway Project" - an Inter-agency committee responsible for the drafting and implementation of tram priority through regulatory changes and engineering initiatives.

Committee for the Adoption of Uniform Guidelines for Intergreen and Pedestrian Walk Times.

Local Traffic Precincts Working Party - a committee set up to design and implement changes in the use of "local streets" by motor vehicles.

Inter-agency Advisory Committee - Metropolitan Road Access Study

Road Traffic Authority Truck Operations Committee

RECEIVED
APR 2005
GUAM INSURANCE
ADJUSTERS

Road Traffic Authority Speed Limits Committee

VicRoads Study Committee. An inter-agency senior executive level committee set up to review the state of the Victorian rural arterial road system and to develop a strategy to improve this facility.

Honorary Consultant to the Victorian Law Reform Commission in its deliberation on the law relating to Culpable Driving.

Australian Road Transport Federation Truck Safety Study.

Judging Panel for the Safety Award in the Victorian Road Transport Association Annual Awards.

Roads Corporation Board member under section 30[7] of the Transport Act 1983 to advise the Chief Executive of the Corporation.

Speed Management Implementation Committee

Referee for papers presented to the Australian Road Research Board for publication in the areas of Enforcement, Traffic Management and Accident Investigation.

Case Study Panel for the National Road Transport Commission analyzing heavy vehicle collisions in respect to the use of anti-lock braking systems.

Accredited consultant to the Asian Development Bank in the fields of traffic law enforcement, emergency traffic planning and training.

Guest lecturer on enforcement practices to the Masters Degree [Transportation Science] at the Faculty of Engineering, Monash University, Clayton Campus.

Officer of Police -

    Divisional Officer [Traffic Operations Group] - responsible for control of police enforcement and traffic management practices in a large metropolitan Division.

    Superintendent [Traffic Operations Group] - commanding the Traffic Operations Group personnel for the Eastern half of the State of Victoria along with the Accident Investigation Section, State Highway Task Force, Breath Analysis Section and other units of the T.O.G.

    Acting Chief Superintendent [Traffic Operations Group] - commanding the Traffic Operations Group and ancillary units responsible for traffic policing in the State of Victoria. Position held until the regionalization of the T.O.G.

RECEIVED APR 2005 GUAM INSURANCE ADJUSTERS

Chief Superintendent [Commanding Officer, Traffic Support Group] - responsible for the State wide management, direction and administration of traffic policing; Responsible for the formulation and execution of operational traffic management practices in conjunction with State and Municipal Road Authorities; Responsible for the development and introduction of sophisticated electronic and photographic enforcement and traffic management devices; Responsible for the provision of emergency traffic direction for large events and natural disasters.

Lecturer in Traffic Studies, Monash University, Caulfield Campus in the Bachelor of Arts [Police Studies]. Subjects taught "Traffic Management & Control", "Accident Investigation", "Highway Design" and "Urban Land Use and Planning".

## PAPERS

"A Computer Study of Preliminary Breath Testing Stations" [1979]. An internal report on the costing of P.B.T. Stations and referred to in other papers such as the Report to Government on Drink Driving by Dr. J. Hendtlass.

"Motorcycle Safety in the Victoria Police" [1980]. An internal report to the Chief Commissioner. It has been used as a reference by A.R.R.B and other bodies such as the Australian Regular Army in selecting equipment and reviewing methods of motorcycle use.

"Towards a Realistic Traffic Policy" [1981]. Published in the October issue of the Australian Police Journal.

"Policing of Local Area Traffic Management Schemes" [1984]. A paper delivered to the Institute of Engineers [Australia] and the Australian Institute of Traffic Management in Sydney and published in their Journal.

"Legal and Enforcement Problems Related to Design of Local Area Traffic Management Devices" [1984]. A paper delivered to a conference of the Institute of Engineers [Australia] and the Institute of Transportation Engineers in Melbourne.

"The Need for Self Regulating Schemes in Local Area Traffic Management" [1986]. Proc. 13th. Conf. A.R.R.B. Adelaide.

"Accident Investigation - A Scientific Approach" [1987]. Presented to the Institute of Transportation Engineers, Melbourne, March, 1987.

"Traffic Policing, Where to in the Future?" [1987]. Presented at a Seminar entitled "Traffic Policing - A Legitimate but Undervalued Aspect of Law Enforcement" at Chisholm Institute of Technology, 1st July, 1987.

RECEIVED
APR 11 2005
GUAM INSURANCE ADJUSTERS

"Police and the Local Government Engineer - A Co-operative Traffic Plan" [1987]. 4th National Local Government Engineers' Association Conference in Perth, W.A., August, 1987. Published in MEMO, August, 1988.

"Engineering and Road Crashes" [1987]. Presented at a Seminar "Road Safety - The Alcohol Questions" in Melbourne. 21st October, 1987, and published in the Journal of the Australian Road Transport Federation, November 1987.

"Traffic Policy - An Appraisal of Police Requirements" [1990]. National Police Research Unit Review, Vol. 4., No. 21.

"Police Perspectives On, and Limitation of Enforcement" [1988]. Proceedings of the Colloquium on Driver Behaviour at the National Sciences Centre, Parkville, December 6th.

"The Traffic Scene - A Police Perspective" [1989]. Presented 45th Conference of Municipal Engineers, Melbourne, February 20-24. Published in Highway Engineering in Australia. Vol. 21. No.1.

"Municipal Works Can Cause Accidents" [1989]. Presented at Municipal Works Officers' Conference sponsored by Local Government Engineers Association of Victoria, Melbourne, 15/11/89

"Motor Vehicle Collisions and the Police" [1990]. Presented at a Seminar "Improving Road Safety" sponsored by the Society of Automotive Engineers. Melbourne, March 1.

"Speed - A Possible Solution" [1990]. Presented at a Seminar on New Methods to Reduce the Road Toll sponsored by the Royal Australian College of Surgeons, Melbourne, April 6.

"Enforcement - A Review of Australian Techniques" [1990]. Proc. 15th. Conf. A.R.R.B. Darwin.

"The Development and Use of Photographic Detection Devices in Victoria" [1991]. Proc. 49th Annual Meeting of the Institute of Transportation Engineers, Milwaukee, USA, 22 - 25 September.

"Accident Investigation I" and "Accident Investigation II". Manuals on the scientific investigation of motor vehicle collisions. Published by Monash University [Caulfield Campus] as the prime reference for the subjects relating to collision investigation in the BA. [Police Studies]. First published 1988.

"Accident Investigation by Consultants" [1992] Paper presented to VicRoads Accident Investigation and Prevention Workshop. Ballarat. October.

RECEIVED APR 11 2005 GUAM INSURANCE ADJUSTERS

"Tyre/road Friction - Its Role in Accident Investigation". [1992] Australian Insurance Institute Journal. Vo.15. No.5. Pp 15-17. November

"Enforcement" [1993] Chapter 21 in a text book entitled "The Traffic Safety Toolbox - A Primer on Traffic Safety". Institute of Transportation Engineers, Washington, USA

"Traffic Management and Enforcement in Asia" [1993] A paper delivered to an REAAA Meeting in Melbourne. 30 July.

"Accident Investigation - What Happens When It's Your Vehicle" [1993]. A paper delivered in the proceedings of Freight Congress '93. Victorian Road Transport Association, Melbourne, 11-14 August.

"The Mechanics of Accidents" [1993]. A paper delivered to the Society of Automotive Engineers, Victorian Division, Melbourne, 11 August.

"Traffic Laws - Traffic Problems" [1993]. A paper delivered to the Australian Asphalt Pavement Association 1993 Conference. Melbourne, 15 August.

"Driver Strategy and Tactics" [1993]. Australian Insurance Institute Journal. Vol. 16. No.4. Pp 37-39.

"Do I Have the Energy to Explain Momentum?" [1994]. Momentum - the Journal of the Australasian & South Pacific Association of Collision Investigators, Vol.2. No.1 pp 13-15.

"Accident Reconstruction" [1995]. A papers presented at Monash University Conference - Vehicle Accidents. Their Cause - Reconstruction - Law. Melbourne 29th July.

"Investigation Involving Heavy Vehicles" [1995]. Presented at AIRIL '95, the International Conference on Accident Investigation and the Law. Surfers Paradise, October. Proceedings pp 379-387.

"Reconstruction - The Police Experience in Australia" [1995]. A Key Note paper and address at AIRIL '95. Proceedings pp 173-179.

"Will You Survive a Visit From The AIS? - The Implications of a Police Investigation" [1997] A paper prepared for the Victorian Road Transport Association and presented at the Twilight Seminar Series, Feb. 11.

"Accident Data - The Investigators Approach" [1997]. A paper presented on 14 July 1997 to the Accident Investigation Prevention Workshop at Monash University, Clayton Campus, and published in the proceedings of that Workshop.

RECEIVED APR 11 2005 GUAM INSURANCE ADJUSTERS

"Policing Traffic in Asia" [1997]. A paper presented on 5th August, 1997, to the Victorian Chapter of the Australian Institute of Traffic Planning and Management and to be published in the AITPM Newsletter.

"Traffic Management - Enforcement and Regulatory Change" [1997]. A paper presented at the Liaoning Urban Transport Seminar, Shenyang, China, on 26 November, 1997.

"Traffic Management - Education" [1997]. A paper presented at the Liaoning Urban Transport Seminar, Shenyang, China, on 26 November, 1997

"Self Regulation - Panacea, Plague or Negotiable Tightrope" [1998] Proceedings of 5th International Symposium on Heavy Vehicle Weights and Dimensions. Maroochydore 29th March to 2nd April, 1998.

"Physical Evidence and How It Is Used" [1998] Proceedings of Seminar "Serious & Fatal Accident Claims" conducted by The LAAMS Group of Companies, Melbourne, 26 November, 1998.

"Effect of Roadworthiness on Crash Outcomes - A Forensic Perspective" [1999] A report prepared for VicRoads as part of their submission to the Parliamentary Road Safety Committee enquiry into compulsory roadworthiness checks.

"Enforcement: An Update" [1999] Chapter 15 in a text book entitled "The Traffic Safety Toolbox - A Primer on Traffic Safety". Institute of Transportation Engineers, Washington, USA

"Accident Reconstruction - The Use & Interpretation of Physical Evidence" [2000]. Proceedings of Seminar "Expert Evidence in Motor & Traffic Accidents" conducted by the LAAMS Group of Companies, Melbourne, 21 November, 2000.

"The Flushed Pavement and Heavy Vehicles" [2002] Proceedings of the ASPACI Conference, Adelaide, 10-13 March, 2002.

"The Implications of Pavement Flushing on Skid Resistance" [2003] Impact - The Journal of the Institute of Traffic Accident Investigators. Vol. 12. No 1. pp4-7

"The Responsibility for Poor Maintenance" [2004]. Presented at the Institute of Road Transport Engineers [New Zealand] Conference in Rotorua, New Zealand. July 2004.

**OVERSEAS EXPERIENCE**

Greater Dhaka Integrated Transportation Study - Dhaka, Bangladesh. As enforcement expert working with Dhaka Metropolitan Police to quantify the available resources for traffic enforcement in Dhaka and the deployment of these resources, describe current

RECEIVED
APR 11 2006
GUAM INSURANCE ADJUSTERS

procedures and programs for training traffic police officers, identify traffic enforcement strategies, gain an understanding of the needs of the traffic police to improve the effectiveness of their work and from the information gathered to develop an overall strategy. The components of the developed strategy are a statement of the key traffic enforcement objectives for Dhaka and a desired timetable for achieving the objectives, recommendation of strategies for achieving the agreed enforcement objectives including training, recruitment and equipment and to give an indication of the resources needed to implement the selected enforcement strategies.
Duration from 4 Jan '93 to 1 Feb '93 - 1 month

Shenyang Urban Transport Study - Shenyang, Liaoning Province, Peoples Republic of China. As enforcement expert to provide training for the Traffic Branch of the Public Safety Bureau to introduce traffic police to the following enforcement methods; preventative measures, distribution of information to road users, show drivers how to behave and emergency traffic direction; persuasive measures, verbal warnings, written warnings and visible patrols; punitive measures, on the spot fines, notification of offences requiring court appearances, arrest of drivers and court duties. The training included different levels of regulations and enforcement of intersection rules and methods of selective enforcement.
Duration 28 February '93 to 21 March '93 - 3 weeks

Cook Islands Police - Education Scheme. Rarotonga, Cook Islands. As a sessional lecturer to instruct the Cook Islands Police in two subjects. The first of these subjects is Accident Investigation Techniques including the reasons for investigation, the processes of investigation, examination of vehicles and collision scenes for the gathering and interpretation of physical evidence, the drawing of scale diagrams of collision scenes, the calculation of vehicle speed from physical evidence and features, vehicle dynamics, the theory of the conservation of momentum, the use of energy to calculate speed and the presentation of the results. The second course was Traffic Engineering and Control - from the police perspective including the theory of traffic flow, road capacity, road signing, basic statistical analysis and enforcement policies and practices. Provide expert opinion on the cause of selected motor vehicle collision.
Duration 7 to 21 July '91, 9 to 23 February '92 and 4 to 18 June '94 - 6 weeks. 29 April - 5 May 1995

Vietnam Urban Transport Management Study. In Hanoi and Ho Chi Minh City to define organizational, operational and training programs and equipment requirements necessary to assist the traffic police in the management of road traffic by conducting a comprehensive review of the present resources and operational performance of the traffic police and based on that review, propose a programme of improvements which will include, but will not necessarily be limited to those areas. To provide recommendations for technical assistance for the traffic police in the areas defined for the study.
Duration 7 weeks. 2 July, 1995 to 3 August, 1995, and 13 September to 28 September, 1995

Case 1:06-cv-00017    Document 1-12    Filed 06/26/2006    Page 15 of 16

RECEIVED
APR 11 2005
GUAM INSURANCE
ADJUSTERS

Heilongjiang Road Safety Project. To review the Traffic Policing Organization, training, equipment and operations against the accident record for the Province and to recommend appropriate changes and improvements to increase the operational effectiveness of the Public Security Bureau Traffic Police in the Province.
Duration 10 weeks in the field. 5 November to 28 November, 1995. 14 January to 7 February 1996. 19 May to 19 June 1996.

Hong Kong. Review the accident record, training and routes used by the Kowloon Motor Bus Company [1933] Ltd to identify problems and deficiencies in their current operations and routes and to recommend remedial action.
Duration 3 weeks. 7 July to 27 July, 1996.

Liaoning Urban Transport Seminar. Conducted in Shenyang, Peoples Republic of China. Speaker and Group Instructor on Traffic Management - Enforcement, Regulatory Change and Education. Duration 1 week. 24 to 28 November, 1997.

Dhaka Urban Transport Project [Phase II]. Dhaka, Bangladesh. With reference to the design plans for major arterial roadworks review the current status of the Traffic Division of the Dhaka Metropolitan Police and its ability to undertake the necessary traffic management and enforcement program to minimize the effects of the works on urban traffic. In conjunction with the police to identify the necessary diversions around the roadworks and to compile the operational plan, personnel and equipment requirements and the training needed to cope with the expected disruption. Duration 4 weeks from 14 June to 12 July, 1998.

Kuala Lumpur, Malaysia. Conduct internal advanced training in collision response and investigation for incidents involving heavy goods vehicles conveying petroleum products. Training conducted for the Shell Oil Company. Duration two weeks from 16th March, 2003 to 29th March, 2003. One week from 12th to 18th September, 2004.