# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

# EXHIBIT 4

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA v. JOHN D. QUERRY, AMBYTH SHIPPING AND TRADING, INC., DBA AMBYTH TRUCKING, and PACIFIC INDEMNITY INSURANCE COMPANY**


| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **Office of the Attorney General** |
|   | **Douglas B. Moylan** |
| 4 | Attorney General of Guam |
|   | **General Crimes Division** |
| 5 | Guam Judicial Center, Suite 2-200E |
|   | 120 West O'Brien Drive |
| 6 | Hagåtña, Guam 96910 • USA |
|   | (671) 475-3406 • (671) 477-3390 (Fax) |
| 7 | www.guamattorneygeneral.com • law@mail.justice.gov.gu |
| 8 | **Attorneys for the Government of Guam** |



# IN THE SUPERIOR COURT OF GUAM
## HAGÅTÑA, GUAM

| THE PEOPLE OF GUAM, | ) | CRIMINAL CASE NO. CM |
|---|---|---|
| | ) | GPD REPORT NO. 05-03785 & 05-03396 / |
| vs. | ) | Charges: **CM 0352-05** |
| | ) | |
| **JOHN DEAN QUERRY,** | ) | 1. **DRIVING WHILE UNDER THE INFLUENCE OF A SCHEDULE II CONTROLLED SUBSTANCE** |
| DOB: 02/25/1974 | ) | (As a Misdemeanor) |
| SSN: 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 | ) | 2. **RECKLESS CONDUCT** |
| Defendant. | ) | (As a Misdemeanor) |
| | ) | 3. **RECKLESS DRIVING** |
| | ) | (As a Petty Misdemeanor) |

## COMPLAINT

The Attorney General of Guam hereby accuses **JOHN DEAN QUERRY** of certain crimes committed as follows:

### FIRST CHARGE

On or about the 14th day of February, 2005, in Guam, **JOHN DEAN QUERRY** did operate and was in physical control of a vehicle while under the influence of a controlled substance, that is, amphetamine-based substance, in violation of 16 GCA § 18102(a) (as enacted on June 22, 1993, Public Law 22-20).

Exhibit 4

Page 1
COMPLAINT - People v. JOHN DEAN QUERRY
Superior Court of Guam Criminal Case No. CM
Case 1:06-cv-00017    Document 1-13    Filed 06/26/2006    Page 2 of 5
ORIGINAL
jbf:K:\HOME\JULS-K\2005COMP\QUERRY.wpd





**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**General Crimes Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3406 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

# IN THE SUPERIOR COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | CRIMINAL CASE NO. CM |
| | GPD REPORT NO. 05-03785 & 05-03396 / |
| vs. | Charges: **CM 0352-05** |
| **JOHN DEAN QUERRY,** | 1. **DRIVING WHILE UNDER THE INFLUENCE OF A SCHEDULE II CONTROLLED SUBSTANCE** (As a Misdemeanor) |
| DOB: 02/25/1974 | |
| SSN: 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 | |
| Defendant. | 2. **RECKLESS CONDUCT** (As a Misdemeanor) |
| | 3. **RECKLESS DRIVING** (As a Petty Misdemeanor) |

## COMPLAINT

The Attorney General of Guam hereby accuses **JOHN DEAN QUERRY** of certain crimes committed as follows:

### FIRST CHARGE

On or about the 14th day of February, 2005, in Guam, **JOHN DEAN QUERRY** did operate and was in physical control of a vehicle while under the influence of a controlled substance, that is, amphetamine-based substance, in violation of 16 GCA § 18102(a) (as enacted on June 22, 1993, Public Law 22-20).

Page 1
COMPLAINT - People v. JOHN DEAN QUERRY
Superior Court of Guam Criminal Case No. CM
jbf:K:\HOME\JULS-K\2005COMP\QUERRY.wpd

Case 1:06-cv-00017  Document 1-13  Filed 06/26/2006  Page 3 of 5

## SECOND CHARGE

On or about the 10TH day of February, 2005, in Guam, **JOHN DEAN QUERRY**, did recklessly engaged in conduct which unjustifiably may have placed residences on George Sanchez Street, in danger of serious bodily injury, in violation of 9 GCA §§ 19.40(a)(1) and (b), as amended.

## THIRD CHARGE

On or about the 14th day of February, 2005, in Guam, **JOHN DEAN QUERRY** did drive a vehicle upon a highway in a willful and wanton disregard for the safety of persons and property, in violation of 16 GCA §§9107(a) and 3111(a).

Dated this 14 day of May, 2005.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
**NICOLAS E. TOFT**
Assistant Attorney General, General Crimes Division

# IN THE SUPERIOR COURT OF GUAM
## DECLARATION

COMES NOW Nicolas E. Toft, a duly appointed Assistant Attorney General, and aver, upon information and belief, that the following is true.

I have reviewed Guam Police Reports numbers 05-03396 and 05-03785 submitted by PO2 P.G. Sanchez (#442) and PO3 J.E.D. Santo Tomas (#542). The reports revealed the following:

On or about the 10th day of February, 2005, at about 11:20 P.M., Officer M.L. Elliott responded to a report of a traffic accident in Umatac, Guam. He arrived at the scene and noted that a large tanker truck was on fire, and that the fire had spread to nearby houses and vehicles on George Sanchez Street. Witnesses stated that the truck had rolled over to its right side, slid to the bottom of the hill on Rt.2, and struck a concrete utility pole, spilling its flammable contents. Edwin A. Quinata informed Officer Elliot that the operator, later identified as **JOHN D. QUERRY**, had jumped out of the cab of the tanker after the crash and had run towards George Sanchez Street. **JOHN D. QUERRY** was located and transported to Guam Memorial Hospital. As a result of the crash, three vehicles and three residences were destroyed by fire caused by the spill of the contents of the truck.

Based upon physical evidence at the scene and interviews with **JOHN D. QUERRY** and other Mobil Oil Guam employees, Officer Sanchez determined that the vehicle was traveling approximately 64 MPH shortly before the crash. He also determined that the brakes of the vehicle had overheated during the descent down the hill, creating brake fades, but that the cause of the fades was excessive use of the brake to slow a fast-moving vehicle down without utilizing the engine brakes, and that the brake system was functioning properly.

**JOHN D. QUERRY** submitted to a test of his urine, which yielded a positive result for an amphetamine-based substance.

Based on the foregoing, there is probable cause to charge **JOHN D. QUERRY** with **DRIVING WHILE UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE (As a Misdemeanor)**, in violation of 16 G.C.A. §18102(a), **RECKLESS DRIVING (As a Petty Misdemeanor)**, in violation of 16 G.C.A. §9107(a), and **RECKLESS CONDUCT (As a Misdemeanor)**, in violation of 9 G.C.A. §19.40(a)(1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14 day of May, 2005.

NICOLAS E. TOFT

Page 1
COMPLAINT-People v. JOHN DEAN QUERRY
Superior Court of Guam Criminal Case No. CM
Case 1:06-cv-00017   Document 1-13   Filed 06/26/2006   Page 5 of 5
jbf:K:\HOME\ULS-K\2005COMP\QUERRY.wpd