# EXHIBIT 7

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA v. JOHN D. QUERRY, AMBYTH SHIPPING AND TRADING, INC., DBA AMBYTH TRUCKING, and PACIFIC INDEMNITY INSURANCE COMPANY**

# GIA

**GUAM INSURANCE ADJUSTERS, INC.**
1ST Floor, Bldg. A, Ada's Plaza Center
173 Aspinall Avenue, Hagatna
P.O. Box 822, Hagatna, Guam 96932
671.472.6288
671.472.2707 Fax

April 27, 2005

Mr. Robert Greenwell
Vice President, Claims
Pacific Indemnity Insurance Co.
348 West O'Brien Drive
Hagatna, Guam 96910

   Re: <u>Tanker Truck Incident</u>
     Our File No.: 05-01-50264
     Our Policy No. 85-703110
     Your Policy No.: LBA11100644
     Date of Loss: February 10, 2005

Dear Mr. Greenwell:

Following up on our telephone discussion, this letter confirms the respective responsibilities and agreement of Pacific Indemnity Insurance Co. ("PIIC") and National Union Fire Insurance Company ("National Union") to Mobil Oil Guam, Inc. ("Mobil") with respect to liability arising from the February 10, 2005 incident in Umatac involving the Mobil truck operated by an Ambyth Shipping & Trading Inc. ("Ambyth") driver.

PIIC Commercial Automobile Liability Policy Number LBA11100644 and the October 1, 2004 Transportation Services Agreement between Mobil and Ambyth establish that PIIC is a primary insurer with respect to Mobil liability, if any, arising from the Accident. Your facsimile transmittal of April 14, 2005 to Mr. Johnson acknowledges that Mobil is an additional insured under the PIIC Policy. Under National Union Foreign Automobile Policy No. 85-703110 National Union is also a Mobil primary insurer for Mobil's liability, if any, arising from the Accident.

The PIIC Policy and the National Union Policy provide that each insurer is liable for its proportionate share of loss over all collectible insurance. The PIIC Policy provides $1,000,000 in coverage. The National Union Policy provides $2,000,000 in coverage. As such, assuming no other applicable insurance, with respect to Mobil liability concerning the Accident, National Union's share of loss is two-thirds (2/3) and PIIC's is one-third (1/3).

To date several claimants have approached National Union's claims adjusters, i.e., Guam Insurance Adjusters, Inc. ("GIA"), and have requested National Union to address their claims. Recognizing that reasonable and early settlement will be beneficial to Mobil, Ambyth, PIIC, and National Union, this letter confirms that GIA and PIIC have agreed to immediately begin, and cooperate in, the process of adjusting and settling Accident-related claims by

# GIA

**GUAM INSURANCE ADJUSTERS, INC.**
1ST Floor, Bldg. A, Ada's Plaza Center
173 Aspinall Avenue, Hagatna
P.O. Box 822, Hagatna, Guam 96932
671.472.6288
671.472.2707 Fax

sharing information concerning such claims, and working together to settle the claims.

This office forwarded you a list of claimants known to us to date yesterday. We will be contacting the claimants to arrange a meeting with them to find out more information regarding their claims. We will advise you of each appointment date and time shortly.

National Union will make all necessary payments in advance to claimants to avoid any delay in resolving claims, however, National Union would require reimbursement of PIIC's 1/3 share on each indemnity payment issued within a week upon receipt of a full or partial release signed by claimant(s).

In addition to all of the above, since GIA will be taking the lead on this matter and conducting all investigation, GIA's adjuster's fees and costs would also require reimbursement from PIIC up to its 1/3 share. GIA's adjuster's fees and costs will be billed on a monthly basis and will become due one week upon PIIC's receipt.

Please respond in writing confirming that PIIC is in agreement with all of the aforementioned.

Respectfully yours,

Anita Fisher

cc: Mobil Oil Guam Inc.
Dick Johnson



**PACIFIC INDEMNITY INSURANCE COMPANY**

Robert Greenwell
Vice President, Claims
348 West O'brien Drive
Hagåtña, Guam 96910
Tel: (671) 477-8801
Fax: (671) 477-6290

# facsimile transmittal

**RECEIVED**
**APR 27 2005**
**GUAM INSURANCE ADJUSTERS**

| | | | |
|---|---|---|---|
| **To:** | GIA | **Fax:** | 472-2707 |
| **Attn:** | Anita Fisher | **Date:** | 04/27/05 |
| **Cc:** | Richard Johnson, Attorney at Law | | |
| **From:** | Robert Greenwell | **Pages:** | 1 |
| **Re:** | Tanker Truck Incident, Your File No. 05-01-50264 | | |

Anita,

This will acknowledge and confirm the contents of your fax of 04/27/05. We are in agreement with the terms set forth. John Matthews will be in Saipan today and tomorrow. Hopefully he can meet with you Friday, to share the details of our respective files, hopefully to facilitate early settlements.

We also agree to paying ⅓ of your adjusting fees as per your letter. It is a small matter, but please delete anytime spent on attempting to tender this to us as it is not a part of adjusting and settling the claims.

I look forward to working with you on this matter.

Regards,

Robert Greenwell
Vice President, Claims

348 West O'Brien Drive  Hagatna, Guam 96910  Tel: (671)477-8801  Fax: (671)477-6290



**GUAM INSURANCE ADJUSTERS, INC.**
1ST Floor, Bldg. A, Ada's Plaza Center
173 Aspinall Avenue, Hagatna
P.O. Box 822, Hagatna, Guam 96932
671.472.6288
671.472.2707 Fax

May 5, 2005

Mr. Robert Greenwell
Vice President, Claims
Pacific Indemnity Insurance Co.
348 West O'Brien Drive
Hagatna, Guam 96910

Re: Mobil Oil Guam, Inc./Ambyth
    Our File No.: 05-01-50264
    Date of Loss: February 10, 2005

Dear Mr. Greenwell:

This letter will confirm the position of National Union Fire Insurance Company of Pittsburgh, P.A., ("National Union") with respect to the allocation of fault between Mobil Oil Guam, Inc. ("Mobil") and Ambyth Shipping & Trading Inc. ("Ambyth"), in connection with the February 10, 2005 tanker truck incident in Umatac.

In previous correspondence, Pacific Indemnity Insurance Co. ("PIIC") and National Union agreed that, with respect to Mobil's liability, if any, National Union's share of loss is two-thirds (2/3) and PIIC's is one-third (1/3).

National Union has raised the prospect of negotiating third party claims against Mobil and Ambyth that takes into account the allocation of fault between Mobil and Ambyth. PIIC, however, takes the position that further investigation is needed, on PIIC's part, before an allocation of fault between Mobil and Ambyth can be made. PIIC can offer no assurances as to the progress of PIIC's investigation or when its investigation will be completed. PIIC has indicated that fault lies with the Mobil vehicle.

National Union's position is that, in the best interest of Mobil, Ambyth, PIIC and National Union, third party claims should be settled. As such, although National Union has determined to pay out a portion of certain accident-related claims to third party claimants, National Union reserves all of its rights in connection with pursuing claims of contribution and indemnity against PIIC and Ambyth for each and every payment National Union makes to third party claimants.

Very truly yours,

Anita Fisher

CC: David Ledger, Esq.

A Member Of American International Group, Inc.



**PACIFIC INDEMNITY INSURANCE COMPANY**

May 6, 2005

RECEIVED

MAY 06 2005

GUAM INSURANCE ADJUSTERS

Anita Fisher
Guam Insurance Adjusters, Inc.
1st Floor, Bldg. A, Ada's Plaza Center
P.O. Box 822, Hagatna, Guam 96932

      RE:    Trailer Truck Incident
             Your File No. 05-01-50264
             Your Policy No. 85-703110
             Our Policy No. LBA11100644
             Date of Loss: February 10, 2005.

Dear Ms. Fisher:

Your letter of April 27, 2005, set forth an unqualified offer to settle the referenced matter between our respective companies on the basis of a one-third (1/3) contribution by PIIC and a two-thirds (2/3) contribution on the part of National Union toward settlement of third party claims. Your letter and my fax-transmitted written acceptance on behalf of PIIC, also dated April 27, 2005, constitute an enforceable contract. This agreement is a reasonable and responsible compromise that will serve all concerned and avoid the expense of unnecessary and protracted litigation.

At the time of our meeting on May 4, 2005, you raised for the first time the possibility that National Union might wish to litigate issues of contribution and indemnity against Ambyth and PIIC. Your letter of May 5, 2005, reiterates this stance and also seeks to reserve National Union's rights in this regard. These statements conflict with the clear written agreement reached between us. Regrettably, these statements leave us no alternative but to reserve the rights of Ambyth and PIIC to defend their position should litigation ensue.

PIIC wants to see the agreement performed as soon as possible in accordance with the proportional payment agreed upon. I look forward to hearing from you.

Best Regards,


Robert Greenwell
Vice President, Claims

348 West O'Brien Drive • Hagatna, Guam 96910 • Tel: (671) 477-8801 • Fax: (671) 477-6290



**GUAM INSURANCE ADJUSTERS, INC.**
1ST Floor, Bldg. A, Ada Plaza Center
173 Aspinall Avenue, Hagatna
P.O. Box 822, Hagatna, Guam 96932
671.472.6288
671.472.2707 Fax

May 9, 2005

<u>*VIA FACSIMILE*</u>

Mr. Robert Greenwell
Vice-President, Claims
Pacific Indemnity Insurance Company
348 O' Brien Drive
Hagatna, Guam 96932

Re:   Our File No.   :   *05-01-50264*
      Insured         :   *Mobil Oil Guam, Inc.*
      Date of Loss   :   *February 10, 2005*

Dear Mr. Greenwell:

I received your letter of May 6, 2005. My April 27, 2005 letter does not "set forth an unqualified offer to settle the referenced matter...on the basis of a one-third (1/3) contribution by PIIC and a two-thirds (2/3) contribution on the part of National Union toward settlement of third party claims." Rather, my letter of April 27 makes clear that, "with respect to Mobil liability concerning the Accident, National Union's share of loss is two-thirds (2/3) and PIIC's is one-third (1/3)." Throughout my April 27 letter, reference is made only to National Union and PIIC coverage for <u>Mobil liability, if any</u>. My April 27 letter makes absolutely no reference to a compromise or settlement of Ambyth liability, nor does it state an agreement to undertake PIIC's duty to cover Ambyth under the PIIC policy.

John Matthews' March 31, 2005 letter to Richard Johnson of Klemm, Blair, Sterling, & Johnson states that PIIC is "still in the process of collecting information regarding the cause of this accident" and declines Mobil's tender. Mr. Johnson's April 8, 2005 response offers Mobil assistance, in any way possible, with respect to further investigation of the Accident and inspection of the vehicle. PIIC never responded to Mobil's offer.

Although National Union has made clear that it presently stands ready to negotiate the issue and allocation of Ambyth fault, you have made clear that PIIC refuses to compromise or settle the allocation of Ambyth fault until PIIC completes an investigation of the matter. National Union and PIIC have reached an agreement on the share of loss for Mobil liability, if any. We have not, however, reached an agreement concerning the allocation of loss for Ambyth liability. Responsibility for covering loss due to Ambyth's fault remains with PIIC under the PIIC policy.

Very truly yours,

Anita Fisher

CC:   David Ledger, Esq.
       Richard L. Johnson, Esq.

**AIG**   A Member Of American International Group, Inc.



Robert Greenwell
Vice President, Claims
348 West O'Brien Drive
Hagåtña, Guam 96910
Tel: (671) 477-8801
Fax: (671) 477-6290

## facsimile transmittal

**To:** Guam Insurance Adjusters **Fax:** 472-2707

**Attn:** Anita Fisher **Date:** 05/11/05

**From:** Robert Greenwell **Pages:** 1

**Re:** Mobil Oil Co.

Anita,

I acknowledge receipt of your fax of 05/09/05. Why don't we get these claims settled per the agreement we have of 2/3-1/3 split and resolve this afterward?

We have both stated our position. Lets move forward with the claims.

Regards,

Robert Greenwell
Vice President, Claims

348 West O'Brien Drive Hagatna, Guam 96910 Tel: (671)477-8801 Fax: (671)477-6290