Releasor expressly undertakes, warrants and represents that **he/she** will indemnify Releasees and their respective attorneys of record for any and all liabilities incurred, including reasonable attorneys' fees, should any representation or warranty Releasor makes in this Release of All Claims prove to be false, or should Releasor at any time repudiate or attempt to repudiate this Release of All Claims or any of its terms, or the settlement it is intended to document.

Releasor further agrees to indemnify, defend and hold harmless Releasees, their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, having any interest in or in any way connected with said Releasees from and against any and all loss, liability, and expense of whatsoever kind or nature, including attorneys' fees, which may arise from the assertion by Releasor of any claim against anyone arising out of the above-indicated Accident.

Payment of the sum herein mentioned is made by Releasees in compromise of a disputed claim between the parties and is intended to extinguish all rights and liabilities concerning such claim. Payment is not to be construed as an admission of liability by Releasees or anyone else.

This Release of All Claims and the terms embodied herein are confidential and are intended to remain confidential following execution and may never be deemed to constitute a precedent or past practice by any person or entity. Releasor agrees that **he/she** will not publicize this matter in any manner, written or oral, nor discuss the specifics of the settlement discussions with persons without a legitimate need to know.

- 3 -

Initials: _____

The undersigned Releasor hereby declares that **he/she** has read the foregoing Release of All Claims, that **he/she** fully understands and appreciates the meaning thereof, and that **he/she** has executed the same of **his/her** own free will and accord.

This Release of All Claims consists of ( 3 4 ) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this _26_ day of _____May_____ , 2005.

_____
Rosario A. Salas & Rory V. Surigao

## SPOUSAL RELEASE

The undersigned, _____, the spouse of the above-referenced Releasor, hereby releases any claims **he/she** may have against Releasees including, but not limited to, loss of consortium, economic loss or infliction of emotional distress, arising from the injury to Releasor.

_____

- 4 -

Initials: _____

GUAM,    )
        )  ss:
City of _Hagatna_ )

On this _26th_ day of _May_____, 2005, before me a Notary Public of Guam, USA, personally appeared _Rory V. Surigao_____, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_____
NOTARY PUBLIC

EILEEN M. BABAUTA
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Oct.7, 2007
P. O. Box 822 Hagatna, Guam 96932

GUAM,    )
        )  ss:
City of _____)

On this _____ day of _____, 2005, before me a Notary Public of Guam, USA, personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_____
NOTARY PUBLIC

Initials: _____

- 5 -

# GENERAL POWER OF ATTORNEY

## KNOW ALL MEN BY THESE PRESENTS, THAT I,

Rosario Aflague-Salas, SSN: 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, Residing at 102 Chalan Aga Makao, Villa Pacita Estate, Yigo, GU 96929 have made, named, constituted and appointed, and by these presents do make, name, constitute and appoint

Rory V. P. Surigao, SSN: 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

129 Nanka Lane, Dededo, GU 96929

my true and lawful attorney for and in my name, place, and stead, with full power and authority to do and perform all and every act and thing whatsoever, necessary, requisite or proper to be done, as fully, to all intents and purposes, as I might or could do if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that **Rory V. P. Surigao** shall lawfully do or cause to be done by virtue hereof.

This General Power of Attorney shall remain in effect for a indefinite period from the date hereof.

If this General Power of Attorney is terminated by operation of law, any person acting in reliance upon it without notice of such termination shall be held harmless.

## IN WITNESS WHEREOF, this General Power of Attorney has been executed by:

_Rosario Aflague-Salas_ on _May 25, 2005_ at _Mangilao, Guam_

_25 May 2005_

State of _Guam_ )
 ) ss
County of _Mangilao_ )

On this _25th_ day of _May 2005_, before me personally appeared _Rosario Aflague-Salas_ to me known to be the person described in and who executed the foregoing instrument and acknowledged to me that _She_ executed the same as _her_ free act and deed.

_Jerriann C.S. Cruz_
NOTARY PUBLIC

**JERRIANN C.S. CRUZ**
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: June 3, 2007
P.O. Box 6037 Mangilao Guam, 96933

# GENERAL POWER OF ATTORNEY

## KNOW ALL MEN BY THESE PRESENTS, THAT I,

MARGARET PEREDA SURIGAO, SSN: 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, RESIDING AT 91-1210 KANEANA STREET,

9E EWA BEACH, HI 96706

have made, named, constituted and appointed, and by these presents do make, name, constitute and appoint
RORY V. P. SURIGAO, SSN: 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

129 NANKA LANE, DEDEDO, GU 96929

JOELYNN A. SANCHEZ, SSN: 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

HCR BOX 18115, UMATAC, GU 96915

my true and lawful attorney for and in my name, place, and stead, with full power and authority to do and perform all and every act and thing whatsoever, necessary, requisite or proper to be done, as fully, to all intents and purposes, as I might or could do if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that **Rory V. P. Surigao or Joelynn A. Sanchez** shall lawfully do or cause to be done by virtue hereof.

This General Power of Attorney shall remain in effect for a indefinite period from the date hereof.

If this General Power of Attorney is terminated by operation of law, any person acting in reliance upon it without notice of such termination shall be held harmless.

**IN WITNESS WHEREOF, this General Power of Attorney has been executed by:**

_Margaret P. Surigao_ on _5/10/05_ at _Pearl City Hawaii_

_Margaret P. Surigao_

State of _Hawaii_ )

) ss

County of _Honolulu_ )

On this _May 10, 2005_, before me personally appeared _Margaret P. Surigao_ to me known to be the person described in and who executed the foregoing instrument and acknowledged to me that _she_ executed the same as _her_ free act and deed.

_Myrna Peralta_
NOTARY PUBLIC
L. S.
Myrna Peralta
Commission Expires 12-27-06

RECEIVED

MAY 19 2005

GUAM INSURANCE
ADJUSTERS

# RELEASE OF ALL CLAIMS

**KNOW ALL MEN BY THESE PRESENTS:**

That for and in consideration of the sum of $13,146.52 in lawful money of the United States paid to Jose F. Topasna and Joseph S. Sanchez and Mary Q. Sanchez (hereinafter referred to as "Releasor"), receipt of which is hereby acknowledged, Releasor does by these presents remise, release, relinquish, acquit and forever discharge all persons and entities, specifically including, but not limited to, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., MOBIL OIL GUAM, INC., PACIFIC INDEMNIFY INSURANCE COMPANY, AMBYTH SHIPPING & TRADING, INC.: DBA, AMBYTH TRUCKING; DBA, AMBYTH LOGISTICS AMBYTH TRUCKING, INC., and JOHN D. QUERRY (hereinafter referred to as "Releasees"), their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, from all claims, rights, liabilities, suits, debts, liens, actions and causes of action, of every kind and nature whatsoever, both past and future, at law and in equity, known and unknown, suspected and unsuspected, disclosed and undisclosed, which the said Releasor shall or may have against Releasees, or any persons, firms, corporations, insurers, associations or partnerships by reason of or arising from that certain alleged motor vehicle accident that occurred on or about February 10, 2005, at approximately 11:10 p.m., on Route 2, North San Dionisio Dr., near George Sanchez Street, Umatac, Guam (the "Accident").

In further consideration of the payment made herein, the undersigned Releasor

Initials: *JFT. JSS. MQS.* - 1 -

does hereby knowingly, voluntarily, and expressly waives the benefits of the provisions of 18 G.C.A. §82602 (Section 1542 of the Civil Code of Guam), which reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The undersigned Releasor further declares and represents that this Release of All Claims expresses a full and complete settlement of a liability claimed and denied, and that regardless of the adequacy of the compensation, this Release of All Claims is intended to avoid litigation, and that there is absolutely no promise, inducement or agreement on the part of Releasees to make any payment or do any act or thing other than what is expressly stated and clearly agreed to herein, and that this Release of All Claims contains the entire agreement between the parties hereto, and that the terms of this Release of All Claims are contractual and not a mere recital.

Releasor understands and expressly warrants and represents that, by entering into and executing this Release of All Claims, **he/she** will undertake to satisfy or compromise all liens or other claims of any nature whatsoever asserted by any person or entity against Releasor or Releasees with respect to the Accident or against the proceeds of the settlement, or that **he/she** has already done so, and that **he/she** will indemnify and hold Releasees, and their respective attorneys of record harmless with respect to any such claims. Such possible claims include, but are not limited to, any claims asserted by any creditor, insurance carrier, hospital, clinic or other medical facility, federal or local, or other entity that has made payment to Releasor in connection with said incident or Releasor's claim, by any assignee or by any attorney who has formerly represented, or who purports to have formerly represented Releasor.

Initials: _H. Odl. M.B.S._ - 2 -

Releasor expressly undertakes, warrants and represents that **he/she** will indemnify Releasees and their respective attorneys of record for any and all liabilities incurred, including reasonable attorneys' fees, should any representation or warranty Releasor makes in this Release of All Claims prove to be false, or should Releasor at any time repudiate or attempt to repudiate this Release of All Claims or any of its terms, or the settlement it is intended to document.

Releasor further agrees to indemnify, defend and hold harmless Releasees, their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, having any interest in or in any way connected with said Releasees from and against any and all loss, liability, and expense of whatsoever kind or nature, including attorneys' fees, which may arise from the assertion by Releasor of any claim against anyone arising out of the above-indicated Accident.

Payment of the sum herein mentioned is made by Releasees in compromise of a disputed claim between the parties and is intended to extinguish all rights and liabilities concerning such claim. Payment is not to be construed as an admission of liability by Releasees or anyone else.

This Release of All Claims and the terms embodied herein are confidential and are intended to remain confidential following execution and may never be deemed to constitute a precedent or past practice by any person or entity. Releasor agrees that **he/she** will not publicize this matter in any manner, written or oral, nor discuss the specifics of the settlement discussions with persons without a legitimate need to know.

Initials: _[signature]_

- 3 -

The undersigned Releasor hereby declares that **he/she** has read the foregoing Release of All Claims, that **he/she** fully understands and appreciates the meaning thereof, and that **he/she** has executed the same of **his/her** own free will and accord.

This Release of All Claims consists of _____ ( _6_ ) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this _3rd_ day of _____June_____, 2005.


_____
Jose F. Topasna


The undersigned Releasor hereby declares that **he/she** has read the foregoing Release of All Claims, that **he/she** fully understands and appreciates the meaning thereof, and that **he/she** has executed the same of **his/her** own free will and accord.

This Release of All Claims consists of _____ ( _6_ ) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this _3rd_ day of _____June_____, 2005.


_____
Joseph S. Sanchez


Initials:

- 4 -

The undersigned Releasor hereby declares that **he/she** has read the foregoing Release of All Claims, that **he/she** fully understands and appreciates the meaning thereof, and that **he/she** has executed the same of **his/her** own free will and accord.

This Release of All Claims consists of _____ ( _6_ ) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this _3rd_ day of _June_ , 2005.

_Mary Q. Sanchez_
Mary Q. Sanchez


GUAM,                              )
                                  )     ss:
City of _Hagatna_                  )


On this _3rd_ day of _June_ , 2005, before me a Notary Public of Guam, USA, personally appeared _Jose F. Topasna_ , known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_Eileen Babauta_
NOTARY PUBLIC

EILEEN M. BABAUTA
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Oct.7, 2007
P. O. Box 822 Hagatna, Guam 96932

Initials:

- 5 -

GUAM,               )

City of _Hagatna_     )    ss:
                   )

On this _3rd_ day of _June_ , 2005, before me a Notary Public of Guam, USA, personally appeared _Joseph S. Sanchez_ , known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

     IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_____
NOTARY PUBLIC

EILEEN M. BABAUTA
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Oct.7, 2007
P. O. Box 822 Hagatna, Guam 96932

GUAM,               )

City of _Hagatna_     )    ss:
                   )

On this _3rd_ day of _June_ , 2005, before me a Notary Public of Guam, USA, personally appeared _Mary Q. Sanchez_ , known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

     IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_____
NOTARY PUBLIC

EILEEN M. BABAUTA
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: Oct.7, 2007
P. O. Box 822 Hagatna, Guam 96932

Initials: _____

- 6 -

# RELEASE OF ALL CLAIMS

Guam Insurance Adjusters, Inc.

JAN 1 2 2006

**KNOW ALL MEN BY THESE PRESENTS:**

That for and in consideration of the sum of FIFTY-SIX THOUSAND THREE HUNDRED ONE AND 37/100 DOLLARS ($56,301.37) in lawful money of the United States paid to the GUAM POWER AUTHORITY, a public corporation, (hereinafter referred to as "Releasor"), receipt of which is hereby acknowledged, Releasor does by these presents remise, release, relinquish, acquit and forever discharge all persons and entities, specifically including, but not limited to, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., MOBIL OIL GUAM, INC., PACIFIC INDEMNIFY INSURANCE COMPANY, AMBYTH SHIPPING & TRADING, INC.: DBA, AMBYTH TRUCKING; DBA, AMBYTH LOGISTICS AMBYTH TRUCKING, INC., and JOHN D. QUERRY (hereinafter referred to as "Releasees"), their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, from all claims, rights, liabilities, suits, debts, liens, actions and causes of action, of every kind and nature whatsoever, both past and future, at law and in equity, known and unknown, suspected and unsuspected, disclosed and undisclosed, which the said Releasor shall or may have against Releasees, or any persons, firms, corporations, insurers, associations or partnerships by reason of or arising from that certain alleged motor vehicle accident that occurred on or about February 10, 2005, at approximately 11:10 p.m., on Route 2, North San Dionisio Dr., near George Sanchez Street, Umatac, Guam (the "Accident").

- 1 -

Initials: 

In further consideration of the payment made herein, the undersigned Releasor does hereby knowingly, voluntarily, and expressly waives the benefits of the provisions of 18 G.C.A. §82602 (Section 1542 of the Civil Code of Guam), which reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The undersigned Releasor further declares and represents that this Release of All Claims expresses a full and complete settlement of a liability claimed and denied, and that regardless of the adequacy of the compensation, this Release of All Claims is intended to avoid litigation, and that there is absolutely no promise, inducement or agreement on the part of Releasees to make any payment or do any act or thing other than what is expressly stated and clearly agreed to herein, and that this Release of All Claims contains the entire agreement between the parties hereto, and that the terms of this Release of All Claims are contractual and not a mere recital.

Releasor understands and expressly warrants and represents that, by entering into and executing this Release of All Claims, it will undertake to satisfy or compromise all liens or other claims of any nature whatsoever asserted by any person or entity against Releasor or Releasees with respect to the Accident or against the proceeds of the settlement, or that it has already done so, and that it will indemnify and hold Releasees, and their respective attorneys of record harmless with respect to any such claims. Such possible claims include, but are not limited to, any claims asserted by any creditor, insurance carrier, hospital, clinic or other medical facility, federal or local, or other entity that has made payment to Releasor in connection with said incident or

Initials: _____

- 2 -

Releasor's claim, by any assignee or by any attorney who has formerly represented, or who purports to have formerly represented Releasor.

Releasor expressly undertakes, warrants and represents that it will indemnify Releasees and their respective attorneys of record for any and all liabilities incurred, including reasonable attorneys' fees, should any representation or warranty Releasor makes in this Release of All Claims prove to be false, or should Releasor at any time repudiate or attempt to repudiate this Release of All Claims or any of its terms, or the settlement it is intended to document.

Releasor further agrees to indemnify, defend and hold harmless Releasees, their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, having any interest in or in any way connected with said Releasees from and against any and all loss, liability, and expense of whatsoever kind or nature, including attorneys' fees, which may arise from the assertion by Releasor of any claim against anyone arising out of the above-indicated Accident.

Payment of the sum herein mentioned is made by Releasees in compromise of a disputed claim between the parties and is intended to extinguish all rights and liabilities concerning such claim. Payment is not to be construed as an admission of liability by Releasees or anyone else.

This Release of All Claims and the terms embodied herein are confidential and are intended to remain confidential following execution and may never be deemed to constitute a precedent or past practice by any person or entity. Releasor agrees that it

- 3 -

Initials: _____

will not publicize this matter in any manner, written or oral, nor discuss the specifics of the settlement discussions with persons without a legitimate need to know.

The undersigned, duly authorized to sign this Release of All Claims on behalf of Releasor, hereby declares that she has read the foregoing Release of All Claims and that the meaning thereof has been explained to her by Releasor's attorneys, who have also caused this document to be executed and that she fully understands and appreciates the meaning thereof, and that she has executed the same of her own free will and accord.

This Release of All Claims consists of five (5) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this ⟍⟍ day of December, 2005.

**GUAM POWER AUTHORITY**

By:      _____

**CORAZON R. MONTELLANO**
Asst. Chief Financial Officer

## ATTORNEY'S CONSENT

I have read the foregoing Release of All Claims and approve it as to substance and as to form and have advised my client to execute it.

Dated this ⟍⟍ day of December, 2005.

By:      _____

**D. Graham Botha**
Counsel for Guam Power Authority

- 4 -

Initials: _____

GUAM,                  )

                               )    ss:

City of Tamuning     )

       On this _22nd_ day of December, 2005, before me a Notary Public of Guam, USA, personally appeared CORAZON R. MONTELLANO, Asst. Chief Financial Officer of Guam Power Authority, a public corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same as her free and voluntary act and deed for the uses and purposes therein set forth.

       IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

                                                   _____

                                           NOTARY PUBLIC

                                  ANTONIO S. GUMATAOTAO
                                     NOTARY PUBLIC
                                   In and For Guam, U.S.A.
                          My Commission Expires: Jan. 22, 2007
                          P.O. Box 2977 Hagatna, Guam 96932

Initials: _____

# RELEASE OF ALL CLAIMS

RECEIVED

FEB 2 2 2006

GUAM INSURANCE
ADJUSTERS

**KNOW ALL MEN BY THESE PRESENTS:**

That for and in consideration of the sum of THIRTEEN THOUSAND SEVEN HUNDRED FIFTY-EIGHT AND NO/100 DOLLARS ($13,758.00) in lawful money of the United States paid to GTA TELEGUAM HOLDINGS, (hereinafter referred to as "Releasor"), receipt of which is hereby acknowledged, Releasor does by these presents remise, release, relinquish, acquit and forever discharge all persons and entities, specifically including, but not limited to, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., MOBIL OIL GUAM, INC., PACIFIC INDEMNIFY INSURANCE COMPANY, AMBYTH SHIPPING & TRADING, INC.: DBA, AMBYTH TRUCKING; DBA, AMBYTH LOGISTICS AMBYTH TRUCKING, INC., and JOHN D. QUERRY (hereinafter referred to as "Releasees"), their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, from all claims, rights, liabilities, suits, debts, liens, actions and causes of action, of every kind and nature whatsoever, both past and future, at law and in equity, known and unknown, suspected and unsuspected, disclosed and undisclosed, which the said Releasor shall or may have against Releasees, or any persons, firms, corporations, insurers, associations or partnerships by reason of or arising from that certain alleged motor vehicle accident that occurred on or about February 10, 2005, at approximately 11:10 p.m., on Route 2, North San Dionisio Dr., near George Sanchez Street, Umatac, Guam (the "Accident").

Initials: _____

- 1 -

ORIGINAL

In further consideration of the payment made herein, the undersigned Releasor does hereby knowingly, voluntarily, and expressly waives the benefits of the provisions of 18 G.C.A. §82602 (Section 1542 of the Civil Code of Guam), which reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The undersigned Releasor further declares and represents that this Release of All Claims expresses a full and complete settlement of a liability claimed and denied, and that regardless of the adequacy of the compensation, this Release of All Claims is intended to avoid litigation, and that there is absolutely no promise, inducement or agreement on the part of Releasees to make any payment or do any act or thing other than what is expressly stated and clearly agreed to herein, and that this Release of All Claims contains the entire agreement between the parties hereto, and that the terms of this Release of All Claims are contractual and not a mere recital.

Releasor understands and expressly warrants and represents that, by entering into and executing this Release of All Claims, it will undertake to satisfy or compromise all liens or other claims of any nature whatsoever asserted by any person or entity against Releasor or Releasees with respect to the Accident or against the proceeds of the settlement, or that it has already done so, and that it will indemnify and hold Releasees, and their respective attorneys of record harmless with respect to any such claims. Such possible claims include, but are not limited to, any claims asserted by any creditor, insurance carrier, hospital, clinic or other medical facility, federal or local, or other entity that has made payment to Releasor in connection with said incident or

Initials: _RCↃ_

- 2 -

Releasor's claim, by any assignee or by any attorney who has formerly represented, or who purports to have formerly represented Releasor.

Releasor expressly undertakes, warrants and represents that it will indemnify Releasees and their respective attorneys of record for any and all liabilities incurred, including reasonable attorneys' fees, should any representation or warranty Releasor makes in this Release of All Claims prove to be false, or should Releasor at any time repudiate or attempt to repudiate this Release of All Claims or any of its terms, or the settlement it is intended to document.

Releasor further agrees to indemnify, defend and hold harmless Releasees, their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, having any interest in or in any way connected with said Releasees from and against any and all loss, liability, and expense of whatsoever kind or nature, including attorneys' fees, which may arise from the assertion by Releasor of any claim against anyone arising out of the above-indicated Accident.

Payment of the sum herein mentioned is made by Releasees in compromise of a disputed claim between the parties and is intended to extinguish all rights and liabilities concerning such claim. Payment is not to be construed as an admission of liability by Releasees or anyone else.

This Release of All Claims and the terms embodied herein are confidential and are intended to remain confidential following execution and may never be deemed to constitute a precedent or past practice by any person or entity. Releasor agrees that it

Initials: _RCT_.

- 3 -

will not publicize this matter in any manner, written or oral, nor discuss the specifics of the settlement discussions with persons without a legitimate need to know.

The undersigned, duly authorized to sign this Release of All Claims on behalf of Releasor, hereby declares that he has read the foregoing Release of All Claims and that the meaning thereof has been explained to him by Releasor's attorneys, who have also caused this document to be executed and that he fully understands and appreciates the meaning thereof, and that he has executed the same of her own free will and accord.

This Release of All Claims consists of five (5) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this ___4___ day of ___January___, 2006.

**GTA TELEGUAM HOLDINGS**

By: _____

**ROBERT TAYLOR**
Chief Executive Officer

# ATTORNEY'S CONSENT

I have read the foregoing Release of All Claims and approve it as to substance and as to form and have advised my client to execute it.

Dated this _____ day of _____, 2006.

By: _____

Counsel for GTA TELEGUAM HOLDINGS

- 4 -

Initials: _____

GUAM,               )
                        )    SS:
City of <u>Tamuning</u>   )

      On this <u>8th</u> day of <u>January</u>, 2006, before me a Notary Public of Guam, USA, personally appeared ROBERT TAYLOR, Chief Executive Officer of GTA TELEGUAM HOLDINGS, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

      IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.



_____
NOTARY PUBLIC

NACRINA F. MENDIOLA
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: April 14, 2007
624 N. Marine Corps Drive Tamuning, Guam 96913

- 5 -

Initials: _____

AFF
05-01-5-0264

RECEIVED
SEP 1 2 2005
GUAM INSURANCE
ADJUSTERS

# RELEASE OF ALL CLAIMS/RIGHTS OF SUBROGATION

KNOW ALL MEN BY THESE PRESENTS:

That the Undersigned, being of lawful age, for sole consideration of ***Seven Thousand Eight Hundred Seventy Five and 10/100*** Dollars ($ 7,875.10 ) to the undersigned in hand paid, receipt whereof is hereby acknowledged, do/does hereby and for my/our its heirs, executors, administrators, successors and assignees release, acquit and forever discharge National Union Fire Company of Pittsburg, PA., Mobil oil Guam, Inc., Pacific Indemnity Insurance Company, Ambyth Shipping & Trading, Inc.: DBA, Ambyth Trucking; DBA, Ambyth Logistics Ambyth Trucking, Inc., and John D. Querry

and his, her, their or its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account or in any way growing out of any and all know and unknown, foreseen and unforeseen bodily and personal injuries and property damage and the consequences thereof resulting or to result from the accident, casualty or event which occurred on or about the 10th day of February , 20 05 at or near Umatac, Guam

It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said releasees deny liability therefor and intend merely to avoid litigation and buy their peace.

The undersigned hereby declare(s) and represent(s) that the injuries sustained are or may be permanent and progressive and that recovery therefrom is uncertain and indefinite and in making this Release it is understood and agreed that the undersigned rely(ies) wholly upon the undersigned's judgement, belief and knowledge of the nature, extent, effect and duration of said injuries and liability therefor and is made without reliance upon any statement or representation of the party or parties hereby released or their representatives or by any physician or surgeon by them employed.

The undersigned further delcare(s) and represent(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

In further consideration of the payment herein made, the undersigned payee(s) does hereby expressly waive the benefits of the provisions of section 1542 of the Civil Code of Guam, which reads as follows: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The undersigned also assigns and transfer to National Union Fire Insurance Company of Pitts., PA or American Home Assurance Company each and all claims and demands against any person, persons, corporation or property arising from or connected with such loss or damage and that National Union Fire Insurance Company of Pitts., PA or American Home Assurance Company is subrogated in the place of and to the claims and demands of the undersigned against said person, persons, corporation or property in the premises to the extent of the above amount.

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

Signed, sealed and delivered this _____ day of _____, 20 _____.

CAUTION: READ BEFORE SIGNING BELOW

_____
Witness

_____ LS
Marianas Cable Vision LS

STATE OF GUAM  } SS
CITY OF Dededo

On the 23rd day of August ,20 05 , before me personally appeared

Christian Kurz

BONNIE T. RIOS
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: February 11, 2006
P.O. Box 3898 Hagatna, Guam 96932

to me known to the person(s) named herein and who executed the foregoing release and claim acknowledged to me that Marissa Gubat Voluntarily executed the same.

My term expires Feb _____

NOTARY PUBLIC