Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

FILED
DISTRICT COURT OF GUAM
JUN 26 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. QUERRY, AMBYTH SHIPPING AND TRADING, INC., DBA AMBYTH TRUCKING, and PACIFIC INDEMNITY INSURANCE COMPANY,<br><br>Defendants. / | CIVIL CASE NO. 06-00017<br><br>PLAINTIFF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a) |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**, through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Michael D. Flynn, Jr., Esq., hereby discloses the following information:

//

1     NATIONAL UNION is a wholly owned subsidiary of American International
2 Group, Inc., a publicly held corporation.
3     Dated this 23rd day of June, 2006.

> MAHER • YANZA • FLYNN • TIMBLIN, LLP
> Attorneys for Plaintiff
> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.
>
> BY: _/s/ Michael D. Flynn, Jr._
> MICHAEL D. FLYNN, JR., ESQ.