AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

National Union Fire Insurance
Company of Pittsburgh, PA

V.

John D. Querry, Ambyth Shipping and
Trading, Inc. dba Ambyth Trucking and
Pacific Indemnity Insurance Company,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00017**

**FILED**
DISTRICT COURT OF GUAM
JUL 12 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

Pacific Indemnity Insurance Company
376 West O'Brien Drive
Hagatña, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael D. Flynn, Jr., Esq.
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(By) DEPUTY CLERK

DATE JUN 26 2006

ORIGINAL

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06/29/06 |
| NAME OF SERVER (PRINT)  Charles T. Damian | TITLE  Process Server: SP0199-99 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   #376 West O'Brien Drive, Hagatña, Guam

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:   Rela Quichocho, Receptionist

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   07/11/06
             *Date*          *Signature of Server*   SP0199-99

124 Lima Loop, Maina, Guam
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

