# DISTRICT COURT OF GUAM

National Union Fire Insurance
Company of Pittsburgh, PA

V.

John D. Querry, Ambyth Shipping and
Trading, Inc. dba Ambyth Trucking and
Pacific Indemnity Insurance Company,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00017**

**FILED**
DISTRICT COURT OF GUAM
JUL 12 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

Ambyth Shipping & Trading, Inc.
dba Ambyth Trucking
193 Rojas Street
Harmon Industrial Park
Tamuning, Guam 96913

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael D. Flynn, Jr., Esq.
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatña, Guam 96910

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(By) DEPUTY CLERK

DATE: JUN 26 2006

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 06/27/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sureta San Nicolas | Receptionist / Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served and left copies at defendant's attorney's office, Carlsmith Ball, LLP, located at Bank of Hawaii Building, Suite 401, 134 West Soledad Avenue, Hagatña, GU 96910

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/11/06
             Date

*Signature of Server*

c/o MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg., Hagatña GU 96910

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.