**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*



FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA. ) ) ) Plaintiff, ) ) vs. ) ) JOHN D. QUERRY, AMBYTH SHIPPING ) and TRADING, INC. dba AMBYTH ) TRUCKING and PACIFIC INSURANCE ) COMPANY ) ) Defendants. ) ) | CIVIL CASE NO. 06-00017<br><br>**EX PARTE MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Pursuant to L.R. 7(1)(j), Pacific Indemnity Insurance Company ("PacIndem") requests an Order granting it and defendant Querry ("Querry")[1] an extension of time, to August 11, 2006, in which to answer or otherwise respond to the Complaint herein. The basis for this motion is that PacIndem needs additional time to confer with Defendant Ambyth's counsel, David Ledger,

---

[1] Because PacIndem is still considering coverage and representational issues, counsel herein is not entering an appearance at this time on behalf of defendant Querry, although PacIndem does request that Mr. Querry be given the same extension of time that PacIndem is requesting.

regarding coverage and representational issues raised by the Complaint. Mr. Ledger has been on holiday for the past two weeks and has just returned to island this morning. Given the nature of the coverage issues, there is not sufficient time between today and Wednesday, which is the date PacIndem's response is currently due, for defendants to discuss and address these issues.

This motion is supported by the Memorandum of Points and Authorities which follows and the Certificate of counsel filed herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

The plaintiff is represented by :

> Michael D. Flynn, Jr.
> Maher Yanza Flynn & Timblin, LLP
> 115 Hesler Place, Ground Floor
> Gov. Joseph Flores Bldg.
> Hagåtña, Guam 96910

Defendant Ambyth is represented by:

> David Ledger, Esq.
> Carlsmith Ball LLP
> Bank of Hawaii Building, Suite 401
> 134 West Soledad Avenue
> Hagåtña, Guam 96910

The lawsuit herein arises from a truck accident involving a Mobil Oil truck being driven by a Roland Quidachay, who was at the time an employee of Ambyth. Plaintiff National Union is the insurance carrier for Mobil, and defendant PacIndem is the insurance carrier for Ambyth.

The Complaint raises issues regarding the extent of PacIndem's coverage, as well as issues regarding whether counsel for PacIndem can represent Ambyth and Querry, or whether those defendants require separate counsel. Ambyth has already retained separate counsel, the Carlsmith firm, and specifically Mr. Ledger of that firm, and it appears that Mr. Ledger intends

to enter an appearance on Ambyth's behalf. Mr. Ledger requested an extension until August 11, 2006 for Ambyth to respond to the Complaint, and National Union agreed. Mr. Ledger has been off island the past two weeks and just returned this morning, and PacIndem has not been able to coordinate or discuss coverage and representational issues with him. In order that these issues can be addressed in an orderly fashion, PacIndem has requested the same extension National Union granted to Ambyth, but National Union has denied the request. PacIndem also requested the same extension for Mr. Querry, and National Union was unable to give a response.

Because the issues of coverage and representation need to be addressed at the outset of the litigation, PacIndem requests that it and Mr. Querry be granted until August 11, 2006 in which to answer or otherwise respond to the Complaint. This is the same date National Union has already agreed Ambyth can have in which to respond and National Union will suffer no prejudice by this extension since activity in the case will not begin until after Ambyth responds.

Mr. Ledger, on behalf of Ambyth, supports this request. Mr. Flynn, on behalf of National Union, opposes this request.

Respectfully submitted this 17th day of July, 2006.

**CIVILLE & TANG, PLLC**

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*