CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*



FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. QUERRY, AMBYTH SHIPPING and TRADING, INC. dba AMBYTH TRUCKING and PACIFIC INSURANCE COMPANY<br><br>Defendants. | CIVIL CASE NO. 06-00017<br><br>**DEFENDANT PACIFIC INDEMNITY'S EX PARTE APPLICATION TO SHORTEN TIME** |

Pursuant to L.R. 7.1(k), Pacific Indemnity ("PacIndem") requests an Order Shortening Time, permitting its Motion for an Extension of Time in which to respond to the Complaint to be heard on or before Tuesday, July 18, 2006. The basis for shortening time is that Pacific Indemnity's response to the Complaint is due on July 19, and there is not sufficient time to notice a hearing under the normal rules of Court.

PacIndem has requested that National Union agree to extend the time for its response to the Complaint to August 11, 2006, which is the same extension of time National Union agreed to for defendant Ambyth, but National Union has refused this request.

ORIGINAL

This Application to Shorten Time is supported by the Certificate of Counsel filed herewith and by the accompanying Motion for Extension and Memorandum of Points and Authorities.

Respectfully submitted this 17th day of July, 2006.

**CIVILLE & TANG, PLLC**

By: /s/ G. Patrick Civille
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*