**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*



FILED
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. QUERRY, AMBYTH SHIPPING and TRADING, INC. dba AMBYTH TRUCKING and PACIFIC INSURANCE COMPANY<br><br>Defendants. | CIVIL CASE NO. 06-00017<br><br><br><br>**ORDER GRANTING APPLICATION TO SHORTEN TIME** |

Upon application of the defendant Pacific Indemnity Insurance Company, and in light of the fact that defendant seeks an extension with respect to a July 19, 2006 deadline, defendant's motion to shorten time is HEREBY GRANTED. Because the Mr. Civille's declaration indicates that the Plaintiff "would oppose [the] motion to shorten time as well as [the] motion for an extension of time to respond to the complaint," Certificate of Counsel at ¶8, the Plaintiff shall

ORIGINAL

file its opposition to the motion no later than July 18, 2006, at noon. The Court will thereafter issue its decision on the motion without further oral argument.

IT IS SO ORDERED this 17th day of July 2006.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE