Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

FILED
DISTRICT COURT OF GUAM
JUL 18 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| JOHN D. QUERRY, AMBYTH SHIPPING AND TRADING, INC., DBA AMBYTH TRUCKING, and PACIFIC INDEMNITY INSURANCE COMPANY, | |
| Defendants. | |

I, MICHAEL D. FLYNN, JR., hereby certify that on the 18th day of July, 2006, I caused a copy of the foregoing documents:

1. Plaintiff National Union Fire Insurance Company of Pittsburgh, PA's Opposition to Defendant Pacific Indemnity Insurance Company's Ex-Parte Motion to Extend Time to Respond to the Complaint; and

2. Declaration of Michael D. Flynn, Jr.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**G. Patrick Civille, Esq.**
CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Ave.
Hagatña, Guam 96910
**Attorneys for Defendant Pacific Indemnity Insurance Company**

**David P. Ledger, Esq.**
CARLSMITH BALL, LLP
Suite 401, 234 W. Soledad Ave.
Hagatña, Guam 96910
**Attorneys for Defendant Ambyth Shipping and Trading, Inc.
dba Ambyth Trucking**

Dated this 18th day of July, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BY: _____
MICHAEL D. FLYNN, JR., ESQ.