# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA,<br><br>Plaintiff,<br><br>vs.<br><br>John D. Querry, et al.,<br><br>Defendants. | Case No. 1:06-cv-00017<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order Granting Motion to Extend Time to Respond to Complaint filed on July 19, 2006, on the dates indicated below:

| | |
|---|---|
| Maher Yanza Flynn Timblin, LLP | Civille and Tang, PLLC |
| July 19, 2006 | July 19, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order Granting Motion to Extend Time to Respond to Complaint filed on July 19, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 20, 2006                                                /s/ Virginia T. Kilgore
                                                                              Deputy Clerk