CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*

FILED
DISTRICT COURT OF GUAM
AUG 11 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA. )<br><br>Plaintiff, )<br><br>vs. )<br><br>JOHN D. QUERRY, AMBYTH SHIPPING ) and TRADING, INC. dba AMBYTH TRUCKING and PACIFIC INSURANCE COMPANY )<br><br>Defendants. ) | CIVIL CASE NO. 06-00017<br><br>**PACIFIC INDEMNITY INSURANCE COMPANY'S MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Pacific Indemnity Insurance Company respectfully moves this Court to dismiss the Complaint filed in this matter for the reasons that the claims are barred by the antisubrogation rule, which prohibits an insurer from bringing a subrogation action against its insured. The grounds supporting this Motion are more fully set forth in the accompanying Memorandum in Support of Motion to

Dismiss. This Motion is further supported by the pleadings previously filed herein and by the record before this Court.

DATED this 11th day of August, 2006.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*