LAW OFFICES
**CUNLIFFE & COOK**
210 Archbishop F.C. Flores Street
Hagåtña, GU 96910
Telephone: (671) 472-1824
Telecopier: (671) 472-2422

Attorneys for: **Defendant John D. Querry**



**FILED**
DISTRICT COURT OF GUAM
AUG 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | CIVIL CASE NO. **06-00017** |
| Plaintiff, | |
| vs. | **JOINDER BY DEFENDANT JOHN D. QUERRY TO MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| JOHN D. QUERRY, AMBYTH SHIPPING and TRADING, INC. dba AMBYTH TRUCKING and PACIFIC INSURANCE COMPANY, | |
| Defendants. | |

**COMES NOW,** Defendant **JOHN D. QUERRY** (hereafter "Defendant QUERRY"), through counsel, **CUNLIFFE & COOK**, A Professional Corporation, by F. Randall Cunliffe, Esq., and hereby joins in the Motion to Dismiss the underlying Complaint filed in the above-entitled matter on behalf of Defendant PACIFIC INSURANCE COMPANY. Defendant QUERRY hereby adopts the accompanying Memorandum of Points and Authorities filed in support therewith as is applicable to Defendant QUERRY with regard to the aforesaid Motion.

**CUNLIFFE & COOK**
A Professional Corporation
Attorneys for Defendant **John D. Querry**

DATED: August 11, 2006          By _____
                                 F. RANDALL CUNLIFFE, ESQ.

**ORIGINAL**