# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA, <br><br> Plaintiff, <br><br> vs. <br><br> John D. Querry, et al., <br><br> Defendants. | Case No. 1:06-cv-00017 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Amended Scheduling Notice filed on August 16, 2006, on the dates indicated below:

| Maher Yanza Flynn Timblin, LLP | Carlsmith Ball | Civille and Tang | Cunliffe and Cook, LLP |
|---|---|---|---|
| August 17, 2006 | August 17, 2006 | August 17, 2006 | August 17, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Amended Scheduling Notice filed on August 16, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 18, 2006                          /s/ Virginia T. Kilgore
                                                                Deputy Clerk