Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

FILED
DISTRICT COURT OF GUAM

SEP _ 1 2006

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY, <br><br> Defendant.   / | CIVIL CASE NO. 06-00017 <br><br> CERTIFICATE OF SERVICE |

I, MICHAEL D. FLYNN, JR., hereby certify that on the 1st day of September, 2006, I caused a copy of the foregoing documents:

1. Amended Complaint for Declaratory Relief and for Reimbursement; and

2. Opposition to Defendant Pacific Indemnity Insurance Company's Motion to Dismiss.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

ORIGINAL

G. Patrick Civille, Esq.
CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Ave.
Hagatña, Guam 96910
**Attorneys for Defendant Pacific Indemnity Insurance Company**

David P. Ledger, Esq.
CARLSMITH BALL, LLP
Suite 401, 234 W. Soledad Ave.
Hagatña, Guam 96910
**Attorneys for Defendant Ambyth Shipping and Trading, Inc.
dba Ambyth Trucking**

F. Randall Cunliffe, Esq.
**CUNLIFFE & COOK, P.C.**
210 Archbishop F.C. Flores St., Ste. 200
Hagatña, Guam 96910
**Attorneys for Defendant John D. Querry**

Dated this 1st day of September, 2006.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BY: _____
MICHAEL D. FLYNN, JR., ESQ.