3.7 "**Gross Negligence**" is defined by the Law governing this Agreement; however, if such Law does not define the term "gross negligence", it means any act or failure to act (whether sole, joint or concurrent) which seriously and substantially deviates from a diligent course of action or which is in reckless disregard of or indifference to the harmful consequences.

3.8 "**Law**" means all applicable laws of the jurisdiction in its broadest sense including without limitation the following: constitutional law, civil law, common law, international law, equity, treaties, statutes, decrees, edicts, codes, orders, rules, ordinances and regulations of any local, municipal, territorial, provincial, federated, national or any other duly constituted governmental authority or agency.

3.9 "**Personnel**" means any person furnished by Contractor or its Subcontractors to perform any of the Services.

3.10 "**Principal Document**" means this document, executed by Company and Contractor, and comprising Articles 1 through 34 and including Appendix 1.

3.11 "**RCTI**" has the meaning ascribed to that term in Sub-article 9.5 g)

3.12 "**Services**" means the Services described in Exhibit A, including the supervision thereof and any ancillary goods or other services incidental thereto.

3.13 "**Subcontractors**" means any Subcontractor, supplier, agent or materialman providing materials or services to Contractor for the purpose of performing Services under this Agreement.

3.14 "**Willful Misconduct**" is defined by the Law governing this Agreement; however, if such Law does not define the term "willful misconduct", it means an intentional disregard of good and prudent standards of performance or of any of the terms of this Agreement.

3.15 "**Work Site**" means the area of any physical site where Services are actually performed by Contractor and/or its Subcontractors provided (1) such site(s) is owned or controlled by Company and (2) Company made the area available to Contractor to perform Services and related activities.

## ARTICLE 4 - CONTRACTOR'S GENERAL OBLIGATIONS

4.1 Contractor shall perform Services in accordance with the terms and conditions of Principal Document and the Exhibit A Scope of Work.

4.2 Contractor shall commence Services promptly upon entering into this Agreement or upon being notified by Company, and shall perform Services to the reasonable satisfaction of Company (i) with diligence until Services are completed and (ii) in accordance with sound and generally accepted industry standard practices for said Services, subject to the terms and conditions of this Agreement.

4.3 Contractor shall consult with and advise Company at no additional cost, with respect to questions arising in connection with this Agreement and cooperate with Company and its authorized representatives.

4.4 Contractor shall be responsible for interpretations made by Contractor in translating Company's data, information and requirements into Services and for work performed by Contractor based on data or information not contained in the Exhibit A Scope of Work.

Case 1:06-cv-00017   Document 26-2   Filed 09/01/2006   Page 1 of 15

## ARTICLE 5 - WARRANTIES

5.1 **Representations and Warranties.** Contractor represents and warrants that it:
   a) has the Competence to perform the Services;
   b) has or shall obtain the necessary tools, equipment and personnel to provide the Services;
   c) shall maintain and use all tools and equipment in accordance with manufacturer's specifications and recommendations and good engineering and operational practices;
   d) has or shall obtain, at its expense, before performing any Services all the necessary registrations, certificates, permits, licenses and authorizations to conduct business and perform the Services;
   e) shall perform all Services in accordance with Law;
   f) shall perform all Services in good faith, promptly, with due diligence and Competence;
   g) fully comprehends the requirements and contingencies for providing Services and it shall examine the Work Site for any additional or special requirements and contingencies prior to performing Services; and
   h) shall ensure that Services, materials and equipment provided will meet any descriptions or specifications set out in Exhibit A at all times except to the extent of normal wear and tear and/or abuse by personnel other than Contractor and its Subcontractors.

5.2 **Contractor's Duty for Compliance of Services under this Agreement.** Contractor represents and warrants that it shall not perform any aspect of the Services that it knows or should know cannot be performed in conformity with the provisions of this Agreement. If Contractor determines that it cannot perform Services in conformity with those provisions, Contractor shall immediately advise Company and work with Company to develop a mutually satisfactory resolution. Contractor further represents and warrants that it shall ascertain whether any drawings and specifications applicable to the Services are at variance with Law or with good engineering and operational practices before beginning any Services. Contractor shall immediately notify Company in writing of any such variance and ensure that the necessary changes are made before proceeding with the part of the Services affected.

5.3 **Additional Warranty.(where applicable)** Without limiting the rights that Company may otherwise have at Law and in addition to the other warranties granted, Contractor warrants that all Services performed and any materials and equipment provided in connection with the Services shall be free from defect or deficiency for one (1) year from the date of completion of the Services. If Company discovers any defect or deficiency during this warranty period, and Company has notified Contractor of the defect or deficiency either during the warranty period or within a reasonable period of time after the end of this warranty period, Contractor, at its sole expense, shall at Company's option promptly repair or replace the defect or deficiency (including the provision of all labor, materials and other incidental Services to effect this correction of the defect or deficiency). Any Services provided under this Sub-Article to correct any defect or deficiency shall be warranted on the same basis as provided in this Sub-Article for the longer of (a) the balance of the one year warranty period or (b) six (6) months from the date of completion of the repair or replacement.

5.4 **Warranties of Others.** Contractor shall use its best endeavours to ensure that all warranties provided by Subcontractors and manufacturers are assigned to Company. If any warranty cannot be so assigned, Contractor shall use its best endeavours to make that warranty available for the applicable Company's benefit. Contractor shall deliver a copy of each written warranty provided by Subcontractors and manufacturers to Company. The warranties under this Sub-Article shall be in addition to any others provided under this Agreement or otherwise under Law.

## ARTICLE 6 - SUBCONTRACTORS

Services shall be performed solely by Contractor or by those Subcontractors that Company may from time to time allow by its prior written approval. No approval shall relieve Contractor of any of its obligations under this Agreement. Contractor shall be responsible to Company for Services performed by its

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 3 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-2    Filed 09/01/2006    Page 2 of 15

Subcontractors to the same extent it is responsible for activities performed by Contractor. Contractor shall ensure that its contracts with its Subcontractors contain provisions which are in conformity with and no less stringent than the provisions of this Agreement. No provision whatsoever of this Agreement will be deemed to create a contractual relationship between Company and Subcontractor, nor between Company and employees of Contractor or Subcontractor. Notwithstanding the provisions of this Article, any person or other entity not approved as a Subcontractor and used by Contractor to provide Services under this Agreement hereunder shall be deemed a Subcontractor only for the purposes of Contractor's obligations and covenants under this Agreement. Contractor shall, at Company's request at any time, provide Company with a list of all Subcontractors, if any, providing Services.

## ARTICLE 7 - CHANGES

**7.1 Changes.** Company shall have the right, without additional consent from Contractor, to:
   a) revise the Exhibit A Scope of Work within the general scope of work set forth therein, including but not limited to: (i) requiring additional services of Contractor and directing omission of part of Services previously authorized, and (ii) making final decisions on the interpretation of any specifications, drawings, and documents included in the Exhibit A Scope of Work or otherwise furnished by Company to Contractor and on matters where such documents permit alternatives or are not specific. Upon notification of such revision, Contractor shall promptly revise Services accordingly.
   b) reject Services in whole or in part which do not conform to the Exhibit A Scope of Work.

**7.2 Change Orders**
   a) Unless this Agreement provides otherwise, Company shall issue a change order when it revises the Exhibit A Scope of Work or elements of Services already completed or being performed in accordance with the Exhibit A, requires additional services of Contractor or directs omission of part of Services previously authorized, provided any of the following change order criteria is satisfied: (i) Contractor's costs for performing Services are affected thereby, or (ii) the time required for performing Services is affected thereby or (iii) the scope of Services or execution approach is affected thereby. If any of the foregoing criteria is satisfied, Company shall authorize Contractor to prepare and Contractor shall prepare an estimate of the effects on costs and or completion of Services. After Contractor and Company agree on the reasonable effects, Company shall issue a change order adjusting one or more aforesaid items unless this Agreement provides otherwise.
   b) A change order shall not be issued, when (i) revisions in Services already performed by Contractor are required to achieve compliance with the Exhibit A Scope of Work or to correct errors, omissions or work not in accordance with the requirements of Sub-Article 4.2 and Article 5, (ii) Contractor has not complied with a requirement of this Agreement, or (iii) Contractor's performance was affected by another cause, including Contractor's fault or negligence.

## ARTICLE 8 - INDEPENDENT CONTRACTOR

In performing Services and other obligations under this Agreement, Contractor shall be an independent contractor and not the agent or employee of Company. The relationship of employer and employee shall not exist between Company and Contractor or any of Contractor's employees, if any. Contractor acknowledges and agrees that, with respect to any Services provided under this Agreement, neither Contractor nor any of its employees is eligible to participate in and shall not receive any benefits from any employee benefit plan sponsored by Company and/or its affiliates. Services shall be performed under the supervision and control of Contractor, and Company shall have no authority to supervise Contractor's employees, representatives or Subcontractors. Contractor shall have no authority to make statements, representations or commitments of any kind or take any other action binding on Company, except as specifically provided in this Agreement. It is expressly agreed that it is not the purpose or intention of this Agreement to create, nor shall the same be construed as creating, any partnership or joint operation between Company and Contractor.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 4 of 84  Agreement No. SA-11551 OP
Transportation Services                                                Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-2    Filed 09/01/2006    Page 3 of 15

## ARTICLE 9 - PAYMENT, TAXES AND INVOICING

9.1 **Payment.** Contractor shall invoice Company (unless the parties have agreed to enter into a RCTI agreement) and Company shall pay Contractor the prices specified in Exhibit B for Services that Contractor provides under this Agreement.

9.2 **Taxes.** Contractor shall:
   a) pay or cause to be paid when due (i) taxes and fees imposed by reason of the performance of Services by Contractor or Subcontractors, including, but not limited to sales, excise, storage, consumption, GRT; licenses, permit and registration fees, and income, profit, corporation, capital gains, franchise, and personal property taxes; but excluding fees for any licenses and permits which may be obtained by Company in accordance with any provisions of this Agreement; (ii) employment taxes and contributions imposed by applicable law, or trade union contracts or regulations, with respect to or measured by compensation (wages, salaries, or other) paid to employees of Contractor or Subcontractors including, but not limited to, taxes and contributions for employment compensation insurance, old age benefits, welfare funds, pensions and annuities, redundancy payments, national insurance contributions, social security benefits and disability insurance; and (iii) import/export license fees and import/export taxes and duties on services, equipment and materials, and construction tools, equipment and supplies imported or exported by Contractor or Subcontractors;
   b) defend, indemnify, and hold Company harmless from liability to any competent authority resulting from Contractor's or Subcontractors' failure to (i) make timely payment of or pay any of the above, including interest, penalties and any other liability arising from such failure, or (ii) comply with the reporting, filing or other procedural requirements with respect to their payment; and
   c) develop procedures and make reasonable efforts to minimize the sales and use tax on purchases of equipment, materials and services where the cost is reimbursable by Company to Contractor under this Agreement.

9.3 **Immunity and Exemption.** If Contractor fails to obtain the immunity or exemption from taxes or duties to which Contractor or Subcontractors are entitled under Law, or fails to obtain a refund or credit, including interest, for any such taxes or duties paid, Company shall not be responsible for the reimbursement to Contractor of such taxes and duties.

9.4 **Withholding Taxes.** Without liability to Contractor, Company shall withhold income and other taxes from payments due to Contractor under this Agreement to the extent that such withholding is required by Law. Payment by Company to the appropriate governmental office of the amount of money so withheld will be deemed to have been made on behalf of Contractor hereunder for the amount of such payment as if the payment had been made to Contractor and will relieve Company of any further obligation to Contractor with respect to the amount so withheld.

## ARTICLE 10 - DEFICIENT WORK; ASSUMPTION OF SERVICES

10.1 At Company's option, Contractor shall correct promptly and to Company's satisfaction any deficiency in Services performed under this Agreement. Upon notice of such deficiency, Contractor agrees to promptly provide, at no cost to Company, the additional services necessary to correct said deficiency to Company's satisfaction.

10.2 **Assumption of Services.** Contractor agrees that if, in the opinion of Company, Contractor fails at any time during the performance of Services to provide the labor, supervision, tools, equipment (excluding delivery equipment) or materials necessary for the prompt performance of Services, or if Contractor

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 5 of 84     Agreement No. SA-11551 OP
Transportation Services     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-2    Filed 09/01/2006    Page 4 of 15

breaches this Agreement in whole or in part or fails to use diligence in the performance thereof, Company may, at its election and without prejudice to any other remedies available to it, take over and perform or obtain another contractor to take over and perform all or any part of Services then remaining unperformed. If Company takes over completion of Services, or obtains another contractor to do so, Company's sole obligation shall be to pay Contractor, upon completion of Services and subject to the other provisions of this Agreement that reduce or suspend payment, the lesser of either (1) the percentage of any moneys due which represents the percentage of Services satisfactorily completed by Contractor under this Agreement, or (2) the lump sum price under this Agreement less all costs and expenses incurred by Company in completing Services.

Notwithstanding the foregoing, if Company exercises this right, Company or its designee shall have the right but not the obligation to use all or any part of Contractor's tools and equipment then in use on the job but shall pay Contractor a reasonable rental for the use of tools and equipment during the period of use by Company or its designee and shall return same to Contractor upon completion of the job in as good condition as when taken over by Company, ordinary wear and tear excepted. Company shall not be liable for any costs, claims, damages or liabilities whatsoever of Contractor or Subcontractors, including, without limitation, Consequential Loss, punitive or exemplary damages, or reimbursement for Services unperformed.

## ARTICLE 11 - SUSPENSION

**11.1 Suspension of Services.** Company may suspend at any time and for any reason any part of Services by giving notice to Contractor specifying the part of Services to be suspended and the effective date of suspension. Suspension under this Article cannot last more than three months, and if it does, Company shall have the right to terminate under Article 12. Contractor shall cease work on said part of Services on the effective date of suspension, but shall continue to perform any part of Services not suspended. Notices given under this Sub-Article may be oral for any suspension that is reasonably expected to continue for no more than three (3) working days.

**11.2 Compensation.** For the part of Services suspended, compensation to Contractor during the period of suspension shall be in accordance with Exhibit B, limited however to:
    a) Contractor's employees whose retention on Services during the suspension has been authorized in advance by Company; and
    b) other items directly related to the suspended part of Services if authorized in advance by Company and subject to the other provisions of this Agreement that may reduce or suspend payment.

**11.3 Resumption.** Company may, at any time, authorize resumption of the suspended part of Services by notifying Contractor of the part of Services to be resumed and the effective date of suspension withdrawal. Services shall be promptly resumed by Contractor after receipt of such notice.

**11.4 Liability.** For Services suspended in accordance with this Article, Company shall not be liable for any costs, claims, damages or liabilities whatsoever of Contractor or Subcontractors, including, without limitation, Consequential Loss, punitive or exemplary damages.

## ARTICLE 12 - TERMINATION

**12.1 Termination.** By giving reasonable notice to Contractor specifying the Services to be terminated and the effective date of termination, Company may terminate this Agreement, in whole or in part:
    a) for a serious and substantial breach by Contractor of this Agreement; or

    b) if a direct competitor of Company acquires a controlling interest in Contractor, or

    c) if the Company ceases operations in the Guam or changes its operations such that the Services or

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 6 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-2    Filed 09/01/2006    Page 5 of 15

services substitutable for the Services are no longer required by the Company in the usual course of business in Guam.

Contractor shall cease work on said part of Services on the effective date of termination, but shall continue to perform any part of Services not terminated.

12.2 **Compensation.** If Services are terminated, either in whole or in part, in accordance with Sub-Article 12.1, Company with respect to such Services will pay Contractor, only for Services satisfactorily performed in accordance with this Agreement and obligations incurred prior to the effective date of termination and for such additional amounts directly related to work performed by Contractor in terminating, provided said work was authorized in advance by Company, and subject to the other provisions of this Agreement that may reduce or suspend payment. Such payment will be made to Contractor:
   a) for non-lump sum and non-unit cost Services, according to Exhibit B,
   b) for lump sum and unit-cost Services, the percentage of any lump sum or unit cost price (as the case may be) which represents the percentage of Services completed by Contractor, and
   c) for direct costs that Contractor incurs in terminating Services under this Agreement, provided those costs were authorized in advance by Company and are properly supported by time sheets, invoices and the like.

Company shall have audit rights pursuant to Article 19 to verify the actual costs of work performed by Contractor in terminating.

12.3 **No Compensation.** Subject to Sub-article 12.2, in the event Services are terminated under this Agreement by reason of Contractor's failure to perform in accordance with Sub-Article 12.1, Company shall have no obligation to compensate Contractor under this Agreement.

12.4 **Liability.** For Services terminated in accordance with Sub-Article 12.1, Company shall not be liable for any costs, claims, damages or liabilities whatsoever of Contractor or Subcontractors, including, without limitation, Consequential Loss, punitive or exemplary damages.

## ARTICLE 13 - DISTRIBUTION OF RISK, RELEASE AND INDEMNITY

13.1 **Contractor's Responsibilities**
   a) Contractor shall release and indemnify Company and its joint venturers and hold Company and its joint venturers harmless for loss of or damage, howsoever caused, to Contractor's or Subcontractor's tools and equipment and rented items which are used or intended for use in Services to be performed, and for any Consequential Loss sustained by Contractor or Subcontractors, **EVEN IF THE LOSS OR DAMAGE RESULTS FROM COMPANY'S NEGLIGENCE.**

   b) Contractor shall release and indemnify Company and its joint venturers and hold Company and its joint venturers harmless for loss of or damage, howsoever caused, to (i) Contractor's, Subcontractor's and Company's and its joint venturers' property intended to be incorporated into the Services and (ii) Company's and its joint venturers' property intended to be used in the Services, while all such property is in Contractor's care, custody or control until delivered to the Work Site, **EVEN IF THE LOSS OR DAMAGE RESULTS FROM COMPANY'S NEGLIGENCE.**

   c) Contractor shall release and indemnify Company and its joint venturers for loss of or damage to Company's and its joint venturers' existing property which is in reasonable proximity to the Work Site which results from the negligence of Contractor and/or for any resulting Consequential Loss sustained by Company and its joint venturers; however, Contractor's responsibility shall not exceed the amount recoverable by Contractor or its Subcontractors under the valid and collectible insurance carried by Contractor and Subcontractors, or the amount which would have been recoverable under that insurance if all conditions, requirements, and warranties imposed on the

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 7 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 26-2  Filed 09/01/2006  Page 6 of 15

insured by the insurer are being or had been met. Company shall release Contractor and hold Contractor free and harmless from liability to Company for such loss or damage and/or for any resulting Consequential Loss sustained by Company exceeding the amounts so recovered, **EVEN IF THE LOSS OR DAMAGE RESULTS FROM CONTRACTOR'S NEGLIGENCE**; however, Contractor's responsibility shall include the value of any deductible or self-insured retention applicable under that insurance.

d) Without limiting clause 13.1b), should loss of or damage to the Products or any parts of the Products occur whilst in the care, custody or control of the Contractor, the Contractor shall, as soon as practicable after receipt of a notice in writing from Company requiring it to do so, pay Company, as and by way of liquidated damages, an amount equal to:

(a) Company's then current Wholesale Price for any lost or damaged Products; or

(b) Subject to Company's obligation to mitigate the cost, the cost as determined by Company of any additional work to be performed as a result of any lost or damaged Products.

The Contractor acknowledges and agrees that the amount referred to above is a genuine pre-estimate of the loss which Company would suffer as a result of any loss of or damage to any Products.

e) **Meaning of "Products"**. The term "Products" in this agreement shall include all products required to be carted in the Scope of Work."

f) **Meaning of "Wholesale Price"**. The term "Wholesale Price" in this agreement is the value of the Products as determined by the price that the consigned Customer would be expected to pay for the Products, including freight differentials less any rebates and volume corrections.

## 13.2 Company's Responsibilities

a) Company shall release Contractor and hold Contractor harmless for loss of or damage, howsoever caused, to Company's property intended to be incorporated into or used in Services to be performed and located at the Work Site, **EVEN IF THE LOSS OR DAMAGE RESULTS FROM CONTRACTOR'S NEGLIGENCE**.

b) Company will indemnify Contractor and hold Contractor harmless for loss of or damage, howsoever caused, to Contractor's property intended to be incorporated into the Services and located at the Work Site, **EVEN IF THE LOSS OR DAMAGE RESULTS FROM CONTRACTOR'S NEGLIGENCE**.

c) Notwithstanding the provisions of this Agreement to the contrary, Contractor shall also be responsible and not compensated by Company for:

(i) any loss of money or securities in the care, custody or control of Contractor which are used or intended for use in performing Services,

(ii) unexplained or mysterious disappearance of any property in Contractor's care, custody or control, or shortage of any property disclosed on taking inventory, or

(iii) theft of property by Contractor, Subcontractors or their employees.

## 13.3 Indemnity For Third Party Damages.
Company and Contractor shall indemnify, defend and hold each other harmless from claims, demands and causes of action asserted against the indemnitee by any third party (including, without limitation, Contractor's and Company's employees) for personal injury, death or loss of or damage to property resulting from the indemnitor's negligence, Gross Negligence, Willful Misconduct or breach of statute. Where personal injury, death, or loss of or damage to property is the result of joint negligence, Gross Negligence, or Willful Misconduct of Company and Contractor, the indemnitor's duty of indemnification shall be in proportion to its allocable share of joint negligence, Gross Negligence or Willful Misconduct. If either party is strictly liable under Law, the other party's duty of indemnification shall be in the same proportion that its negligence, Gross Negligence, or Willful

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  
Transportation Services

Page 8 of 84

Agreement No. SA-11551 OP  
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-2   Filed 09/01/2006   Page 7 of 15

Misconduct contributed to the personal injury, death, or loss of or damage to property for which a party is strictly liable.

13.4 **Insurance and Indemnity Reformation.** If it is judicially or statutorily determined that the insurance required hereunder or the indemnities voluntarily and mutually assumed hereunder exceed the maximum monetary limits permitted under applicable Law, it is agreed that said insurance requirements or indemnities shall automatically be amended to conform to the maximum monetary limits permitted under such Law.

13.5 **Gross Negligence and Willful Misconduct.** Notwithstanding anything to the contrary in this Agreement, each party shall bear full responsibility, without limit, for its Gross Negligence or Willful Misconduct attributable to its managerial and senior supervisory personnel and, in no event, will a party be required to release or indemnify the other party for Gross Negligence or Willful Misconduct attributable to the other party's managerial or senior supervisory personnel.

13.6 **Title.** Title to all equipment, materials, supplies and structures procured by Contractor from third parties or supplied by Contractor and incorporated, or intended at the time of the procurement or supply to be incorporated, into the work product of Contractor's Services (excluding Contractor's tools, equipment and rented items) shall pass to Company upon payment therefor by Company or upon delivery to the Work Site whichever occurs earlier.

13.7 **Meaning of "Negligence".** The term "negligence" in this Agreement shall include active or passive negligence.

## ARTICLE 14 - INSURANCE

14.1 **Minimum Insurance Requirements.** Contractor shall carry and maintain in force at least the following insurances and amounts:
  a) **Workers' Compensation and Employers Liability**
  For all its employees engaged in performing Services, workers' compensation and employers' liability insurance or similar social insurance in accordance with applicable Law which may be applicable to those employees.
  b) **Comprehensive General Liability**
  Its normal and customary comprehensive general liability insurance coverage and policy limits or at least $10,000,000, whichever is greater, providing coverage for injury, death or property damage resulting from each occurrence.
  c) **Automobile Liability**
  Automobile liability insurance covering owned, non-owned and rented automotive equipment providing at least $5,000,000 coverage for injury, death or property damage resulting from each accident.
  d) **Watercraft Liability.(where applicable)** If watercraft are to be used in performing Services, marine protection and indemnity insurance including coverage for illness or death of seamen providing limits of at least $2,000,000 for each occurrence with Company named as an additional insured party.
  e) **Other.** Any other insurance required by Law or any Additional Articles set out in Exhibit C.
  f) **Additional Insured and Waiver of Subrogation.** Notwithstanding any provision of this Agreement to the contrary, Contractor's insurance policy(ies) described in this Sub-Article 14.1 (b), (c) and (d) above shall: (1) cover Company and Affiliates as additional insureds to the extent of Contractor's indemnification responsibilities set forth in Article 13; and (2) be primary as to all other policies (including any deductibles or self-insured retentions) and self insurance which may provide coverage. It is further agreed that Contractor and its insurer(s) providing coverage in this Sub-Article 14.1 shall waive all rights of subrogation and/or contribution against Company and Affiliates to the extent liabilities are assumed by Contractor.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 9 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-2   Filed 09/01/2006   Page 8 of 15

g) **Insurance Supporting Indemnity.** It is further expressly agreed that Contractor's insurance shall apply to Contractor's indemnity and defense obligations under this Agreement.

h) **Self Insurance and Retentions.** It is expressly agreed that the above obligations of Contractor and/or its insurers shall apply to Contractor's self insured retentions and/or deductibles.

The parties further agree that the minimum insurance requirements as set forth above shall not limit or waive a party's legal or contractual responsibilities to the other party or others.

14.2 **Company Alternatives.** As an alternative and at Company's option and expense, Company may elect to furnish or to arrange for Contractor all or any part of the insurance required in this Article 14. If Company elects this alternative, it shall so state in a notice to Contractor, and the Contractor's compensation shall be reduced by an amount equal to the Contractor's cost of the insurance.

As an alternative and at Company's option and expense, Company may elect to furnish or to arrange for Contractor the insurance that Contractor carries, or to assume the responsibility, for all or any part of the property specified in Sub-Article 13.1 a) and 13.1 b). If Company elects this alternative, it shall so state in a notice to Contractor, and Contractor's compensation shall be reduced by an appropriate amount.

14.3 **Proof of Insurance and Changes.** Upon request by Company, Contractor shall have its insurance Contractor(s) furnish to requester certified copies of the required insurance policies and/or certificates of insurance specifying that no insurance shall be cancelled or materially changed while Services are in progress without thirty (30) calendar days prior written notice to the requester.

14.4 **Subcontractors' Insurance.** Contractor shall require any Subcontractors to maintain normal and customary insurance, but shall not require Subcontractors to carry insurance that would duplicate the coverage of the insurance carried by Contractor or Company or that would insure against liability waived by Company. Upon request by Company, Contractor shall have its Subcontractors furnish the same evidence of insurance required by Contractor.

14.5 **Commencement of Services.** Contractor and Subcontractors shall not begin Services until all of the insurance required of Contractor and its Subcontractors is in force and the necessary documents, if requested by Company, have been received by the requester.

## ARTICLE 15 - GOVERNING LAW AND DISPUTE RESOLUTION

15.1 **Governing Law.** The validity, interpretation and construction of this Agreement shall be governed by and construed in accordance with the laws of Guam, without reference to its principles of conflicts laws and without reference to the UN Convention on Contracts for the International Sale of Goods.

15.2 **Dispute Resolution.** Contractor and Company hereby acknowledge and submit to the non-exclusive jurisdiction of the courts of Guam.

## ARTICLE 16 - CONFIDENTIAL INFORMATION

16.1 **Contractor's Duty of Confidentiality.** Contractor shall hold in confidence all business and technical information that is made available to Contractor, directly or indirectly, by Company or developed or acquired by Contractor in performing Services under this Agreement (collectively "Confidential Information"), except:
a) information which is or becomes, without fault of Contractor, part of the public domain;
b) information which Contractor can show was received by Contractor from an independent third party that is under no obligation to Company or any Affiliate regarding the information;
c) information which Contractor can show was already in Contractor's possession at the time the information was made available to Contractor, directly or indirectly, from Company or any Affiliate;

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 10 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 26-2  Filed 09/01/2006  Page 9 of 15



Additionally, if so required by Law or valid legal or regulatory process, Contractor may disclose Confidential Information, but only following notice by Contractor to Company of the requirement to disclose and reasonable cooperation with any attempt by Company to maintain the confidentiality of such Confidential Information.

**16.2 Contractor's Use of Confidential Information.** Contractor shall not, without the prior written approval of Company as appropriate, use the Confidential Information which Contractor is required to keep confidential hereunder for any purpose other than the performance of Services under this Agreement.

**16.3 Contractor's Information.** Company shall have no obligation of confidence with respect to any information disclosed to Company by Contractor, and Company shall be free to use or disclose any or all of the information contained in any drawing, record or other documents to third parties without accounting to Contractor therefor; unless, however, information is specifically covered by a separate, written confidentiality agreement between Company, as applicable, and Contractor. In the absence of any such separate confidentiality agreement, Contractor shall not place any restrictive notices on any information, no matter the form of its recording, that Contractor provides to Company hereunder. If Contractor places any such restrictive notices on any drawing, record or other document, Company is hereby authorized to nullify, remove, or disregard those notices.

## ARTICLE 17 - OWNERSHIP OF INVENTIONS AND DOCUMENTS

**17.1 Ownership of Documents.** Contractor agrees that all tracings, designs, drawings, field notes, requisitions, purchase orders, specifications, computer programs (data files and other software in whatever form), and other documents or records developed by Contractor in connection with this Agreement ("Documents") shall be the sole property of Company. Contractor shall provide the original and all copies of the Documents to Company when Services are completed or earlier upon Company's written request. Contractor may, with the prior written approval of Company, retain one archival copy of Documents. Contractor shall keep any approved archival copy confidential and shall not use it directly or indirectly in providing any services to any other person or entity nor for any other purpose without first obtaining Company's prior written permission. Contractor hereby assigns, and shall require its employees to assign, the copyrights in all Documents to Company.

**17.2 Ownership of Inventions.** If Contractor or its personnel make any inventions, discoveries or improvements (collectively, "Inventions") patentable or unpatentable, resulting from Contractor's activities hereunder, Contractor shall promptly disclose those Inventions to Company in writing. Inventions covered in this Sub-Article shall include those conceived during the term of this Agreement between Company and Contractor and within one (1) year thereafter. Further, Contractor hereby assigns, and shall require its employees to assign, each such Invention to Company. Contractor also shall require its employees to execute such papers as Company requests in connection with any assignment and in connection with the acquisition of letters patent, U.S. and foreign, on any Inventions. Any compensation to which a Contractor's employee may be entitled by Law or otherwise for assigning Inventions shall be for Contractor's account.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 11 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-2   Filed 09/01/2006   Page 10 of 15

17.3 **Infringement Notice and Indemnification.** If either Contractor or Company is made the subject of any claim or lawsuit based on the alleged infringement or misappropriation of any third-party patent, copyright, trade secret or other proprietary right by reason of any aspect of the materials or Services provided hereunder, it shall promptly notify the other party in writing. Company shall defend and indemnify Contractor against those claims or lawsuits based on the actual or alleged infringement or misappropriation of any such third-party right by Contractor only to the extent that Contractor's allegedly infringing or misappropriating conduct is expressly required by Company's specification or expressly required in writing by Company. This indemnity shall not extend to conduct of Contractor which is discretionary to Contractor. Contractor shall defend and indemnify Company against all other claims or lawsuits based on the actual or alleged infringement or misappropriation of any third-party right. The indemnities set forth in this Sub-Article shall include, without limitation, all penalties, awards, and judgments; all court and arbitration costs; legal costs; and other reasonable out-of-pocket costs incurred in connection with such claims or lawsuits. The indemnifying party shall have the right to control the defense of any litigation, and to settle or compromise all claims and lawsuits subject to its indemnity. However, the indemnifying party may not settle or compromise such claim or lawsuit without the written consent of the indemnified party if any settlement or compromise (a) requires the indemnified party to part with any property right or interest, assume any obligation or make any payment not indemnified, or (b) subjects the indemnified party to any injunction. Subject to the foregoing, the indemnified party shall have the right, at its option and expense, but not the obligation, to retain advisory counsel to represent its interests in defending any such claim or lawsuit.

If any action results in an injunction against Company with respect to the Services, materials or facilities provided under this Agreement, Contractor agrees that it shall, at its option and its sole expense, either (1) procure for Company the right to continue using the infringing subject matter, or (2) replace or modify the same so that it becomes non-infringing.

## ARTICLE 18 - USE OF TRADEMARK AND PUBLICITY

Contractor shall not, without the prior written consent of Company: (a) use the name or any trade name or registered trademark of Company or any Affiliate in any advertising or communications to the public in any format except as necessary to perform Services; (b) make publicity releases or announcements regarding this Agreement, Services rendered, or any related activities; or (c) take any photographs, video or other recordings of Company's property. Contractor shall cause its Subcontractors to comply with these requirements.

## ARTICLE 19 - AUDIT

19.1 Contractor shall maintain and preserve, and shall cause its Subcontractors to maintain and preserve, in accordance with generally accepted accounting practices, accurate documentation and data (including but not limited to written and electronic records, books of account, correspondence, plans, permits, licenses, drawings, payroll records, memoranda, receipts, and documentation of related systems and controls) pertaining to the performance of Services under this Agreement, as well as any gift or entertainment expenses incurred by Contractor or its Subcontractors pertaining to the Services under this Agreement.

19.2 At all reasonable times, Contractor shall permit and shall cause its Subcontractors to permit, employees and agents of Company to have access to its and their offices and work locations to examine, reproduce and retain copies of such documentation and data and to interview Contractors' and Subcontractors' personnel in connection therewith, as necessary for Company to verify and monitor (i) the accuracy and propriety of the price of Services and/or reimbursable costs, (ii) the existence and effectiveness of Contractors' and Subcontractors' business practices, and (iii) Contractors' compliance with the terms of this Agreement. Where Services are billable under fixed rates, Company's auditors shall have sufficient access to those rates to satisfy themselves that Services provided thereunder have not also been separately billed on some other basis (e.g., a reimbursable basis).

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 12 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-2    Filed 09/01/2006    Page 11 of 15



19.3 The provisions of this Article shall be applicable during the term of this Agreement and for a period of three (3) years thereafter. If errors or deficiencies are identified by an audit or otherwise, Contractor shall take prompt corrective action and advise Company thereof.

## ARTICLE 20 - BUSINESS STANDARDS

**20.1 Business Standards.** Contractor shall establish and maintain precautions to prevent its employees, agents or representatives from making, receiving, providing, or offering substantial gifts, entertainment, payments, loans, or other consideration to employees, agents, or representatives of Company for the purpose of influencing those persons to act contrary to the best interests of Company. This obligation shall apply to the activities of the employees of Contractor and its Subcontractors in their relations with the employees of Company and their families and/or third parties arising from this Agreement.

**20.2 Accuracy of Records.** Contractor agrees that all financial settlements, billings, and reports rendered to Company or its representative shall reflect properly the facts about all activities and transactions handled for the account of Company, which data may be relied upon as being complete and accurate in any further recordings and reporting made by Company or its representatives for whatever purpose.

**20.3 Compliance With Law.** Contractor agrees and will secure agreement by its Subcontractors to comply with Law in performance under this Agreement. Notwithstanding anything in this Agreement to the contrary, no provision shall be interpreted or applied so as to require Company or Contractor to do, or refrain from doing, anything which would constitute a violation of, or result in a loss of economic benefit under, United States anti-boycott and other export laws and regulations.

**20.4 Business Ethics and Foreign Corrupt Practices Act.** For purposes of this Sub-Article, "Official" means and includes:
a) any officer or employee of any government or any department, agency or instrumentality (i.e., any legal entity controlled by the government) thereof, or any person acting in an official capacity on behalf of any such government, department, agency or instrumentality;
b) any political party;
c) any official of a political party;
d) any candidate for political office; or
e) any officer or employee of a Public International Organization (e.g., United Nations, IMF, World Bank).

Contractor represents that it has not offered, paid, promised to pay, authorized the payment of, or transferred, money or anything of value to an Official to secure any improper advantage or benefit in relation to the matters contemplated by this Agreement, either directly or indirectly through a third party. Without limiting the generality of Sub-Article 20.3, and in recognition of the principles of the OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions which entered into force on February 15, 1999, and the United States Foreign Corrupt Practices Act, Contractor represents and agrees that it will not, directly or indirectly, in connection with this Agreement and the matters resulting therefrom, offer, pay, promise to pay, or authorize the giving of money or anything of value to an Official, or to any other person while knowing or being aware of a high probability that all or a portion of such money or thing of value will be offered, given or promised, directly or indirectly to an Official, for the purpose of influencing the act, decision or omission of such Official to obtain or retain business related to this Agreement, to direct business related to this Agreement to any person, or to obtain any improper advantage or benefit. Contractor represents that no Official or close relative of an Official has any direct or indirect ownership or other legal or beneficial interest in it or any of its affiliates, or in the contractual relationship established by this Agreement, and that no such Official serves as an officer, director, employee, or agent of Contractor. This representation shall be continuing throughout this Agreement. Contractor agrees to notify Company promptly and in writing of any changes in its direct or

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services

Page 13 of 84

Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 26-2  Filed 09/01/2006  Page 12 of 15

indirect ownership in it or its affiliates that would make it or them an Official as defined in this Agreement. Contractor covenants that should Company notify it of any concerns that there has been a breach of the provisions of this Sub-Article, it shall cooperate in good faith with Company in determining whether such a breach has occurred.

If Company determines in its sole discretion that there has been such a breach or that Contractor has taken any action that would create a material risk of liability for Company under any applicable law, it shall be entitled to treat the breach as an event of default and to exercise any rights it may have under this Agreement upon the occurrence of an event of default, without regard to any waiting periods or cure periods specified in this Agreement. Contractor further agrees that, in connection with the Services performed under this Agreement and without limiting the requirements of Article 6 with respect to Subcontractors, it will require its Subcontractors to agree to and comply with contractual provisions substantially identical to those contained in this Sub-Article.

20.5 **Notice of Non-Compliance.** Contractor agrees to notify Company promptly upon discovery of an instance where Contractor fails to comply with this Article. If Company or Contractor discovers or is advised of any errors or exceptions related to invoicing for Services, Contractor and Company will together review the nature of the errors or exceptions and will agree the corrective action to be taken.

20.6 **Workplace Harassment.** Contractor, Contractor employees, agents and Subcontractors engaged by the Contractor shall be subject to the standards of conduct set forth in Company's "Harassment In The Workplace" policy while performing Services for or communicating with Company's employees, agents, customers and other contractors. A summary of Company's policy is included in a memorandum addressed to Contractor personnel performing Services for Company (Workplace Harassment Attachment to Exhibit A). Contractor will inform each of its employees, agents, and Subcontractors who perform, or will perform Services for Company of these expectations and provide each with a copy of that memorandum. Contractor will promptly notify Company contact for the applicable Services of any report or complaint of harassment of any violation of the standards of conduct. Contractor will cooperate with Company in any investigation Company may make, including making Contractor employees, agents and Subcontractors available for questioning by Company's designated investigators. Contractor agrees not to retaliate against anyone who reports an incident of harassment or who cooperates in any investigation of such incidents.

## ARTICLE 21 - ILLEGAL INFORMATION BROKERING

21.1 **Warranty and Representation.** Contractor and Company are aware of a practice (referred to in this Article as "Illegal Information Brokering") where certain parties approach contractors, subcontractors, vendors or other suppliers, and offer confidential information or illicit influence in order to obtain business through corruption of competitive bidding processes. Contractor recognizes that the practice of Illegal Information Brokering or any other corruption of the contract award process is not permitted by Company and Contractor warrants and represents that it has not and will not utilize Illegal Information Brokering in connection with this Agreement.

21.2 **Notification.** Contractor agrees that it will promptly notify Company's Procurement Services Manager or Controller if anyone approaches Contractor for the purpose of Illegal Information Brokering concerning this Agreement or any other related business interest of Company. Company undertakes that such notice and any related information provided by Contractor will be treated with the utmost discretion. Company also undertakes that it will handle this Agreement with extra security measures, as appropriate, in order to prevent any contractor, subcontractor or other supplier from gaining any unfair advantage subsequent to such notice.

## ARTICLE 22 - ASSIGNMENT OF AGREEMENT

Company may assign or novate this Agreement including all its rights and obligations hereunder to any Affiliate without the consent of Contractor. Contractor shall not assign this Agreement or any part hereof without Company's prior written approval, which approval shall not relieve Contractor of its obligations under this Agreement. Any assignment made by Contractor not in accordance with this Article shall be void.

## ARTICLE 23 - DESIGNATED REPRESENTATIVE AND NOTICES

### 23.1 Designated Representative
a) Company's Designated Representative, as set out in Appendix 1, or other such person as may be subsequently designated in writing by Company, shall have authority to act for Company with respect to all matters pertaining to this Agreement.
b) Contractor's Designated Representative, as set out in Appendix 1, or other such person as may be subsequently designated in writing by Contractor, shall have authority to act for Contractor with respect to all matters pertaining to this Agreement.

### 23.2 Notices
a) Notices required by this Agreement shall be in writing and shall be sent by hand or certified mail to Contractor or Company at the respective party's office address set forth in Appendix 1, to the attention of the respective Designated Representative:
b) The effective date of notice shall be the date the notice is received by the addressee or it reaches the office of the addressee, whichever is earlier.

## ARTICLE 24 - ALCOHOL AND DRUGS

24.1 Company reserves the right to require the Contractor to observe Company's Alcohol and Drugs Policy as advised by Company from time to time.

## ARTICLE 25 – SAFETY, HEALTH AND ENVIRONMENT

25.1 In performing the Services, Contractor shall familiarise itself and comply with, and shall ensure that Personnel are familiar with and comply with, Company's safety policy as set out below or as otherwise notified by Company to Contractor from time to time.

The safety and health of every employee of Company and of Company's contractors, customers and the public, is central to the way Company operates. Company's goal is to work in such a way that no-one is harmed. No task is so important that a way cannot be found to do it safely and with minimum risks to health.

Company is committed to working in a manner compatible with the balanced environmental and economic needs of the community. Company works continuously to improve its environmental performance. Company encourages concern and respect for the environment, emphasises each employee's responsibility in environmental performance and ensures appropriate operating practices.

25.2 Contractor shall provide to Company's Designated Representative prior to commencement of the Services, a copy of Contractor's safety, health and environment ("SHE") policy and procedures to be followed during the performance of the Services in compliance with the policy set out in Sub-article 25.1. Company shall not be obliged to give Contractor access to the Work Site until such safety, health and environment policy and procedures have been approved in writing by Company's Designated Representative.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 15 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 26-2  Filed 09/01/2006  Page 14 of 15

25.3 Contractor shall be responsible for the safety and health of Personnel in the course of performing the Services. Contractor will ensure that Personnel visiting a Work Site or any other Company owned or controlled site for the first time shall first attend an Company health and safety briefing and, if required by Company, Company safety, health and environment induction training. Contractor shall maintain a record of Personnel attending any such briefing or training which shall be available to Company's Designated Representative at any time and shall not allow any Personnel to work on a Work Site or any other Company owned or controlled site until it is satisfied that such Personnel have a thorough knowledge of Company's safety, health and environment requirements for the Services.

25.4 Contractor shall be responsible for ensuring that Personnel working at the Work Site or any other Company owned or controlled site shall wear hard hats, protective boots, protective glasses, appropriate industrial clothing and hearing protection in accordance with Company's approved procedures and that these shall be correctly worn and be in good condition.

25.5 In addition to its obligations under Sub-articles 25.1 and 25.3, Contractor shall be responsible for the safety and health of Personnel in providing the Services and, where requested by Company's Designated Representative, shall furnish for approval prior to the commencement of the Services, a copy of Contractor's safety, health and environment management system and procedures with which it will comply during the performance of the Services.

25.6 The safety, health and environment management system and procedures of Contractor referred to in Subarticle 25.5 shall be of a standard satisfactory to Company and shall include (but shall not necessarily be limited to) the following:
   a) a structure of line management in order to provide for responsibility and accountability for safety, health and environment a publication made available to Company setting out the designated safety, health and environment responsibilities of Personnel within Contractor's corporate structure;
   b) established procedures or practices to ensure that all safety, health and environment instructions, rules or procedures are communicated to and followed by Personnel;
   c) a program of regular safety, health and environment inspections of the Work Site;
   d) a program of regular safety, health and environment meetings of all Personnel;
   e) a program for the orientation of new Personnel coming on to the Work Site;
   f) provision for the performance of safety, health and environment analyses where necessary prior to the commencement of special operations forming part of the Services;
   g) practices and procedures for the management of materials and equipment for the purpose of safeguarding the lives and health of Personnel; Company's personnel or any other person on or in the vicinity of the Work Site or whose lives or health may reasonably be foreseen to be at risk.
   h) provision for on-going education training and other appropriate measures (including the institution of a program of safety, health and environment recognition or employee awards in order to encourage proper performance of the Services) to ensure that all Personnel are familiar with and can readily put into practice emergency procedures on the Work Site;
   i) records of qualifications and training of Personnel;
   j) a training and competency assurance program for Personnel,
   k) procedures to ensure that all safety equipment and tools furnished by Contractor for the performance of the Services are readily accessible, comply with Company's specifications and safety, health and environmental requirements and that Personnel have had adequate training in their use;
   l) established procedures, where necessary, for the suspension of the Services in the event of the provisions of this Article 25 being unable to be fully complied with or where Company's Designated Representative directs Contractor to suspend the Services pursuant to Sub-article 25.11.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 16 of 84   Agreement No. SA-11551 OP
Transportation Services                                                       Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-2   Filed 09/01/2006   Page 15 of 15