25.7 Contractor shall report to Company's Designated Representative all safety, health and environment incidents, including occupational illness and "near miss" incidents, as defined by Company from time to time, which occur in the course of providing the Services within twenty-four (24) hours of their occurrence. Company shall provide Contractor with the appropriate forms and documentation for the reporting of incidents and Contractor shall comply with Company's investigation and reporting requirements in relation to such incidents. Each such incident report shall clearly identify all fundamental causes of that incident, the extent to which any such cause reveals inadequacies in Contractor's safety management system and procedures and any recommendations for remedies or procedures to prevent recurrence. Contractor shall bear the cost of any such remedy or procedure to the extent of Contractor's responsibility for any such incident.

25.8 Contractor shall issue a monthly safety, health and environment report (by the third Working Day in each month and in the form set out in Company's "Safety Guidelines Manual" or as otherwise advised by Company) for the attention of Company's Designated Representative in respect of the preceding month. This report shall provide details of the manner in which Contractor has complied with its obligations under this Contract, including the following information:
   a) all safety, health and environment incidents that have occurred in the previous month, including "near miss" incidents and occupational illnesses;
   b) exposure hours, being the number of hours worked by Personnel in excess of five (5) Working Days (for each person) on a Work Site or any other Company supervised or controlled site; and
   c) details of attendance by Personnel at Company safety briefings or Company safety, health and environment induction training.
Contractor shall not be required to issue such a monthly report if there are no such incidents, the total number of exposure hours is less than forty (40) and if none of the Personnel attended or received any of the aforementioned safety briefings or induction training.

25.9 Notwithstanding the provisions of Sub-articles 25.7 and 25.8 above, Contractor shall notify Company's Designated Representative immediately of any person either suffering any injury or illness or death while at a Work Site or any other Company supervised or controlled site. Notification shall be oral in the first instance, followed by a written report within twenty-four (24) hours of that notification giving complete details of the incident, including results of investigations into its cause and any recommendations for remedies or procedures to prevent recurrence.

25.10 If during performance of the Services Company's Designated Representative is of the opinion that Contractor is:
   a) not conducting the Services in compliance with Company's safety, health and environment policies as defined in this Article 25, all applicable safety, health and environment laws, rules and regulations imposed by the Commonwealth, State or local governments or authorities, and all safety, health and environment rules, regulations and procedures furnished by Company to Contractor from time to time; or
   b) conducting the Services in such a way as to endanger the safety or health of Personnel or Company's personnel or Company's plant, equipment or materials, or any other person on or in the vicinity of the Work Site or whose lives or health may reasonably be foreseen to be at risk.
then Company's Designated Representative shall notify Contractor in writing of the breach of safety, health or environment involved and Contractor shall at its expense forthwith rectify the breach so notified.

25.11 If Contractor does not rectify any breach of safety, health and environment requirements notified in accordance with Sub-article 25.10, then Contractor shall, upon being directed to do so by Company's Designated Representative, suspend the Services until such time as Contractor satisfies Company's Designated Representative that the provisions of this Article 25 will be fully complied with.

25.12 During the periods of suspension referred to in Sub-article 25.11, Company shall not be required to make any payment whatsoever to Contractor.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 17 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-3    Filed 09/01/2006    Page 1 of 17

25.13 If Contractor fails to rectify any breach of safety, health and environment for which the Services have been suspended pursuant to Sub-article 25.11, or if Contractor's performance of the Services has involved recurring breaches of safety, health and environment, or if as a result of any such breach involving the Services there is an incident resulting in a fatality, or if environmental damage results from Contractor's failure to fulfil its obligations under Sub-articles 25.15, 25.16 or 25.17, then Company may terminate this Agreement and the Services forthwith without further obligation to Contractor. In such event, Company's liability shall be limited to payment for the Services performed by Contractor up to the time of termination.

25.14 For at least the term of this Agreement, Contractor shall have in place a system for monitoring and documenting the relationship between the physical features and environment comprising the Work Site and the health of Personnel, including (but not necessarily limited to) the following:
   a) matters relating to occupational health including occupational diseases and sick leave, as well as the provision of hearing tests, the logging of exposures and any follow-up or remedial action undertaken;
   b) ensuring that Personnel are given both instructions on how to prevent or avoid potential health hazards in respect of the Services and specific training regarding risks and precautions associated with special working materials and operations relating to the Services; and
   c) analysis of data concerning the health of Personnel and the working environment of the Work Site;
   and shall ensure that Personnel are given instructions on how to prevent or avoid potential health hazards in respect of the Services and specific training regarding risks and precautions associated with special working materials and operations relating to the Services.

   Further, Contractor shall have a functional system for ensuring that:
   d) Personnel are and remain medically fit to undertake the Services in the working environment of the Work Site and are not suffering from or indulging in substance abuse;
   e) it maintains an alcohol and drug free Work Site, consistent with Company's Alcohol and Drug Use Guidelines for Contractors;
   f) it identifies health hazards relating to each Work Site and takes appropriate action to protect Personnel from such hazards;
   g) requirements of all relevant noise regulations are observed;
   h) requirements of all regulations relating to dangerous goods and workplace hazardous substances and all policies, rules and objectives set out in Company's Workplace Substances Manual are observed;
   i) Personnel do not smoke cigarettes, cigars or pipes on any Work Site except in an area which has been designated specifically to allow smoking;
   j) it arranges for appropriate care of injured or ill Personnel, particularly if injured or ill in the course of performing the Services, including work-based rehabilitation;
   k) Personnel comply at all times with all relevant occupational health and safety laws, regulations and codes of practice;
   l) it consults with Company's Designated Representative if it has any concern or doubt as to its practical ability to meet Company's safety, health and environmental requirements.

25.15 Contractor shall comply with all laws and regulations relating to the protection of the environment and in any event shall apply responsible environmental conservation standards and measures including (but not necessarily limited to) the implementation of procedures in respect of the following:
   a) the tracking of materials potentially detrimental to the environment in order to ensure that all environmentally sensitive materials can be accounted for;
   b) the storage and disposal of all hazardous wastes in accordance with applicable laws and regulations and the recording and audit of those used for hazardous waste disposal;
   c) the periodic reporting to Company of data concerning long-term emissions which are not reported pursuant to Sub-article 25.16;
   d) in environmentally sensitive areas, the establishment of targets and procedures to manage air,

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 18 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-3    Filed 09/01/2006    Page 2 of 17

water and noise pollution and initial and follow-up environmental surveys for new Contractor operations forming part of the Services; and
e) the development and implementation of strategies and work practices to ensure adequate protection against spills of petroleum (or hydrocarbons in any form) or chemicals.

25.16 Contractor shall during the course of performing the Services immediately report to Company any occurrences arising out of the performance or non-performance of the Services, or any other act or omission of Contractor, which have resulted or may result in environmental damage. That report shall include the following details:
a) nature of occurrence;
b) cause of occurrence;
c) remedial actions taken and planned to be taken by Contractor; and
d) measures taken by Contractor to prevent recurrence.

25.17 The cost of any rehabilitation associated with any damage reported, or which should have been reported, by Contractor to Company pursuant to Sub-article 25.16 shall be borne by Contractor. Contractor shall carry out, or cause to be carried out, any such rehabilitation, to a standard acceptable to Company.

## ARTICLE 26 - RIGHT OF REMOVAL

Contractor shall promptly remove from any Work Site any employee or agent of Contractor, any Subcontractor or any employee or agent of Subcontractor performing Services, as Company may for any reason designate. Contractor hereby releases and forever discharges and holds harmless Company from any costs, claims, losses, and damages of any kind whatsoever based on negligence, defamation, wrongful discharge/dismissal or otherwise which Contractor may suffer, sustain, pay or incur as the result of any removal and will indemnify, defend and hold harmless Company against any third party claims based on removals under this Article.

## ARTICLE 27 - FORCE MAJEURE

Except as specified in this Agreement, neither Company nor Contractor will be held to have defaulted on its contractual obligations to the extent that its performance has been hindered or prevented by force majeure. Force majeure means an unforeseeable, irresistible occurrence without the fault or negligence of the party invoking the force majeure and which such party is unable to prevent or provide against by the exercise of reasonable diligence. The party invoking the force majeure will (i) immediately notify the other party, (ii) make every effort to remedy the cause of non-performance, and (iii) perform the entirety of its obligations as soon as this cause has abated, the other party being released from its contractual obligations until such time as the cause has abated. Contractor shall not have the right to terminate this Agreement by reason of Company having invoked force majeure.

## ARTICLE 28 - CENTURY DATE COMPLIANCE WARRANTY

28.1 Contractor warrants that Services it provides under this Agreement are "Century Date Compliant." Services are deemed to be Century Date Compliant if:
a) no failure, error, interruption, reduction, or alteration of any sort in the performance and/or functionality of such Services will result, directly or indirectly, from any date change in the twentieth or twenty-first century, including the advent of the year 2000, or from the extra day occurring in any leap year;
b) all processing of date-related data by such Services will produce error-free results;
c) all date-related data (input and output) and results produced, directly or indirectly, by such Services shall include an indication of the century.

28.2 Contractor warrants that if Century Date Compliance of such Services is dependent in any manner on the associated use of a specific operating system, interface, hardware, software, or the like, or is otherwise

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　Page 19 of 84　Agreement No. SA-11551 OP
Transportation Services　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　Document 26-3　Filed 09/01/2006　Page 3 of 17

 

restricted in any manner, Contractor has notified Company in writing of such restriction prior to execution of this Agreement.

28.3 If such Services are not Century Date Compliant, Contractor shall notify Company in writing without delay and Contractor shall work diligently to correct such deficiency at no cost to Company and in accordance with a schedule satisfactory to Company.

28.4 Notwithstanding anything in this Agreement to the contrary, if Contractor is unable to comply with any provisions of this Article, Company may deem Contractor to have materially breached this Agreement and Company may immediately terminate this Agreement without any liability whatsoever to Contractor on Company's part.

## ARTICLE 29 - AMENDMENTS

Any amendment to the terms of this Agreement shall only be effective if made in writing and signed by Company and Contractor.

## ARTICLE 30 - PRECEDENCE

In the event of a conflict between any provisions of this Agreement, the terms in this Principal Document shall take precedence and govern over the terms in the Exhibits. Notwithstanding the foregoing, Additional Articles set out in Exhibit C (if any) that conflict with the terms of this Principal Document shall take precedence and govern over this Principal Document.

## ARTICLE 31 - MISCELLANEOUS

31.1 **Index - Headings.** The Index to this Agreement and headings and subheadings of Articles are used for convenience and ease of reference only and shall not be used to construe or interpret the provisions of this Agreement.

31.2 **Severability.** If any provision or portion of this Agreement incorporating this Agreement shall be adjudged invalid or unenforceable by a court of competent jurisdiction or by operation of Law, that provision or portion of this Agreement shall be deemed omitted and the remaining provisions shall remain in full force and effect.

31.3 **Waiver.** No waiver by a party of a right or default under this Agreement shall be effective unless in writing. No such waiver shall be deemed a waiver of any subsequent right or default of a similar nature or otherwise.

31.4 **Remedies Cumulative.** The remedies provided for in this Agreement are cumulative and shall be in addition to other remedies available at Law.

## ARTICLE 32 – ACCESS TO COMPUTING RESOURCES AND INFORMATION

Contractor shall ensure that its access to Company's or any Affiliate's (a) computer hardware, software, telecommunication facilities, and user identification codes ("Computing Resources"), and (b) data, messages, and transactions ("Information") will be solely for the performance of Services under this Agreement. Contractor shall further ensure that such access will be made only in the manner prescribed by this provision, only when such access is necessary for those Services and only by individuals who require access to perform the Services. Contractor will notify Company of each individual requiring access to perform Services and notify Company when an individual no longer requires access. In addition, Contractor shall ensure that each such individual at a minimum complies with the obligations of this Agreement and with any other security and control requirements provided to Contractor from time-to-

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 20 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 26-3　　Filed 09/01/2006　　Page 4 of 17

PRINCIPAL DOCUMENT

 

time by Company's representative.

In particular, without prior written approval from Company, no individual shall:
a) disclose or share use of any user access codes or passwords associated with the performance of Services;
b) access or attempt to access Computing Resources or Information that the individual is not authorized to access;
c) access, change, manipulate (e.g., create, read, execute, decrypt, destroy, modify, reverse engineer, or copy, etc.) or remove Computing Resources or Information that are not required to perform the Services;
d) load any programs or data onto Computing Resources; or
e) connect any computer modem to Computing Resources.

Where a remote connection to Computing Resources is provided to Contractor, Contractor shall comply with the following additional requirements:
a) Contractor shall notify Company of any changes or problems that may impact Computing Resources.
b) Contractor shall protect Computing Resources from theft, physical damage, and unauthorized access.
c) Contractor shall maintain a traceable one-to-one relationship between the computer and network address used to access Computing Resources and Information (e.g., no pooled IP addresses, etc.).
d) Contractor shall not monitor or record network traffic for the purpose of capturing Information (e.g., with network packet analyzers, line monitoring equipment, "sniffers," etc.). If Contractor captures or views Information incidental to performing Services, Contractor shall treat such Information in accordance with the terms of this Agreement.
e) Contractor shall use up-to-date measures to protect against transmission of viruses and malicious code to Computing Resources.

## ARTICLE 33 – ADDITIONAL REQUIREMENTS

### 33.1 Management of Change
a) If Contractor proposes to make any change (whether of a permanent, temporary or emergency nature) to or in connection with Personnel, the performance of the Services, the facilities constructed or the materials or equipment supplied pursuant to this Agreement, or any matter the subject of Article 25 or any other change which might materially affect the performance of this Agreement and in particular which may give rise to or increase any safety, health or environmental risk in connection with the Services, Contractor shall not proceed to implement that change until it has first been submitted for and received Company's review and approval.
b) Company shall notify Contractor of any change which it makes to its property, personnel or internal procedures or policies which might materially affect performance of the Services by Contractor or give rise to or increase any risk referred to in Sub-article 33.1 a).
c) Contractor shall ensure it has internal procedures in place for the implementation and management of any change the subject of this Sub-article 33.1 which are commensurate with and adequate to safeguard against any risk to health, safety or environment (as referred to in Article 25) arising out of or in connection with the performance of the Services.
d) Without limiting the generality of Sub-article 33.1 c), Contractor shall undertake or implement or, as appropriate, co-operate with and assist Company in undertaking and implementing the following:
   (i) an assessment of the effects of a proposed change on safety, health and environment and on inter-related or associated facilities or operations;
   (ii) planning for the implementation of that change, including adequate documentation of that change;
   (iii) any special precautions required to maintain safe operations during the implementation of that change;

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 21 of 84   Agreement No. SA-11551 OP
Transportation Services   Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-3   Filed 09/01/2006   Page 5 of 17



    (iv)   verification that the change has been implemented in accordance with Company's requirements before resuming operations or starting up any equipment and confirmation after such resumption or start-up that any effects of the change are as anticipated;
    (v)   a system and line of authority for addressing urgently required change;
    (vi)   the obtaining of required regulatory approvals or permits prior to implementation of any such change.

**33.2 Quality Assurance.** Contractor shall have a quality assurance program which meets the expectations of industry quality systems.

**33.3 Contractor Self Assessment and Monitoring Program.** Contractor and Company's Designated Representative shall meet on a regular basis (at a frequency to be agreed between the parties) to jointly establish plans ("the Goals") to meet or exceed the SHE requirements of this Agreement. Prior to each meeting, the Contractor shall prepare a written report "Self Assessment Report" which shall report on progress towards the Goals, and include any suggestions to revise the Goals. Company's Designated Representative shall prepare and issue notes of the meeting, including any agreed revisions to the Goals.

**33.4 Critical Equipment.** Contractor and Company's Designated Representative shall jointly determine which, if any, equipment supplied under the terms of this Agreement can be classed as "Critical Equipment". Contractor shall have procedures in place;
    a)   to ensure Critical Equipment is fit for purpose. These procedures must include pre-acceptance testing and/or inspection requirements to ensure the equipment meets contract specifications.
    b)   acceptable maintenance inspection and/or test programs for the Critical Equipment.
    c)   to report on these maintenance, inspection and/or test programs as part of the Self Assessment Report.

## ARTICLE 34 - ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between Contractor and Company, and it supersedes all prior negotiations, representations or agreements, either oral or written, related to the subject matter hereof.

IN WITNESS WHEREOF, the parties have duly executed this Agreement in duplicate originals as of the day and year first written above.

| | Ambyth Shipping & Trading, Inc. dba Ambyth Trucking | Mobil Oil Guam Inc. |
|---|---|---|
| Signature: | _[signed]_ | _[signed] A Cuasito_ |
| Name: | GREGORY R. DAVID | ANNE G. CUASITO |
| Title: | VP | PROCUREMENT SUPERVISOR |
| Date: | 9/29/04 | 9/30/04 |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 22 of 84     Agreement No. SA-11551 OP
Transportation Services     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 26-3     Filed 09/01/2006     Page 6 of 17

## APPENDIX 1 - AGREEMENT PARTICULARS

| ARTICLE REFERENCE | AGREEMENT PARTICULARS | |
|---|---|---|
| | Effective Date | OCTOBER 1, 2004<br>Manually write in the date the last person signs |
| | Name of Contractor (legal entity) | Ambyth Shipping & Trading, Inc. dba Ambyth Trucking |
| | Contractor's SSN | |
| | Address of Contractor | 193 Rojas Street<br>Harmon Industrial Park<br>Tamuning, Guam 96913 |
| | Term of Agreement | Six (6) months |
| 2.1 | Date of completion of the Term of the Agreement | MARCH 31, 2005 |
| 23.1 a) | Company's Designated Representative | Mr. Edwin Diaz |
| 23.1 b) | Contractor's Designated Representative | Mr. Andrew J. Miller |
| 23.2 | Company's address for Notices (Attn: Designated Representative) | Mobil Oil Guam Inc.<br>642 East Marine Corps. Drive<br>Hagatna, Guam 96910 |
| 23.2 | Contractor's address for Notices (Attn: Designated Representative) | Ambyth Shipping & Trading, Inc.<br>dba Ambyth Trucking<br>193 Rojas Street<br>Harmon Industrial Park<br>Tamuning, Guam 96913 |

END OF APPENDIX 1

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 23 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-3   Filed 09/01/2006   Page 7 of 17

# Mobil Oil Guam Inc
# Cabras Terminal

# Bulk Fuel Hauling
### Scope of Work

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 24 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 26-3　　Filed 09/01/2006　　Page 8 of 17

# 1 GENERAL

**1.1** Company requires and Contractor agrees to provide Transportation Manpower Services for delivery, on behalf of Company, of its bulk Products from its owned/contracted Dispatch Locations using company assigned delivery equipment as listed in **Article 3.8 Specification of Vehicles in Section 3** of this scope of work

**1.2** Purely as a non-binding indication, Company estimated annual volume of bulk Products to be transported under this Agreement is shown in Exhibit B Attachment 1(One)

**1.3** Contractor agrees to provide transportation Manpower Services that:
(a) Shall satisfy the policies, standards, procedures, measurements and documentation described in this Scope of Work.

(b) Shall be in accordance with industry standards

(c) Shall employ, and shall ensure it subcontractors employ drivers who conform to the specifications set out in Section 5.0 of this Scope of Works.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services

Page 25 of 84

Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-3    Filed 09/01/2006    Page 9 of 17

2     PRODUCTS TO BE DELIVERED

By reference to **Exhibit B Attachment 1**, it will be seen that under normal supply and distribution conditions the Products listed below are to be delivered from the normal Dispatch Locations ;

- **Unleaded Fuel**
- **Super Unleaded**
- **Automotive Diesel Oil**
- **Jet A1 (Aviation Fuel)**

Under normal supply and distribution conditions Customers must be supplied from the "normal Dispatch Location" indicated in Exhibit B, attachment 1

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 26 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-3    Filed 09/01/2006    Page 10 of 17

## 3 VEHICLES

### 3.1 Availability

Company shall provide such delivery equipment for use by contractor drivers, and any necessary supervision and supporting operations to perform the delivery of all required Products to delivery locations as advised by Company on a daily basis and by shift.

Contractor shall be able to provide available prime movers to tow company bulk fuel road tanker trailers in any circumstances where the needs arise. All contractor vehicles/equipment to be used in performance of this contract should be reviewed and approved by Fleet Manager prior to placement into service. A list of mandatory requirements for delivery vehicles can be found in **attachment 1 -Vehicle Specification section 3.5.0**.

### 3.2 Licences

Company shall be responsible for obtaining all relevant Licences and Permits required to by local regulations including, but not limited to:
- Vehicle Registration;
- Danger Goods Licences and Registration;
- DOT required licenses and permits
- Any other Licences and Permits required by law.

### 3.3 Specification of Vehicles

All new, or vehicles (supplied by contractor on as needed basis) not used in the work previously must conform to the appropriate standards detailed in the ExxonMobil Vehicle Safety. Management Guide (VSMG) and be approved in writing by Company Designated Representative prior to performing Services.

### 3.4 Vehicle maintenance and inspection

Company (MOGI) shall ensure, at its sole cost, that both routine and extraordinary maintenance of all vehicles to be used for the Transportation Services shall be carried out at the appropriate time and with the necessary care and all events in accordance with any and all possible legal requirements, in order to guarantee the full availability of vehicles for the Transportation Services.

In addition, the maintenance and inspection Services must at a minimum meet the MFPMG and Vehicle Inspection requirements as well as the requirements detailed in the ExxonMobil Vehicle Safety Management Guide (VSMG) and the ExxonMobil Safe Truck Operating Procedures (STOPs).

Contractor shall not be relieved from liability by reasons of defective condition of the vehicles used in performing the Transportation Services, or by reason of the wrongful, willful act or neglect of the person from whom Contractor may have entrusted used of Company vehicles under this agreement.

Company reserves the right to subject any vehicle operating under this Agreement to inspection at any time. If any defects are found during these inspections, the vehicle must be repaired and presented for re-inspection prior to returning to performing Transportation Services under this Agreement. In such situation Contractor must provide a replacement vehicle acceptable to the company at no extra cost to Company.

While Company reserves the right to carry out such inspections, it remains solely the Contractor's responsibility to ensure that all vehicles are safe and meet all legal requirements.

### 3.5 Livery

(Removed and Reserved)

### 3.6 Cleanliness of Vehicles

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 27 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-3    Filed 09/01/2006    Page 11 of 17

All vehicles operated under this Agreement should be maintained in reasonable clean condition by assigned contracted drivers at no cost to MOGI and its affiliated facilities. All vehicles shall be externally washed at a minimum frequency of once per week. Internal tractor cabs should be maintained in clean and tidy condition.

### 3.7 Vehicle Weight and Age Specifications

All vehicles supplied by contractor to be used in this scope of work should conform to all applicable local regulations, DOT and VSMG standards for vehicle specifications.

### 3.8 Specification of Vehicles

The Contractor drivers will utilize assigned company fleet of delivery equipment listed below on as needed basis:

**Cabras Terminal**

| Equipment # | Make/Model | Total Capacity in Gallons | Schedule of compartment (F to R) |
| --- | --- | --- | --- |
| ME 142 | Tank Truck/ rigid | 6000 usg | 3000-2000-1000 usg |
| ME 183 | Tank Truck/ rigid | 6000 usg | 3000-2000-1000 usg |
| ME 136 | Tractor | | |
| ME 137 | Tractor | | |
| ME 146 | Tractor | | |
| ME 147 | Tractor | | |
| ME 171 | Tractor | | |
| ME 172 | Tractor | | |
| ME 124 | Trailer | 9,500 usg | 3200-2100-1000-3200 usg |
| ME 125 | Trailer | 9,500 usg | 3200-2100-1000-3200 usg |
| ME 113 | Trailer | 9,000 usg | 3000-2000-1000-3000 usg |
| ME 114 | Trailer | 9,000 usg | 3000-2000-1000-3000 usg |
| ME 153 | Trailer | 9,200 usg | 3150-1100-2150-2800 usg |
| ME 148 | Trailer | 10,000 usg | 2650-2200-2650-2500 usg |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 28 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 26-3　　Filed 09/01/2006　　Page 12 of 17

## 4 ORDERS, ROUTING AND RESOURCES

### 4.1 Orders

Contractor is responsible for delivering products ordered by all company customers as assigned by local dispatch office or its affiliate using Company fleet. Contractor drivers will receive delivery note corresponding to the full capacity of the equipment (by volume) assigned as outlined in **Article 3.8 of Section 3** of this scope of work.

Company is responsible for generating shipment numbers (one per load) and other related shipping documents. Contractor is responsible for delivering loads to customer expectations. Company is responsible for scheduling loads for contractor to deliver.

### 4.2 Routing

Once loaded, the Contractor shall proceed to the delivery locations in the order specified in the delivery documents unless otherwise advised in advance, in writing, by Company. Company reserves the right to specify the route to be followed by the Contractor.

The Contractor will also be required to work with Company on route risk assessments and developing route cards for any new customer delivery points (prior to the first delivery) immediately after start up.

Drivers shall be trained in the use of route cards, retain the route cards in the trucks and strictly comply with the route card conditions and procedures unless otherwise authorised by Company.

### 4.3 Resources

The daily work schedule shall be from Company designated load points to Retail service Stations, Industrial & Wholesale (I&W) customer sites.

Transportation Services to Retail sites customers can generally be 24 hours a day, 7 days a week. I&W business is predominantly Monday to Friday, although there is a requirement to make deliveries on Weekends at a generally lower frequency.

The Contractor shall ensure that driver work schedules are both consistent with any applicable government regulations limiting driving hours and Company requirements. The Contractor shall ensure adequate rest for drivers between work periods/shifts to reduce the potential of driver fatigue and the serious safety hazard that results. Driver records, tachographs, computerized recordings and / or other documents shall be reviewed on a regular basis for compliance with both Contractor and regulatory limitations on work hours.

The Contractor will advise the Fleet Manager of all driver names and vehicles a minimum of two weeks in advance. If the Contractor is under any difficulties in meeting the resource requirements they must contact the Fleet Manager immediately.

### 4.4 Customer Service Standards

The Contractor will deliver Product in accordance with the agreed Customer Service Standards. These standards are reviewed on an annual basis and Company expects any reasonable changes to be followed by the Contractor. Customer Service Standards include, but are not limited to, those detailed in **Section 11** Performance Measurement and Indicators.

Failure by the Contractor to make deliveries as requested including failure to provide resource as required under this Agreement, will render the Contractor liable for any Consequential Loss including but not restricted to the additional cost of fulfilling delivery requirements.

Any delays in delivery shall be deemed to be the responsibility of the Contractor and as such no claims in relation hereto will be met by Company, except in cases where major failures of Company's plant and equipment result in

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 29 of 84  Agreement No. SA-11551 OP
Transportation Services                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-3   Filed 09/01/2006   Page 13 of 17

the extended unavailability of Product. In such an event the Contractor shall be obliged to use all reasonable endeavors to minimise any losses resulting therefrom.

## 5 DRIVERS

### 5.0 General

Drivers are responsible for the safe and courteous implementation of their delivery schedules in accordance with the training set out in Section 5.1 below, the Contractor Driver Procedures set out in STOPS and the Customer Service Standards set out in Section 4.

### 5.1 Qualification of Personnel

The Contractor shall at all times provide an adequate number of competent and trained drivers to effect delivery under the contract as specifically agreed with Company. The Contractor shall ensure that its' drivers performing Transportation Services under this Agreement must have as a minimum:

1) A valid driving license for vehicles of the appropriate class;(or equivalent)
2) A current Dangerous Goods license with the correct endorsements (DOT HazMat Certification)
3) Completed the necessary training requirement as specified under Section 5.2 and any other Industry specific training requirements, e.g. CDL/Driver Accreditation/Driver Safety Passport

### 5.2 Training Requirements

Each driver shall have successfully completed a defensive driving course (including classroom and on-the-road instruction, by Smith Systems or equivalent) organised by training centers acceptable to Company and shall attend refresher courses at least every 12 months or more frequently if so requested by Company after a vehicle road accident.

Prior to effecting initial delivery, all new Contractor drivers shall complete the Contractor Driver Induction Training Program consisting of a combination of theory and practical work including Product loading and unloading procedures.

The Contractor agrees that drivers will participate in training, refresher and assessment programs specified by Company in Safety, Health and Environment areas including safe and proper handling of petroleum Products and associated loading, unloading and delivery operations.

All costs related to ongoing and refresher training will be to the Contractor's account

### 5.3 Driver's Co-operation

The Contractor and Contractor's drivers shall co-operate, without any extra cost, in controls organised by Company at loading and discharge points. In particular, drivers shall fill in, as appropriate, the Unsatisfactory Delivery Condition Report each time when they find at the customer site a deviation from standard discharge conditions, equipment malfunction, faulty installation and layout.

### 5.4 Drivers' Uniform

The Contractor shall ensure each driver is of professional appearance and shall provide each driver operating under this contract with a Company approved uniform. Uniforms are to be worn at all times during the delivery process, be maintained in good and clean condition, and are to be provided at the Contractor's cost.

### 5.5 Drivers' Protective Clothing

The Contractor must supply each driver operating under this contract with the following minimum issue of protective clothing:

a) Safety shoes / boots (to ANSI Z41-1991 standard)
b) Hard hat (to ANSI Z89.1-1986 standard)
c) Protective gloves (to Fed.Spec.ZZ-G-381 standard)
d) Eye protection (to ANSI Z-87-1989 standard)

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　　Page 31 of 84　　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 26-3　　Filed 09/01/2006　　Page 15 of 17

e) Visi Vests (to ANSI 107-1999 standard/ASTM F1506 standard)
f) Hearing protection (to ANSI S3.19-1974 standard) where expressly requested by User.

The foregoing list is in addition to uniform issued under Section 5.4 and will form part of any legislative requirement. The Contractor must ensure compliance of issue, use and training in use to its employees.

The Contractor must submit detail on what entitlement drivers will have to all items of protective equipment and frequency of issue/renewal.

### 5.6 Drivers Approval

Prior to the commencement of this Agreement, the Contractor will provide in writing a list of Drivers to be approved by Company Fleet Manager. Changes to this list will be communicated by phone and confirmed in writing to Company Fleet Manager

To be certified as an Approved Driver for Company Transportation Services, drivers must pass a test organised by the Contractor and or performed by a competent driver trainer. The test must be approved by Company Customer Service Delivery Management and will consist of (a) a driving test and (b) an operational test.

This approval by Company of the Contractor's drivers shall not relieve the Contractor of its responsibility for the qualification of drivers. The Contractor will at all times be responsible for the, qualification of the drivers and for their training, counseling, behavior and discipline.

### 5.7 Drivers Behavior

The Contractor shall deliver Product in accordance with instructions given by Company and seek customer direction / instruction prior to commencement of unloading. the Product. The driver should always perform his / her duties in line with SHE and company policy guideline.

### 5.8 Drivers' Compensation

The Contractor shall remunerate its drivers on a basis that encourages safe driving techniques and practices.

### 5.9 Replacements

Once resource details have been advised to Company, changes should be kept to a minimum. Any alterations to either driver/vehicle details should be notified immediately. Company will hold truck and driver details for planning/routing purposes. Any changes to the details not advised could result in loading/delivery delays at cost to the Contractor.

For any short term supplemented resource, the CONTRACTOR driver details should be advised at time of agreement with COMPANY as to which COMPANY vehicle/CONTRACTOR driver will operate from which loading location on a daily basis.

### 5.10 Driver's Work and Rest Hours

To encourage safe driving operations, the Contractor shall monitor and ensure that driver work schedules are both consistent with Company's Customer Services OIMS and Vehicle Safety Management Guide (VSMG) requirements and any applicable government regulations limiting driving hours and total work hours. The Contractor shall also ensure adequate rest for drivers between work periods/shifts to reduce the potential of driver fatigue and the serious safety hazard that results. Driver records, tachographs, computerised recordings and/or other documents shall be reviewed on a regular basis for compliance with Company, Contractor and regulatory limitations on work hours.

### 5.11 Driver Recruitment, Selection Training and Assessment Policy

Prior to commencement of this Agreement, the Contractor shall submit to Company their policy on driver recruitment, selection, training and assessment and their procedures for implementing this policy.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 32 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-3   Filed 09/01/2006   Page 16 of 17

### 5.12 Drivers Product Knowledge

The Contractor shall ensure each driver has undergone Basic Product Knowledge Training and be fully conversant with the contents of the Material Safety Data Sheet (MSDS) relating to the Product to be delivered. Each driver shall be issued a copy of the MSDS obtained from Company.

### 5.13 Driving Discipline

The Contractor shall ensure that the drivers are familiar and comply with the Statutory Requirements of the Law with regards to approved roads, expressways, speed limits and other traffic and environmental regulations.

### 5.14 Drugs and Alcohol

All drivers are subject to the Drugs and Alcohol policy set out in Attachment 10 of this Exhibit, including, but not limited to, pre-employment screening and medical, random testing and biennial medical.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 33 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 26-3  Filed 09/01/2006  Page 17 of 17