Attachment 7 -Incident Notification Format

## 16 POINT REPORT FORMAT

Initial and follow-up reports should provide as much factual information as possible, as noted below, without delaying notification. The report is typically sent electronically.

1. Date and local time of incident.

2. Physical location of incident.

3. Nature of incident, i.e., what happened?

4. Damage control measures, i.e., what is being done to minimize or contain the incident?

5. For cause alcohol and drug testing initiated where legally permissible, as per Company guidelines.

6. Number of Company employees and/or contractors involved; extent of injuries.

7. Number of third party personnel involved, extent of injuries.

8. Extent of damage to Company-owned facilities or equipment.

9. Extent of damage to contractor-owned facilities or equipment.

10. Extent of damage to third party property.

11. Effect on Company operations.

12. Authorities involved or notified extent and nature of their actual or anticipated involvement.

13. Extent and nature of media coverage, actual or expected.

14. Equipment and/or product quality checks performed status.

15. Affiliate investigation initiated?

16. Preliminary conclusions regarding the cause of the accident; corrective measures being implemented. Follow-up reports should be forwarded as additional details and conclusions are available.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 68 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 26-6　　Filed 09/01/2006　　Page 1 of 17

Standard Questions for Incident Investigation:

1. Tell me your name? (Only if your unsure and/or haven't been introduced)
2. Tell me how long you have been delivering fuel for Mobil?
3. How long have you been delivering fuel?
4. What type of vehicle were you driving – semi, rigid, b-double?
5. How long have you been driving this type of vehicle?
6. When were you last trained in loading/unloading procedures?
7. When did you last do the defensive driving course? Was it the Smiths System?
8. Have you done the fatigue training? If so when?
9. How old are you? (only if you aren't able to sight their license)
10. When did you start the shift in which the incident occurred date and time?
11. How had the shift been going? (no delays, changed loads, locations etc.)
12. How long was the break since your last shift?
13. When was your last 24hr break?
14. What type of shift are you on – rotating, day night shift etc?
15. Where did you have your rest break(s)?
16. Has anything unusual happened recently – in the break between shifts, or during the shift, at home, the TTFS, the yard etc?
17. What loads had you done (if any) prior to the incident?
18. What date and time did the incident occur?
19. What were the weather conditions like at the time of the incident?
20. What was the traffic conditions like? (even if not a MVA – possible affect upon attitude).
21. Tell me what happened.
22. What did you do immediately after the incident?
23. Who did you tell and when?
24. Why do you think this incident happened?
25. What do you think **WE** can do to stop it happening again?
26. Would you be prepared to help us to stop this from happening again?

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 69 of 84    Agreement No. SA-11551 OP
Transportation Services                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-6    Filed 09/01/2006    Page 2 of 17

Attachment 8 - AVIATION REQUIREMENTS - TRANSPORT SERVICES

### Prior to Loading:

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 641 | All compartments to be loaded with aviation fuels should be inspected prior to loading. Compartments should be dry (free of water and product) and free of dirt, rust and scale. ExxonMobil Aviation standard is to have grade dedicated equipment. On the occasion when non dedicated equipment has to be used on aviation fuel service it must be cleaned as per the "Change of Grade" procedures attached and must be carried out under a waiver from ExxonMobil Aviation Operations in Singapore. For dedicated road tankers which are bottom loaded via selective couplings this inspection need be performed three monthly Record details of cleaning and inspection | | Record details of inspection and cleaning |

### Following Loading (After allowing 10 minutes settling time):

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 642 | After loading take samples from the sump or manifold drain (having drained the line content) of each truck or rail tank car until a clear and bright sample is obtained. Samples from up to 3 compartments may be commingled for density measurement. Buckets used for draining shall be equipped with bonding cables and clips and be connected to bonding lugs or exposed metal at the sampling point before draining. Measure the density (for dedicated equipment measure density of first load of the day and after a change of batch). Record the density and compare to the batch density of the shipping tank. | | Record density and compare density to batch density of shipping product. Max variance - 0.003 kg/L |

### Bridger Release Loading:

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 643 | Prior to departure seal all hatches and product outlets and ensure that the correct grade tags are attached to each compartment. A copy of a Release Certificate showing the time and date of loading, the batch number and batch density and water free certification must accompany the truck/rail tank car. | | A copy of a Release Certificate showing the time and date of loading, the batch number and batch density and water free certification must accompany the truck/rail tank car. |

### Prior to Delivery of Product at Location (Sampling after 10 minute settling time):

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 70 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 26-6　　Filed 09/01/2006　　Page 3 of 17

| Ref: | Procedure | Freq. | Documentation |
|---|---|---|---|
| 131 | Check shipping documents. Documents include Release Certificate. | | Typically this step would be conducted by the site operator. |
| 132 | Before receipt, drain product from water draw off of receiving tank until clear and bright sample are obtained. Record quantity drained and details of any particulates observed. | | Typically this step would be conducted by the site operator. |
| 133 | Take samples from the sump or manifold drain (having drained the line content) of each truck or rail tank car until a clear and bright sample is obtained. Measure the density. Samples from up to 3 compartments may be commingled for density measurement. Buckets used for draining shall be equipped with bonding cables and clips and be connected to bonding lugs or exposed metal at the sampling point before draining. Check and record conductivity & temperature of first truck/railcar receipt from each new batch of product. Record the density and compare to the batch density shown on the shipping documents. | | Record density and compare density to batch density of shipping product. Max variance - 0.003 kg/L Typically this step would be conducted by the site operator. |

**General Notes on Cartage of Aviation Fuels using Bridgers (Road Tankers):**

Tank truck and tank car transports must carry only one grade of product when they are used in aviation fuel service between intermediate storage depots and airports. For the avoidance of doubt this means that all compartments on the vehicle will carry the same grade of aviation fuel.
It is a requirement of ExxonMobil Aviation to use fully dedicated tank trucks and tank cars for aviation products. It is recognised that on an infrequent basis, because of truck or car availability, it may be necessary to use a non-dedicated transport. If this event does occur then, the Tank Truck / Tank Car change schedule shall apply. However, such use should be strongly discouraged because of the quality control risks and safety hazards involved and must only be carried out under a waiver from ExxonMobil Aviation Regional Operations in Singapore.
The changing of product must be supervised by a qualified individual. This person must check the necessary procedures and tests to make sure that fuel is still on specification, and must also make sure that suitable safety precautions are followed.

**Design Requirements**

Design should be such that fuel is protected from the ingress of dirt and water during transit. Tanks should be equipped with bottom drains to facilitate the clearance of water and sediment, and sampling.

Vehicle tanks should be constructed of aluminium, stainless steel, or mild steel coated internally with an agreed lining material. Each tank compartment should have a drain line and suitable valves to facilitate the drawing of samples and drainage of water; the sample lines should not be manifolded together. Drain lines and compartments should be designed to drain fully. All drain points and couplings should have grade identification tags located adjacent to them.

All top manhole and dip point covers must seal completely against the ingress of water or dirt. Filling should preferably be via bottom loading couplings of a self sealing (tight fit) type.

Filling and discharge points should be provided with couplings of a size and type chosen to give the maximum practical degree of grade security. The standard which is to be introduced is likely to comply with AIP CP 23 - 1994.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 71 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-6    Filed 09/01/2006    Page 4 of 17

Change of Grade Table:

TANK TRUCK/TANK CAR PRODUCT CHANGE SCHEDULE

|  | Instructions When Changing To | | |
|---|---|---|---|
| Equipment in Following Product Service | Jet Fuel (A, A-1, JP8) | Jet Fuel (B, JP4) | Avgas |
| Aviation Gasoline C C C | B | B | A*** |
| Leaded Mogas* | B | B | A |
| Unleaded Mogas* | B | A | A |
| Jet Fuel B, JP-4 | B | A*** | B or D |
| Jet Fuel A, A-1, JP-8 | A*** | A | B or D |
| Toluene/Xylene/ Solvents/Varsols** | B | A | B or D |
| Stove Oil/Kerosene /Diesel* | A | A | B or D |
| Furnace Oil | C | C | C |

*Mogas that contained detergent additive, and dyed fuel, may require greater flushing/steam cleaning.
**Other solvents need approval from appropriate local or head office authority.
***If different grade.

**OPERATING INSTRUCTIONS**

(1) Determine from the chart the "Letter" which applies when changing from the product previously carried to the new product to be carried.

(2) Carry out instructions applicable to that particular "Letter".

    a). -Drain from lowest point, each compartment, piping, pumps and hose.
      -Obtain sample from manifold after loading.
      -Sample for Abbreviated Tests.

    b).-Drain from lowest point, each compartment, piping, sumps and hose.
      -Inspect internally each compartment for sediment and sludge. If found, remove prior to loading.
      -Load sufficient quantity of new product in each compartment for flushing.
      -Drain compartments through meter and/or manifold.
      -Obtain sample from manifold after loading.
      -Check sample for Abbreviated Tests.

    c) -Schedule an intermediate load of stove oil, kerosene or mogas.
      -Follow instruction A or B, as required for product used as an intermediate load.

    d) -Follow instruction B. but flush with unleaded mogas.

**GENERAL NOTES**

- Drain" means to drain dry of all fuel. Particular attention must be given to sumps, pipes, chambers, manifolds, etc. and other components or conditions likely to trap quantities of the fuel being drained.
- Do not spray or splash flush compartments or bulkheads. They will normally drain by gravity.
- To flush means to load through extended downspout under low flow conditions. Use double the amount of new product per compartment necessary to completely displace previous product in manifold and piping system.
- Normal safety precautions must be employed. When disposing of slop product from the flushing operation, ensure that the slop container is bonded to the slop tank when product poured from one to another.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 72 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 26-6    Filed 09/01/2006    Page 5 of 17

- For tank cars, the sample after loading can be all-level-sample taken through dome.
- If the above procedures cannot be followed and significant residues of the previous product remain in the compartment, consult your product quality advisor for proper procedure.

### Other Issues:

All personnel involved with the cartage of aviation fuels must obtain the necessary certification from ExxonMobil Aviation for the work they carry out in association with aviation fuels. Training to be conducted will be carried out and examined against the requirements of the "Mobil Aviation - Work Practice Modules" or equivalent approved system. Training and certification is required on a yearly basis.

Persons releasing fuel at terminals or depots (carrying out the requirements of items 641, 642 and 643) must obtain a release note certification. Persons delivering fuels to sites where no person on site has been trained to receive product, must carry out the receipt checks required. The person receiving product at site, cannot be the same person who released the product at the loading point.

### Special Note:

In the case of B-doubles or road trains it is acceptable to carry a different grade in separate barrels with the proviso that aviation fuel dedicated selective couplings are used on the barrel carrying the aviation fuel and are installed on the tank at the receiving location.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 73 of 84   Agreement No. SA-11551 OP
Transportation Services   Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-6   Filed 09/01/2006   Page 6 of 17

Attachment 9 - Workplace Harassment

MEMORANDUM TO:   Contractor Personnel Performing Services for Company

FROM:   Company

SUBJECT:   ExxonMobil Harassment Policy and Complaint Resolution Process

As a Contractor for Company, you need to understand Company's expectations regarding the subject matter:
- Contractor's employees, agents, and Subcontractors are prohibited from engaging in any act of harassment toward Company's employees, suppliers, customers, or other contractor employees.
- Company's employees, agents, and contractors are prohibited from engaging in any act of harassment toward other Company employees, suppliers, customers, or contractor employees.

It is the Company policy to prohibit any form of harassment in any Company workplace. The policy prohibits unlawful harassment based on race, sex, religion, age, disability, political conviction, marital status, pregnancy, lawful sexual activity, industrial activity, physical features, personal association and status as a parent or carer. The policy also prohibits harassment of any other legally protected groups in countries in which we operate, as well as any other form of harassment, even if the harassing conduct is lawful. The objective of this policy is to provide a work environment that fosters mutual employee respect and working relationships free of harassment. The Company specifically prohibits any form of harassment by or toward employees, contractors, suppliers or customers.

Under the policy, harassment is any inappropriate conduct which has the purpose or effect of:
- Creating an intimidating, hostile or offensive work environment;
- Unreasonably interfering with an individual's work performance; or
- Affecting an individual's employment opportunity.

Harassment will not be tolerated. Forms of harassment include, but are not limited to, unwelcome verbal or physical advances and sexually, racially or otherwise derogatory or discriminatory materials, statements or remarks. Contractors who violate the policy are subject to removal from Company work assignments.

If you are the victim of harassment in the workplace or if you witness any incident of harassment, you should immediately report the incident to a supervisor or management representative of your employer and to the Company's representative for whom you are performing Services as appropriate. Company will collaborate with a management representative of your employer to investigate the reported policy violation and initiate action needed to appropriately address the complaint. Neither Company nor your employer will retaliate against anyone who reports an incident of harassment or who cooperates in any investigation of such incidents.

A copy of this letter has been provided to a management representative of your employer so that he/she is knowledgeable of the standard of conduct expected on Company's premises or while performing work for Company. You are encouraged to become familiar with the provisions of this letter and the complaint reporting procedures of both your employer and Company.

If you have any questions about this letter, please contact your employer, the Company representative for whom you perform work or a representative of the Company's Human Resources Department.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 74 of 84   Agreement No. SA-11551 OP
Transportation Services                                                          Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-6   Filed 09/01/2006   Page 7 of 17

Attachment 10 - Alcohol and Drug Use Policy

D1     Contractor shall not, and shall ensure that each of its Contractor Personnel shall not, perform any Services for Company while under the influence of alcohol or any "controlled substance" (within the meaning of the Victorian Drugs, Poisons and Controlled Substances Act 1981). Contractor and its Contractor Personnel shall not use, possess, distribute or sell alcoholic beverages, illicit or unprescribed controlled substances or drug paraphernalia or misuse legitimate prescription drugs while on premises owned or controlled by Company or while performing Services for Company.

D2     Contractor shall adopt and enforce its own policy to ensure a drug and alcohol free work place while performing Services for Company. Contractor's policy must conform to or be consistent with Company's Alcohol and Drug Use Guidelines for Contractors ("the Guidelines").

D3     Company shall have the right, but not the obligation, to perform unannounced audits of Contractor's alcohol and drug policy to verify that that policy and its enforcement are acceptable to Company's management.

D4     Contractor must immediately carry out alcohol and drug testing on Contractor Personnel involved in any serious or potentially serious incident, or where cause exists to suspect alcohol or drug use by such Contractor Personnel, and Contractor must remove from premises owned or controlled by Company any Contractor Personnel who refuse to take or who test positive in such a test. Without derogating from Contractor's obligations under this paragraph, Company has the right to require Contractor to remove any Contractor Personnel from premises owned or controlled by Company or to prevent such Contractor Personnel from performing Services for Company whenever Company believes that cause exists to suspect alcohol or drug use by such Contractor Personnel. Contractor shall comply promptly with any such requirement of Company and upon removal of any Contractor Personnel under this paragraph 4, Contractor shall provide a replacement acceptable to Company.

In all such cases, Contractor Personnel may only be considered for return to work after Contractor certifies in writing that, as a result of an alcohol and drug test conducted immediately following removal, any such removed Contractor Personnel meet the requirements of this Agreement. In the performance of the Services, Contractor shall not use any Contractor Personnel who refuse to take or who test positive in any alcohol or drug test.

D5     Company may, without prior notice, search the person, possessions and vehicles of Contractor Personnel who are on premises owned or controlled by Company. Any Contractor Personnel who refuse to co-operate with such a search shall be removed from those premises and not allowed to return. Contractor shall co-operate with and assist Company in exercising its rights under this paragraph 5 and shall replace any of its Contractor Personnel at Company's request.

D6     In the case of designated positions and safety-sensitive positions (as those terms are used in the Guidelines), in addition to the above provisions Company shall also have the right to exclude from such positions those Contractor Personnel who refuse or who fail testing carried out prior to their first access to premises owned or controlled by Company for the purpose of performing the Services. Before performing work for Company, Contractor shall certify that each such Contractor Personnel has passed a pre-access alcohol and drug test within the twelve (12) month period immediately prior to commencing such work. Any type of alcohol and drug test conducted during this period as part of Contractor's alcohol and drug policy that meets the standards contained in the Guidelines may be used to satisfy this requirement.

D7     If Company determines that any Contractor Personnel are performing Services in a job comparable to an Company designated position then, in addition to the above provisions, Contractor shall regularly subject such individual Contractor Personnel to unannounced random alcohol and drug testing while performing those types of Services for Company.

D8     If Contractor fails to comply with the obligations set out in this Attachment Ten, Contractor will be deemed to have effected a serious and substantial breach of this Agreement and Company shall have the option to

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 75 of 84     Agreement No. SA-11551 OP
Transportation Services     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 26-6     Filed 09/01/2006     Page 8 of 17

terminate any part or all of the Services upon notice in accordance with Article 14 of this Agreement and the option to terminate this Agreement upon notice in accordance with Article 2 of this Agreement. In the event of any such termination, Contractor shall be entitled to payment for Services performed up to the date of such termination and Company shall not be liable for any other costs whatsoever (including without limitation costs incurred, or claims in relation to, unused materials or other direct, special, indirect or consequential losses or damages).

D9  All costs incurred by Contractor in complying with this Attachment Ten or with any request or requirement made by Company pursuant to this Attachment Ten shall be borne by Contractor.

D10 For the purpose of this Attachment Ten, "testing" shall include all testing referred to in the Guidelines as amended from time to time.

D11 General Conditions

Company is committed to providing a safe, healthy, and productive workplace. The Company recognises that substance abuse by an individual performing work can have an adverse effect upon one's ability to perform and can expose the individual, fellow workers, the public, and the company to risk.

In order to minimise this exposure, the Company has adopted an Alcohol and Drug Use Policy. This policy, in its entirety, applies to Company employees. In addition, it is the Company's objective to require Contractors with whom it does business to adopt appropriate policies and practices which achieve the same ends.

The following guidelines are provided to aid Contractor management in the implementation of the Company's policy as it applies to Contractors.

General Requirements of the Alcohol and Drug Use Policy for All Contractors

Although it is not the Company's intent to establish the alcohol and drug use policies for Contractors, Company management will require Contractors to have and enforce a program which is consistent with providing an alcohol-and-drug-free workplace, includes appropriate substance abuse testing programs, and is commensurate with the level of risk in the work being performed.

All Contractors performing work on Company-owned or controlled premises, in direct contact with Company operations, or of a nature which could cause the Company to be held responsible for losses suffered as a result of actions on the part of the Contractor or its employees, must agree to include as part of the contract with the Company, language which contains the following elements:

- Prohibit the misuse of legitimate drugs, or the use, possession, distribution, or sale of illicit or unprescribed controlled drugs or paraphernalia,
- Prohibit the possession, use, distribution, or sale of alcoholic beverages on Company premises or while performing work for Company,
- Recognise the right of the company to conduct unannounced searches of the Contractor's property on Company premises,
- Recognise the right of the Company to require the Contractor to remove employees where cause exists to suspect alcohol or drug use,
- Removal of Contractor employees from Company work site for suspicion of the use of alcohol, illicit drugs, or misuse of prescription drugs,
- Test as required under these guidelines,
- Comply with all applicable laws and regulations.

D12 Categories of Positions

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.  Page 76 of 84  Agreement No. SA-11551 OP
Transportation Services  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017  Document 26-6  Filed 09/01/2006  Page 9 of 17

The following categories of Contractor positions are identified for the purposes of testing and other requirements under these guidelines:

### Safety Sensitive Contractor Positions

Company management, in consultation with Contractor management, will determine those Contractor jobs that are safety-sensitive. In general, these jobs have the following characteristics:
- A high exposure to a catastrophic operational incident, and
- The person performing the job has a direct role in operations where failure could result in serious harm to public or employee wellbeing, or
- Of a nature which could cause Company to be held responsible for losses or actions of the Contractor.

### Jobs Comparable to Designated Positions

Company management, in consultation with Contractor management, will determine those Contractor jobs that are (comparable to Company) "designated positions". In general these jobs have the following characteristics:
- A high exposure to a catastrophic operational incident,
- The person performing the job has a direct role in operations where failure could result in serious harm to public or employee well-being, and
- No direct or very limited supervision available to provide operational checks.

Generally those in this category either supervise those in safety sensitive contractor positions, or have no subordinates.

The focus is on those positions where the incumbent, acting within his/her area of responsibility, could inadvertently create a significant health/safety hazard or cause significant damage to people, the environment or the Company's assets.

The emphasis, therefore, is on individuals who act alone or are unsupervised in potentially dangerous situations, where the individual is the highest level of direct on-site supervision or the first line of co-ordination in emergency response.

### Jobs Comparable to Specified Executives

Contractor management will determine those Contractor jobs that are comparable to Company specified executive positions. In general, these are senior executives or managers of an organisation which has jobs comparable to designated positions.

Table D1.6 gives examples of the types of jobs which may fall into safety sensitive and designated position categories. Final classifications should be determined in consultation with Company Designated Representative.

### D13   Contractor Substance Abuse Testing

The following abuse testing requirements will apply for Contractors working in Company operations:

Suspicion of Alcohol or Drug Use/For-Cause Testing
All Contractors will be required to remove any of their employees from performing work for the Company any time there is suspicion of alcohol or drug use or possession. In addition, for-cause alcohol and drug tests are required after a safety incident where there exists a basis to suspect involvement of alcohol or drug use. For-cause alcohol and drug tests will be conducted after serious safety incidents. In the above situations, the

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　　Page 77 of 84　　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　　Document 26-6　　Filed 09/01/2006　　Page 10 of 17

Contractor's employee may only be considered for return to work after the Contractor certifies as to a negative result of an alcohol and drug for-cause test, conducted immediately following the incident.

### Pre-Access Testing

No Contractor employees working in safety-sensitive positions or in jobs comparable to Company designated positions will be permitted to perform work for the Company unless the Contractor certifies such employee has passed a pre-access alcohol and drug test within the twelve month period immediately prior to commencing such work. Any category of alcohol and drug test conducted during this period as part of the Contractor's substance abuse program that meets the standards of these guidelines may be used to satisfy this requirement.

### Random Testing

Contractors working in jobs comparable to Company designated positions as determined by the Company, are required to be continuously subject to an unannounced random alcohol and drug testing program while they are performing work for the Company. Specified executives of contracting firms are encouraged to be subject to the same random alcohol and drug testing program to demonstrate their commitment to a substance free workplace.

Any employee of a Contractor who tests positive in any of these alcohol and drug tests or refuses to be tested, must be removed from the Company site and any Company work.

D14 Audit

Company management, at their discretion, may require an unannounced audit of the Contractor's alcohol and drug program to verify that:
- Contractor's policy and its enforcement comply with these guidelines,
- Tests are being conducted as required,
- Procedures for handling samples establish a chain of custody which prevents tampering and switching of samples,
- Test analysis is carried out by an acceptable testing agency,
- Test analysis covers, as a minimum, the alcohol and the 9 drug panel which Company applies in its own circumstances for use in alcohol and drug testing.

Pre-employment, unannounced random and for-cause testing is currently carried out in Company for the following drug groups:

| Drug Group | Immunoassay level (screening threshold level) | Gas chromatography or mass spectrometry level (confirmatory threshold level) |
|---|---|---|
| 1. Marijuana metabolites, 9-carboxy THC | 20 ng/ml | 15 ng/ml |
| 2. Cocaine | 300 ng/ml | 150 ng/ml |
| 3. Opiates | 300 ng/ml | 300 ng/ml |
| 4. Phencyclidine | 25 ng/ml | 25 ng/ml |
| 5. Amphetamines amphetamine methamphetamine | 1000 ng/ml | 500 ng/ml 500 ng/ml |
| 6. Methadone | 300 ng/ml | 200 ng/ml |
| 7. Benzodiazepines | 300 ng/ml | 300 ng/ml |
| 8. Barbiturates | 300 ng/ml | 200 ng/ml |
| 9. Propoxyphene | 300 ng/ml | 200 ng/ml |

Note that items 1 to 9 inclusive, are based on urine sample.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 78 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-6   Filed 09/01/2006   Page 11 of 17

10. Alcohol (breath/blood test) 0.05 g/dL (0.02 g/dL for aircraft pilots and heavy vehicle drivers).

Any changes to the above list utilised by Company will be notified if they occur.

Unannounced random testing should be performed on all employees defined and documented to be in "designated" positions at least once per year, and at least 10% of these employees should have an unannounced random test performed more than once per year.

## D15 Company Policy

Company is committed to a safe, healthy and productive workplace for all employees. The company recognizes that alcohol, drug or other substance abuse by employees will impair their ability to perform properly and will have serious adverse effects on the safety, efficiency and productivity of other employees and the company as a whole.

The misuse of legitimate drugs, or the use, possession, distribution or sale of illicit or unprescribed controlled drugs, on company business or premises is strictly prohibited and will give rise to disciplinary action up to and including termination. Possession, use, distribution or sale of alcoholic beverages on company premises is not allowed without prior approval of appropriate senior management. Being unfit for work because of use of drugs or alcohol is strictly prohibited and is grounds for disciplinary action up to and including termination of employment. While this policy refers specifically to alcohol and drugs, it is intended to apply to all forms of misuse of substances affecting the central nervous system.

The company recognizes alcohol or drug dependency as a treatable condition. Employees who suspect they have an alcohol or drug dependency are encouraged to seek advice and to follow appropriate treatment promptly before it results in job performance problems. The company's Employee Assistance Program (EAP) providers and medical professional staff will advise and assist in securing treatment. Those employees referred to a company approved rehabilitation programme by an EAP provider or company doctor will, whilst they remain in company employment, be reimbursed by the company to the extent described in the guidelines, and will receive leave in accordance with company sick leave policy.

No employee with alcohol or drug dependency will be terminated due to the request for help in overcoming that dependency or because of involvement in a rehabilitation effort. However, an employee who has had, or is found to have, a substance abuse problem will not be permitted to work in designated positions identified by management as being critical to the safety and well-being of employees, the public or the company. Any employee returning from rehabilitation will be required to participate in a company approved after-care programme.

If an employee violates provisions of this policy, appropriate disciplinary action, up to and including termination, will be taken. Such action cannot be avoided by a request at that time for treatment or rehabilitation. If an employee suffering from alcohol or drug dependency refuses rehabilitation or fails to respond to treatment or fails to meet satisfactory standards of effective work performance, appropriate disciplinary action, up to and including termination, will be taken. This Policy does not require and should not result in any special privileges or exemptions from normal job performance requirements.

Company may conduct unannounced searches for drugs and alcohol on owned or controlled property in accordance with guidelines held by the security division. The company may also require employees to submit to medical evaluation and/or alcohol and drug testing where cause exists to suspect alcohol or drug use. Unannounced periodic or random testing will also be conducted when an employee meets any one of the following conditions: has had a substance abuse problem or is, or may be working in a designated position identified by management or in a position where testing is required by law, or a specified executive position. A positive test result or refusal to submit to a drug or alcohol test is grounds for disciplinary action, up to and including termination.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.　Page 79 of 84　Agreement No. SA-11551 OP
Transportation Services　　　　　　　　　　　　　　　　　　　　　　　　　Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017　Document 26-6　Filed 09/01/2006　Page 12 of 17

Contractor, common carrier and vendor personnel are also covered by relevant provisions of this policy (including paragraphs 1, 2 and 7 and search provisions). Those who violate the policy will be removed from company premises and may be denied future entry.

D16  Contractor Filling Jobs Comparable to Company Positions

Contractor Filling:

| Designated Positions # | Safety Sensitive Positions # | Low Exposure Positions ## |
|---|---|---|
| **Maintenance/Construction** | **Maintenance/Construction** | **Maintenance/Construction** |
| • Pipeline construction foremen | • Rigging and heavy crane operations<br>• Heavy equipment operations (i.e. excavation) in a sensitive work area<br>• Offsite pipeline maintenance<br>• Aircraft maintenance (mechanics)<br>• Elevator maintenance<br>• Building high pressure vessel and fire system maintenance<br>• Critical instrument maintenance where failure could result in a catastrophic incident<br>• X-ray and other radiation NDI services<br>• Hot work (i.e. welding or pipe fitting) on pipe or structures containing hazardous or dangerous material<br>• Hot bolting or clamping of equipment containing hazardous or dangerous materials | • Construction work (not involving high exposure work)<br>• Scaffolding and platform erection/ dismantling<br>• Hydroblasting and hydrocutting<br>• Insulation installation and asbestos removal<br>• Oil clean-up<br>• Slop oil treatment<br>• High pressure painting<br>• Hazardous waste handling/ removal<br>• Leak repair clamp installation<br>• Janitorial services<br>• Groundskeeping<br>• Machinery repair/ maintenance |
| **Operations**<br>• Common carriers<br>• Aircraft pilot<br>• Unsupervised terminal operators | **Operations**<br>• Drilling, workover or wellbore services crews working over water or environmentally sensitive areas<br>• Service truck drivers<br>• Primary first aiders | **Operations**<br>• Small equipment operators<br>• Heat-treating and stress relieving services<br>• Compressed gas handling and supply services<br>• P&LB work - drum filling and packaging<br>• Field inspection services<br>• Electrical and power system installation and repairs<br>• Catalyst handling, reactor dumping, and reloading<br>• Refractory installation and removal |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.   Page 80 of 84   Agreement No. SA-11551 OP
Transportation Services   Bulk Fuel Hauling - MOGI
Case 1:06-cv-00017   Document 26-6   Filed 09/01/2006   Page 13 of 17

Marine Operations
- Marine pilots
- Crewboat captains
- Maintenance certification of radar, engines, steering, navigating equipment

Marine Operators
- Diving and underwater marine services
- Barge/ship loading and pollution control officer
- Ocean fleet engineers and unlicensed seamen
- Inland engineers and tankermen
- Radio/ electronic officers
- All other seagoing and inland water services
- Emergency training trainers (fire, HUET, escape craft)

Other
- Engineering/Technical services
- Clerical services
- Food services

\# Final determination required by the Company Designated Representative in conjunction with the Contractor.

\## These positions all have potential to be classified as safety sensitive or designated as it depends on the particular circumstance. It is important that the Company Designated Representative and the Contractor Designated Representative jointly determine the final classification.

D17  Company Requirements of Contractors

| Tests | Designated Position | Safety Sensitive Positions | All Other Employees |
|---|---|---|---|
| 1. Pre-Access | ✓ | ✓ | |
| 2. Random | ✓ | | |
| 3. For Cause (Suspicion of use) | ✓ | ✓ | ✓ |
| 4. For Cause (After serious incident) | ✓ | ✓ | ✓ |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.        Page 81 of 84        Agreement No. SA-11551 OP
Transportation Services                                                                              Bulk Fuel Hauling - MOGI
Case 1:06-cv-00017    Document 26-6    Filed 09/01/2006    Page 14 of 17

## 1. INVOICING AND PAYMENT

1.1 Contractor's invoices to Company shall be submitted between the first and tenth day of each month in respect of Services provided in the previous month, and shall include details of Services performed and the sums payable in respect of that performance together with any other details reasonably required by Company.. All invoices shall quote the applicable Outline Agreement number, set forth below and Order number.

1.2 Company's payments to Contractor shall be made within thirty (30) days of receipt of a correct invoice submitted in accordance with paragraph above. All invoices shall be submitted to the following address:

> Mobil Oil Guam Inc.
> 642 East Marine Corps Drive
> Hagatna Guam, 96910

1.3 **Outline Agreements**
For the purposes of Contractor providing Services to Issuing Affiliates, the following information shall be used by Company, Issuing Affiliate, and Contractor in its invoice and payment processes:

| Company and/or Issuing Affiliate | Outline Agreement Reference No. |
|---|---|
| Mobil Oil Guam Inc. | -- -- --- ---SA-11551 OP |

## 2. GENERAL INVOICING INSTRUCTIONS

All invoices submitted to Company must include the information shown below. Company shall not be obligated to make any payment of invoices if Contractor does not comply with these invoicing procedures. Additionally, no payment by Company shall limit Company's right to later dispute any of the charges invoiced. All charges are subject to audit verification.

1. Contractor will submit a single original GRT compliant tax invoice (one copy only, no statements) to Company at the address specified on the Purchase Order, Agreement or Order. Note: if Company does not provide an address at the time of order, contact the Requestor for specific invoicing instructions before submitting the invoice to Company.

2. Contractor must show the following information on each invoice:
   Administrative
   (i) Contractor's complete name, EIN or Tax Identification Number, & unique invoice number
   (ii) invoice date
   (iii) applicable Purchase Order number, Agreement number or Order number
   (iv) the Company location where Services covered by this invoice were delivered
   (v) other information as provided by the Company (ie AFE Number, Order Number, etc)
   Cost
   (i) itemized list of Services in accordance with the following:
       (a) line items match the line items on Company's Purchase Order, Agreement or Order. Note: if Contractor must split into multiple components, identify units specified on Company's Purchase Order, Agreement or Order
       (b) descriptions correspond with those on Company's Purchase Order, Agreement or Order
       (c) unit prices correspond with those on Company's Purchase Order, Agreement or Order
       (d) units of measure should match those on Company's Purchase Order, Agreement or Order
       (e) Quantities invoiced match quantities delivered to Company. Note: if invoice price, quantity, or unit of measure is different than shown in the Agreement / Purchase Order,

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 82 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling- MOGI
Case 1:06-cv-00017   Document 26-6   Filed 09/01/2006   Page 15 of 17

then contact the buyer and note the change on the invoice
   (ii) applicable shipping charges and other applicable charges, credits, refunds, etc.
   (iii) all applicable taxes
   (iv) grand total charges for the invoice

3. If applicable, Contractor shall attach the following documents to each invoice:
- copies of freight bills when third party freight charges are included on the invoice
- receipts and documentation for all other charges (eg third party invoices and timesheets)

4. Additional site specific requirements for invoices, if any, as included in a specific Order.

3. **COMPENSATION**

As compensation for Services performed, compensation shall be base on the rate provided and as indicated below.

$0.0146 Cents Per Gallon

| NORMAL DISPATCH LOCATION | PRODUCT/GRADE | EXPECTED VOLUME /MONTH |
|---|---|---|
| CABRAS TERMINAL | ADO/MOGAS/JET A1 | 2 MILLION USG |

**NOTE:**
- No undertaking is given to the actual volumes to be serviced by the contractor under this contract. The figures detailed above while they are derived from actual average volumes for the period of JUNE 2003 to DECEMBER 2003 may not reflect the actual volumes available during the term of this contract.
- Demurrage is not payable under this contract

**Mobilization of driver and/or equipment will be immediately upon the execution of the contract.**

END OF EXHIBIT B

EXHIBIT C
ADDITIONAL ARTICLES

In accordance with the Agreement, in the event of a conflict between any terms of this Exhibit and the Principal Document, the terms of this Exhibit shall take precedence and govern over the terms of the Principal Document.

Articles 14.1.b and 14.1.c of the Principal Document are hereby deleted and replaced with the following:

**ARTICLE 14 - INSURANCE**

14.1 **Minimum Insurance Requirements.** Contractor shall carry and maintain in force at least the following insurances and amounts:

    b) **Comprehensive General Liability.** Its normal and customary comprehensive general liability insurance coverage and policy limits or at least $1,000,000, whichever is greater, providing coverage for injury, death or property damage resulting from each occurrence.

    c) **Automobile Liability.** Automobile liability insurance covering owned, non-owned and rented automotive equipment with policy limits of at least $1,000,000 coverage for injury, death or property damage resulting from each accident.

END OF EXHIBIT C

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services
Page 84 of 84
Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017   Document 26-6   Filed 09/01/2006   Page 17 of 17