# AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR REIMBURSEMENT

# EXHIBIT "2"

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. vs. PACIFIC INDEMNITY INSURANCE COMPANY; U.S. DISTRICT COURT OF GUAM, CIVIL CASE NO. 06-00017

# GUAM POLICE DEPARTMENT
## TRAFFIC ACCIDENT REPORT

**ACCIDENT CLASSIFICATION:**
☐ FATAL  ☒ NON-FATAL  ☐ NON-INJURY  ☐ NON-TRAFFIC  ☐ OTHER  Completed 2/22/05

**CASE NO.** 05-05396

**ACCIDENT INVOLVED: (CHECK APPROPRIATE BOX)**

☐ Automobile(s)  ☒ Overturn  ☐ Pedal Cycle  ☐ Bus  ☐ Fixed Object
☐ Parked Vehicle  ☐ Motorcycle  ☒ Truck (Heavy Equipment)  ☐ Pedestrian  ☐ Non-Collision
☐ Ran Off Roadway  ☐ Moped  ☐ Trailer  ☐ Animal  ☐ Other

**LOCATION / TIME**

Location: Route 2 Umatac (North San Donicia)

By: George Sanchez St

Best Area: _____

Date: 02/10/05  Time: 11:10 p.m.  Day of Week: Thursday

Notified of Accident: Date 02/10/05  Time 11:15 p.m.

Investigation Mode: Date 02/10/05  Time 11:30 p.m.

Investigation Elsewhere: Scene  Date "same"  Time "same"

☐ Rural  ☒ Residential  ☐ Industrial  ☐ Business Area  ☐ School/Playground  ☒ Open Country  ☐ Other

Is the Investigation Completed? ☐ Yes ☒ No

Where Photographs Taken? ☒ Yes ☐ No  By Whom: POD PA. Pascua  I.D. # _____

| VEH# | YEAR | MAKE | MODEL | PLATE # | VIN# | STATE | COLOR |
|------|------|------|-------|---------|------|-------|-------|
| 1 | 1994 | GMC | ACL64B | 93/7799TLP | 4V2SCBJF7RR513704 | Guam | White |

**VEHICLES INVOLVED**

Driver: John D. Querry  D.O.B. 2/25/74  AGE 30  SEX Male

Home Address: #2258 Enriane San Nicholas St. Talofofo  Home Phone 798-5832  Race Jackie

Occupation: Driver  Place of Employment: Ambyth Shipping Co.

DL# 1228074355  Type Chauffeur's  State Guam

Restrictions: None  SS# 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  Work Phone 649-8200

Insurance: Calves  Policy No. 85687828

Owner: Mobile Oil Guam  D.O.B. N/A  Age N/A  Sex N/A

Address: PO Box ECU Hagatna  Phone No. 472-3300

Vehicle Traveling: ☐ East ☐ West ☐ North ☒ South On Route 2 Umatac (North San Donicia)

Impoundment ☒ Yes ☐ No  Vehicle Moved To Mobile Oil Guam Compound

Posted Speed: 25 MPH  Driver's Estimated Speed _____ MPH

CIRCLE POINT OF IMPACT (SHADE DAMAGED AREAS)

AMOUNT $ Totaled .00

☐ T TOP  ☐ U UNDERCARRIAGE  ☐ N NONE

| YEAR | TRAILER (Other Unit) MAKE | MODEL | PLATE# | VIN# | COLOR |
|------|---------------------------|-------|--------|------|-------|
| ***** | ***** | ***N/A*** | ***** | ***** | ***** |

| VEH# | YEAR | MAKE | MODEL | PLATE# | VIN# | STATE | COLOR |
|------|------|------|-------|--------|------|-------|-------|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**VEHICLES INVOLVED**

Driver: N/A  D.O.B. N/A  AGE N/A  SEX N/A

Home Address: N/A  Home Phone N/A  Race N/A

Occupation: N/A  Place of Employment: N/A

DL# N/A  Type N/A  State N/A

Restrictions: N/A  SS# N/A  Work Phone N/A

Insurance: N/A  Policy No. N/A

Owner: N/A  D.O.B. N/A  Age N/A  Sex N/A

Address: N/A  Phone No. N/A

Vehicle Traveling: ☐ East ☐ West ☐ North ☐ South On N/A

Impoundment ☐ Yes ☐ No  Vehicle Moved To N/A

Posted Speed: N/A MPH  Driver's Estimated Speed N/A MPH

CIRCLE POINT OF IMPACT (SHADE DAMAGED AREAS)

AMOUNT $ N/A .00

T TOP  U UNDERCARRIAGE  N NONE

| YEAR | TRAILER (Other Unit) MAKE | MODEL | PLATE# | VIN# | COLOR |
|------|---------------------------|-------|--------|------|-------|
| ***** | ***** | ***N/A*** | ***** | ***** | ***** |

PAGE 202

RECEIVED
APR 27 2005
GUAM INSURANCE
ADJUSTERS

| ACCIDENT CLASSIFICATION: | Non-Fatal Injury Crash/ Truck Overturn | CASE NO. 05-03396 |
|---|---|---|

VIOLATOR(S): Veh. 2 _____   ☐ Pedestrian   ☐ Other

Name _____ John D. Quarry _____

Charge(s) 9107 (a) Title 16 GCA "Reckless Driving"
18102 Title 16 GCA "DUI"

DISPOSITION:  ☒ Arrested        ☐ Citation Issued
              ☐ Verbally Warned    Ticket No. _____

INJURY CODE:  (1) Complaint of pain, no visible injuries.
              (2) Bruises, abrasions, swelling, limping, etc.
              (3) Bleeding wound, distorted member.
              (4) Dead at time of report.

SEAT CODE:

VEHICLE # _1_ _2_  Injury Code  ☒ Driver  ☐ Passenger  ☐ Pedestrian   _1_ Seat Code  Use (a) As Additional, Passenger Example (6a)

| (1) | John | D | Querry | Gua/Cau | Male | 30 | 2/25/74 | 5323-92-2219 |
|---|---|---|---|---|---|---|---|---|
| | First | M.I. | Last | Race | Sex | Age | D.O.B. | Soc. Sec. # |

Home Phone 789-1676   Bus. Phone 649-8200   Transported to GMH   Transported by Medic #8

VEHICLE # ___ ___  Injury Code  ☐ Driver  ☐ Passenger  ☐ Pedestrian   ___ Seating Code

| (2) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | First | M.I. | Last | Race | Sex | Age | D.O.B. | Soc. Sec. # |

Home Phone _____ Bus. Phone _____ Transported to _____ Transported by _____

WITNESS(ES)

(1) Name _____ None noted _____   Home Address _____ N/A _____

Home Phone N/A   Bus. Phone N/A   D.O.B. N/A   Soc. Sec.#/ I.D.# N/A

(2) Name _____ N/A _____   Home Address _____ N/A _____

Home Phone N/A   Bus. Phone N/A   D.O.B. N/A   Soc. Sec.#/ I.D.# N/A

ADDITIONAL INFORMATION: [Injured Person(s), Passenger(s), Witness (es), ...Etc.]

| VEH# | NAME | HOME ADDRESS | HOME PHONE | BUS. PHONE | INJURY CODE | SEAT CODE |
|---|---|---|---|---|---|---|
| | N/A | | | | | |
| NA | N/A | | | | | |
| NA | N/A | | | | | |
| NA | N/A | | | | | |
| NA | N/A | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |

Assigned Officer: POD P. G. Sanchez   I.D. No. #442

ASSIGNED PRECINCT
☐ NPC  ☐ CPC  ☐ SPC  ☒ OTHER HPD

Supervisor Approving: Sgt M. A. Aguon   I.D. No. 505

CASE STATUS
☐ OPEN  ☐ SUSPENDED  ☒ CLOSED

Forwarded To:  ☐ TRAFFIC INVESTIGATIONS   ☐ SPECIAL INVESTIGATIONS   ☒ ATTORNEY GENERAL
               ☐ CRIMINAL INVESTIGATIONS   ☐ JUVENILE INVESTIGATIONS

GPD FORM 4 (REV. AUG '93) PREVIOUS EDITIONS OBSOLETE

## CHEMICAL TESTS

Case no. ☐☐☐☐ 05-03396   3

1/3 2/4 Pedestrian

| | | | Where Tested | Time | By Whom |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ Blood Narcotics Results *amphetamines* | GMH | 03:12am | GMH Lab |
| ☐ | ☐ | ☐ Blood Alcohol Results | | | |
| ☐ | ☐ | ☐ Urine Alcohol Results | | | GUAM INSURANCE |
| ☐ | ☐ | ☐ Breath Alcohol Results | | | ADJUSTERS |
| ☐ | ☐ | ☐ Field Sobriety Results | | | |
| ☐ | ☐ | ☐ Other | | | |

### VEHICLE MANEUVER
1/3 2/4
- ☒ ☐ Going Straight
- ☐ ☐ Turn Right to Private Drive
- ☐ ☐ Turning Left to Street
- ☐ ☐ Turning Left to Private Drive
- ☐ ☐ Slowing or Stopped for Signal or Sign
- ☐ ☐ Slowing or Stopped for Entering Traffic
- ☐ ☐ Slowing or Stopped Other
- ☐ ☐ Starting in Traffic
- ☐ ☐ Starting from Parked Position
- ☐ ☐ Stopped in Traffic Lane
- ☐ ☐ Parked Unattended
- ☐ ☐ Backing from Drive Way
- ☐ ☐ Backing from On-Street Parking Space
- ☐ ☐ Entering from Private Roadway
- ☐ ☐ Changing Lanes
- ☐ ☐ Passing
- ☐ ☐ Other

### WERE SEAT BELTS IN USE?
1/3 2/4
- ☒ ☐ Yes
- ☐ ☐ No
- ☐ ☐ Unknown

### TYPE OF ACCIDENT
- ☐ Right Angle
- ☐ Sideswipe (Same Direction, Opposite Direction)
- ☐ Head On
- ☐ Rear End
- ☐ Turning from Wrong Lane
- ☐ Left Turn (Opposing Traffic)
- ☐ Left Turn (Crossing Traffic)
- ☐ Right Turn (Crossing Traffic)
- ☐ Object on Roadway
- ☐ Pedestrian
- ☒ Other Overturn

### MOTORCYCLE HELMET IN USE?
1/3 2/4
- ☐ ☐ Yes
- ☐ ☐ No
- ☐ ☐ Unknown

### CONDITION OF DRIVER(S) OR PEDESTRIAN(S)
1/3 2/4 Pedestrian
- ☐ ☐ Apparently Normal
- ☐ ☐ Physically Handicapped
- ☐ ☐ Wearing Glasses
- ☐ ☐ Illness
- ☒ ☐ Had Not Been Drinking
- ☐ ☐ Had Been Drinking, and
- ☐ ☐ Ability Impaired
- ☐ ☐ Ability Not Impaired
- ☒ ☐ Unknown Whether Impaired
- ☐ ☐ Other

### WEATHER CONDITIONS
- ☒ Clear
- ☐ Cloudy
- ☐ Rainy
- ☐ Storm
- ☐ Typhoon
- ☐ Other

### ROAD DEFECTS
- ☐ Defective Shoulders
- ☐ Holes, Deep Ruts
- ☐ Loose Material on Surface
- ☒ No Defects
- ☐ Other

### LIGHT CONDITIONS
- ☐ Dawn
- ☐ Daylight
- ☐ Dusk
- ☐ Dark (Street Lights Off)
- ☒ Dark (Street Lights On)
- ☐ Dark (No Street Lights)

### ROAD SURFACE
- ☒ Asphalt
- ☐ Concrete
- ☐ Dirt/Sand
- ☐ Gravel

### ROAD CONDITIONS
- ☒ Dry
- ☐ Wet
- ☐ Muddy
- ☐ Unknown
- ☐ Other

### CONTRIBUTING FACTORS
1/3 2/4
- ☐ ☐ Failure to Yield
- ☐ ☐ Following Too Closely
- ☐ ☐ Improper Passing
- ☐ ☐ Improper Turn
- ☐ ☐ Drinking
- ☒ ☐ Speeding
- ☐ ☐ Weather (Inclement)
- ☐ ☐ Disregard Stop Sign
- ☐ ☐ Disregard Signal
- ☐ ☐ Wrong Side of Road
- ☐ ☐ Inattention
- ☐ ☐ Avoiding Vehicle, Pedestrian, Object
- ☐ ☐ Vision Obstructed
  - By
- ☐ ☐ Unknown
- ☐ ☐ Other

### TRAFFIC CONTROLS
1/3 2/4
- ☒ ☐ No Control
- ☐ ☐ Stop Sign
- ☐ ☐ Traffic Signal
- ☐ ☐ Flashing Signal
- ☐ ☐ Yield Sign
- ☐ ☐ Police Officer
- ☐ ☐ Flagman
- ☐ ☐ No Passing Zone
- ☐ ☐ Other

### ROAD CHARACTER (Check Two)
1/3 2/4
- ☒ ☐ Curve
- ☐ ☐ Straight
- ☐ ☐ Upgrade
- ☒ ☐ Downgrade
- ☐ ☐ Hill Crest
- ☐ ☐ Dip
- ☐ ☐ Level
- ☐ ☐ Other

### ROAD TYPE
1/3 2/4
- ☒ ☐ One Lane
- ☐ ☐ Two Lanes
- ☐ ☐ Three Lanes
- ☐ ☐ Four Lanes
- ☐ ☐ One Way
- ☐ ☐ Merging Lanes
- ☐ ☐ W/Median Lanes
- ☐ ☐ Lanes Under Construction
- ☐ ☐ Other

### VEHICLE CONDITION (Check one or more)
1/3 2/4
- ☐ ☐ Defective Brakes
- ☐ ☐ Improper Lights
- ☐ ☐ Defective Steering Mechanism
- ☐ ☐ Defective Tires
- ☒ ☐ No Defects
- ☐ ☐ Tinted Windows
- ☐ ☐ Other

### PEDESTRIAN
Was Going N/A   ☐ On N/A   ☐ Across From N/A   TO N/A

Direction (N.S.E.W.)   Street, Hwy No.   (S.E. Corner to N.E. Corner, or West Side to East Side)

- ☐ Crossing at Intersection with Signal
- ☐ Same - Against Signal
- ☐ Same - No Signal
- ☐ Same - Diagonally
- ☐ Crossing not at Intersection
- ☐ Coming from behind Parked Cars
- ☐ Other

- ☐ Walking on Roadway (Check Two)
  - 1 With Traffic   3 Sidewalks Available
  - 2 Against Traffic   4 Sidewalks Not Available
- ☐ Standing in Safety Zone
- ☐ Getting on or off Other Vehicle
- ☐ Getting on or off Bus or Work Vehicle

- ☐ Working on Roadway
- ☐ Playing on Roadway
- ☐ Hitching on Vehicle
- ☐ Not In Roadway (Explain)
- ☐ Yes ☐ No Were Crosswalks Marked?
- ☐ Yes ☐ No Was Pedestrian Inside Markings?
- ☐ Yes ☐ No Extensions of Sidewalk Lines?

CASE NO. 05-03396

RECEIVED

APR 2005

GUAM INSURANCE ADJUSTERS

SHADE ARROW TO INDICATE NORTH
TO SCALE: ☐ Yes ☒ No

SCENE MEASUREMENTS

| DESCRIPTION | N | S | E | W |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: For diagram refer to page 05 of 05

☐ COORDINATION METHOD
☐ TRIANGULATION METHOD
☐ OTHER _____

Synopsis: Vehicle #1 was traveling south on Route 2 Umatac (North San Donicio St), when the operator lost control of the vehicle, thus overturned as it maneuvered the curve by George Sanchez St, ran off the roadway, struck a concrete utility pole, causing flammable liquid to spill from the vehicle, flowing down the water channel into George Sanchez St, setting fire to near by neighborhood/ resident.

Non-Fatal Injury/ Truck Overturned/ Civ Involved/ CASE CLOSED

Assigned Officer: PO2 R. G. Sanchez   I.D. No. #442
Supervisor Approving: Sgt M. A. Aguon   I.D. No. 505
Forwarded To: ☐ TRAFFIC INVESTIGATIONS ☐ SPECIAL INVESTIGATIONS ☐ CRIMINAL INVESTIGATIONS ☐ JUVENILE INVESTIGATIONS

ASSIGNED PRECINCT
☐ NPC ☐ CPC ☐ SPC ☒ OTHER HPD
CASE STATUS
☐ OPEN ☐ SUSPENDED ☒ CLOSED
☒ ATTORNEY GENERAL
☐ OTHER

RECEIVED

APR 4 2006                S

GUAM INSURANCE
ADJUSTERS

Case #05-3396
Non-Fatal Crash
Truck Overtrun

Route 2 Umatac
(North San Donicio)



Tire mark (skid)

NOT DRAWN TO SCALE

furrow mark/
gouges

concrete utility pole

Vehicle 1 uncontrolled
final rest.

Burned
structures

PO2 P.G. Sanchez #442
Crash Investigator

Sgt M.A. Aguon #505
Approving Supervisor

AMENDED COMPLAINT FOR
DECLARATORY RELIEF AND FOR
REIMBURSEMENT

# EXHIBIT "3"

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. vs.
PACIFIC INDEMNITY INSURANCE
COMPANY; U.S. DISTRICT COURT OF
GUAM, CIVIL CASE NO. 06-00017

RECEIVED
APR 2005
GUAM INSURANCE
ADJUSTERS

# REPORT

# ON

# MOTOR VEHICLE COLLISION

# SAN DIONISIO DRIVE

# UMATAC, GUAM

# 10 FEBRUARY 2005



**THIS REPORT IS CONFIDENTIAL AND PRIVILEGED AND
IS PREPARED SOLELY FOR THE PURPOSES OF LEGAL
ADVICE OR FOR USE IN EXISTING OR ANTICIPATED LITIGATION**

Report prepared 22/02/2005
by
David R Axup

Our reference; OS:Guam:100:1021

**David R Axup & Associates**
ACN 079 176 793
**11 Renown Street
Bentleigh, 3204
[03] 9557 5807**

# REPORT ON MOTOR VEHICLE COLLISION

## TABLE OF CONTENTS


RECEIVED
GUAM INSURANCE
ADJUSTERS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ROAD DESIGN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

DESCRIPTION OF PHOTOGRAPHS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

VEHICLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

INFORMATION FROM DRIVER[S] AND WITNESSES . . . . . . . . . . . . . . . . . . . . . 10

ANALYSIS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Physical Evidence on Site . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Vehicle Dynamics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Vehicle Inspection and Analysis of Driver Claims . . . . . . . . . . . . . . . . . . . . . . 14

FURTHER INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

PHOTOGRAPHS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

LIST OF APPENDICES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
    Table of Conversion Factors
    Australian Geomagnetic Reference
    Map of the Island of Guam
    Map of the area around the village of Umatac
    Diagram of the transmission controls
    Diagram of the range cylinder assembly
    Road Ranger data on Eaton Fuller 9 Speed Transmission
    Curriculum vitae of David Roy Axup

ENCLOSURE
    Scale Plan of Site & Collision Diagrams

TABLE OF CONVERSION FACTORS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44


RECEIVED
APR 2005
GUAM INSURANCE
ADJUSTERS

## 1  INTRODUCTION

This report concerns a single vehicle incident on San Dionisio Drive [Route 2], Umatac, on the island of Guam.  The incident occurred near the intersection of George S Sanchez Court at approximately 23:10 hours local time on Thursday the 10th February, 2005.

In this incident an "Autocar" rigid tanker carrying 6,000 US gallons of fuel collided with a utility pole and capsized.  A fire ensued.

The issue I have been asked to address is the cause[1] of the incident.

I have made all the inquiries which I believe are desirable and appropriate, and that no matters of significance which I regard as relevant have, to my knowledge, been withheld from the report

On the 14th February I attended at the site of the incident and inspected the same.  I took a number of photographs of the site and tyre marks.  I also walked through the site with Police Officer Pat Sanchez who pointed out various aspects of what he had found on his attendance and his preliminary conclusions in respect the vehicle behaviour.

I then attended at the Mobil terminal at Cabras where the remains of the vehicle were being held in a secure site under guard by a private security company.  The vehicle was covered with synthetic sheeting to protect it.  I inspected, measured and photographed the remains of the vehicle involved.

On the 15th February, 2005, I inspected, measured and photographed an exemplar vehicle registered number 4686TFL at Tumon.

On the 16th February, 2005, I revisited the site of the incident where I set up a total survey station and measured the site.  From those measurements scale plans have been prepared.

On the 17th February, 2005, I observed Mr Joseph Bamba, a qualified diesel mechanic from MidPac, take the top off the gear box.  Prior to its removal I photographed the box intact.  The gear lever was tight and not moved.  There were no indications on the box or the lever that it had been interfered with subsequent to the fire.  With the top removed the selectors were visible. They were all in line indicating that the gear box was in neutral.  I photographed the selectors. Mr Bamba then removed the cover from the High-Low selector attached to the gear box.  The cylinder was forward indicating that the selector was in the High range.  I photographed the cylinder.

---

[1]   Cause analysis is the effort to determine, from whatever information is available, including results of accident reconstruction, *why* the accident occurred, that is the complete combination of circumstances that caused the highway transportation system to break down at the time and place of the accident with resultant injury and damage.  It has been defined as determining indirect or condition causes.

RECEIVED
APR 11 2005
GUAM INSURANCE
ADJUSTERS

*1*    Material supplied to us consists of;

        Photographs of the site taken by a Mobil employee.

        A video of a news report on the incident

*6*

        Precis' of the drivers accounts of the incident

All measurements and quantities will be in metric units except the reference to the area speed limit and the quantity of the load in the initial mention. A table of conversion factors appears in *11* the appendices to the report.

The opinions expressed in this report are based upon the information supplied, the data obtained by myself, the interpretation of that data and information, from the application of the laws of physics and my experience in the investigation of motor vehicle collisions. I have not exceeded *16* the terms of my instructions in the gathering of information and supply of additional information may result in an alteration to the conclusions reached.

## ROAD DESIGN

*21*    San Dionisio Drive is a two-way two-lane sealed pavement providing access to the villages on the southern end of the island. The abutting land use at the site is a mixture of residential housing and undeveloped land. For ease of reference it will be referred to as running north/south with the vehicle involved being south bound.

*26*    In terms of horizontal alignment for a south bound vehicle the critical approach to the site of the impact with the utility pole consists of a long tangent [straight] leading into a left hand horizontal curve with a calculated radius of 60.92 metres [ 199 feet] along the centre line. This is followed by another straight. The final approach is a left hand curve with a calculated radius of 64.52 metres [211 feet] along the centre line. The collision has occurred within the following right *31* hand curve.

In respect to the vertical alignment the road descends a gradient which is variable along its length. The variations are shown as percentages on the vertical profile on the scale plan.

*36*    Cross sections of the road were measured to obtain super elevation and those cross sections appear on the scale plan.

The pavement surface is a bituminous seal in variable but generally traffic polished[2] condition. I did not measure the friction co-efficient. In conversation Police Officer Sanchez indicated that *41* it was his experience that it would have returned a value of approximately 0.7. It is my

---

[2]    Traffic polished refers to a condition whereby the surface of an aggregate becomes smooth under the action of traffic leading to reduced tyre/road friction values.

RECEIVED

11

2005

INSURANCE ADJUSTERS

1      experience that such pavement surfaces generally return values of between 0.5 and 0.7 which has to be adjusted for grade. Pavement condition is not considered to be a contributing factor to this incident. There are no formed shoulders with the grass verge butting straight on to the sealed pavement.

6      The pavement is marked with a double row of raised circular pavement markers as shown in the photographs. These markers have a diameter of 100 millimetres [mm] [≈4"] set with their centres 180 mm [≈7"] apart laterally and ≈1.23 metres [≈4' ] longitudinally.

       Of note was the fact that there is no sign at the top of the descending grade warning of the
11     percentage of the grade nor of its length. Likewise there is no sign advising the drivers of heavy vehicles to engage low gear. It would appear that the Highway Authority relies on local knowledge by the island community of the nature of the road geometry to adopt the appropriate driving behaviour. Given that the island also has a large transient military population such an assumption, if it exists, is flawed. I would have expected to find signs complying with the United
16     States Manual on Uniform Traffic Control Devices published by the Federal Highway Administration. In particular I would have expected the sign W7-1 in conjunction with sign W7-2a of the publication. Those signs are illustrated following.



21
       **Fig. 1.** Sign W7-1. Steep grade sign. It may also have the grade displayed on it. Background is yellow with the symbol and border in black.



26     **Fig. 2.** Sign W7-2a. Used in conjunction with W7-1. Yellow background with black lettering and border.

       The speed limit for the area of the incident is 25 mph [40 km/h].

## DESCRIPTION OF PHOTOGRAPHS

31
       The following photographs have been supplied by Mobil Oil Guam. They are numbered M01 to M06 by the author.

RECEIVED
11
APR 2005
GUAM INSURANCE
ADJUSTERS

*1*

M01.  View south down hill showing the tanker in its rest position[3] and lying on its right hand side with the cab down hill. The remains of the power pole with which it has collided lie perpendicular to the line of the vehicle extending towards the ascending embankment. The rectangular sign visible beyond the vehicle is a 15 mph speed restriction sign facing traffic travelling north up the hill.

*6*

M02.  View south down hill showing the tanker in its rest position. Leading from the bottom of the photograph and to the right of the pavement markers are two curvilinear tyre marks leading off the sealed pavement towards the rear of the vehicle. They are yaw marks[4] from the right hand side drive wheels. They spread as the progress indicating that the vehicle was rotating anti-clockwise.

*11*

M03.  A view south down hill from further back along the approach to the incident site. The tyre marks visible in M02 can be seen extending back across the centre line of the pavement. They indicate that the vehicle had cut the corner travelling on to the incorrect side of the road.

*16*

M04.  A similar view as M03 showing the tyre marks. The sealed pavement in the north bound lane shows signs of flushing[5] however it is not considered that this condition effects the sequence of the incident.

*21*

M05.  A view towards the rear of the truck again showing the tyre marks leading off the sealed pavement. On the grass verge behind the vehicle there are two "circular" bare patches where the grass has been removed to show the sub-soil. Police officer Pat Sanchez indicated to me that he was of the opinion that these bare patches were from contact by the tank of the vehicle after it has capsized. This cannot be so as the tyre marks indicating the vehicle was still upright continue south of the northern most bare patch. A more likely scenario is that the patches have been caused by high pressure water used by the Fire Brigade personnel who were fighting the vehicle fire from the north side of the vehicle and shown in the television news video.

*26*

*31*

M06.  A view of the vehicle in its rest position.

---

[3]  Rest Position is defined as the point within the incident scene where a vehicle, person or object comes to a stop at the end of the collision sequence and before it is moved by some external force or organization not related to the collision sequence.

[4]  Yaw marks are tyre scuff marks left by a vehicle travelling through a curved path and are from tyres which are both rotating and sliding/slipping on the road surface.

[5]  A flushed pavement is one where the aggregate is partially or completely immersed into the bituminous binder causing low texture depth and inadequate tyre to stone contact. The possible causes are excessive application rate of binder with respect to stone size, excessive prime coat being incorporated into the seal, excess binder in underlying surface [patch or flushed area], penetration of aggregate into base [low strength base] or primer seal covered before volatiles in primer binder have evaporated.

RECEIVED
APR 11 2005
GUAM INSURANCE ADJUSTERS

M07. A further view down hill to the vehicle in its rest position. The dual tyre marks can be seen running to the edge of the bituminous seal. In the right foreground and leading to the approximate mid point of the photograph there is light scratching[6] of the sealed pavement consistent with the mark left by the rim of an overdeflected tyre in a yawing vehicle. If it is from the tanker then it indicates that the vehicle had rotated considerably anti-clockwise at this stage with the rear tyres travelling to the right of the steer tyres.

M08 to M11 are further views of the vehicle in its rest position.

M12. Is a view of the truck in its rest position. Behind the right front wheel the flimsy step can be seen intact and without deformation supporting the hypothesis that the truck had rotated to take the right front wheel and that step out of the path of the pole during the collision sequence; i.e. the longitudinal axis was at an angle to the left of the vehicle path of travel.

M13. A view down the west side of the sealed pavement. The bare patches of earth have been marked with green paint. These are the patches referred to by Police Officer Sanchez as having come from the truck after it had overturned.

The following photographs were taken on the 14th February by the author. They have been numbered 01-01 to 01-07 and 02-01 to 02-15 by the author.

01-01 A view north uphill. The dark circular patch in the immediate foreground is the impression of the wheel rim of the outer forward right hand drive wheel of the tanker. Uphill from this mark there is another not so clear which is the impression of the outer rear right hand drive wheel rim. At the top of the gravel there is a green paint patch which Police Officer Sanchez indicated to mark the commencement of a gouge and scratch mark.

01-02 View uphill. The tyre marks visible in the Mobil photographs are visible and are marked with green paint spots placed by the attending police.

01-03 A further view uphill showing the tyre marks and the green paint marks.

01-04 A further view uphill showing the tyre marks as they lead from beyond the centre line.

01-05 A similar view to 01-04 but further uphill

01-06 A close up of the tyre marks showing the striations in them assisting in the identification of these marks as yaw marks.

---

[6] Scratch - a light and usually irregular scar made on a hard surface, such as paving, by a sliding metal part without great pressure.


RECEIVED
APR 14 2005
GUAM INSURANCE
ADJUSTERS

*1*   01-07   A view uphill across the corner. Police Officer Sanchez indicated a patch along the guard rail marked with green paint. The patch was what appeared to be transfer of tyre compound and a wearing away of the paint on the guard rail and informed me that it was his opinion that the front of the truck may have been the cause of this mark.

*6*   02-01   A view of the incident vehicle from the rear along the longitudinal axis.

02-02   A view of the incident vehicle from the left hand side at the transverse axis. The spring on the front beam axle is still in the hangers at both front and rear and the axle is still attached to the spring.

*11*

02-03   A view of the incident vehicle from the front along the longitudinal axis of the vehicle.

02-04   A view of the right hand front of the tank. It is heavily creased with contact damage[7] which would be from the utility pole. The damage is almost vertical indicating that the vehicle was either upright or nearly upright at the time of first contact with the pole. There is only light diagonal scratching on the side of the tank. It cannot be determined if that scratching is from the initial capsize of from the recovery process of the vehicle.

*16*

02-05   A view of the damage to the front right side of the tank from the front.

*21*

02-06   A close view of the scratching to the right hand side of the tank.

02-07   A view of the mid point seam on the right hand side of the tank showing contact damage which is vertical.

*26*

02-08   A radial view of the left hand front wheel rim. It is burnt around the rim.

02-09   An axial view of the left hand front wheel rim.

*31*   02-10   A radial view of the left hand drive axle group.

02-11   An axial view of the left hand drive axle group.

02-12   A radial view of the right hand drive axle group

*36*

02-13   An axial view of the right hand drive axle group. There is no abrasion of the outer edge of the rim indicating that it was sliding on its side.

---

[7]    Contact damage is that which is caused by the direct contact of one surface with another during the impact sequence. It will match the profile of the surface which has inflicted the damage.

*David R Axup & Associates Pty Ltd*                                        7



02-14   A radial view of the right hand front wheel. There is no abrasion to the rim. The spring is still attached at its hangers and the beam axle is in its correct position in contact with the spring. There has been no contact by this wheel with the utility pole.

02-15   An axial view of the right hand front wheel.

02-16   A view of the step on the right hand side of the vehicle. It shows no sign of contact damage or deformation due to an impact or to movement with the truck in a capsized condition.

02-17   A further oblique view of the step showing the absence of damage.

02-18   A view of the beam axle and the spring on the right front of the vehicle. They are intact indicating that the right front wheel has not been subject to forces other than normal in the running of the vehicle.

02-19   The chassis number of the incident vehicle. The area has been cleaned and the chassis number darkened to stand out in the photograph.

The following photographs were taken by the author on the 15th February, 2005. They are numbered 03-01 to 03-03 by the author.

03-01   A view of the exemplar vehicle from the front along the longitudinal axis of the vehicle.

03-02   A view of the step on the right hand side of the exemplar vehicle. This photograph should be compared with photographs 02-16 and 02-17 which are photographs of the incident vehicle.

03-03   A view of the exemplar vehicle from the rear along the longitudinal axis.

The following photographs were taken at the Cabras Depot on the 17th February, 2005. They are numbered 04-01 to 04-09 by the author.

04-01   A view of the top of the gear box of the incident vehicle with the front of the gear box to the top of the photograph. The selector lever and its cover over the box are intact and show no evidence of interference subsequent to the fire. The lever was not moveable.

04-02   A view of the top of the gear box and the selector lever from the left hand side.

04-03   A view of the internal selector mechanism with the cover removed. The three slides are in line indicating that the gear box is in neutral.

04-04   A view of the High-Low selector cylinder attached to the rear right hand side of the gear box prior to removal of the cover.

RECEIVED

APR 11 2005

GUAM INSURANCE
ADJUSTERS

1     04-05   A view of the back of the High-Low selector cylinder with the cover removed.

04-06   Similar to 04-05 but clearly showing the internal piston head forward in the cylinder indicating that the selector is in High.

6     04-07   A view of the engine management computer on the left hand side of the motor.  It is badly damaged by fire.

04-08   A view of an Eaton Fuller gear knob with the High-Low range selector in the high position.

11

04-09   Similar to 04-08 but with the selector in the low range position.

## VEHICLES

16    The vehicle involved in this incident was a 1995 Autocar which is a Volvo GMC product.  The registered number of the vehicle is 7799TLP. The chassis number of the vehicle was located and it is 4V2SCBJF7RR513704. Dimensions of the vehicle in an undamaged condition were;

|  |  |  |
|---|---|---|
| Length overall | 11,390mm | 448.43" |
| Width overall | 02,460mm | 096.85" |
| Height overall [top of tank] | 03,070mm | 120.86" |
| Wheel track[8] | 02,410mm | 094.88" |
| Wheel track[9] | 02,410mm | 094.88" |
| Wheel base[10] | 06,420mm | 252.76" |

The gear box is a nine forward speed manual box. Gears 1 to 4 are low range gears and gears 5 to 9 are high range gears.  Suspension fitted to the truck was a beam axle and leaf spring at the front and a Hendrikson "I" beam at the rear.

31    The vehicle had a tare weight of 21,780 lbs [9,879kg ] and was carrying a load of 5,000 US gallons [18,950 litres] of diesel fuel and 1,000 US gallons [3,790 litres] of petrol. The weight of the load was 16,113 kg [35,523 lb] and 2,815 kg [6,207 lb] for the diesel and petrol respectively giving an all up weight of 28,807 kg [63,508 lb].

---

[8]    Measured from the outside of the tread on one front tyre to the outside of the tread on the other front tyre.

[9]    The wheel track has been measured as from the outside of the tread on the outside dual tyre on one side of the vehicle to the outside of the tread on the corresponding tyre on the other side of the vehicle.

[10]   The wheel base has been measured as from the centre of the front axle to the mid-point between the two drive axles.

*David R Axup & Associates Pty Ltd*                                                 9

RECEIVED
APR 11 2005
GUAM INSURANCE
ADJUSTERS

## INFORMATION FROM DRIVER[S] AND WITNESSES

QUERRY, John - his account can be summarized as;

In speaking to Joelyn Sanchez

> I think I ran out of air

In a conversation with Maria Kemp

> When he was at the top of the hill he shifted from 5th to 4th gear

> Going down the hill he shifted to 3rd and the brakes would not hold.

> He switched the Jake brakes [Jacobs Brake] on and it still would not hold.

> He switched again and nothing.

> He felt the curve and then just held on.

In a prepared interview

> *After the Look Out, I shifted down from 5th to 4th gear. On the way down I could smell a burning smell that appeared to be either the smell of burning brakes or clutch.*

> *After I passed the Morrison's house, I made the engine brake do most of the work applying the brakes periodically along the way. The engine brakes were on. I was travelling at about 15 miles an hour, but no more than 20 miles an hour. When I applied the brakes again I was touching the deck. I stuck my head out the window and could see smoke from the side of the truck. I couldn't stop the truck anywhere, because of the homes and there was no space and all other options were too dangerous to pull over and stop. I shifted down from 4th to 3rd gear. I felt the weight of the load pushing the truck down. When I was in 3rd gear, I heard a snap. It sounded like the brake springs were snapping. When I changed to 2nd gear I heard the same snapping sound. My air pressure was still at 75-80, then the engine brake shut down and then I applied the brakes but could not slow down the truck.*

> *I approached the corner, trying to control the truck by swerving on to the oncoming lane to be able to make the approaching turn and hoping to have a direct approach into the village of Umatac. The truck rolled over on to its passenger side.*



## ANALYSIS

### Physical Evidence on Site

6  The physical evidence in the form of the tyre marks at the site of the incident shows the vehicle to have crossed to the incorrect side of the road in the last corner prior to the impact with the utility pole. Those marks are from the right hand side of the vehicle [see photograph M04] and are scuff marks of the category known as yaw marks or critical speed marks.

11  A scale replica of the vehicle has been placed on the marks in Collision Diagram #1 on the scale plan.

16  The scallop marks on the reservation on the west side of the road, which the police attribute to the tank of the vehicle when it is on its side, cannot be from the tank. The tyre marks indicating the vehicle was still upright continue past the most northerly of these marks. The most likely cause of these marks is from the high pressure fire hoses used to extinguish the fire subsequent to the impact and capsize.

21  The circular rim marks on the sealed pavement enable the vehicle to be placed in its rest position in respect to the utility pole and this has been done on Collision Diagram #1.

26  In Collision Diagram #2 the truck has been placed with the front right side of the tank against the pole at an angle to avoid the front right hand wheel and right hand step. Contamination of the immediate scene of the capsize by the fire, the operation of extinguishing the fire and the recovery operation precludes precision in respect to the immediate physical evidence around and in the vicinity of the utility pole.

### Vehicle Dynamics

31  The tyre marks enable a reliable estimate of vehicle speed to be made for the path of those marks.

In this case the vehicle centre of mass of the vehicle is determined to be approximately 2.16 metres [85.24"] above road level. The track width has been measured on an exemplar vehicle to be 2.41 metres [7' 10"]. The minimum radius of the path of the vehicle has been determined to be 93.87 metres [307' 11"]. This has been done using the relationship

36
$$R = \frac{C^2}{8m} + \frac{m}{2}$$

where;

41
| | | |
|---|---|---|
| $R$ | = | the radius of the path in metres [feet] |
| $C$ | = | the chord length in metres [feet] |
| $m$ | = | the middle ordinate length in metres [feet]. |

Super elevation for the curve has been determined at 4% [0.04 m/m] [0.04 ft/ft].

Case 1:06-cv-00017    Document 26-7    Filed 09/01/2006    Page 19 of 24

RECEIVED

2005

CLAIM INSURANCE
ADJUSTERS

1    The speed of a vehicle can be calculated from the physical evidence in the form of the yaw marks. These are marks left by tyres which are both rotating and sliding and are indicative of a vehicle travelling at the "critical speed" for the radius of its path.

6    According to Newton's first law of motion an object, such as a vehicle, will travel in a straight line once it is in motion unless acted upon by another force. This being the case then in order to make a vehicle turn then there must be a force applied to the vehicle. This force is a sideways force towards the centre of the arc it is following and is called centripetal force [towards the centre] and refers to the effect of the force produced by friction between the tyres and the road and where superelevation of the roadway is present the weight of the vehicle. While technically

11    it does not exist the term centrifugal force [i.e. from the centre] is used to make the circular motion easier to understand. This centrifugal force is considered to be the opposite force to centripetal force to satisfy Newton's third law of motion and is an inertial force tending to make the vehicle follow a straight path and is produced by the vehicles velocity, weight and radius of its curved path.

16    The equation for calculating these two forces when they are in balance is;

$$F_{cent} = \frac{wv^2}{gr} \qquad [1]$$

where;

21

| $F_{cent}$ | = | centripetal [centrifugal] force in Newtons |
| w | = | weight in newtons |
| v | = | velocity in metres per second |
| g | = | acceleration due to gravity [9.81 mps/s] |
| r | = | radius of the curved path in metres |

26

If the inertial force is less than the available frictional force between the road and the tyres [ i.e. centrifugal is less than available centripetal ] the vehicle will make its turn. If the opposite is true [ i.e. centrifugal is greater than available centripetal ] the vehicle will start to side slip and not

31    follow the intended curved path. This is what has happened here and is clearly indicated by the photographs showing the yaw marks and the scale plan.

The speed of a small rigid vehicle leaving yaw marks can be calculated from the equation

36

$$S = \sqrt{127R[e + f]} \qquad [2]$$

where;

| S | = | speed in kilometres an hour |
| R | = | radius of the curved path in metres |
| e | = | superelevation of the curve expressed as a decimal of the relationship metre per metre |
| f | = | the friction co-efficient of the road surface. |

41

*David R Axup & Associates Pty Ltd*        12

RECEIVED

APR 11 2005

GUAM INSURANCE
ADJUSTERS



*1*    However in the case of a heavy rigid or articulated vehicle where the roll thresh hold is known it is preferable to use the following equation;

$$v = [a_n R]^{\frac{1}{2}} \qquad [3]$$

where;

*6*
| | | |
|---|---|---|
| $v$ | = | velocity in metres per second |
| $a_n$ | = | centripetal acceleration in metres per second per second |
| $R$ | = | the radius of the curved path in metres. |

*11*    This is an equation of simple particle dynamics.

Where the data is available and precise the speed of the vehicle can also be calculated from the equation;

$$v = ([\frac{T + h\theta}{h - T\theta}]gR)^{.5}$$

*16*    where;

| | | |
|---|---|---|
| $v$ | = | the velocity of the vehicle in metres per second |
| $T$ | = | half vehicle's track width in metres |
| $h$ | = | height of the centre of mass of the vehicle in metres |
| $\theta$ | = | super elevation of the road in metres per metre |
| $g$ | = | the acceleration due to gravity; i.e. 9.81 mps/s. |

*21*

*26*    From measurements taken at the scene I have plotted the radius of the yaw mark from the right hand side drive axle. From the calculated radius I have subtracted half the wheel track to give the approximate radius of travel of the centre of mass of the vehicle as 92.66 metres [304']. The speed of the vehicle at his point is calculated at 82 km/h [51 mp/h]. The pitfall in this is the precision of placement of the height of the centre of mass.

*31*    If the result is worked back to determine the roll thresh hold then a result of 0.58g for the truck is obtained. This is well above the typical range and casts doubt upon the specifics of the data. Typical roll thresh holds for tankers lie in the range 0.34g to 0.4g[11] and if this range is used then the result would be a speed in the range 63 to 68 km/h [39 to 42 mph]

---

11    ERVIN, R.L. et al. [1980] *Future Configuration of Tank Vehicles Hauling Flammable Liquids in Michigan.* . Univ of Michigan Rept. No. UM-HSRI-80-73-1.

RECEIVED

APR 11 2006

GUAM INSURANCE
ADJUSTERS

*1*  The critical speed[12] of the previous corner along the south bound lane can also be calculated in the same way using a roll thresh hold of 0.34g and 0.4g and the curve radius of 62.64 metres [205' 6"]. That speed is in the range 52 to 56 km/h [32 to 35 mph].

## Vehicle Inspection and Analysis of Driver Claims

*6*  An inspection of the burnt remains of the vehicle was conducted. It was measured and photographed.

*11*  The stated hypothesis of the police that the vehicle rolled prior to striking the utility pole is not supported by the physical evidence. This is also the account of the driver in the prepared interview. Specifically there are no abrasions to the right hand wheel rims which would be expected as the wheels are on the hard sealed pavement when the vehicle is at rest [photographs 02-12 to 02-15]. Likewise the step on the right hand side has no abrasion and it has not been moved from its original position when compared with the exemplar vehicle [photographs 02-16, 02-17 and 03-02].

*16*

The driver in his remarks to Joelyn Sanchez claims to have run out of air. The brakes fitted to the vehicle are air operated and simply put require air pressure to keep the brakes off. If there was a loss of air then the brakes would automatically come on. Providing the brakes had not *21*  been used to the extent that brake fade would prevent lock up of the wheels then a loss of air should have seen lock up or near lock up of the brakes.

A close inspection of the pavement surface uphill from the rest position of the truck to the extent of the survey failed to locate any sign of skid marks[13] or deceleration scuff[14] marks which could *26*  be expected with activation of the brakes through loss of air.

The inspection of the gear box by removal of the cover showed the gears to be in neutral and so not engaged at all. A diagram[15] of the transmission controls appears in the appendices of the report
*31*

The gear stick knob and High-Low range switch have obviously been destroyed in the fire and so the position of the piston in the High-Low range cylinder at the time of inspection is the probable position of the piston at the time of the incident. Inspection of that component showed

---

12    *Critical speed* is defined as the maximum speed at which a corner can be negotiated having regard to the curve radius, superelevation and friction co-efficient of the road surface/vehicle tyre interaction.

13    A skid mark is left by a tyre which is locked, i.e. not rotating, and sliding.

14    A braking scuff mark is left by a tyre which is still rotating and sliding.

15    Parts Book for Model ACL64B published by White GMC Volvo



1    the piston to be in the High range position [photograph 04-06]. A diagram[16] of the assembly
appears in the appendices of the report. In his prepared statement the driver states that he had
changed down through the gears to 2nd gear. This would require the switching from the high
range to low range when the gear was shifted from 5th down to 4th. Without selecting low range
movement of the gear stick to the position which would normally be 4th in low range will place
6    the gear box into 8th gear instead. The appendices contain a two page document from Eaton-
Fuller on the 9 speed transmission. Page 2 of that document has a performance chart showing
the speed in miles per hour for each of the gears based on an engine operating at 1800 rpm and
a geared speed of 65 mph [104 km/h]. It shows that in second gear a speed of 10 mph [16 km/h]
would be expected.

11

There is also a claim that the Jacobs brake did not work. The Jacobs brake is a system that uses
the engine to aid in slowing the vehicle by turning the ignition cycle into a compression cycle to
make the system a power absorbing air compressor. This provides a retarding action to the
vehicle drive wheels through the gear box and differential. If the vehicle is in neutral as would
16   seem possible from the inspection then the Jacobs brake will not work as the gear box and drive
train are effectively disconnected from the engine. If the driver did as he claims in the prepared
account then provided the Jacobs brake was switched on he should have descended the grade
without difficulty.

21   There is a distance of approximately 203 metres [666'] from the exit of Curve #1 on the scale
plan to the commencement of the yaw marks leading into contact with the utility pole. If the
maximum calculated speed from the yaw marks is taken [82 km/h, 51 mph] as the end speed and
the maximum of the critical speed range for Curve #1 [56 km/h, 35 mph] as the initial speed then
the average acceleration rate over the distance can be calculated from;

$$a = \frac{v^2 - u^2}{2s}$$

where;

| | | |
|---|---|---|
| $a$ | = | the acceleration rate [mps/s] |
| $v$ | = | the end velocity of the vehicle [mps] |
| $u$ | = | the initial velocity of the vehicle [mps] |
| $s$ | = | the distance covered [m] |
| $2$ | = | a mathematical constant |

That acceleration rate is calculated at 0.68 mps/s [2.2 ft/s/s]. As the grade on this section has
36   been measured at 0.124 m/m [ft/ft] then a vehicle in neutral should accelerate at a rate of 1.22
mps/s [3.99 ft/s/s] less the rolling resistance. This indicates that the driver was still either in a
high gear or that there was some braking or a combination of both. It renders the preparation of
time/velocity/distance chart purely speculative.

---

16       Ibid.

Case 1:06-cv-00017      Document 26-7      Filed 09/01/2006      Page 23 of 24

RECEIVED
II
APR 2005
GUAM INSURANCE
ADJUSTERS

The prepared account of the driver is contradicted by;

> the gear box being in neutral,
>
> the High-Low range selector being found in the high position,
>
> the calculated speed range for the vehicle along the yaw marks being above the possible achievable in 2nd gear.

## FURTHER INFORMATION

To take this matter further the following information would be necessary;

> the results of a complete forensic mechanical inspection of the drive train, differential and braking system by a competent qualified mechanic,
>
> a detailed account by the driver of his step by step actions in gear changing and brake use from the top of the descent into the collision site.

## CONCLUSION

On the information currently available the following conclusions can be reached;

> It is probable that at the time of the impact with the utility pole the vehicle was in neutral.
>
> At the time of impact with the utility pole the range selector was in High range,
>
> The speed range for the vehicle on the yaw marks was between 63 km/h [39 mph] and 82 km/h [50 mph].
>
> Capsize of the vehicle did not occur until contact with the utility pole or just before contact.
>
> The accounts from the driver are contradictory and the prepared account not supported by the physical evidence or by vehicle performance.
>
> The driver has shown a gross error in driving tactics for descending a long steep grade.
>
> The cause of the incident was driver error.

David R Axup
BA [Pol. Stud]. Grad Dip H'way & Traf Eng.
M.I.T.E. M.A.I.T.P.M. M.SAE.A. M.I.T.A.I

*David R Axup & Associates Pty Ltd*

16