## PHOTOGRAPHS













David R. Axup & Associates Pty Ltd                                              19













*David R Axup & Associates Pty Ltd*     22