



David R. Axcup & Associates Pty Ltd 23





David R. Axcup & Associates Pty Ltd                    24





David R Axup & Associates Pty Ltd          25