



David R. Axcup & Associates Pty Ltd    26





David R. Axup & Associates Pty Ltd              27




David R. Axcup & Associates Pty Ltd    28



