



David R Axup & Associates Pty Ltd 30





David R Axup & Associates Pty Ltd 31









