



David R Axup & Associates Pty Ltd    34













David R Axup & Associates Pty Ltd  37