RECEIVED
APR 11 2005
GUAM INSURANCE
ADJUSTERS

## APPENDICES

*1*

Table of Conversion Factors.

Australian Geomagnetic Reference

*6*

Map of the Island of Guam

Map of the area around the village of Umatac

*11*     Diagram of the transmission controls

Diagram of the range cylinder assembly

Road Ranger data on Eaton Fuller 9 Speed Transmission

*16*

Curriculum vitae of David Roy Axup

## ENCLOSURE

*21*

Scale Plan of Site & Collision Diagrams


RECEIVED
APR 11 2005
GUAM INSURANCE
ADJUSTERS

## TABLE OF CONVERSION FACTORS

| | |
|---|---|
| Kilometres per Hour to Miles per Hour | km/h ÷ 1.6093 |
| Miles per Hour to Kilometres per Hour | mp/h x 1.6093 |
| Metres to Feet | m ÷ 0.304 |
| Feet to Metres | ft x 0.304 |
| Millimetres to Inches | mm ÷ 25.4 |
| Inches to Millimetres | inches x 25.4 |
| Kilograms to Pounds | kg ÷ 0.4535 |
| Pounds to Kilograms | lbs x 0.4035 |
| Litres to Gallons [US] | l ÷ 0.26 |
| Gallons [US] to Litres | Gal x 3.79 |

Case 1:06-cv-00017     Document 26-14     Filed 09/01/2006     Page 2 of 29

RECEIVED
APR 2005
GAM INSURANCE ADJUSTERS

Home | About Us | Contact Us | Media
| News
Topics | Tools | Products | Education
| Links
Advanced Search |

keywords        search

You are here: Home > AGRF Computation

**Online Tools**
> Downloads
> Online Maps
> Databases
> Recent Earthquakes
> Place Names Search
> Sunrise & Sunset Times
> Distance Calculations

**Factsheets**
> Marine & Coastal
> Oil & Gas
> Minerals
> Geohazards

**Media Releases**

## Australian Geomagnetic Reference Field Computation

Requested: Latitude **013° 17' 55"**, Longitude **144° 39' 30"**, Elevation **0 km**, Date **2005/02/16**

Calculated: Latitude **+13.2986°**, Longitude **+144.6583°**, Elevation **0.00 km**, Epoch **2005.1260**
**Location is outside the AGRF area. A global field model has been used**

**Magnetic Field Components**

**D = 1.481 deg**

[back to top]

Rate this page:  -- Please choose --

security & privacy | disclaimer | site map | © Commonwealth of Australia 2005

http://www.agso.gov.au/bin/geoAGRF?latd=013&latm=17&lats=55&lond=144&lon...   21/02/2005



RECEIVED
GUAM INSURANCE
ADJUSTERS

RECEIVED

APR 2005

GUAM INSURANCE
ADJUSTERS






RECEIVED
APR 2005
GUAM INSURANCE
ADJUSTERS

TRANSMISSION CONTROLS



A
20
20
20

45

A
90
85
65
10
5
95
B

B
65
ref
70 55
75
55 70

30
25
60
105
35
15
35
110
40
-38

284-0104

- MISSING ITEM NUMBERS ARE NOT APPLICABLE
COPYRIGHT © 1995 Volvo GM Heavy Truck Corporation
PRINTED IN THE UNITED STATES OF AMERICA

SEC 1                         PAGE    1                              MAR 95

Case 1:06-cv-00017    Document 26-14    Filed 09/01/2006    Page 6 of 29

WHITEGMC
VOLVO

RECEIVED
II
JUN 29 2005
GUAM INSURANCE
ADJUSTERS



## TRANSMISSION ASSY, RTF-13709H

### RANGE CYLINDER ASSEMBLY

820 840 815 850
865 860 845 815

870

830 855

835 825

810

-000

270-0097

- MISSING ITEM NUMBERS ARE NOT APPLICABLE

COPYRIGHT © 1995 Volvo GM Heavy Truck Corporation

PRINTED IN THE UNITED STATES OF AMERICA

SEC 4

PAGE 6

113706

MAR 95

Case 1:06-cv-00017   Document 26-14   Filed 09/01/2006   Page 7 of 29

RECEIVED
APR 11 2006
_____ INSUR____ ___
ADJUSTERS

# Roadranger

## Eaton® Fuller® 9-Speed Transmissions

RT/RTX-11709H     RT/RTX-14709H
RT/RTX-12709H     RTX-16709H
RT/RTX-13709H

**DANA**

**E·T·N**

One Great Drivetrain from Two Great Companies

## H-Ratio 9-Speeds

Improved Shiftability Low to 1st
for Fleets Preferring a 9-speed Shift
Pattern and Moderate Ratio Coverage.



- Improved tolerance to driver abuse due to new mainshaft washer design.

- For on-highway use with engines up to 1650 lbs.ft. torque.

- Better startability and maneuverability due to a short step between low and first.

- Long life and quiet operation due to tough helical gears in the auxiliary section.

- Standard SAE 6-bolt and 8-bolt PTO openings.

- Triple lip seals for maximum protection against contaminants and triple the life of earlier designs.

- Roadranger warranties are available for a wide variety of applications. To find the coverage that applies to your specific vocation, please see the Vocational Warranty Guide (TCVWY-0900) at www.roadranger.com.

# Eaton® Fuller® 9-Speed Transmissions

RECEIVED
APR 2005
GUAM INSURANCE ADJUSTERS

**Specifications:**

Speeds:
9 forward, 2 reverse.

Capacity:
RT/RTX-11709H – 1150 lbs.ft.
RT/RTX-12709H – 1250 lbs.ft.
RT/RTX-13709H – 1350 lbs.ft.
RT/RTX-14709H – 1450 lbs.ft.
RTX-16709H – 1650 lbs.ft.

Weight:
RT/RTX-11709H – 581 lbs. (604 lbs.)*
RT/RTX-12709H – 583 lbs. (606 lbs.)*
RT/RTX-13709H – 588 lbs. (606 lbs.)*
RT/RTX-14709H – 607 lbs. (630 lbs.)*
RTX-16709H – 617 lbs. (640 lbs.)*
Less clutch housing and controls. *with SAE #1 aluminum clutch housing.

Length:
RT/RTX-11/12/13709H – 28.9 in.
RT/RTX-14709H – 29.5 in.
RTX-16709H – 29.5 in.
Lengths listed are from face of clutch housing to front bottoming surface of companion flange or yoke.

Clutch Housing Size:
SAE #1 and SAE #2 grey iron. Aluminum available.

PTO Openings:
Two SAE standard openings. Right side: regular-duty, 6 bolt. Bottom: heavy-duty 8 bolt. Thru-shaft PTO also available.

PTO Drive Gears:
Right side: 45-tooth, 6/8 pitch gear. Bottom: 47-tooth, 6/8 pitch gear. PTO speed is 70% of engine speed for RT (Direct) models and 79% of engine speed for RTX (Overdrive) models.

Oil Capacity:
Approx. 27 pints (13 liters).

**Ratios and Steps:**

| GEAR | RT SERIES RATIO | % STEP | RTX SERIES RATIO | % STEP |
|---|---|---|---|---|
| 8th | 1.00 | | .73 | |
| | | 34 | | 37 |
| 7th | 1.34 | | 1.00 | |
| | | 36 | | 38 |
| 6th | 1.83 | | 1.38 | |
| | | 40 | | 42 |
| 5th | 2.57 | | 1.95 | |
| | | 39 | | 42 |
| Range Shift | | | | |
| | | 34 | | 37 |
| 4th | 3.57 | | | |
| | | 36 | 2.77 | 38 |
| 3rd | 4.80 | | 3.79 | |
| | | 40 | | 42 |
| 2nd | 6.53 | | 5.23 | |
| | | 45 | | 42 |
| 1st | 9.16 | | 7.41 | |
| Low | 13.29 | | 10.55 | |
| Hi Rev | 3.89 | | 2.99 | |
| Lo Rev | 13.89 | | 11.33 | |
| Overall | 13.29:1 | | 14.45:1 | |

**Performance Chart:**



Based on engine operating at 1800 RPM and geared speed of 65 MPH.

Even steps keep engine operating in most efficient segment of the power curve. Ratio steps maintain engine above peak torque for good performance plus economy.

**Shift Pattern:**



Eaton Corporation
Truck Components Operations
P.O. Box 4013
Kalamazoo, MI 49003
U.S.A.
www.roadranger.com

Copyright Eaton and Dana Corporation, 2003. EATON AND DANA CORPORATION hereby grants its customers, vendors, or distributors permission to freely copy, reproduce and/or distribute this document in printed format. THIS INFORMATION IS NOT INTENDED FOR SALE OR RESALE, AND THIS NOTICE MUST REMAIN ON ALL COPIES.

## Roadranger®
MORE TIME ON THE ROAD™

The Roadranger® System is an unbeatable combination of the best products from Eaton and Dana – partnering to provide you the most advanced, most trouble-free drivetrain in the industry. And it's backed by the Roadrangers – the most experienced, most expert, most accessible drivetrain consultants in the business.

For spec'ing or service assistance, call 1-800-826-HELP (4357) 24 hours a day, 7 days a week, (Mexico: 001-800-826-4357) for more time on the road. Or visit our web site at www.roadranger.com.

© 2003 Eaton Corporation
All rights reserved.
Printed in USA
TRSL-0033  2/03
2M/WP



One Great Drivetrain from Two Great Companies

RECEIVED

APR 11 2006

GUAM INSURANCE
ADJUSTERS

# CURRICULUM VITAE

## David Roy Axup

## EDUCATION

- Bachelor of Arts [Police Studies], Monash University, 1992
- Graduate Diploma in Highway and Traffic Engineering, Caulfield Institute of Technology, 1979

  Qualified at Courses;
- Vehicle Safety Testing School [Victoria Police] 1966
- Pursuit Driving Courses - Motorcycle and motor car [Victoria Police] 1967
- Commissioning Course [to Inspector] 1980
- Superintendent's Staff Course 1988
- Technical Accident Investigation, Northwestern University, Illinois, 1986
- Vehicle Dynamics, Northwestern University, Illinois, 1986
- Traffic Accident Reconstruction, Northwestern University, Illinois, 1986
- Safety Audit Short Course, Monash University, 1993
- Short Course on MicroStation Computer Aided Design, Melbourne, 1997

## EMPLOYMENT

- Victoria Police Force] - serving at all ranks to Chief Superintendent within the Traffic Department. 1958 - 1992
- Lecturer in Accident Investigation and Traffic Engineering, Centre for Policing and Public Safety, Monash University, 1986 - 1995.
- Principal of David R Axup & Associates, Collision Investigation and Reconstruction, Safety Audits and Advisers on Traffic Law Enforcement, 1992 - continuing
- Radio Journalist, 3AW, 1992 - continuing.
- Registered Consultant on Traffic Law Enforcement, Traffic Management and Accident Investigation to the Asian Development Bank, 1993- continuing

## PROFESSIONAL ASSOCIATIONS

- Australasian & South Pacific Association of Collision Investigators, Member and Foundation President
- Australian Institute of Traffic Planning and Management, Member
- Institute of Transportation Engineers, Member and past Australian Board Member
- Institute of Transportation Engineers, Expert Witness Council, Member
- National Association of Professional Accident Reconstruction Specialists [USA]
- Road Engineering Association of Asia and Australasia, Member
- Society of Automotive Engineers, Australia, Member
- The Institute of Traffic Accident Investigators [United Kingdom], Member

Case 1:06-cv-00017      Document 26-14      Filed 09/01/2006      Page 10 of 29

RECEIVED
11
APR 2005
GUAM INSURANCE
ADJUSTERS

## QUALIFIED AS EXPERT

Vehicle and driver behaviour in collisions including calculation of speed and effect of road geometry on vehicle behaviour. Time-distance-speed relationships. Evaluation of damage profiles in relation to cause. Road Safety implications of road design and planning projects.

Accepted as an expert witness since 1979 in matters before the Administrative Appeals Tribunal, the Coroner's Court, Magistrates Court, County Court and Supreme Court of Victoria, the Coroner's Court, Magistrates Court and District Court in New South Wales, the Magistrates Court and Supreme Court of the Australian Capital Territory, the Supreme Court and District Court of Western Australia, the Coroner's Court and District Court in Queensland, the High Court of the Cook Islands, the District Court in New Zealand and at Courts Martial in the Australian Defence Force.

## PROFESSIONAL SERVICE

Consultant on the assessment of vehicle speed and behaviour in relation to involvement in collisions and the reconstruction of the sequence of events in collisions to;
> The Accident Investigation Section of the Victoria Police
> Other Police in Victoria
> Police in the Australian Capital Territory and the Cook Islands
> The Police components of the Australian Armed Forces in Victoria.

Australian Standards Association Committee CS/76 dealing with motor cycle helmet standards in Australia.

Public Transport Priority Committee which laid down guidelines for the implementation of regulatory changes to favour road based public transport.

Core Implementation Group - Fairway Project" - an Inter-agency committee responsible for the drafting and implementation of tram priority through regulatory changes and engineering initiatives.

Committee for the Adoption of Uniform Guidelines for Intergreen and Pedestrian Walk Times.

Local Traffic Precincts Working Party - a committee set up to design and implement changes in the use of "local streets" by motor vehicles.

Inter-agency Advisory Committee - Metropolitan Road Access Study

Road Traffic Authority Truck Operations Committee

David R Axup & Associates                                      2

RECEIVED

APR 6 2005

GUAM INSURANCE
ADJUSTERS

Road Traffic Authority Speed Limits Committee

VicRoads Study Committee. An inter-agency senior executive level committee set up to review the state of the Victorian rural arterial road system and to develop a strategy to improve this facility.

Honorary Consultant to the Victorian Law Reform Commission in its deliberation on the law relating to Culpable Driving.

Australian Road Transport Federation Truck Safety Study.

Judging Panel for the Safety Award in the Victorian Road Transport Association Annual Awards.

Roads Corporation Board member under section 30[7] of the Transport Act 1983 to advise the Chief Executive of the Corporation.

Speed Management Implementation Committee

Referee for papers presented to the Australian Road Research Board for publication in the areas of Enforcement, Traffic Management and Accident Investigation.

Case Study Panel for the National Road Transport Commission analyzing heavy vehicle collisions in respect to the use of anti-lock braking systems.

Accredited consultant to the Asian Development Bank in the fields of traffic law enforcement, emergency traffic planning and training.

Guest lecturer on enforcement practices to the Masters Degree [Transportation Science] at the Faculty of Engineering, Monash University, Clayton Campus.

Officer of Police -

Divisional Officer [Traffic Operations Group] - responsible for control of police enforcement and traffic management practices in a large metropolitan Division.

Superintendent [Traffic Operations Group] - commanding the Traffic Operations Group personnel for the Eastern half of the State of Victoria along with the Accident Investigation Section, State Highway Task Force, Breath Analysis Section and other units of the T.O.G.

Acting Chief Superintendent [Traffic Operations Group] - commanding the Traffic Operations Group and ancillary units responsible for traffic policing in the State of Victoria. Position held until the regionalization of the T.O.G.

RECEIVED

APR 2006

GUAM INSURANCE
ADJUSTERS

Chief Superintendent [Commanding Officer, Traffic Support Group] - responsible for the State wide management, direction and administration of traffic policing; Responsible for the formulation and execution of operational traffic management practices in conjunction with State and Municipal Road Authorities; Responsible for the development and introduction of sophisticated electronic and photographic enforcement and traffic management devices; Responsible for the provision of emergency traffic direction for large events and natural disasters.

Lecturer in Traffic Studies, Monash University, Caulfield Campus in the Bachelor of Arts [Police Studies]. Subjects taught "Traffic Management & Control", "Accident Investigation", "Highway Design" and "Urban Land Use and Planning".

## PAPERS

"A Computer Study of Preliminary Breath Testing Stations" [1979]. An internal report on the costing of P.B.T. Stations and referred to in other papers such as the Report to Government on Drink Driving by Dr. J. Hendtlass.

"Motorcycle Safety in the Victoria Police" [1980]. An internal report to the Chief Commissioner. It has been used as a reference by A.R.R.B and other bodies such as the Australian Regular Army in selecting equipment and reviewing methods of motorcycle use.

"Towards a Realistic Traffic Policy" [1981]. Published in the October issue of the Australian Police Journal.

"Policing of Local Area Traffic Management Schemes" [1984]. A paper delivered to the Institute of Engineers [Australia] and the Australian Institute of Traffic Management in Sydney and published in their Journal.

"Legal and Enforcement Problems Related to Design of Local Area Traffic Management Devices" [1984]. A paper delivered to a conference of the Institute of Engineers [Australia] and the Institute of Transportation Engineers in Melbourne.

"The Need for Self Regulating Schemes in Local Area Traffic Management" [1986]. Proc. 13th. Conf. A.R.R.B. Adelaide.

"Accident Investigation - A Scientific Approach" [1987]. Presented to the Institute of Transportation Engineers, Melbourne, March, 1987.

"Traffic Policing, Where to in the Future?" [1987]. Presented at a Seminar entitled "Traffic Policing - A Legitimate but Undervalued Aspect of Law Enforcement" at Chisholm Institute of Technology, 1st July, 1987.

RECEIVED

APR ⬛ 2005

GUAM INSURA⬛⬛ ⬛⬛
ADJUSTERS

"Police and the Local Government Engineer - A Co-operative Traffic Plan" [1987]. 4th National Local Government Engineers' Association Conference in Perth, W.A., August, 1987. Published in MEMO, August, 1988.

"Engineering and Road Crashes" [1987]. Presented at a Seminar "Road Safety - The Alcohol Questions" in Melbourne. 21st October, 1987, and published in the Journal of the Australian Road Transport Federation, November 1987.

"Traffic Policy - An Appraisal of Police Requirements" [1990]. National Police Research Unit Review, Vol. 4., No. 21.

"Police Perspectives On, and Limitation of Enforcement" [1988]. Proceedings of the Colloquium on Driver Behaviour at the National Sciences Centre, Parkville, December 6th.

"The Traffic Scene - A Police Perspective" [1989]. Presented 45th Conference of Municipal Engineers, Melbourne, February 20-24. Published in Highway Engineering in Australia. Vol. 21. No.1.

"Municipal Works Can Cause Accidents" [1989]. Presented at Municipal Works Officers' Conference sponsored by Local Government Engineers Association of Victoria, Melbourne, 15/11/89

"Motor Vehicle Collisions and the Police" [1990]. Presented at a Seminar "Improving Road Safety" sponsored by the Society of Automotive Engineers. Melbourne, March 1.

"Speed - A Possible Solution" [1990]. Presented at a Seminar on New Methods to Reduce the Road Toll sponsored by the Royal Australian College of Surgeons, Melbourne, April 6.

"Enforcement - A Review of Australian Techniques" [1990]. Proc. 15th. Conf. A.R.R.B. Darwin.

"The Development and Use of Photographic Detection Devices in Victoria" [1991]. Proc. 49th Annual Meeting of the Institute of Transportation Engineers, Milwaukee, USA, 22 - 25 September.

"Accident Investigation I" and "Accident Investigation II". Manuals on the scientific investigation of motor vehicle collisions. Published by Monash University [Caulfield Campus] as the prime reference for the subjects relating to collision investigation in the BA. [Police Studies]. First published 1988.

"Accident Investigation by Consultants" [1992] Paper presented to VicRoads Accident Investigation and Prevention Workshop. Ballarat. October.

RECEIVED
APR 2003
GUAM INSURANCE
ADJUSTERS

"Tyre/road Friction - Its Role in Accident Investigation". [1992] Australian Insurance Institute Journal. Vol.5. No.5. Pp 15-17. November

"Enforcement" [1993] Chapter 21 in a text book entitled "The Traffic Safety Toolbox - A Primer on Traffic Safety". Institute of Transportation Engineers, Washington, USA

"Traffic Management and Enforcement in Asia" [1993] A paper delivered to an REAAA Meeting in Melbourne. 30 July.

"Accident Investigation - What Happens When It's Your Vehicle" [1993]. A paper delivered in the proceedings of Freight Congress '93. Victorian Road Transport Association, Melbourne, 11-14 August.

"The Mechanics of Accidents" [1993]. A paper delivered to the Society of Automotive Engineers, Victorian Division, Melbourne, 11 August.

"Traffic Laws - Traffic Problems" [1993]. A paper delivered to the Australian Asphalt Pavement Association 1993 Conference. Melbourne, 15 August.

"Driver Strategy and Tactics" [1993]. Australian Insurance Institute Journal. Vol. 16. No.4. Pp 37-39.

"Do I Have the Energy to Explain Momentum?" [1994]. Momentum - the Journal of the Australasian & South Pacific Association of Collision Investigators, Vol.2. No.1 pp 13-15.

"Accident Reconstruction" [1995]. A papers presented at Monash University Conference - Vehicle Accidents. Their Cause - Reconstruction - Law. Melbourne 29th July.

"Investigation Involving Heavy Vehicles" [1995]. Presented at AIRIL '95, the International Conference on Accident Investigation and the Law. Surfers Paradise, October. Proceedings pp 379-387.

"Reconstruction - The Police Experience in Australia" [1995]. A Key Note paper and address at AIRIL '95. Proceedings pp 173-179.

"Will You Survive a Visit From The AIS? - The Implications of a Police Investigation" [1997] A paper prepared for the Victorian Road Transport Association and presented at the Twilight Seminar Series, Feb. 11.

"Accident Data - The Investigators Approach" [1997]. A paper presented on 14 July 1997 to the Accident Investigation Prevention Workshop at Monash University, Clayton Campus, and published in the proceedings of that Workshop.

RECEIVED

APR 11 2005

GUAM INSURANCE
ADJUSTERS

"Policing Traffic in Asia" [1997]. A paper presented on 5th August, 1997, to the Victorian Chapter of the Australian Institute of Traffic Planning and Management and to be published in the AITPM Newsletter.

"Traffic Management - Enforcement and Regulatory Change" [1997]. A paper presented at the Liaoning Urban Transport Seminar, Shenyang, China, on 26 November, 1997.

"Traffic Management - Education" [1997]. A paper presented at the Liaoning Urban Transport Seminar, Shenyang, China, on 26 November, 1997

"Self Regulation - Panacea, Plague or Negotiable Tightrope" [1998] Proceedings of 5th International Symposium on Heavy Vehicle Weights and Dimensions. Maroochydore 29th March to 2nd April, 1998.

"Physical Evidence and How It Is Used" [1998] Proceedings of Seminar "Serious & Fatal Accident Claims" conducted by The LAAMS Group of Companies, Melbourne, 26 November, 1998.

"Effect of Roadworthiness on Crash Outcomes - A Forensic Perspective" [1999] A report prepared for VicRoads as part of their submission to the Parliamentary Road Safety Committee enquiry into compulsory roadworthiness checks.

"Enforcement: An Update" [1999] Chapter 15 in a text book entitled "The Traffic Safety Toolbox - A Primer on Traffic Safety". Institute of Transportation Engineers, Washington, USA

"Accident Reconstruction - The Use & Interpretation of Physical Evidence" [2000]. Proceedings of Seminar "Expert Evidence in Motor & Traffic Accidents" conducted by the LAAMS Group of Companies, Melbourne, 21 November, 2000.

"The Flushed Pavement and Heavy Vehicles" [2002] Proceedings of the ASPACI Conference, Adelaide, 10-13 March, 2002.

"The Implications of Pavement Flushing on Skid Resistance" [2003] Impact - The Journal of the Institute of Traffic Accident Investigators. Vol. 12. No 1. pp4-7

"The Responsibility for Poor Maintenance" [2004]. Presented at the Institute of Road Transport Engineers [New Zealand] Conference in Rotorua, New Zealand. July 2004.

## OVERSEAS EXPERIENCE

Greater Dhaka Integrated Transportation Study - Dhaka, Bangladesh. As enforcement expert working with Dhaka Metropolitan Police to quantify the available resources for traffic enforcement in Dhaka and the deployment of these resources, describe current

RECEIVED

APR 11 2003

GUAM INSURANCE
ADJUSTERS

procedures and programs for training traffic police officers, identify traffic enforcement strategies, gain an understanding of the needs of the traffic police to improve the effectiveness of their work and from the information gathered to develop an overall strategy. The components of the developed strategy are a statement of the key traffic enforcement objectives for Dhaka and a desired timetable for achieving the objectives, recommendation of strategies for achieving the agreed enforcement objectives including training, recruitment and equipment and to give an indication of the resources needed to implement the selected enforcement strategies.
Duration from 4 Jan '93 to 1 Feb '93 - 1 month

Shenyang Urban Transport Study - Shenyang, Liaoning Province, Peoples Republic of China. As enforcement expert to provide training for the Traffic Branch of the Public Safety Bureau to introduce traffic police to the following enforcement methods; preventative measures, distribution of information to road users, show drivers how to behave and emergency traffic direction; persuasive measures, verbal warnings, written warnings and visible patrols; punitive measures, on the spot fines, notification of offences requiring court appearances, arrest of drivers and court duties. The training included different levels of regulations and enforcement of intersection rules and methods of selective enforcement.
Duration 28 February '93 to 21 March '93 - 3 weeks

Cook Islands Police - Education Scheme. Rarotonga, Cook Islands. As a sessional lecturer to instruct the Cook Islands Police in two subjects. The first of these subjects is Accident Investigation Techniques including the reasons for investigation, the processes of investigation, examination of vehicles and collision scenes for the gathering and interpretation of physical evidence, the drawing of scale diagrams of collision scenes, the calculation of vehicle speed from physical evidence and features, vehicle dynamics, the theory of the conservation of momentum, the use of energy to calculate speed and the presentation of the results. The second course was Traffic Engineering and Control - from the police perspective including the theory of traffic flow, road capacity, road signing, basic statistical analysis and enforcement policies and practices. Provide expert opinion on the cause of selected motor vehicle collision.
Duration 7 to 21 July '91, 9 to 23 February '92 and 4 to 18 June '94 - 6 weeks. 29 April - 5 May 1995

Vietnam Urban Transport Management Study. In Hanoi and Ho Chi Minh City to define organizational, operational and training programs and equipment requirements necessary to assist the traffic police in the management of road traffic by conducting a comprehensive review of the present resources and operational performance of the traffic police and based on that review, propose a programme of improvements which will include, but will not necessarily be limited to those areas. To provide recommendations for technical assistance for the traffic police in the areas defined for the study.
Duration 7 weeks. 2 July, 1995 to 3 August, 1995, and 13 September to 28 September, 1995

Case 1:06-cv-00017      Document 26-14      Filed 09/01/2006      Page 17 of 29

RECEIVED
APR 11 2005
GUAM INSURANCE
ADJUSTERS

Heilongjiang Road Safety Project. To review the Traffic Policing Organization, training, equipment and operations against the accident record for the Province and to recommend appropriate changes and improvements to increase the operational effectiveness of the Public Security Bureau Traffic Police in the Province.
Duration 10 weeks in the field. 5 November to 28 November, 1995. 14 January to 7 February 1996. 19 May to 19 June 1996.

Hong Kong. Review the accident record, training and routes used by the Kowloon Motor Bus Company [1933] Ltd to identify problems and deficiencies in their current operations and routes and to recommend remedial action.
Duration 3 weeks. 7 July to 27 July, 1996.

Liaoning Urban Transport Seminar. Conducted in Shenyang, Peoples Republic of China. Speaker and Group Instructor on Traffic Management - Enforcement, Regulatory Change and Education. Duration 1 week. 24 to 28 November, 1997.

Dhaka Urban Transport Project [Phase II]. Dhaka, Bangladesh. With reference to the design plans for major arterial roadworks review the current status of the Traffic Division of the Dhaka Metropolitan Police and its ability to undertake the necessary traffic management and enforcement program to minimize the effects of the works on urban traffic. In conjunction with the police to identify the necessary diversions around the roadworks and to compile the operational plan, personnel and equipment requirements and the training needed to cope with the expected disruption. Duration 4 weeks from 14 June to 12 July, 1998.

Kuala Lumpur, Malaysia. Conduct internal advanced training in collision response and investigation for incidents involving heavy goods vehicles conveying petroleum products. Training conducted for the Shell Oil Company. Duration two weeks from 16th March, 2003 to 29th March, 2003. One week from 12th to 18th September, 2004.

# AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR REIMBURSEMENT

# EXHIBIT "4"

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. vs. PACIFIC INDEMNITY INSURANCE COMPANY; U.S. DISTRICT COURT OF GUAM, CIVIL CASE NO. 06-00017

RECEIVED
220p
MAY 16 2005
SUPERIOR COURT
OF GUAM
CLERKS OFFICE

FILED
SUPERIOR COURT
OF GUAM

2005 MAY 17 PM 12:33

CLERK OF COURT

BY: _____

RECEIVED

MAHER • YANZA • FLYNN • TIMBLIN, LLP

Date: 11/30/05  obtained from Superior Court Records
Time: 3:30 pm  By: SMM

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**General Crimes Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3406 ● (671) 477-3390 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# IN THE SUPERIOR COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | CRIMINAL CASE NO. CM |
| | GPD REPORT NO. 05-03785 & 05-03396 / |
| vs. | Charges: **CM 0352-05** |
| **JOHN DEAN QUERRY,** | 1. **DRIVING WHILE UNDER THE INFLUENCE OF A SCHEDULE II CONTROLLED SUBSTANCE** (As a Misdemeanor) |
| DOB: 02/25/1974 | |
| SSN: 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 | |
| Defendant. | 2. **RECKLESS CONDUCT** (As a Misdemeanor) |
| | 3. **RECKLESS DRIVING** (As a Petty Misdemeanor) |

## COMPLAINT

The Attorney General of Guam hereby accuses **JOHN DEAN QUERRY** of certain crimes committed as follows:

## FIRST CHARGE

On or about the 14ᵗʰ day of February, 2005, in Guam, **JOHN DEAN QUERRY** did operate and was in physical control of a vehicle while under the influence of a controlled substance, that is, amphetamine-based substance, in violation of 16 GCA § 18102(a) (as enacted on June 22, 1993, Public Law 22-20).




## SECOND CHARGE

On or about the 10TH day of February, 2005, in Guam, **JOHN DEAN QUERRY**, did recklessly engaged in conduct which unjustifiably may have placed residences on George Sanchez Street, in danger of serious bodily injury, in violation of 9 GCA §§ 19.40(a)(1) and (b), as amended.

## THIRD CHARGE

On or about the 14th day of February, 2005, in Guam, **JOHN DEAN QUERRY** did drive a vehicle upon a highway in a willful and wanton disregard for the safety of persons and property, in violation of 16 GCA §§9107(a) and 3111(a).

Dated this 14 day of May, 2005.

**OFFICE OF THE ATTORNEY GENERAL**
DOUGLAS B. MOYLAN, Attorney General of Guam

**NICOLAS E. TOFT**
Assistant Attorney General, General Crimes Division

# IN THE SUPERIOR COURT
## OF GUAM
## DECLARATION

COMES NOW Nicolas E. Toft, a duly appointed Assistant Attorney General, and aver, upon information and belief, that the following is true.

I have reviewed Guam Police Reports numbers 05-03396 and 05-03785 submitted by PO2 P.G. Sanchez (#442) and PO3 J.E.D. Santo Tomas (#542). The reports revealed the following:

On or about the 10th day of February, 2005, at about 11:20 P.M., Officer M.L. Elliott responded to a report of a traffic accident in Umatac, Guam. He arrived at the scene and noted that a large tanker truck was on fire, and that the fire had spread to nearby houses and vehicles on George Sanchez Street. Witnesses stated that the truck had rolled over to its right side, slid to the bottom of the hill on Rt.2, and struck a concrete utility pole, spilling its flammable contents. Edwin A. Quinata informed Officer Elliot that the operator, later identified as **JOHN D. QUERRY,** had jumped out of the cab of the tanker after the crash and had run towards George Sanchez Street. **JOHN D. QUERRY** was located and transported to Guam Memorial Hospital. As a result of the crash, three vehicles and three residences were destroyed by fire caused by the spill of the contents of the truck.

Based upon physical evidence at the scene and interviews with **JOHN D. QUERRY** and other Mobil Oil Guam employees, Officer Sanchez determined that the vehicle was traveling approximately 64 MPH shortly before the crash. He also determined that the brakes of the vehicle had overheated during the descent down the hill, creating brake fades, but that the cause of the fades was excessive use of the brake to slow a fast-moving vehicle down without utilizing the engine brakes, and that the brake system was functioning properly.

**JOHN D. QUERRY** submitted to a test of his urine, which yielded a positive result for an amphetamine-based substance.

Based on the foregoing, there is probable cause to charge **JOHN D. QUERRY** with **DRIVING WHILE UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE (As a Misdemeanor),** in violation of 16 G.C.A. §18102(a), **RECKLESS DRIVING (As a Petty Misdemeanor),** in violation of 16 G.C.A. §9107(a), and **RECKLESS CONDUCT (As a Misdemeanor),** in violation of 9 G.C.A. §19.40(a)(1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14 day of May, 2005.

_____
NICOLAS E. TOFT

AMENDED COMPLAINT FOR
DECLARATORY RELIEF AND FOR
REIMBURSEMENT

# EXHIBIT "5"

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. vs.
PACIFIC INDEMNITY INSURANCE
COMPANY; U.S. DISTRICT COURT OF
GUAM, CIVIL CASE NO. 06-00017

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
02/11/2005

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|
| CASSIDY'S ASSOCIATED INSURERS, INC.<br>378 WEST O'BRIEN DRIVE<br>HAGATNA GU 96910 | |

| | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED<br>AMBYTH SHIPPING & TRADING INC (SEE NAMED INSURED<br>ENDST<br>)<br>1026 CABRAS HWY SUITE 205<br>PITI GU 96925 | INSURER A: Pacific Indemnity Insurance Co | |
| | INSURER B: | |
| | INSURER C: | RECEIVED |
| | INSURER D: | |
| | INSURER E: | APR 15 2005 |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

GUAM INSURANCE ADJUSTERS

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE ☒ OCCUR | LS101278 | 01/14/05 | 01/14/06 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED. EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS-COMP/OP AGG. | $ 10,000,000<br>$ 50,000<br>$ 2,000<br>$ 10,000,000<br>$ 10,000,000<br>$ NOT COVERED |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PRO-JECT ☐ LOC | | | | | |
| A | | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>X SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | LBA11100544 | 04/01/04 | 04/01/05 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $ 1,000,000<br>$<br>$<br>$ |
| | | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN   EA ACC<br>AUTO ONLY:   AGG | $<br>$<br>$ |
| | | **EXCESS / UMBRELLA LIABILITY**<br>☐ OCCUR ☐ CLAIMS MADE<br>☐ DEDUCTIBLE<br>☐ RETENTION $ | | | | EACH OCCURRENCE<br>AGGREGATE | $<br>$<br>$<br>$<br>$ |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | WC12100635 | 04/01/04 | 04/01/05 | WC STATU-TORY LIMITS | OTHER<br>E.L. EACH ACCIDENT $ 100,000<br>E.L. DISEASE-EA EMPLOYEE $ 100,000<br>E.L. DISEASE-POLICY LIMIT $ 100,000 |
| | | OTHER: | | | | | |

## DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/ SPECIAL PROVISIONS

SEE ATTACHED ENDORSEMENTS: CG 21 44 11 85, CG 21 04 11 85, IL 12 01 11 85, CG 20 10 03 97, CA 20 1 PI 09 01.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| MOBIL OIL GUAM, INC.<br><br><br><br>Attention: | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>*[signature]* Michael C. Cassidy |

ACORD 25 (2001/08)          Certificate #   389          © ACORD CORPORATION 1988

POLICY NUMBER: LBA11100844

COMMERCIAL AUTO
CA 20 10 PI 09 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED FOR AUTOMOBILE LIABILITY – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

RECEIVED

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

APR 15 2005

GUAM INSURANCE
ADJUSTERS

This endorsement changes the policy effective on the inception of the policy unless another date is indicated below.

| Endorsement effective: **APRIL 1, 2005** | |
|---|---|
| AMBYTH SHIPPING & TRADING, INC.<br>DBA: AMBYTH TRUCKING<br>DBA: AMBYTH LOGISTICS<br>AMBYTH TRUCKING, INC.<br>193 ROJAS STREET<br>HARMON INDUSTRIAL PARK<br>TAMUNING, GUAM 96913 | Countersigned By<br><br><br>(Authorized Signature) |

**SCHEDULE**

Name of person or Organization:

MOBIL OIL GUAM, INC.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Who Is An Insured (Section II)** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

ACORD 25-S (2001/08)

Certificate #389

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

COMMERCIAL AUTO INSURANCE
CA 00 01 05 03 PI

# COMMERCIAL AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V-Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverage's. The following numerical symbols described the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos."

**A.    Description of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Auto" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" – Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the sate where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorist requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees" partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

CA 00 01 05 03 PI            Copyright, Insurance Services Office, Inc., 1996

Case 1:06-cv-00017    Document 26-14    Filed 09/01/2006    Page 27 of 29

B.    **Owned Autos You Acquire After the Policy Begins**

　　1.　　If Symbols 1, 2, 3, 4,  5 or 6 are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

　　2.　　But, if Symbol 7 is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

　　　　a.　　We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

　　　　b.　　You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

C.    **Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

　　1.　　"Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

　　2.　　"Mobile equipment" while being carried or towed by a covered "auto".

　　3.　　Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

　　　　(a)　　Breakdown;
　　　　(b)　　Repair;
　　　　(c)　　Servicing;
　　　　(d)　　"Loss"; or
　　　　(e)　　Destruction.

## SECTION II – LIABILITY COVERAGE

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

A.    **Coverage**

　　We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting for the ownership, maintenance or use of a covered "auto".

　　We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

　　We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by the payment of judgments or settlements.

　　1.　　**Who Is An Insured**

The following are "insureds":

　　　　a.　　You for any covered "auto".

CA 00 01 05 03 PI              Copyright, Insurance Services Office, Inc., 1996

b.  Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (1)  The owner or anyone else from whom you hire or borrow a covered "auto" This exception does not apply if the covered "auto" is a 'trailer' connected to a covered "auto" you own.
   (2)  Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.
   (3)  Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.
   (4)  Anyone other than your "employee", partners (if you are a partnership), members (if you are a limited liability company, or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".
   (5)  A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c.  Anyone liable for the conduct of any "insured" described above but only to the extent of the liability.

2.  **Coverage Extensions**

   a.  Supplementary Payments

   RECEIVED

   APR 15 2005

   GUAM INSURANCE
   ADJUSTERS

   In addition to the Limit of Insurance, we will pay for the "insured":
   (1)  All expenses we incur.
   (2)  Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.
   (3)  The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.
   (4)  All reasonable expenses incurred by the "insured" at our request, including actual loss of earning up to $250 a day because of time off from work.
   (5)  All costs taxed against the "insured" in any "suit" against the "insured" we defend.
   (6)  All interest on the full amount of any judgement that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgement that is within our Limit of Insurance.

   b.  Out of State Coverage Extensions

   While a covered "auto" is away from the state where it is licensed we will:
   (1)  Increase the Limit of Insurance of Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdication where the covered "auto" is being used. This extension does not apply to the limit of limits specified by any law governing motor carriers of passengers or property.
   (2)  Provide the minimum amounts and types of other coverages such as no-fault, required of out of state vehicles by the jurisdiction where the covered "auto" is being used.

   We will not pay anyone more than once for the same elements of loss because of these extensions.

Case 1:06-cv-00017    Document 26-14    Filed 09/01/2006    Page 29 of 29