# RENEWAL CERTIFICATE
## COMMERCIAL LINES

1                                                                April 4, 2004

| | |
|---|---|
| NAME AND ADDRESS OF AGENCY          472-8834 | INSURANCE COMPANY |
| | PACIFIC INDEMNITY INSURANCE CO |
| CASSIDY'S ASSOC. INSURERS, INC | RECEIVED |
| 376 W. O'BRIEN DRIVE | 348 W. O'BRIEN DR. |
| AGANA, GU 96910 | AGANA          GU 96910     APR 15 2005 |
| AGENCY CODE   COMPANY | |

| | | |
|---|---|---|
| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER | POLICY TYPE GUAM INSURANCE |
| AMBYTH SHIPPING & TRADING, INC | LBA11100644     C/AU         ADJUSTERS |
| (SEE NAMED INSURED ENDST.) | POLICY PERIOD    (INCEPTION)              (EXPIRATION) |
| 1026 CABRAS HWY SUITE 205 | April 1, 2004    TO April 1, 2005 |
| PITI, GU          96926 | |

1. C/AU COMM. AUTO MASTER-94

----------------------------------------------------------------------

PREMIUM: $ 51,514.00

IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, IT IS AGREED THAT THE POLICY DESIGNATED HEREIN IS RENEWED FOR THE PERIOD STATED, SUBJECT TO ALL ITS TERMS EXCEPT AS OTHERWISE SPECIFIED HEREIN.

IF, PRIOR TO THE EFFECTIVE DATE STATED IN THIS CERTIFICATE, THE COMPANY HAS ADOPTED REVISED PROVISIONS FOR THE FORM OF THE POLICY RENEWED BY THIS CERTIFICATE IN ORDER TO AFFORD, WITHOUT ADDITIONAL PREMIUM, A BROADER INSURANCE TO ALL RISKS SUCH AS THAT INSURED BY THE POLICY, THE INSURANCE AFFORDED FOR THE POLICY PERIOD STATED IN THIS CERTIFICATE SHALL BE CONSTRUED IN ACCORDANCE WITH THE PROVISIONS OF SUCH REVISION.

THIS CERTIFICATE IS SUBJECT TO RATES CURRENTLY IN EFFECT, AS OF THE RENEWAL DATE.

THIS CERTIFICATE SHALL NOT BE VALID UNLESS COUNTERSIGNED BY A DULY AUTHORIZED REPRESENTATIVE OF THE COMPANY.

========================================================================
"SEE ATTACHED SCHEDULE"
IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING ENDORSEMENTS ARE ATTACHED TO AND FORM A PART OF THE ABOVE SUBJECT POLICY:
IL 12 01 11 85
IL PI 00 05 03
ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

_____
(Authorized Signature)
Michael Cassidy                    OO(A

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE: | COMPANY |
|---|---|---|
| LBA11100644 | April 1, 2004 | Pacific Indemnity Insurance Company |

**NAMED INSURED**

Ambyth Shipping & Trading, Inc.
(see Named Insured Endorsement)

### CHANGES

This amendment changes the policy. Please read it carefully:

#### NAMED INSURED ENDORSEMENT

The Named Insured is as follows:

Ambyth Shipping & Trading, Inc.
Ambyth Shipping & Trading, Inc. DBA: Ambyth Logistics
Ambyth Shipping & Trading, Inc. DBA: Ambyth Trucking
Ambyth Trucking, Inc.
Ambyth Shipping Micronesia, Inc.
Ambyth Shipping Micronesia, Inc. DBA: Ambyth Logistics
Seafix, Inc.

Authorized Representative Signature

IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services, Inc., 1983

□

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINIMUM EARNED PREMIUM

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

| POLICY NUMBER | POLICY EFFECTIVE: | COMPANY |
|---|---|---|
| LBA11100644 | APRIL 1, 2004 | Pacific Indemnity Insurance Company |

**NAMED INSURED**

AMBYTH SHIPPING & TRADING, INC.
(SEE NAMED INSURED ENDORSEMENT)
1026 CABRAS HIGHWAY STE. 205
PITI, GUAM 96925

This endorsement modifies insurance provided under this policy.

The minimum earned premium for this policy will be **$ 1,000.00**, unless we cancel the policy.

_____
**Authorized Representative Signature**

IL PI 00 05 03

Copyright, Insurance Services Office, Inc., 1983
Copyright. ISO Commercial Risk Services. Inc.. 1983

POLICY NUMBER: LBA11100644

COMMERCIAL AUTO INSURANCE
CA 100 05 03 PI

# COMMERCIAL AUTO INSURANCE
## CONSOLIDATED MANDATORY ENDORSEMENT

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

THE FOLLOWING ENDORSEMENTS CHANGE YOUR POLICY.
PLEASE READ THEM CAREFULLY THEN ACKNOWLEDGE ACCEPTANCE AT THE END OF THIS PAGE.

IN CONSIDERATION of the premium charged, IT IS HEREBY UNDERSTOOD AND AGREED that the Company shall not be liable with respect to any accident loss, damage or liability caused, sustained or incurred while any motor vehicle, in respect of which indemnity is provided by this policy is excluded by any of the listed exclusions and shall be amended by any of the listed endorsements as outlined in this endorsement.

## I.    VEHICLE OPERATING SET CONDITIONS EXCLUSIONS:

**A.    Racing Exclusion:**
   1.    The insurance does not apply:
      a.    While the Automobile is used for or engaged in racing, pacemaking or speed testing.

**B.    Invalid Driver's License Exclusion:**
   1.    The insurance does not apply:
      a.    While the Automobile is being operated by the insured or any person who does not hold a valid driver's license.

**C.    DWI Exclusion:**
   The Company shall not be liable with respect to any accident loss, damage or liability caused, sustained or incurred while any motor vehicle, in respect of which indemnity is provided by this policy, is being driven by any person while committing a felony or who is under the influence of intoxicating liquor or controlled drugs or substances, or while said vehicle is being driven by any person who has been convicted of driving while under the influence of intoxicating liquor or any controlled drugs or substances with respect to such accident, loss, damage or liability.

Exclusions **A.**, **B.** and **C.** above shall not apply in respect of any claim by innocent Third Parties or innocent Named Insured if not operating the insured vehicle under these conditions set out in the preceding paragraph AND that if the Company shall indemnify any Third Party for a claim which otherwise would have been excluded under the first paragraph of this exclusion, the Company shall have the right of recovery from the operator of the insured vehicle.

## II.    NUCLEAR ENERGY LIABILITY EXCLUSION

**A.**    The insurance does not apply:
   1.    Under any Liability coverage, to "bodily injury" or "property damage":
      a.    With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mututal Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

CA 100 05 03 PI

Page 1 of 6

# POLICY CHANGE
## COMMERCIAL LINES

1                                                                May 17, 2004

| NAME AND ADDRESS OF AGENCY    472-8834 | INSURANCE COMPANY |
|---|---|
| CASSIDY'S ASSOC. INSURERS, INC<br>376 W. O'BRIEN DRIVE<br>AGANA, GU 96910<br><br>AGENCY CODE   COMPANY | PACIFIC INDEMNITY INSURANCE CO<br><br>348 W. O'BRIEN DR.<br>AGANA      GU 96910 |

| NAME AND MAILING ADDRESS OF INSURED | | |
|---|---|---|
| AMBYTH SHIPPING & TRADING, INC<br>(SEE NAMED INSURED ENDST.)<br>1026 CABRAS HWY SUITE 205<br>PITI, GU            96926 | POLICY NUMBER<br>LBA11100644 | POLICY TYPE<br>C/AU |

POLICY PERIOD (INCEPTION) April 1, 2004 To April 1, 2005 (EXPIRATION)

Change effective April 1, 2004

---

1. C/AU COMM. AUTO MASTER I-

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY UNDERSTOOD AND AGREED THAT FORMS CA PI 01 04 04 AND CA 100 05 0
PI ARE ATTACHED TO AND FORM A PART OF THE SUBJECT POLICY.


ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

**RECEIVED**

APR 15 2005

GUAM INSURANCE
ADJUSTERS

_____
(Authorized Signature)
Michael Cassidy

OO(A:

TERRORISM EXCLUSION

TRIA 001A GU

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

# EXCLUSION OF ACTS OF TERRORISM

This insurance does not apply to any act of **TERRORISM**, including any injury or damage arising, directly or indirectly, whether it arise out of a "certified act of terrorism" or, a "non-certified act of terrorism".

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury of the United States of America, in concurrence with the Secretary of State and the Attorney General of the United States of America, to be an act of terrorism pursuant to the U. S. Terrorism and Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" includes the following:

1. The act resulted in aggregate losses in excess of $5 million; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Non-certified act of terrorism" means any other act of terrorism that is not designated a "certified act of terrorism" by the Secretary of the Treasury of the United States of America.

This endorsement fulfills the requirements of the U. S. Terrorism Risk Insurance Act of 2002.

POLICY NUMBER: LBA11100644

COMMERCIAL AUTO INSURANCE
CA 100 05 03 PI

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

## III.  ABSOLUTE POLLUTION EXCLUSION

A.  Any exclusion in the policy relating to the discharge dispersal, release or escape of smoke, vapors, soot, fumes, aids, alkalis, toxic chemicals, liquids, gases, waste materials or other irritants, contaminants or pollutants is replaced by the following:

   1.  To bodily injury or property damage arising out of the discharge, dispersal, release, or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, gases, waster materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or watercourse or body of water.

   2.  This insurance also does not apply to any cost or expense arising out of any governmental demand or request that an insured test for, assess, monitor, clean-up, remove, contain, tread, detoxify, or neutralize any such irritants contaminants, or pollutants.

   This Company shall not have the duty to defend any claim or suit seeking to impose such cost, expenses, liability for such damages, or any other relief.

## IV.  ASBESTOS EXCLUSION

A.  The insurance does not apply:

   1.  To any loss, demand, claim or suit arising out of or related in any way to asbestos or asbestos-containing materials.

   The Company shall have no duty of any kind with respect to any such loss, demand, claim or suit.

## V.  EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This insurance does not apply to "bodily injury" or "property damage" liability or "covered pollution cost or expense" arising directly or indirectly out of:

A.  Any actual or alleged failure, malfunction or inadequacy of:

   1.  Any of the following, whether belonging to any insured or to others:

      a.  Computer hardware, including microprocessors;
      b.  Computer application software;
      c.  Computer operating systems and related software;
      d.  Computer networks;
      e.  Microprocessors (computer chips) not part of any computer system; or
      f.  Any other computerized or electronic equipment or components; or

   2.  Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1. of this endorsement due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

CA 100 05 03 PI

Page 3 of 6

POLICY NUMBER: LBA11100644

COMMERCIAL AUTO INSURANCE
CA 100 05 03 PI

    d.    Canada;
    e.    Federated States of Micronesia;
    f.    Republic of Palau (Belau); and
    g.    Commonwealth of the Northern Marianas Islands

We also cover "loss" to, or "accidents" involving a covered "auto" while being transported between any of these places.

or;

**RECEIVED**

**APR 1 5 2005**

**GUAM INSURANCE ADJUSTERS**

**B.**    **SECTION V. GARAGE CONDITIONS of the Garage Coverage Form**

Under this Coverage Form, we cover:

    a.    "Bodily injury", "property damage" and "losses" occurring; and
    b.    "Covered pollution cost or expense" arising out of "accidents" occurring during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

    a.    The United States of America:
    b.    Guam and other territories and possessions of the Unites States of America;
    c.    Puerto Rico;
    d.    Canada;
    e.    Federated States of Micronesia;
    f.    Republic of Palau (Belau); and
    g.    Commonwealth of the Northern Marianas Islands
    h.    Anywhere in the world if:
        (1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and
        (2) The "insureds" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Guam and other territories and possessions of the United States of America, Puerto Rico, Canada, Federated States of Micronesia, Repbulic of Palau (Belau) or the Commonwealth of the Northern Marianas Islands or in a settlement we agree to.

We also cover "bodily injury", 'property damage", "covered pollution cost or expense' and "losses" while a covered "auto" is being transported between any of these places.

The coverage territory is extended to anywhere in the world if the "bodily injury" or "property damage" is caused by one of your 'products' which is sold for , in the United States of America, Guam and other territories and possessions of the United States of America, Puerto Rico, Canada, Federated States of Micronesia, Repbulic of Palau (Belau) or the Commonwealth of the Northern Marianas Islands. The original "suit" for damages resulting from such "bodily injury" or "property damage" must be brought in one of these places.

**IX.**    **CANCELLATION ENDORSEMENT**

CA 100 05 03 PI

Page 5 of 6

# BUSINESS AUTO DECLARATIONS

RECEIVED

Policy No.　LBA11100644　　　　　Renewal of　　NEW

POLICY ISSUED BY
Pacific Indemnity Insurance Company
348 West O'Brien Drive
Agana, Guam 96910

PRODUCER'S NAME & ADDRESS
Cassidy's Associated Insurers, Inc.
376 West O'Brien Drive
Hagåtña, Guam 96910

GUAM INSURANCE ADJUSTERS

## ITEM ONE

NAMED INSURED　　Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders

MAILING ADDRESS　　1026 Cabras Highway Ste. 205
　　　　　　　　　　Piti, Guam 96925

POLICY PERIOD:
From　　April 1, 2003　　to　　April 1, 2004　　At 12:01 A.M. Standard Time at your mailing address shown above

FORM OF BUSINESS:
☒ CORPORATION　　　　　☐ INDIVIDUAL
☐ PARTNERSHIP　　　　　☐ OTHER

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## ITEM TWO

### SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those autos shown as covered autos. Autos are shown as covered autos for a particular coverage by the entry of one or more of the symbols from ITEM THREE next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from ITEM THREE shows which autos are covered autos. | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | | PREMIUM |
|---|---|---|---|---|
| LIABILITY INSURANCE | 7 | | $1,000,000.00 | $18,825.00 |
| AUTO MEDICAL PAYMENTS INSURANCE | 7 | | $　3,000.00 | $ 1,620.00 |
| UNINSURED MOTORISTS INSURANCE | 7 | | See endorsement No.: CA 21 GU 98 05 91 | $　760.00 |
| PHYSICAL DAMAGE INSURANCE — COMPREHENSIVE COVERAGE | 7 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS | $ 1,000.00 Deductible FOR EACH COVERED AUTO FOR ALL LOSS EXCEPT FIRE OR LIGHTNING | $ 2,222.00 |
| PHYSICAL DAMAGE INSURANCE — SPECIFIED PERILS COVERAGE | Not Covered | | $25 Deductible FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM LIGHTNING | Not Covered |
| PHYSICAL DAMAGE INSURANCE — COLLISION COVERAGE | 7 | | $ 1,000.00 Deductible FOR EACH COVERED AUTO | $ 9,644.00 |
| PHYSICAL DAMAGE INSURANCE — TOWING & LABOR | 7 | $25 for each disablement of a passenger auto | | $　15.00 |

| | |
|---|---|
| PREMIUM FOR ENDORSEMENTS: | N/A |
| ESTIMATED TOTAL PREMIUM: | $32,986.00 |

Monique R. Baysingao

ENDORSEMENTS ATTACHED TO THIS COVERAGE FORM:
IL 00 03 05 89, CA 00 01 07 97, IL 00 21 11 85, CA 99 03 07 97, CA 21 17 12 93, CA 21 GU 98 05 91, AUTO1B.0498, AUTO31.0498, AUTO5.0700, AUTO8.0899, AUTO9.1000, PROP5.0498_r1298, LIAB9.0498_r1298

COUNTERSIGNED　　4/1/03
　　　　　　　　(Date)

BY　　_____
　　　　(Authorized Representative)

CA DS 03 07 97 PI

Page 1

ITEM THREE
SCHEDULE OF COVERED AUTOS YOU OWN

APR 15 2005

GUAM INSURANCE
ADJUSTERS

DESCRIPTION                                                                    TERRITORY

| Covered Auto No. | Year Model: Trade Name; Body Type; Vehicle Identification Number (VIN); Serial Number(s) | | | | PURCHASED | | Island where Covered Auto will be principally garaged |
|---|---|---|---|---|---|---|---|
| | | | | | Original Cost New | Actual Cost NEW (N) USED (U) | |
| 1 | 1982 | Flin | YD20 Tractor | 1FUAYEYA3CP209552 | | U | GUAM |
| 2 | 1976 | Trail | Mobile Chassis | P33245 | | U | GUAM |
| 3 | 2001 | Toyota | Echo | JTDBT12331045256 | | U | GUAM |
| 4 | 1973 | Fruehauf | Trailer | OMM496178 | | U | GUAM |
| 5 | 1975 | Theurer | Trailer | N44789 | | U | GUAM |
| 6 | 1976 | Theurer | Trailer | N44023 | | U | GUAM |
| 7 | 1998 | Yale | Forklift | FP0033 | | U | GUAM |
| 8 | 1994 | Honda | Accord LX | JHMCD5636RC074050 | | U | GUAM |
| 9 | 1997 | Toyota | Tercel | JT2AC52L0V0287131 | | U | GUAM |
| 10 | 1997 | Toyota | Tercel | JT2AC52L6V0287070 | | U | GUAM |
| 11 | 1999 | Toyota | Camry | JT2BF28K8X0146898 | | U | GUAM |
| 12 | 1999 | Toyota | Tacoma 4x2 Pickup | 4TANL42N8XZ542638 | | U | GUAM |
| 13 | 1999 | Toyota | Tacoma 4x2 Pickup | 4TANL42N9XZ526086 | | U | GUAM |
| 14 | 1994 | Freightliner | Truck Tractor | 1FUY3LDB1R424548 | | U | GUAM |
| 15 | 1984 | GWM | Truck Tractor | 60261 | | U | GUAM |
| 16 | 1975 | Theurer | Trailer | N44974 | | U | GUAM |
| 17 | 1997 | Nissan | Pathfinder 4x4 | JN8AR05Y7VW136479 | | U | GUAM |
| 18 | 1999 | Toyota | Camry | JT2BG28KXX0339776 | | U | GUAM |
| 19 | 1975 | Theurer | Trailer | N44946 | | U | GUAM |
| 20 | 1998 | International | 9100 | 2HSFRAXRXWC050522 | | U | GUAM |
| 21 | 1979 | Strick | Trailer | P636048 | | U | GUAM |
| 22 | 1994 | Freightliner | Truck Tractor | 1FUY3LDB0RP424556 | | U | GUAM |
| 23 | 1979 | Budd | Chassis | 176632L | | U | GUAM |
| 24 | 1979 | Budd | Chassis | 176609L | | U | GUAM |
| 25 | 1979 | Budd | Chassis | 181267L | | U | GUAM |
| 26 | 2002 | Toyota | Echo | JTDBT123620201336 | | U | GUAM |
| 27 | 1979 | Strick | Trailer | P634428 | | U | GUAM |
| 28 | 1995 | Freightliner | FLD 112 | 1FUY3MDB25P425154 | | U | GUAM |
| 29 | 1994 | Freightliner | FLD 112 | 1FUY3LDB6RP424545 | | U | GUAM |
| 30 | 1979 | Budd | Chassis | 181556L | | U | GUAM |
| 31 | 1996 | Ford | E350 | 1FDKE37G5THA38971 | | U | GUAM |
| 32 | 1994 | International | Flatbed 4900 | 1HTSDAAMORH595468 | | U | GUAM |
| 33 | 1980 | Frueh | Trailer | CP713879 | | U | GUAM |
| 34 | 1978 | Frueh | Trailer | FRY660097 | | U | GUAM |
| 35 | 1976 | Trail | Mobile Chassis | P32666 | | U | GUAM |
| 36 | 1978 | Frueh | Trailer | S36724 | | U | GUAM |
| 37 | 1976 | Trail | Mobile Chassis | P32709 | | U | GUAM |
| 38 | 1976 | Trail | Mobile Chassis | P32692 | | U | GUAM |
| 39 | 1978 | Trail | Mobile Trailer | S51609 | | U | GUAM |
| 40 | 1977 | Trail | Mobile Trailer | S37446 | | U | GUAM |
| 41 | 1978 | Trail | Mobile Trailer | T30087 | | U | GUAM |
| 42 | 1987 | Freuhauf | Trailer | 5397 | | U | GUAM |
| 43 | 1987 | Freuhauf | Trailer | 5393 | | U | GUAM |
| 44 | 1976 | Trail | Mobile Chassis | P32442 | | U | GUAM |
| 45 | 1987 | Freuhauf | Trailer | 5398 | | U | GUAM |
| 46 | 1987 | Freuhauf | Trailer | 5396 | | U | GUAM |
| 47 | 1987 | Freuhauf | Trailer | 5395 | | U | GUAM |

CA DS 03 07 97 PI

Page 2

| 48 | 1975 | Theurer | Trailer | N44038 | | U | GUAM |
| 49 | 1978 | Freuhauf | Trailer | FRV721408 | | U | GUAM |
| 50 | 1974 | Dorsey | Trailer | 119017 | | U | GUAM |
| 51 | 1974 | Bertolini | Trailer | B17858 | | U | GUAM |
| 52 | 1976 | Trail | Mobile Chassis | P33225 | | U | GUAM |
| 53 | 1976 | Trail | Mobile Chassis | P32683 | | U | GUAM |
| 54 | 1976 | Trail | Mobile Chassis | P33231 | RECEIVED | U | GUAM |
| 55 | 1976 | Trail | Mobile Chassis | P32619 | | U | GUAM |
| 56 | 1976 | Trail | Mobile Chassis | P32534 | APR 15 2005 | U | GUAM |
| 57 | 1975 | Bert | Chassis | B18625 | | U | GUAM |
| 58 | 1976 | Trail | Mobile Chassis | P32430 | GUAM INSURANCE | U | GUAM |
| 59 | 1979 | Budd | Chassis | 18137OL | ADJUSTERS | U | GUAM |
| 60 | 1976 | Trail | Mobile Chassis | P32384 | | U | GUAM |
| 61 | 1979 | Strick | Trailer | P634079 | | U | GUAM |
| 62 | 1978 | Bert | Chassis | 828964 | | U | GUAM |
| 63 | 1976 | Bert | Chassis | B19473 | | U | GUAM |
| 64 | 1974 | Dorsey | Chassis | 112699 | | U | GUAM |
| 65 | 1980 | Budd | Chassis | 189378L | | U | GUAM |
| 66 | 1988 | Budd | Chassis | 189385L | | U | GUAM |
| 67 | 1980 | Budd | Chassis | 179878L | | U | GUAM |
| 68 | 1980 | Budd | Chassis | 179885L | | U | GUAM |
| 69 | 1980 | Budd | Chassis | 189372L | | U | GUAM |
| 70 | 1979 | Budd | Chassis | P176637L | | U | GUAM |
| 71 | 1987 | Fruehauf | Trailer | 5394 | | U | GUAM |
| 72 | 2001 | Mazda | MPV Van | JM3LW28G310211615 | | U | GUAM |
| 73 | 1997 | Isuzu | NPR Van | JALB4B1K9V7008066 | | U | GUAM |
| 74 | 1991 | EZ Loader | 150TXES Trailer | 5375 | | U | GUAM |
| 75 | 1979 | Budd | Chassis | 181549L | | U | GUAM |
| 76 | 1996 | International | 9400 | 2HSFHASR8TC014687 | | U | GUAM |

### CLASSIFICATION

| Covered Auto No. | Business Use s =service; r =retail; c =commercial | Age | EXCEPT FOR Towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
|---|---|---|---|
| 1 | C | | None Stated |
| 2 | C | | None Stated |
| 3 | C | | None Stated |
| 4 | C | | None Stated |
| 5 | C | | None Stated |
| 6 | C | | None Stated |
| 7 | C | | None Stated |
| 8 | C | | None Stated |
| 9 | C | | None Stated |
| 10 | C | | None Stated |
| 11 | C | | None Stated |
| 12 | C | | None Stated |
| 13 | C | | None Stated |
| 14 | C | | None Stated |
| 15 | C | | None Stated |
| 16 | C | | None Stated |
| 17 | C | | None Stated |
| 18 | C | | None Stated |
| 19 | C | | None Stated |
| 20 | C | | None Stated |
| 21 | C | | None Stated |
| 22 | C | | None Stated |
| 23 | C | | None Stated |

CA DS 03 07 97 PI

| | | | | |
|---|---|---|---|---|
| 24 | C | | | None Stated |
| 25 | C | | | None Stated |
| 26 | C | | | None Stated |
| 27 | C | | | None Stated |
| 28 | C | | | None Stated |
| 29 | C | | | None Stated |
| 30 | C | | | None Stated |
| 31 | C | | | None Stated |
| 32 | C | | | None Stated |
| 33 | C | | | None Stated |
| 34 | C | | | None Stated |
| 35 | C | | | None Stated |
| 36 | C | | | None Stated |
| 37 | C | | | None Stated |
| 38 | C | | | None Stated |
| 39 | C | | | None Stated |
| 40 | C | | | None Stated |
| 41 | C | | | None Stated |
| 42 | C | | | None Stated |
| 43 | C | | | None Stated |
| 44 | C | | | None Stated |
| 45 | C | | | None Stated |
| 46 | C | | | None Stated |
| 47 | C | | | None Stated |
| 48 | C | | | None Stated |
| 49 | C | | | None Stated |
| 50 | C | | | None Stated |
| 51 | C | | | None Stated |
| 52 | C | | | None Stated |
| 53 | C | | | None Stated |
| 54 | C | | | None Stated |
| 55 | C | | | None Stated |
| 56 | C | | | None Stated |
| 57 | C | | | None Stated |
| 58 | C | | | None Stated |
| 59 | C | | | None Stated |
| 60 | C | | | None Stated |
| 61 | C | | | None Stated |
| 62 | C | | | None Stated |
| 63 | C | | | None Stated |
| 64 | C | | | None Stated |
| 65 | C | | | None Stated |
| 66 | C | | | None Stated |
| 67 | C | | | None Stated |
| 68 | C | | | None Stated |
| 69 | C | | | None Stated |
| 70 | C | | | None Stated |
| 71 | C | | | None Stated |
| 72 | C | | | None Stated |
| 73 | C | | | None Stated |
| 74 | C | | | None Stated |
| 75 | C | | | None Stated |
| 76 | C | | | None Stated |

RECEIVED
APR 1 5 2005
GUAM INSURANCE
ADJUSTERS

CA DS 03 07 97 PI

RECEIVED

APR 1 5 2005

GUAM INSURANCE
UNDERWRITERS



## ITEM THREE
## SCHEDULE OF COVERED AUTOS YOU OWN (Cont'd)

### COVERAGES – PREMIUMS AND LIMITS -- AUTO LIABILITY, MEDICAL PAYMENTS AND UNINSURED MOTORISTS COVERAGE
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry
in the corresponding ITEM TWO column applies instead)

| Covered Auto No. | LIABILITY | | AUTOMOBILE MEDICAL PAYMENTS | | UNINSURED MOTORISTS | |
|---|---|---|---|---|---|---|
| | Limit | Premium | Limit | Premium | Limit | Premium |
| 1 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 2 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 3 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 4 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 5 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 6 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 7 | $1,000,000.00 | $ 177.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 8 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 9 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 10 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 11 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 12 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 13 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 14 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 15 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 16 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 17 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 18 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 19 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 20 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 21 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 22 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 23 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 24 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 25 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 26 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 27 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 28 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 29 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 30 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 31 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 32 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 33 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 34 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 35 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 36 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 37 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 38 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 39 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 40 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 41 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 42 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 43 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 44 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 45 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 46 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 47 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |

CA DS 03 07 97 PI

| 48 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 49 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 50 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 51 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 52 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 53 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 54 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 55 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 56 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 57 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 58 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 59 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 60 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 61 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 62 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 63 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 64 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 65 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 66 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 67 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 68 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 69 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 70 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 71 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 72 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 73 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 74 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 75 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 76 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| Total Premium | | $18,825.00 | | $1,520.0 | | $760.00 |

## COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES – COMPREHENSIVE, COLLISION AND TOWING AND LABOR
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry
in the corresponding ITEM TWO column applies instead)

| Covered Auto No. | COMPREHENSIVE | | SPECIFIED PERILS | COLLISION | | TOWING & LABOR $25 Per Disablement |
| | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit stated in ITEM TWO Premium | Limit stated in ITEM TWO minus deductible shown below | Premium | Premium |
|---|---|---|---|---|---|---|
| 1 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 2 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 3 | $1,000.00 | $ 91.00 | Not Covered | $1,000.00 | $ 312.00 | $ 1.00 |
| 4 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 5 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 6 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 7 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 8 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 9 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 10 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 11 | $ 500.00 | $ 137.00 | Not Covered | $ 500.00 | $ 386.00 | $ 1.00 |
| 12 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 13 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 14 | $1,000.00 | $ 166.00 | Not Covered | $1,000.00 | $ 870.00 | $ 1.00 |
| 15 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 16 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |

CA DS 03 07 97 PI

RECEIVED

APR 15 2005

GUAM INSURANCE ADJUSTERS

Page 6

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | $1,000.00 | $ 178.00 | Not Covered | $1,000.00 | $ 576.00 | $ 1.00 |
| 18 | $1,000.00 | $ 137.00 | Not Covered | $1,000.00 | $ 386.00 | $ 1.00 |
| 19 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 20 | $1,000.00 | $ 225.00 | Not Covered | $1,000.00 | $1,166.00 | $ 1.00 |
| 21 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 22 | $1,000.00 | $ 195.00 | Not Covered | $1,000.00 | $1,017.00 | $ 1.00 |
| 23 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 24 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 25 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 26 | $1,000.00 | $ 106.00 | Not Covered | $1,000.00 | $ 358.00 | $ 1.00 |
| 27 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 28 | $1,000.00 | $ 195.00 | Not Covered | $1,000.00 | $1,017.00 | $ 1.00 |
| 29 | $1,000.00 | $ 178.00 | Not Covered | $1,000.00 | $ 930.00 | $ 1.00 |
| 30 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 31 | $1,000.00 | $ 93.00 | Not Covered | $1,000.00 | $ 312.00 | $ 1.00 |
| 32 | $1,000.00 | $ 166.00 | Not Covered | $1,000.00 | $ 870.00 | $ 1.00 |
| 33 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 34 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 35 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 36 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 37 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 38 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 39 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 40 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 41 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 42 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 43 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 44 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 45 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 46 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 47 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 48 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 49 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 50 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 51 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 52 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 53 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 54 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 55 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 56 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 57 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 58 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 59 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 60 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 61 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 62 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 63 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 64 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 65 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 66 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 67 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 68 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 69 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 70 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 71 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 72 | $1,000.00 | $ 134.00 | Not Covered | $1,000.00 | $ 444.00 | $ 1.00 |

CA DS 03 07 97 PI

RECEIVED

Page 7

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

| 73 | $1,000.00 | $ 90.00 | Not Covered | $1,000.00 | $ 304.00 | $ 1.00 |
|---|---|---|---|---|---|---|
| 74 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 75 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 76 | $1,000.00 | $ 131.00 | Not Covered | $1,000.00 | $ 696.00 | $ 1.00 |
| Total Premium | | $2,222.00 | Not Covered | | $9,644.00 | $15.00 |

## ITEM FOUR
## SCHEDULE OF HIRED OR BOROWED COVERED AUTO COVERAGE AND PREMIUMS

| | LIABILITY COVERAGE – RATING BASIS, COST OF HIRE | | | | |
|---|---|---|---|---|---|
| TERRITORY | ESTIMATED COST OF HIRE FOR EACH TERRITORY | RATE PER EACH $100 COST OF HIRE | FACTOR (If Liability Coverage Is Primary) | | PREMIUM |
| | $ | $ | | $ | |
| | | | | TOTAL PREMIUM | Not Covered |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

## PHYSICAL DAMAGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS$    FOR EACH COVERED AUTO | $ | $ | $ |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $    DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | $ | $ | $ |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $    FOR EACH COVERED AUTO | $ | $ | $ |
| | | | TOTAL PREMIUM | Not Covered |

## ITEM FIVE
## SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than A Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| | TOTAL | Not Covered | Not Covered |

## ITEM SIX
## SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – PUBLIC AUTO OR LEASING RENTAL CONCERNS

| | RATES | |
|---|---|---|
| | | |

CA DS 03 07 97 PI

**RECEIVED**

APR 15 2005

GUAM INSURANCE ADJUSTERS

Page 8

| ESTIMATED YEARLY | ☐ Per $100 Of Gross Receipts ☐ Per Mile | | PREMIUMS | |
|---|---|---|---|---|
| ☐ Gross Receipts ☐ Mileage | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | | TOTAL PREMIUMS | Not Covered | Not Covered |
| | | MINIMUM PREMIUMS | Not Covered | Not Covered |

When used as a premium basis:

### FOR PUBLIC AUTOS

Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts does not include:

  A.    Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

  B.    Advertising revenue.

  C.    Taxes which you collect as a separate item and remit directly to a governmental division.

  D.    C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

### FOR RENTAL OR LEASING CONCERNS

Gross Receipts means the total amount to which you are entitled for the leasing or rental of "autos" during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total of all live and dead mileage developed by all the "autos" you leased or rented to others during the policy period.

**RECEIVED**

APR 15 2005

**GUAM INSURANCE ADJUSTERS**

CA DS 03 07 97 PI

Page 9

POLICY NUMBER: LBA11100644

COMMERCIAL AUTO<br>CA 21 17 12 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UNINSURED MOTORISTS COVERAGE

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective<br>April 1, 2003 | Countersigned by |
| --- | --- |
| Named Insured<br>Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders | *(signature)*<br>(Authorized Representative) |

## SCHEDULE

**LIMIT OF LIABILITY**

See Endorsement CA 21 GU 98 05 91

(If no entry appears above, Information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

A. COVERAGE

1. We will pay all sums the "insured" is legally entitled led to recover as compensatory damages from the owner or driver of an uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. If this insurance provides a limit in excess of the amounts required by the applicable law where a covered "auto" is principally garaged, we will pay only after all liability on s or policies have been exhausted by judgments or payments.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

B. WHO IS AN INSURED

1. You.

2. If you are an individual, any "family member".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

4. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another

"insured".

## C. EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent
2. The direct or indirect benefit of any insurer or self—insurer under any workers' compensation, disability benefits or similar law.
3. "Bodily injury" sustained by:
   a. You while "occupying" or when struck by any vehicle owned by you that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;
   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto' for Uninsured Motorists Coverage under this Coverage Form; or
   c. Any "family member" while "occupying" or when struck by any vehicle owned by you that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.
4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
5. Punitive or exemplary damages.

## D. LIMIT OF INSURANCE

1. Regardless of the number of covered "autos", insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from an y one "accident" is the LIMIT OF INSURANCE for UNINSURED MOTORISTS COVERAGE shown in the Declarations.
2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage and any Liability Coverage form, Medical Payments Coverage endorsement, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement
   We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by, or for anyone who is legally responsible.
   We will not pay for any element of "loss" if a person is entitled to receive payment for t he same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. CHANGES IN CONDITIONS

The CONDITIONS are changed for UNINSURED MOTORISTS COVERAGE as follows:

1. OTHER INSURANCE in the Business Auto and Garage Coverage Forms and OTHER INSURANCE - PRIMARY AND EXCESS INSURANCE PROVISIONS in the Truckers and Motor Carrier Coverage Forms is replaced by the following:
   If there is other applicable insurance available under one or more policies or provisions of coverage:
   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.
   b. Any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.
   c. If the coverage under this coverage form is provided.
      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.
      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2.  DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS is changed by adding the following:
    a.  Promptly notify the police if a hit— and—run driver is involved, and
    b.  Promptly send us copies of the legal papers if a "suit" is brought
3.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US is changed by adding the following:
    If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.
4.  The following Condition is added:
    **ARBITRATION**
    a.  **If we and an "insured" disagree**
        whether the "insured" is legally entitled to recover damages from the owner or driver of an uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.
    b.  Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F.  ADDITIONAL DEFINITIONS**

As used in this endorsement
1.  "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household , including a ward or foster child.
2.  "Occupying" means in, upon, getting in, on, out or off.
3.  "Uninsured motor vehicle" means a land motor vehicle or trailer:
    a.  For which no liability bond or policy at the time of an "accident" provides at least the amounts require d by the applicable law where a covered 'auto' is principally garaged;
    b.  That is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or trailer for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered auto is principally garaged but that sum is less than the Limit of Insurance of this coverage;
    c.  For which an insuring or bonding company denies coverage or is or becomes insolvent; or
    d.  That is a hit—and—run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

    However, "uninsured motor vehicle" does not include any vehicle:
    a.  Owned or operated by a self—insurer under any applicable motor vehicle law, except a self insurer who is or becomes insolvent and can not provide the amounts required by that motor vehicle law;
    b.  Owned by a governmental unit or agency; or
    c.  Designed for use mainly off public roads while not on public roads.

**RECEIVED**

APR 1 5 2005

**GUAM** INSURANCE
**ADJUSTERS**

POLICY NUMBER: LBA11100644

**COMMERCIAL AUTO**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GUAM SPLIT UNINSURED MOTORISTS COVERAGE LIMITS

This endorsement modifies insurance provided under the following:
UNINSURED MOTORISTS COVERAGE

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement Effective:<br>April 1, 2003 | |
| Named Insured:<br>Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders | Countersigned By:<br><br>(Authorized Representative) |

### SCHEDULE

| "Bodily Injury" | | |
|---|---|---|
| | $25,000 | Each Person |
| | $50,000 | Each "Accident" |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Paragraph 1. Of LIMIT OF INSURANCE is replaced by the following:

1. Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the limit of insurance is as follows:

  a. The most we will pay for all damages resulting from "bodily injury" to any one person caused by any one "accident," including all damages claimed by any person or organization for care, loss of services or death resulting from the "bodily injury," is the limit of "Bodily Injury" shown in the Schedule for each person.

  b. Subject to the limit for each person, the most we will pay for all damages resulting from "bodily injury" caused by any one "accident" is the limit of "Bodily Injury" shown in the Schedule for each "accident."

**RECEIVED**

APR 15 2005

GUAM INSURANCE ADJUSTERS

CA 21 GU 98 05 91        Copyright, Insurance Services Office, Inc., 1991        Page 1 of 1