# Mobil Oil Guam, Inc.

## Endorsement No. 1 - Schedule of Vehicles

### Policy No. 85-703110

| Item No. | Description | ME# | Coverages | Limits | Premium |
|---|---|---|---|---|---|
| 36 | 1998 Toyota T100<br>VIN # JT4UN22DXW0053148<br>LH: *** None Stated *** | 202 | D - Bodily Injury<br>E - Property Damage | $2,000,000<br>Combined Single Limit | |
| 37 | 1990 International Tractor<br>VIN # 1HSHGGRR6MH316249<br>LH: *** None Stated *** | 122 | D - Bodily Injury<br>E - Property Damage | $2,000,000<br>Combined Single Limit | |
| 38 | 1984 FRUE Tank Trailer<br>VIN # 1H4T04325EL017009<br>LH: *** None Stated *** | | D - Bodily Injury<br>E - Property Damage | $2,000,000<br>Combined Single Limit | |
| 39 | 2000 Clark Forklift<br>VIN: CMP230D-1912-6874KF<br>LH: *** None Stated *** | | D - Bodily Injury<br>E - Property Damage | $2,000,000<br>Combined Single Limit | |
| 40 | 2000 Clark Forklift<br>VIN: CMP230D-1909-6874KF<br>LH: *** None Stated *** | | D - Bodily Injury<br>E - Property Damage | $2,000,000<br>Combined Single Limit | |
| 41 | 2001 Genie Ind. TMZ34 Trailer<br>VIN: 5D8AA19121R000317<br>LH: *** None Stated *** | | D - Bodily Injury<br>E - Property Damage | $2,000,000<br>Combined Single Limit | |
| | Total Annual Premium<br>Employers' Non-Ownership Liability<br>**Annual Premium** | | | | |

Automobile Insurance Policy

This endorsement changes the policy. Please read it carefully.

## Seepage & Pollution & Subsidence Risk Exclusion

With regard to all operations with the exception of those on and/or over and/or under water this policy does not cover any liability for:

(I) Removal of, loss of or damage to sub-surface oil, gas or any other substance, the property of others, provided always that this paragraph (1) shall not apply to any liability which would otherwise be covered under this insurance for such removal, loss or damage directly attributable to blow-out, cratering or fire of an oil or gas well owned or operated by, or under the control of, the insured.

(II) Loss of, damage to, or loss of use of property directly or indirectly resulting from subsidence caused by sub-surface operations of the insured.

(III) Personal injury or loss of, damage to, or loss of use of property directly or indirectly caused by seepage, pollution or contamination or the cost or removing, nullifying or cleaning-up seeping, polluting or contaminating substances other than as more particularly covered by the sudden and accidental seepage and pollution liability coverage endorsement attached to this policy.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

12/16/91

Automobile Insurance Policy

**This endorsement changes the policy. Please read it carefully.**

### Nuclear Exclusion

It is hereby understood and agreed that no liability shall attached to the Company directly or indirectly, proximately or remotely occasioned by, contributed to, by activity from any nuclear fuel or from any nuclear waste from the combustion of nuclear fuel.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

Automobile Insurance Policy

*This endorsement changes the policy. Please read it carefully.*

## Automobile Fleet Plan Endorsement

It is agreed that such insurance as is afforded by this policy applies with respect to owned automobiles subject to the following provisions:

1. **Definitions.** The words "owned automobile" shall mean a land motor vehicle, trailer or semi-trailer owned in full or in part by the Named Insured.

   The following described equipment shall be deemed an automobile while towed by or carried on a motor vehicle not so described, but not otherwise: any crawler or farm type tractor, crawler type power crane or shovel, or crawler type ditch or trench digger, any concrete mixer other than mix-in-transit type, any grader, scraper, roller, or farm implement, and, if not subject to motor vehicle registration, any equipment which is designed for use principally off public roads. "Automobile" does not include any power crane or shovel, ditch or trench digger, air compressing, building or vacuum cleaning, spraying or welding equipment, or well-drilling machinery, while being operated unless such operation is solely for locomotion. The word "automobile" wherever used in the policy with respect to the insurance afforded under this endorsement, shall include "owned automobile."

2. **Application of Insurance.** The insurance applies to all licensed owned automobiles and to all owned trailers, including such automobiles and trailers acquired during the policy period, used for the purpose stated in the declarations or in the schedule attached to the policy and located within the geographical area specified in the policy. The definitions in the policy of "commercial" and "pleasure and business" apply respectively to automobiles of the commercial or truck type and to automobiles of the private passenger type, except or otherwise provided. The Insuring Agreement entitled "Automobile Insurance for Newly Acquired Automobiles" is hereby cancelled.

   It is expressly understood that such insurance as is provided by this policy for Bodily Injury Liability, Property Damage Liability, Medical Payments and Collision or Upset shall not apply to owned automobiles, exclusive of trailers, during such time as they are not licensed, and a pro-rate return to the premium for said coverages during such period shall be allowed in accordance with the provisions of Paragraph 3 of this endorsement.

   With respect to any automobile acquired during the policy period:-

   (1) The insurance under this policy shall attach to such automobile on the date of delivery thereof to the Insured.

   (2) The limit of liability as expressed in the declarations for all coverages, other than for Bodily Injury Liability, Property Damage Liability and Medical Payments, shall be the actual cash value of such automobile.

   (3) The insurance under the policy shall be excess insurance over any other valid and collectible insurance available for the benefit of the Named Insured.

more ...

3. **Premium.** The premium basis for this insurance is per automobile. The premium stated in the declarations is an estimated premium only. Upon termination of the policy, the earned premium shall be computed in accordance with the rates applicable to this insurance, and on a pro-rata basis for each licensed owned automobile insured hereunder for less than the policy period. If the earned premium thus computed exceeds the estimated advance premium paid for this insurance, the Named Insured shall pay the excess to the Company; if less, the Company shall return to the Named Insured the unearned portion paid by such Insured.

   The Named Insured shall maintain records of the information necessary for premium computation, and shall send copies of such records to the Company at the end of the policy period and at such times during the policy period as the Company may direct.

4. **Inspection and Audit.** The Company shall be permitted to inspect the insured automobiles and to examine and audit the Insured's books and records at any time during the policy period and any extension thereof and within three years after the final termination of the policy, as far as they relate to the premium basis or the subject matter of this insurance.

5. **Declarations.** The Named Insured declares that the schedule contains a complete list of all automobiles and trailers owned by him at the effective date of the policy and located within the geographical area specified in the policy and the purposes of use thereof, except as therein stated.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

12/27/91

Automobile Insurance Policy

**This endorsement changes the policy. Please read it carefully.**

## SPT Endorsement

It is understood and agreed that the following exclusion is added to and made part of this policy:

- While the automobile is being used for racing, pacemaking or speed testing.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

12/27/91

Endorsement No. 21

EMPLOYERS' NON-OWNERSHIP LIABILITY

(Blanket Coverage – Class 1 and Class 2)

– Basic Policy –

It is agreed that such insurance as is afforded by the policy for Bodily Injury Liability and for Property Damage Liability applies with respect to non-owned automobiles, subject to the following provisions:

1. **DEFINITIONS.** The words "non-owned automobile" shall mean a land motor vehicle, trailer or semitrailer not owned by, registered in the name of, hired by or loaned to the named insured. The word "automobile" wherever used in the policy, with respect to the insurance afforded under this endorsement, shall include "non-owned automobile."

2. **APPLICATION OF INSURANCE.**

    (a) The insurance applies only to (1) the named insured, and (2) any executive officers of the named insured, as insured, except as stated in subsections (1) and (2) of division (a) of the Definition of Insured agreement of the policy and except with respect to any automobile owned by such officer or by a member of the same household.

    (b) The insurance applies only to the use, by any person other than the named insured, of any non-owned private passenger automobile in the business of the named insured as stated in the declarations, and to the use in such business, by any employee of the named insured, of any non-owned automobile of the commercial type if such use of such automobile is occasional and infrequent.

3. **EXCLUSIONS.**

    (a) Exclusion (a) of the policy does not apply to the insurance afforded under this endorsement.

    (b) The insurance does not apply to any automobile owned by or registered in the name of a partner, if the named insured is a partnership.

4. **OTHER INSURANCE.** This insurance shall be excess insurance over any other valid and collectible insurance for Bodily Injury Liability and for Property Damage Liability.

5. **PREMIUM.** The premium basis for this insurance is Class 1 persons and Class 2 employees. The premium stated in the schedule is an estimated premium only. Upon termination of the policy, the earned premium for this insurance shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to this insurance. If the earned premium thus computed exceeds the estimated advance premium paid for this insurance, the named insured shall pay the excess to the company; if less the company shall return to the named insured the unearned portion paid by such insured.

    When used as a premium basis:

    (1) The words "Class 1 persons" shall mean the following persons, provided their usual duties in the business of the named insured include the use of non-owned automobiles:

    (a) all employees, including officers, of the named insured compensated for the use of such automobiles by salary, commission, terms of employment, or specific operating allowance of any sort;

    (b) all direct agents and representatives of the named insured;

    (2) The words "Class 2 employees" shall mean all employees, including officers, of the named insured, not included in Class 1 persons.

    The named insured shall maintain records of the information necessary for premium computation on the basis stated in the schedule, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

6. **AUDIT.** The company shall be permitted to examine and audit the insured's books and records at any time during the policy period and any extension thereof and within three years after the final termination of the policy, as far as they relate to the premium basis or the subject matter of this insurance.

(over)

7. **DECLARATIONS.** The named insured declares that the number of persons stated in the schedule as Class 1 persons is the total number of all such persons within the definition of Class 1 persons at the effective date of the policy.

## SCHEDULE

The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges.

| Premium Basis – Class 1 Persons and Class 2 Employees | | Advance Premiums | |
|---|---|---|---|
| Class 1 Persons Total Number by Location | Location of Headquarters | Bodily Injury Liability | Property Damage Liability |
| Covered | Covered | | |

| Class 2 Employees Estimated Average Number | Location of Headquarters of Class 2 Employees | Rates Per Employee | | | |
|---|---|---|---|---|---|
| | | Bodily Injury Liability | Property Damage Liability | | |
| Covered | Covered | | | | |

Minimum Premiums:
Bodily Injury Liability $
Property Damage Liability $

Total Advance Premiums $ $

This endorsement shall not be binding upon the company unless countersigned by a duly authorized representative of the company.

This endorsement forms a part of the designated policy and applies, unless otherwise stated herein, as of the effective time and date of such policy.

POLICY NO. 85-703110     ISSUED TO MOBIL OIL GUAM, INC.

BY National Union Fire Insurance Company of Pittsburgh, Pa.
(Insert Name of Company)

EFFECTIVE January 01, 2004     AT 12:01 A.M.
(Date)     (Hour and Minute)

COUNTERSIGNED BY ................................................
Authorized Representative

BRANCH OFFICE Hagatna, Guam

GENERAL AGENT Calvo's Insurance Underwriters, Inc.

AGENT OR BROKER

(ADDRESS)

Auto. 3136M

Automobile Insurance Policy

This endorsement changes the policy. Please read it carefully.

## Endorsement #8

This Endorsement, effective 12:01 A.M. on 01/01/2005 forms part of

Policy No.: 85-703110

Issued to: Mobil Oil Guam, Inc.

By: National Union Fire Insurance Company of Pittsburgh, Pa.

## **Inclusion of Hired Automobiles**

It is hereby understood and agreed that coverage provided by the Employers' Non-Ownership Liability (Endorsement No. 6) of this policy is extended to include cover in respect of liability arising out of the hire of vehicles.

Accordingly, the policy conditions of the Employers' Non-Ownership Liability are amended to the following:

It is agreed that such insurance as is afforded by the policy for Bodily Injury Liability and for Property Damage Liability applies with respect to non-owned automobiles and "hired automobiles", subject to the following provisions:

1. DEFINITIONS.

The words "non-owned automobile" shall mean a land motor vehicle, trailer or semitrailer not owned by, registered in the name of the named insured. The word "automobile" wherever used in the policy, with respect to the insurance afforded under this endorsement, shall include "non-owned automobile and hired automobile."

"Hired automobile" means an automobile not owned by the named insured which is used under contract in behalf of, or loaned to the named insured, provided such automobile is not owned by or registered in the name of

(a) a partner or executive officer of the named insured or

(b) an employee or agent of the named insured who is granted an operating allowance of any sort for the use of such automobile.

ALL OTHER POLICY CONDITIONS REMAIN UNCHANGED.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the policy except as hereinabove set forth.

Automobile Insurance Policy

This endorsement changes the policy. Please read it carefully.

## Exclusion of Loading and Unloading Operations

It is hereby understood and agreed that coverage afforded by this policy does not cover bodily injury and/or property damage arising out of the loading or unloading of any vehicle in the course of the insured's operations.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

Automobile Insurance Policy

**This endorsement changes the policy. Please read it carefully.**

### Exclusion of Typhoon, Windstorm, Hurricane, Flood, or Tidal Wave

In consideration of the reduced premium charged, it is hereby agreed that the following is added to Section III of the Exclusions:

(b) To loss or damage, directly or indirectly, proximately or remotely, occasioned by or arising from or in consequence of typhoon, windstorm, hurricane, flood, or tidal wave.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

12/27/91

Automobile Insurance Policy

This endorsement changes the policy. Please read it carefully.

# TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

This insurance does not apply to loss, injury, damage, claim or suit, arising directly or indirectly as a result of a certified "act of terrorism" defined by Section 102. Definitions., of the Terrorism Risk Insurance Act of 2002 and any revisions or amendments.

For purposes of this endorsement and in compliance with the Terrorism Risk Insurance Act of 2002, an "act of terrorism shall mean:

(1) Act of Terrorism –
 (A) Certification. – The term "act of terrorism" means any act that is certified by the Secretary of the Treasury of the United States, in concurrence with the Secretary of State, and the Attorney General of the United States --
  (i) to be an act of terrorism;
  (ii) to be a violent act or an act that is dangerous to --
   (I) human life;
   (II) property; or
   (III) infrastructure;
  (iii) to have resulted in damage within the United States, or outside of the United States in the case of --
   (I) an air carrier or vessel described in paragraph (5)(B); [for the convenience of this endorsement, paragraph (5)(B) reads: occurs to an air carrier (as defined in Section 40102 of title 49, United States Code) to a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs, or at the premises of any United States mission];
   (II) the premises of a United States mission; and
  (iv) to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
 (B) Limitation. -- No act shall be certified by the Secretary as an act of terrorism if --
  (i) the act is committed as part of the course of a war declared by the Congress, except that this clause shall not apply with respect to any coverage for workers' compensation; or
  (ii) property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000.
 (C) Determinations Final. – Any certification of, or determination not to certify, an act as an act of terrorism under this paragraph shall be final, and shall not be subject to judicial review.
 (D) Nondelegation. – The Secretary may not delegate or designate to any other officer, employee, or person, any determination under this paragraph of whether, during the effective period of the Program, an act of terrorism has occurred.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the policy, except as hereinabove set forth.

Form 81127 (12/02)

Automobile Insurance Policy

This endorsement changes the policy. Please read it carefully.

### Single Limit Endorsement

Applicable to Coverage D (Bodily Injury Liability) and Coverage E (Property Damage Liability)

As respects such insurance as is afforded under this policy, the company's limit of liability shall be one combined limit of **Two Million Dollars ($2,000,000.00)** under either or all coverages, for all damages, including care and loss of services arising out of bodily injury, sickness or disease including death at anytime resulting therefrom and for all damages arising out of injury to or destruction of all tangible property including the loss of use thereof, resulting from one accident.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

Automobile Insurance Policy

This endorsement changes the policy. Please read it carefully.

## All Inclusive Limits Endorsement

It is understood and agreed that regardless of the number of covered automobiles, trailers, insureds, and/or claims made on vehicles involved in any one accident, the most we will pay for all damages resulting from Bodily Injury and/or Property Damage caused by any one accident is as follows:

**$2,000,000.00 combined single limit**
for Bodily Injury and/or Property Damage arising out of any one accident.

Nothing herein contained shall be held to vary, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

Automobile Insurance Policy

This endorsement changes the policy. Please read it carefully.

Endorsement #14

This Endorsement, effective **12:01 A.M. on 01/01/2005** forms part of

Policy No.: 85-703110

Issued to: **Mobil Oil Guam, Inc.**

By: **National Union Fire Insurance Company of Pittsburgh, Pa.**

## Additional Insured

It is hereby understood and agreed that the **Port Authority of Guam** is included as an Additional Insured under this policy but only with respect to the insured's operations within the **Port Authority of Guam**.

The foregoing shall not be construed to extend this policy to apply with respect to liability arising out of operations of the additional insured other than as noted above.

It is further understood and agreed that the addition of lessors and other parties of interest as additional insureds for their respective rights and interest shall not serve to increase the Company's limit of liability as stated on the policy.

It is also understood and agreed that in the event of cancellation of this policy, the above additional insureds shall be provided thirty (30) days written notice prior to cancellation.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the policy except as hereinabove set forth.

# AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR REIMBURSEMENT

# EXHIBIT "7"

# NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. vs. PACIFIC INDEMNITY INSURANCE COMPANY; U.S. DISTRICT COURT OF GUAM, CIVIL CASE NO. 06-00017



# GIA

**GUAM INSURANCE ADJUSTERS, INC.**
1ST Floor, Bldg. A, Ada's Plaza Center
173 Aspinall Avenue, Hagatna
P.O. Box 822, Hagatna, Guam 96932
671.472.6288
671.472.2707 Fax

VIA FACSIMILE (671) 477-8801

April 27, 2005

Mr. Robert Greenwell
Vice President, Claims
Pacific Indemnity Insurance Co.
348 West O'Brien Drive
Hagatna, Guam 96910

    Re:    <u>Tanker Truck Incident</u>
            Our File No.: 05-01-50264
            Our Policy No. 85-703110
            Your Policy No.: LBA11100644
            Date of Loss: February 10, 2005

Dear Mr. Greenwell:

Following up on our telephone discussion, this letter confirms the respective responsibilities and agreement of Pacific Indemnity Insurance Co. ("PIIC") and National Union Fire Insurance Company ("National Union") to Mobil Oil Guam, Inc. ("Mobil") with respect to liability arising from the February 10, 2005 incident in Umatac involving the Mobil truck operated by an Ambyth Shipping & Trading Inc. ("Ambyth") driver.

PIIC Commercial Automobile Liability Policy Number LBA11100644 and the October 1, 2004 Transportation Services Agreement between Mobil and Ambyth establish that PIIC is a primary insurer with respect to Mobil liability, if any, arising from the Accident. Your facsimile transmittal of April 14, 2005 to Mr. Johnson acknowledges that Mobil is an additional insured under the PIIC Policy. Under National Union Foreign Automobile Policy No. 85-703110 National Union is also a Mobil primary insurer for Mobil's liability, if any, arising from the Accident.

The PIIC Policy and the National Union Policy provide that each insurer is liable for its proportionate share of loss over all collectible insurance. The PIIC Policy provides $1,000,000 in coverage. The National Union Policy provides $2,000,000 in coverage. As such, assuming no other applicable insurance, with respect to Mobil liability concerning the Accident, National Union's share of loss is two-thirds (2/3) and PIIC's is one-third (1/3).

To date several claimants have approached National Union's claims adjusters, i.e., Guam Insurance Adjusters, Inc. ("GIA"), and have requested National Union to address their claims. Recognizing that reasonable and early settlement will be beneficial to Mobil, Ambyth, PIIC, and National Union, this letter confirms that GIA and PIIC have agreed to immediately begin, and cooperate in, the process of adjusting and settling Accident-related claims by

**AIG**    A Member Of American International Group, Inc.



**GIA**

GUAM INSURANCE ADJUSTERS, INC.
1ST Floor, Bldg. A, Ada's Plaza Center
173 Aspinall Avenue, Hagatna
P.O. Box 822, Hagatna, Guam 96932
671.472.6288
671.472.2707 Fax

sharing information concerning such claims, and working together to settle the claims.

This office forwarded you a list of claimants known to us to date yesterday. We will be contacting the claimants to arrange a meeting with them to find out more information regarding their claims. We will advise you of each appointment date and time shortly.

National Union will make all necessary payments in advance to claimants to avoid any delay in resolving claims, however, National Union would require reimbursement of PIIC's 1/3 share on each indemnity payment issued within a week upon receipt of a full or partial release signed by claimant(s).

In addition to all of the above, since GIA will be taking the lead on this matter and conducting all investigation, GIA's adjuster's fees and costs would also require reimbursement from PIIC up to its 1/3 share. GIA's adjuster's fees and costs will be billed on a monthly basis and will become due one week upon PIIC's receipt.

Please respond in writing confirming that PIIC is in agreement with all of the aforementioned.

Respectfully yours,

Anita Fisher

cc: Mobil Oil Guam Inc.
    Dick Johnson


A Member Of American International Group, Inc.