GUAM, )
City of Hagatna ) ss:
 )

On this 3rd day of June, 2005, before me a Notary Public of Guam, USA, personally appeared Joseph S. Sanchez, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_____
NOTARY PUBLIC

> EILEEN M. BABAUTA
> NOTARY PUBLIC
> In and for Guam U.S.A.
> My Commission Expires: Oct.7, 2007
> P. O. Box 822 Hagatna, Guam 96932

GUAM, )
City of Hagatna ) ss:
 )

On this 3rd day of June, 2005, before me a Notary Public of Guam, USA, personally appeared Mary Q. Sanchez, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_____
NOTARY PUBLIC

> EILEEN M. BABAUTA
> NOTARY PUBLIC
> In and for Guam U.S.A.
> My Commission Expires: Oct.7, 2007
> P. O. Box 822 Hagatna, Guam 96932

Initials: _____

- 6 -

Guam [illegible] [illegible], Inc.
JAN 12 2006

**KNOW ALL MEN BY THESE PRESENTS:**

That for and in consideration of the sum of FIFTY-SIX THOUSAND THREE HUNDRED ONE AND 37/100 DOLLARS ($56,301.37) in lawful money of the United States paid to the GUAM POWER AUTHORITY, a public corporation, (hereinafter referred to as "Releasor"), receipt of which is hereby acknowledged, Releasor does by these presents remise, release, relinquish, acquit and forever discharge all persons and entities, specifically including, but not limited to, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., MOBIL OIL GUAM, INC., PACIFIC INDEMNIFY INSURANCE COMPANY, AMBYTH SHIPPING & TRADING, INC.: DBA, AMBYTH TRUCKING; DBA, AMBYTH LOGISTICS AMBYTH TRUCKING, INC., and JOHN D. QUERRY (hereinafter referred to as "Releasees"), their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, from all claims, rights, liabilities, suits, debts, liens, actions and causes of action, of every kind and nature whatsoever, both past and future, at law and in equity, known and unknown, suspected and unsuspected, disclosed and undisclosed, which the said Releasor shall or may have against Releasees, or any persons, firms, corporations, insurers, associations or partnerships by reason of or arising from that certain alleged motor vehicle accident that occurred on or about February 10, 2005, at approximately 11:10 p.m., on Route 2, North San Dionisio Dr., near George Sanchez Street, Umatac, Guam (the "Accident").

Initials: _AN_

- 1 -

In further consideration of the payment made herein, the undersigned Releasor does hereby knowingly, voluntarily, and expressly waives the benefits of the provisions of 18 G.C.A. §82602 (Section 1542 of the Civil Code of Guam), which reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The undersigned Releasor further declares and represents that this Release of All Claims expresses a full and complete settlement of a liability claimed and denied, and that regardless of the adequacy of the compensation, this Release of All Claims is intended to avoid litigation, and that there is absolutely no promise, inducement or agreement on the part of Releasees to make any payment or do any act or thing other than what is expressly stated and clearly agreed to herein, and that this Release of All Claims contains the entire agreement between the parties hereto, and that the terms of this Release of All Claims are contractual and not a mere recital.

Releasor understands and expressly warrants and represents that, by entering into and executing this Release of All Claims, it will undertake to satisfy or compromise all liens or other claims of any nature whatsoever asserted by any person or entity against Releasor or Releasees with respect to the Accident or against the proceeds of the settlement, or that it has already done so, and that it will indemnify and hold Releasees, and their respective attorneys of record harmless with respect to any such claims. Such possible claims include, but are not limited to, any claims asserted by any creditor, insurance carrier, hospital, clinic or other medical facility, federal or local, or other entity that has made payment to Releasor in connection with said incident or

Initials: _/M/_

- 2 -

Releasor's claim, by any assignee or by any attorney who has formerly represented, or who purports to have formerly represented Releasor.

Releasor expressly undertakes, warrants and represents that it will indemnify Releasees and their respective attorneys of record for any and all liabilities incurred, including reasonable attorneys' fees, should any representation or warranty Releasor makes in this Release of All Claims prove to be false, or should Releasor at any time repudiate or attempt to repudiate this Release of All Claims or any of its terms, or the settlement it is intended to document.

Releasor further agrees to indemnify, defend and hold harmless Releasees, their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, having any interest in or in any way connected with said Releasees from and against any and all loss, liability, and expense of whatsoever kind or nature, including attorneys' fees, which may arise from the assertion by Releasor of any claim against anyone arising out of the above-indicated Accident.

Payment of the sum herein mentioned is made by Releasees in compromise of a disputed claim between the parties and is intended to extinguish all rights and liabilities concerning such claim. Payment is not to be construed as an admission of liability by Releasees or anyone else.

This Release of All Claims and the terms embodied herein are confidential and are intended to remain confidential following execution and may never be deemed to constitute a precedent or past practice by any person or entity. Releasor agrees that it

Initials: _SM_

will not publicize this matter in any manner, written or oral, nor discuss the specifics of the settlement discussions with persons without a legitimate need to know.

The undersigned, duly authorized to sign this Release of All Claims on behalf of Releasor, hereby declares that she has read the foregoing Release of All Claims and that the meaning thereof has been explained to her by Releasor's attorneys, who have also caused this document to be executed and that she fully understands and appreciates the meaning thereof, and that she has executed the same of her own free will and accord.

This Release of All Claims consists of five (5) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this ____ day of December, 2005.

**GUAM POWER AUTHORITY**

By: _____
**CORAZON R. MONTELLANO**
Asst. Chief Financial Officer

## ATTORNEY'S CONSENT

I have read the foregoing Release of All Claims and approve it as to substance and as to form and have advised my client to execute it.

Dated this ____ day of December, 2005.

By: _____
**D. Graham Botha**
Counsel for Guam Power Authority

- 4 -

Initials: _____

GUAM,                    )
                         )   ss:
City of Tamuning         )

On this 22nd day of December, 2005, before me a Notary Public of Guam, USA, personally appeared CORAZON R. MONTELLANO, Asst. Chief Financial Officer of Guam Power Authority, a public corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same as her free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.

_____
NOTARY PUBLIC

ANTONIO S. GUMATAOTAO
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: Jan. 22, 2007
P.O. Box 2977 Hagatna, Guam 96932

Initials: _____

- 5 -

# RELEASE OF ALL CLAIMS

**KNOW ALL MEN BY THESE PRESENTS:**

That for and in consideration of the sum of THIRTEEN THOUSAND SEVEN HUNDRED FIFTY-EIGHT AND NO/100 DOLLARS ($13,758.00) in lawful money of the United States paid to GTA TELEGUAM HOLDINGS, (hereinafter referred to as "Releasor"), receipt of which is hereby acknowledged, Releasor does by these presents remise, release, relinquish, acquit and forever discharge all persons and entities, specifically including, but not limited to, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., MOBIL OIL GUAM, INC., PACIFIC INDEMNIFY INSURANCE COMPANY, AMBYTH SHIPPING & TRADING, INC.: DBA, AMBYTH TRUCKING; DBA, AMBYTH LOGISTICS AMBYTH TRUCKING, INC., and JOHN D. QUERRY (hereinafter referred to as "Releasees"), their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, from all claims, rights, liabilities, suits, debts, liens, actions and causes of action, of every kind and nature whatsoever, both past and future, at law and in equity, known and unknown, suspected and unsuspected, disclosed and undisclosed, which the said Releasor shall or may have against Releasees, or any persons, firms, corporations, insurers, associations or partnerships by reason of or arising from that certain alleged motor vehicle accident that occurred on or about February 10, 2005, at approximately 11:10 p.m., on Route 2, North San Dionisio Dr., near George Sanchez Street, Umatac, Guam (the "Accident").

Initials: _RCY_

- 1 -

**ORIGINAL**

In further consideration of the payment made herein, the undersigned Releasor does hereby knowingly, voluntarily, and expressly waives the benefits of the provisions of 18 G.C.A. §82602 (Section 1542 of the Civil Code of Guam), which reads as follows:

> "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The undersigned Releasor further declares and represents that this Release of All Claims expresses a full and complete settlement of a liability claimed and denied, and that regardless of the adequacy of the compensation, this Release of All Claims is intended to avoid litigation, and that there is absolutely no promise, inducement or agreement on the part of Releasees to make any payment or do any act or thing other than what is expressly stated and clearly agreed to herein, and that this Release of All Claims contains the entire agreement between the parties hereto, and that the terms of this Release of All Claims are contractual and not a mere recital.

Releasor understands and expressly warrants and represents that, by entering into and executing this Release of All Claims, it will undertake to satisfy or compromise all liens or other claims of any nature whatsoever asserted by any person or entity against Releasor or Releasees with respect to the Accident or against the proceeds of the settlement, or that it has already done so, and that it will indemnify and hold Releasees, and their respective attorneys of record harmless with respect to any such claims. Such possible claims include, but are not limited to, any claims asserted by any creditor, insurance carrier, hospital, clinic or other medical facility, federal or local, or other entity that has made payment to Releasor in connection with said incident or

Initials: RCT

- 2 -

Releasor's claim, by any assignee or by any attorney who has formerly represented, or who purports to have formerly represented Releasor.

Releasor expressly undertakes, warrants and represents that it will indemnify Releasees and their respective attorneys of record for any and all liabilities incurred, including reasonable attorneys' fees, should any representation or warranty Releasor makes in this Release of All Claims prove to be false, or should Releasor at any time repudiate or attempt to repudiate this Release of All Claims or any of its terms, or the settlement it is intended to document.

Releasor further agrees to indemnify, defend and hold harmless Releasees, their respective parent entities, predecessors, successors, assigns, affiliates, directors, officers, principals, agents, current and former employees, shareholders, subsidiaries, holding companies and attorneys, agents, servants, officers, employees, and each of them, and all other persons, firms, corporations, insurers, associations or partnerships, having any interest in or in any way connected with said Releasees from and against any and all loss, liability, and expense of whatsoever kind or nature, including attorneys' fees, which may arise from the assertion by Releasor of any claim against anyone arising out of the above-indicated Accident.

Payment of the sum herein mentioned is made by Releasees in compromise of a disputed claim between the parties and is intended to extinguish all rights and liabilities concerning such claim. Payment is not to be construed as an admission of liability by Releasees or anyone else.

This Release of All Claims and the terms embodied herein are confidential and are intended to remain confidential following execution and may never be deemed to constitute a precedent or past practice by any person or entity. Releasor agrees that it

Initials: _RCT_

- 3 -

will not publicize this matter in any manner, written or oral, nor discuss the specifics of the settlement discussions with persons without a legitimate need to know.

The undersigned, duly authorized to sign this Release of All Claims on behalf of Releasor, hereby declares that he has read the foregoing Release of All Claims and that the meaning thereof has been explained to him by Releasor's attorneys, who have also caused this document to be executed and that he fully understands and appreciates the meaning thereof, and that he has executed the same of her own free will and accord.

This Release of All Claims consists of five (5) pages, each of which has been initialed by Releasor at the lower left corner, and a copy of this Release of All Claims has been retained by Releasor.

Dated this ____ day of __January__, 2006.

GTA TELEGUAM HOLDINGS

By: _____
**ROBERT TAYLOR**
Chief Executive Officer

## ATTORNEY'S CONSENT

I have read the foregoing Release of All Claims and approve it as to substance and as to form and have advised my client to execute it.

Dated this ____ day of _____, 2006.

By: _____
Counsel for GTA TELEGUAM HOLDINGS

Initials: _____

- 4 -

Case 1:06-cv-00017  Document 26-21  Filed 09/01/2006  Page 10 of 12

GUAM,            )
                 )   ss:
City of  Tamuning )

    On this __8th__ day of __January__, 2006, before me a Notary Public of Guam, USA, personally appeared ROBERT TAYLOR, Chief Executive Officer of GTA TELEGUAM HOLDINGS, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

    IN WITNESS WHEREOF, I have hereunto set my hand affixed my official seal the date last above written.



_____
NOTARY PUBLIC

NACRINA F. MENDIOLA
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: April 14, 2007
624 N. Marine Corps Drive Tamuning, Guam 96913

Initials: _____

- 5 -

05-61-50264 PFF

# RELEASE OF ALL CLAIMS/RIGHTS OF SUBROGATION

KNOW ALL MEN BY THESE PRESENTS:

That the Undersigned, being of lawful age, for sole consideration of ***Seven Thousand Eight Hundred Seventy Five and 10/100*** Dollars ($ 7,875.10 ) to the undersigned in hand paid, receipt whereof is hereby acknowledged, do/does hereby and for my/our its heirs, executors, administrators, successors and assignees release, acquit and forever discharge National Union Fire Company of Pittsburg, PA., Mobil oil Guam, Inc., Pacific Indemnity Insurance Company, Ambyth Shipping & Trading, Inc.: DBA, Ambyth Trucking; DBA, Ambyth Logistics Ambyth Trucking, Inc., and John D. Querry

and his, her, their or its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims, actions, causes of action, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account or in any way growing out of any and all know and unknown, foreseen and unforeseen bodily and personal injuries and property damage and the consequences thereof resulting or to result from the accident, casualty or event which occurred on or about the 10th day of February, 20 05 at or near Umatac, Guam

It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said releasees deny liability therefor and intend merely to avoid litigation and buy their peace.

The undersigned hereby declare(s) and represent(s) that the injuries sustained are or may be permanent and progressive and that recovery therefrom is uncertain and indefinite and in making this Release it is understood and agreed that the undersigned rely(ies) wholly upon the undersigned's judgement, belief and knowledge of the nature, extent, effect and duration of said injuries and liability therefor and is made without reliance upon any statement or representation of the party or parties hereby released or their representatives or by any physician or surgeon by them employed.

The undersigned further delcare(s) and represent(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

In further consideration of the payment herein made, the undersigned payee(s) does hereby expressly waive the benefits of the provisions of section 1542 of the Civil Code of Guam, which reads as follows: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

The undersigned also assigns and transfer to National Union Fire Insurance Company of Pitts., PA or American Home Assurance Company each and all claims and demands against any person, persons, corporation or property arising from or connected with such loss or damage and that National Union Fire Insurance Company of Pitts., PA or American Home Assurance Company is subrogated in the place of and to the claims and demands of the undersigned against said person, persons, corporation or property in the premises to the extent of the above amount.

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

Signed, sealed and delivered this _____ day of _____, 20 ____.

CAUTION: READ BEFORE SIGNING BELOW

_____ Witness

_____ LS
Marianas Cable Vision       LS

STATE OF GUAM
CITY OF Dededo } SS

On the 23rd day of August, 20 05, before me personally appeared

BONNIE T. RIOS
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: February 11, 2006
P.O. Box 3898 Hagatna, Guam 96932

Christan Kurz

me known to the person(s) named herein and who executed the foregoing release and claim acknowledged me that Manssu Gubat Voluntarily executed the same.

My term expires February 11, 20 06