CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*

FILED
DISTRICT COURT OF GUAM
SEP -8 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | CIVIL CASE NO. CV06-00017 <br><br> **STIPULATION WITHDRAWING PACIFIC INDEMNITY'S MOTION TO DISMISS** |

In accordance with L.R. 7.1(h)(1), the parties stipulate that, in light of the recent amendment of the complaint, which dropped two parties and changed the nature of the claims asserted by the plaintiff, Pacific Indemnity shall withdraw its pending motion to dismiss, which was directed to claims presented in the original complaint. A date for oral argument on the motion has not yet been set. The parties further agree that, by withdrawing this motion, Pacific Indemnity does not waive any claims or defenses it may have with respect to the claims presented in the amended complaint.

MAHER • YANZA • FLYNN •
  TIMBLIN, LLP

By: _____
MICHAEL D. FLYNN, JR.
*Attorneys for Plaintiff*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

Date: September __, 2006

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Pacific Indemnity Insurance*
*Company*

Date: September 8, 2006