CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*

MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 HESLER PLACE, GROUND FLOOR
GOVERNOR JOSEPH FLORES BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-7059
FACSIMILE: (671) 472-5487

*Attorneys for Plaintiff*
*National Union Fire Insurance Company of Pittsburgh, PA.*

FILED
DISTRICT COURT OF GUAM
SEP -8 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | CIVIL CASE NO. CV06-00017 <br><br><br> **JOINT DISCOVERY PLAN** |

The parties having met and conferred hereby submit their proposed Joint Discovery Plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(b).

A. **Initial Disclosures**

In accordance with Rule 26(f), the parties stipulate that they shall complete their initial disclosures in accordance with Rule 26(a)(1) of the Rules of Civil Procedure on or before October 12, 2006.

B. **Interrogatories, Requests for Production and Admissions**

Interrogatories, Requests for Production and Requests for Admissions may be propounded at any time during the discovery phase, subject to the limitations on the number of interrogatories as set forth in Rule 33, provided that the discovery requests must be served sufficiently in advance that responses are due prior to the expiration of the discovery cutoff date.

C. **Fact Witnesses and Depositions**

The parties estimate that each side will have between four to seven fact witnesses. Depositions of fact witnesses shall be conducted prior to the expiration of the discovery cutoff date.

D. **Expert Designation and Reports**

1. The parties shall designate their experts and serve their respective experts' reports in accordance with Rule 26(a)(2)(B) on or before **November 15, 2006.**

2. The parties shall designate their rebuttal experts, if any, and serve their respective experts' reports in accordance with Rule 26(a)(2)(B) on or before **December 30, 2006.**

E. **Expert Depositions**

Depositions of all testifying experts will be scheduled to take place during the months of **January and February 2007.**

///

///

///

///

F.  **Discovery Completion**

The parties anticipate that all necessary discovery can be completed by **April 15, 2007**.

|  |  |
|---|---|
| | MAHER • YANZA • FLYNN • TIMBLIN, LLP |
| Date: September 8, 2006 | By: *[signature]* <br> MICHAEL D. FLYNN, JR. <br> *Attorneys for Plaintiff* |
| | CIVILLE & TANG, PLLC |
| Date: September 8, 2006 | By: *[signature]* <br> G. PATRICK CIVILLE <br> *Attorneys for Defendant* <br> *Pacific Indemnity Insurance Company* |