CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*



FILED
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | CIVIL CASE NO. CV06-00017<br><br>**ORDER APPROVING STIPULATION WITHDRAWING PACIFIC INDEMNITY'S MOTION TO DISMISS** |

For good cause shown, the Stipulation Withdrawing Pacific Indemnity's Motion to Dismiss filed herein is hereby APPROVED.

SO ORDERED this 18th day of September, 2006.

MORRISON C. ENGLAND
**Designated United States District Judge**

ORIGINAL