```
                                                    FILED
                                            DISTRICT COURT OF GUAM

                                                 SEP 22 2006

                                              MARY L.M. MORAN
                                              CLERK OF COURT
```

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY, <br><br> Defendant. | Civil Case No. 06-00017 <br><br><br><br><br> MINUTES |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(September 22, 2006, at 10:38 a.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiff was Michael D. Flynn, Jr., Esq. Appearing for the Defendant was G. Patrick Civille, Esq.

Judge Manibusan stated that since Judge England granted the Defendant's motion to withdraw its previously filed motion to dismiss, there no longer exists a "responsive pleading" to the original Complaint such that the Plaintiff was entitled to file its Amended Complaint as a matter of right.

Mr. Flynn advised the Court that the Plaintiff would likely file a motion to amend its pleading once again (*i.e.*, file a second amended complaint) in light of the Defendant's answer denying the allegation that it was to provide primary insurance coverage. Mr. Flynn stated that the

proposed second amended complaint would name Ambyth Shipping as an additional defendant to this action. Counsel agreed that the dates as proposed in their Scheduling Order should not substantially burden any party added to this action. Judge Manibusan stated that if counsel for an added party believed a change to the current Scheduling Order would be necessary, the Court would be amenable to address that matter in the future.

Judge Manibusan and counsel went over proposed changes to the dates contained in the proposed Scheduling Order and the filed Joint Discovery Plan (Docket No. 28). Thereafter, the Court signed the Scheduling Order with the changes discussed. The parties shall file an amended Joint Discovery Plan to conform with the Scheduling Order and the dates discussed at the Scheduling Conference.

The conference concluded at 10:55 a.m.

Dated: September 22, 2006.

_____
JUDITH P. HATTORI
Law Clerk