Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**FILED**
DISTRICT COURT OF GUAM

JAN - 8 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY, <br><br> Defendant. / | CIVIL CASE NO. 06-00017 <br><br><br> ORDER RE: PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR REIMBURSEMENT |

Pursuant to the parties' stipulation, filed herein on December 15, 2006, it is hereby ordered that Plaintiff National Union Fire Insurance Company of Pittsburgh, PA be, and the same hereby is, permitted to file its Second Amended Complaint for Declaratory Relief and for Reimbursement.

APPROVED AND SO ORDERED.

Dated: 1/08/07

FRANCES M. TYDINGCO-GATEWOOD
CHIEF JUDGE
U.S. DISTRICT COURT OF GUAM

-1-