










Case 1:06-cv-00017     Document 36-7     Filed 01/09/2007     Page 2 of 7









Case 1:06-cv-00017    Document 36-7    Filed 01/09/2007    Page 4 of 7















Case 1:06-cv-00017    Document 36-7    Filed 01/09/2007    Page 7 of 7