






David R Axup & Associates Pty Ltd

26













David R Axup & Associates Pty Ltd

28









Case 1:06-cv-00017    Document 36-8    Filed 01/09/2007    Page 5 of 12





Case 1:06-cv-00017    Document 36-8    Filed 01/09/2007    Page 6 of 12

















David R Axup & Associates Pty Ltd                                    35







