# SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR REIMBURSEMENT

# EXHIBIT "4"

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA. vs.
PACIFIC INDEMNITY INSURANCE COMPANY
and AMBYTH SHIPPING AND TRADING , INC.
dba AMBYTH TRUCKING; U.S. DISTRICT
COURT OF GUAM, CIVIL CASE NO. 06-00017






RECEIVED
MAY 16 2005
SUPERIOR COURT
OF GUAM
CLERKS OFFICE

FILED
SUPERIOR COURT
OF GUAM
2005 MAY 17 PM 12: 33
CLERK OF COURT
BY:____

RECEIVED
MAHER • YANZA • FLYNN • TIMBLIN, LLP
Date: 11/20/05 obtained from Superior Court Records
Time: 3:30pm   By: SM

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**General Crimes Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3406 ● (671) 477-3390 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# IN THE SUPERIOR COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM, | CRIMINAL CASE NO. CM |
| | GPD REPORT NO. 05-03785 & 05-03396 / |
| vs. | Charges: **CM 0352-05** |
| **JOHN DEAN QUERRY,** | 1. **DRIVING WHILE UNDER THE INFLUENCE OF A SCHEDULE II CONTROLLED SUBSTANCE** (As a Misdemeanor) |
| DOB: 02/25/1974 | |
| SSN: 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 | |
| Defendant. | 2. **RECKLESS CONDUCT** (As a Misdemeanor) |
| | 3. **RECKLESS DRIVING** (As a Petty Misdemeanor) |

## COMPLAINT

The Attorney General of Guam hereby accuses **JOHN DEAN QUERRY** of certain crimes committed as follows:

## FIRST CHARGE

On or about the 14th day of February, 2005, in Guam, **JOHN DEAN QUERRY** did operate and was in physical control of a vehicle while under the influence of a controlled substance, that is, amphetamine-based substance, in violation of 16 GCA § 18102(a) (as enacted on June 22, 1993, Public Law 22-20).

## SECOND CHARGE

On or about the 10TH day of February, 2005, in Guam, **JOHN DEAN QUERRY**, did

recklessly engaged in conduct which unjustifiably may have placed residences on George Sanchez

Street, in danger of serious bodily injury, in violation of 9 GCA §§ 19.40(a)(1) and (b), as amended.

## THIRD CHARGE

On or about the 14th day of February, 2005, in Guam, **JOHN DEAN QUERRY** did drive a

vehicle upon a highway in a willful and wanton disregard for the safety of persons and property, in

violation of 16 GCA §§9107(a) and 3111(a).

Dated this 14 day of May, 2005.

**OFFICE OF THE ATTORNEY GENERAL**

DOUGLAS B. MOYLAN, Attorney General of Guam

**NICOLAS E. TOFT**

Assistant Attorney General, General Crimes Division



# IN THE SUPERIOR COURT
# OF GUAM
# DECLARATION

1
2
3

COMES NOW Nicolas E. Toft, a duly appointed Assistant Attorney General, and aver, upon information and belief, that the following is true.

I have reviewed Guam Police Reports numbers 05-03396 and 05-03785 submitted by PO2 P.G. Sanchez (#442) and PO3 J.E.D. Santo Tomas (#542). The reports revealed the following:

On or about the 10th day of February, 2005, at about 11:20 P.M., Officer M.L. Elliott responded to a report of a traffic accident in Umatac, Guam. He arrived at the scene and noted that a large tanker truck was on fire, and that the fire had spread to nearby houses and vehicles on George Sanchez Street. Witnesses stated that the truck had rolled over to its right side, slid to the bottom of the hill on Rt.2, and struck a concrete utility pole, spilling its flammable contents. Edwin A. Quinata informed Officer Elliot that the operator, later identified as **JOHN D. QUERRY**, had jumped out of the cab of the tanker after the crash and had run towards George Sanchez Street. **JOHN D. QUERRY** was located and transported to Guam Memorial Hospital. As a result of the crash, three vehicles and three residences were destroyed by fire caused by the spill of the contents of the truck.

Based upon physical evidence at the scene and interviews with **JOHN D. QUERRY** and other Mobil Oil Guam employees, Officer Sanchez determined that the vehicle was traveling approximately 64 MPH shortly before the crash. He also determined that the brakes of the vehicle had overheated during the descent down the hill, creating brake fades, but that the cause of the fades was excessive use of the brake to slow a fast-moving vehicle down without utilizing the engine brakes, and that the brake system was functioning properly.

**JOHN D. QUERRY** submitted to a test of his urine, which yielded a positive result for an amphetamine-based substance.

Based on the foregoing, there is probable cause to charge **JOHN D. QUERRY** with **DRIVING WHILE UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE (As a Misdemeanor)**, in violation of 16 G.C.A. §18102(a), **RECKLESS DRIVING (As a Petty Misdemeanor)**, in violation of 16 G.C.A. §9107(a), and **RECKLESS CONDUCT (As a Misdemeanor)**, in violation of 9 G.C.A. §19.40(a)(1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14 day of May, 2005.

_____
NICOLAS E. TOFT

# SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR REIMBURSEMENT

# EXHIBIT "5"

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. vs. PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING , INC. dba AMBYTH TRUCKING; U.S. DISTRICT COURT OF GUAM, CIVIL CASE NO. 06-00017

# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
02/11/2005

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|

CASSIDY'S ASSOCIATED INSURERS, INC.
376 WEST O'BRIEN DRIVE
HAGATNA GU 96910

**INSURERS AFFORDING COVERAGE**  NAIC #

| INSURED | INSURER A: Pacific Indemnity Insurance Co |
|---|---|
| AMBYTH SHIPPING & TRADING  INC (SEE NAMED INSURED ENDST | INSURER B: |
| .) | INSURER C: |
| 1026 CABRAS HWY SUITE 205 | INSURER D: |
| PITI GU 96925 | INSURER E: |

RECEIVED
APR 1 5 2005
GUAM INSURANCE
ADJUSTERS

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY   CLAIMS MADE X OCCUR | LS101275 | 01/14/05 | 01/14/06 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | MED. EXP (Any one person) | $ 2,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 10,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY  PROJECT  LOC | | | | GENERAL AGGREGATE | $ 10,000,000 |
| | | | | | | PRODUCTS-COMP/OP AGG. | $ NOT COVERED |
| A | | **AUTOMOBILE LIABILITY**   ANY AUTO   ALL OWNED AUTOS X SCHEDULED AUTOS   HIRED AUTOS   NON-OWNED AUTOS | LBA11100544 | 04/01/04 | 04/01/05 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY**   ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN     EA ACC AUTO ONLY:          AGG | $ |
| | | **EXCESS / UMBRELLA LIABILITY**   OCCUR    CLAIMS MADE   DEDUCTIBLE   RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | WC12100635 | 04/01/04 | 04/01/05 | WC STATU- TORY LIMITS    OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | | | | | | E.L. DISEASE-EA EMPLOYEE | $ 100,000 |
| | | | | | | E.L. DISEASE-POLICY LIMIT | $ 100,000 |
| | | **OTHER:** | | | | | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/ SPECIAL PROVISIONS**
SEE ATTACHED ENDORSEMENTS: CG 21 44 11 85, CG 21 04 11 85, IL 12 01 11 85, CG 20 10 03 97, CA 1 PI 00 01.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| MOBIL OIL GUAM, INC. | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE |
| Attention: | Michael C. Cassidy |

ACORD 25 (2001/08)          Certificate #    389          © ACORD CORPORATION 1988

POLICY NUMBER: LBA11100844

COMMERCIAL AUTO
CA 20 10 PI 09 01

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED FOR AUTOMOBILE LIABILITY — SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

RECEIVED

APR 15 2005

GUAM INSURANCE ADJUSTERS

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

This endorsement changes the policy effective on the inception of the policy unless another date is indicated below.

| Endorsement effective: APRIL 1, 2005 | |
|---|---|
| AMBYTH SHIPPING & TRADING, INC.<br>DBA: AMBYTH TRUCKING<br>DBA: AMBYTH LOGISTICS<br>AMBYTH TRUCKING, INC.<br>193 ROJAS STREET<br>HARMON INDUSTRIAL PARK<br>TAMUNING, GUAM 96913 | Countersigned By<br><br><br>_____<br>(Authorized Signature) |

### SCHEDULE

Name of person or Organization:

MOBIL OIL GUAM, INC.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**Who Is An Insured (Section II)** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

CA 20 10 PI 09 01

Copyright, Insurance Services Office, Inc., 1996

Page 1 of 1   □

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

ACORD 25-S (2001/08)

Certificate #389

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

COMMERCIAL AUTO INSURANCE
CA 00 01 05 03 PI

# COMMERCIAL AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V-Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverage's. The following numerical symbols described the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos."

A.    **Description of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Auto" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" – Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the sate where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Un-Insured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorist requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees" partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

CA 00 01 05 03 PI        Copyright, Insurance Services Office, Inc., 1996

Case 1:06-cv-00017     Document 36-10     Filed 01/09/2007     Page 9 of 30



**B.   Owned Autos You Acquire After the Policy Begins**

1.   If Symbols 1, 2, 3, 4, 5 or 6 are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2.   But, if Symbol 7 is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a.   We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b.   You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C.   Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1.   "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2.   "Mobile equipment" while being carried or towed by a covered "auto".

3.   Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   (a)   Breakdown;
   (b)   Repair;
   (c)   Servicing;
   (d)   "Loss"; or
   (e)   Destruction.

**RECEIVED**

APR 15 2005

GUAM INSURANCE
ADJUSTERS

## SECTION II – LIABILITY COVERAGE

**A.   Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting for the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by the payment of judgments or settlements.

1.   **Who Is An Insured**

The following are "insureds":

   a.   You for any covered "auto".



**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (1)  The owner or anyone else from whom you hire or borrow a covered "auto". This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

   (2)  Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

   (3)  Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

   (4)  Anyone other than your "employee", partners (if you are a partnership), members (if you are a limited liability company, or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

   (5)  A partner (if you are a partnership), or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of any "insured" described above but only to the extent of the liability.

**2.    Coverage Extensions**

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

**a.**    Supplementary Payments

In addition to the Limit of Insurance, we will pay for the "insured":

   (1)  All expenses we incur.

   (2)  Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

   (3)  The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

   (4)  All reasonable expenses incurred by the "insured" at our request, including actual loss of earning up to $250 a day because of time off from work.

   (5)  All costs taxed against the "insured" in any "suit" against the "insured" we defend.

   (6)  All interest on the full amount of any judgement that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgement that is within our Limit of Insurance.

**b.**    Out of State Coverage Extensions

While a covered "auto" is away from the state where it is licensed we will:

   (1)  Increase the Limit of Insurance of Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit of limits specified by any law governing motor carriers of passengers or property.

   (2)  Provide the minimum amounts and types of other coverages such as no-fault, required of out of state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

CA 00 01 05 03 PI          Copyright, Insurance Services Office, Inc., 1996

Case 1:06-cv-00017    Document 36-10    Filed 01/09/2007    Page 11 of 30

## B.  Exclusions

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

This insurance does not apply to any of the following:

1.  **Expected Or Intended Injury**
    "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2.  **Contractual**
    Liability assumed under any contract or agreement
    But this exclusion does not apply to liability for damages:
    a.  Assumed in contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent tot he execution of the contract or agreement: or
    b.  That the "insured" would have in the absence of the contract or agreement.

3.  **Workers' Compensation**
    Any obligation for which the "insured" or the "insureds" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4.  **Employee Indemnification And Employer's Liability**
    "Bodily injury" to:
    a.  An "employee" of the "insured" arising out of and in the course of"
        (1)  Employment by the "insured" or
        (2)  Performing the duties related to the conduct of the "insured's" business; or
    b.  The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.
    This exclusion applies:
        (1)  Whether the "insured" may be liable as an employer or in any other capacity; and
        (2)  To any obligation to share damages with or repay someone else who must pay damages because of the injury.
    But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5.  **Fellow Employee**
    "Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of you business.

6.  **Care, Custody, Or Control**
    "Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insureds" care, custody or control.  But this exclusion doe not apply to liability assumed under a side tract agreement.

7.  **Handling Of Property**
    "Bodily injury" or "property damage" resulting from the handling of property:
    a.  Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or
    b.  After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

8.  **Movement Of Property By Mechanical Device**
    "Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

9.  **Operations**
    "Bodily injury" or "property damage" arising out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definitions of "mobile equipment".

Case 1:06-cv-00017    Document 36-10    Filed 01/09/2007    Page 12 of 30

10. **Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a.    Work or operations performed by your or on your behalf; and

b.    Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect tot he fitness, quality, durability or performance of any of the items included in Paragraphs a. or b. above.

Your work will be deemed completed at the earliest of the following times:

    (1)    When all of the work called for in your contract has been completed.

    (2)    When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    (3)    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. **Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release of escape of "pollutants":

a.    That are, or that are contained in any property that is:

    (1)    Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

    (2)    Otherwise in the course of transit by or on behalf of the "insured"; or

    (3)    Being stored, disposed of, treated or processed in or upon the covered "auto";

b.    Before the "pollutants" or any property I which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c.    After the "pollutants" or property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result form the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    (1)    The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    (2)    The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

Paragraphs b. and c. above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    (1)    The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    (2)    The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

CA 00 01 05 03 Pl

Copyright, Insurance Services Office, Inc., 1996

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS



12.   **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

13.   **Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

## C.   Limit of Insurance

Regardless of the number of covered "autos", "insureds" premiums paid, claims made or vehicles involved in the "accident" the most we will pay for the total of all damage and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage Endorsement or Uninsured Motorist Coverage Endorsement is attached to this Coverage Part.

# SECTION III – PHYSICAL DAMAGE COVERAGE

## A.   Coverage

1.   We will pay for "loss" to a covered "auto" or its equipment under:

   a.   **Comprehensive Coverage**
   From any cause except
   (1)   The covered "auto's" collision with another object; or
   (2)   The covered "autos" overturn
   (3)   Typhoon and/or Windstorm

   b.   **Typhoon and/or Windstorm Coverage**
   Caused by:
   1.   Loss or damage caused directly or indirectly, by a Typhoon or a Windstorm, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or
   2.   Loss or damage caused by rain, sand or dust, whether driven by wind or not, if that loss or damage would not have occurred but for the Typhoon or Windstorm.

   But if a Typhoon or Windstorm results in a cause of loss other than rain, sand or dust, and that resulting cause of loss is a Covered Cause of Loss, we will pay for the loss or damage caused by such Covered Loss. For example, if the Typhoon or Windstorm damages an automobile and fire results, the loss attributable to the fire is covered subject to any other applicable policy provisions.

   c.   **Collision Coverage**
   Caused by:
   (1)   The covered "auto's" collision with another object; or

**RECEIVED**

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

CA 00 01 05 03 PI            Copyright, Insurance Services Office, Inc., 1996                    Page 6 of 13

(2)    The covered "auto's" overturn.

## 2.    Towing

We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

## 3.    Glass Breakage – Hitting a Bird Or Animal – Falling Objects or Missiles

If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:
a.    Glass breakage;
b.    "Loss" caused by hitting a bird or animal; and
c.    "Loss" caused by falling objects or missiles.
However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

## 4.    Coverage Extension

We will pay up to $15 per day to a maximum of $450 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry Comprehensive Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

## B.    Exclusions

1.    We will not pay for "loss" caused by or resulting from any of the following.  Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".
a.    **Nuclear Hazard**
(1)    The explosion of any weapon employing atomic fission or fusion; or
(2)    Nuclear reaction or radiation, or radioactive contamination, however caused.
b.    **War Or Military Action**
(1)    War, including undeclared or civil war;
(2)    Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
(3)    Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.
2.    We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity.  We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such contest or activity.
3.    We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:
a.    Wear and tear, freezing, mechanical or electrical breakdown.

CA 00 01 05 03 PI    Copyright, Insurance Services Office, Inc., 1996

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

Page 7 of 13



      **b.**   Blowouts, punctures or other road damage to tires.

**4.**   We will not pay for "loss" to any of the following:

      **a.**   Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

      **b.**   Any device designed or used to detect speed measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

      **c.**   Any electronic equipment, without regard to whether this equipment is permanently installed, that receives or transmits audio, visual or data signals and that is not designed solely for the reproduction of sound.

      **d.**   Any accessories used with the electronic equipment described in Paragraph c. above.

Exclusions **4.c.** and **4.d.** do not apply to:

      **a.**   Equipment designed solely for the reproduction of sound and accessories used with such equipment, provided such equipment is permanently installed in the covered "auto" at the time of the "loss" or such equipment is removable form a housing unit which is permanently installed in the covered "auto" at the time of the "loss", and such equipment is designed to be solely operated by use of the power from the "auto's" electrical system, in or upon the covered "auto"' or

      **b.**   Any other electronic equipment that is:

          **(1)**   Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system; or

          **(2)**   An integral part of the same unit housing any sound reproducing equipment described in a. above and permanently installed in the opening of the dash or console of the covered "auto" normally used by the manufacturer for installation of a radio.

## C.   Limit of Insurance

The most we will pay for "loss" in any one "accident" is the lesser of:

**1.**   The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**2.**   The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

## D.   Deductible.

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – COMMERCIAL BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

## A.   Loss Conditions

   **1.**   **Appraisal for Physical Damage Loss**

      If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of the "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      **a.**   Pay its chosen appraiser; and

      **b.**   Bear the other expense of the appraisal and umpire equally.

      If we submit to an appraisal, we will still retain our right to deny the claim.

CA 00 01 05 03 PI      Copyright, Insurance Services Office, Inc., 1996

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

2.    **Duties In The Event Of Accident, Claim Suit Or Loss**
We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

a.    In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss", include:

    (1)    How, when and where the "accident" or "loss" occurred;

    (2)    The "insured's" name and address; and

    (3)    To the extent possible, the names and addresses of any injured persons and witnesses.

b.    Additionally, you and any other involved "insured" must:

    (1)    Assume no obligation, make no payment or incur no expense without or consent, except at the "insured's" own cost.

    (2)    Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

    (3)    Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

    (4)    Authorize us to obtain medical records or other pertinent information.

    (5)    Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c.    If there is ""loss"" to a covered "auto" or its equipment you must also do the following:

    (1)    Promptly notify the police if the covered "auto" or any of its equipment is stolen.

    (2)    Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

    (3)    Permit us to inspect the covered "auto" and records proving the ""loss"" before its repair or disposition.

    (4)    Agree to examinations under oath at our request and give us a signed statement of your answers.

3.    **Legal Action Against Us**
No one may bring a legal action against us under this Coverage Form until:

a.    There has been full compliance with all the terms of this Coverage Form; and

b.    Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of the obligation has finally been determined by judgement after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

4.    **"Loss" Payment – Physical Damage Coverages**
At our option we may:

a.    Pay for, repair or replace damaged or stole property;

b.    Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c.    Take all or any part of the damaged or stolen property at an agreed or appraised value.

5.    **Transfer Of Rights Of Recovery Against Others To Us**
If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss"" to impair them.

B.    **General Conditions**

1.    **Bankruptcy**

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

CA 00 01 05 03 PI        Copyright, Insurance Services Office, Inc., 1996

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2.   Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

a.   This Coverage Form;

b.   The covered "auto";

c.   Your interest in the covered "auto"; or

d.   A claim under this Coverage Form.

**3.   Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day of the revision is effective in your state.

**4.   No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5.   Other Insurance**

a.   For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this Coverage Form provides for the "trailer" is:

(1)   Excess while it is connected to a motor vehicle you do not own.

(2)   Primary while it is connected to a covered "auto" you own.

b.   For Hired Auto Physical Damage coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c.   Regardless of the provisions of Paragraph a. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

d.   When this Coverage form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6.   Premium Audit**

a.   The estimate premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine you actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b.   If this policy is issued for more than one year, the premium for this Coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

CA 00 01 05 03 PI          Copyright, Insurance Services Office, Inc., 1996

**RECEIVED**

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

7.    **Policy Period, Coverage Territory**
Under this Coverage Form, we cover "accidents" and "losses" occurring:
a.    During the policy period shown in the Declarations; and
b.    Within the coverage territory
The coverage territory is:
a.    The United States of America;
b.    The territories and possessions of the Unites States of America;
c.    Puerto Rico; and
d.    Canada.
We also cover "loss" to, or "accidents" involving a covered "auto" while being transported between any of these places.

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

8.    **Two Or More coverage forms Or Policies Issued By Us**

If this coverage form and any other coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage forms or polices shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

# SECTION V. – DEFINITIONS

A.    "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".
B.    "Auto" means a land motor vehicle, "trailer" or semi-trailer designed for travel on public roads but does not include "mobile equipment".
C.    "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.
D.    "Covered pollution cost or expense" means any cost or expense arising out of"
    1.    Any request, demand or order; or
    2.    Any claim "suit" by or on behalf of a governmental authority demanding
that the "insured" or others test for, monitor, clean up, remove, contain treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".
"covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":
    a.    That are, or that are contained in any property that is:
        (1)    Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";
        (2)    Otherwise in the course of transit by or on behalf of the "insured";
        (3)    Being stored, disposed of, treated or processed in or upon the covered "auto"; or
    b.    Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or
    c.    After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".
Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

CA 00 01 05 03 PI          Copyright, Insurance Services Office, Inc., 1996
                                                                          Page 11 of 13

    (1)   The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacture to hold, store, receive or dispose of such "pollutants"; and

    (2)   The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs 6.b. or 6 c. of the definitions of "mobile equipment".

Paragraphs b. and c. above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    (1)   The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    (2)   The discharge, dispersal., seepage, migrations, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.**   "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**F.**   "insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**G.**   "Insured contract" means:

    **1.**   A lease or premises;

    **2.**   A sidetrack agreement;

    **3.**   Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.**   An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.**   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or property damage" to the third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

    **6.**   That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contact" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that pare of any contract or agreement:

    **a.**   That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

    **b.**   That pertains to the loan, lease or rental of an "auto" to you or any of your "employee", if the "auto" is loaned, leased or rented with a driver; or

    **c.**   That holds a person or organization engaged in the business of transportation property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**H.**   "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**I.**   ""Loss"" means direct and accidental "loss" or damage.

**J.**   "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.**   Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.**   Vehicles maintained for use solely on or next to premises you own or rent;

RECEIVED
APR 15 2005
GUAM INSURANCE
ADJUSTERS

3.    Vehicles that travel on crawler treads;

4.    Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **a.**    Power cranes, shovels, loaders, diggers or drills; or

    **b.**    Road construction or resurfacing equipment such as graders, scrapers or rollers.

5.    Vehicles not described in Paragraphs 1., 2., 3., 4., above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.**    Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **b.**    Cherry pickers and similar devices used to raise or lower workers.

6.    Vehicles not described in Paragraphs 1., 2., 3., or 4. Above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.**    Equipment designed primarily for:

        **(1)**    Snow removal;

        **(2)**    Road maintenance, but not construction or resurfacing; or

        **(3)**    Street cleaning;

    **b.**    Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.**    Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**K.**    "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**L.**    "Property damage" means damage to or "loss" of use of tangible property.

**M.**    "Suit" means a civil proceeding in which:

1.    Damages because of "bodily injury" or "property damage" or

2.    A "covered pollution cost or expense", to which this insurance applies, are alleged.

"Suit" includes:

    **a.**    An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.**    Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consents.

**N.**    "Temporary worker" means a person who is furnished to you for a finite time period to support or supplement your workforce in special work situations such as "employee" absences, temporary skill shortages and seasonal workloads.

**O.**    "Trailer" includes semitrailer.

**RECEIVED**

APR 15 2005

**GUAM INSURANCE ADJUSTERS**

POLICY NUMBER: LBA1110064

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF LIMITS OF INSURANCE
# COMMERCIAL AUTOMOBILE LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE LIABILITY POLICY
COMMERCIAL AUTOMOBILE LIABILITY COVERAGE PART

**RECEIVED**

**SCHEDULE**

APR 15 2005

GUAM INSURANCE
ADJUSTERS

**Limits of Insurance**

The most we will pay for any one accident or loss          $100,000

**Designated Location: Commonwealth of the Northern Mariana Islands**

(If no entry appears above, information required to complete this endorsement will be shown in the declarations as applicable to this endorsement.)

The limits of insurance shown in the Declarations are replaced by the limits designated in the Schedule with respect to the Designated Location entered above. These limits are inclusive of and are not in addition to the limits being replaced.

CA PI 01 04 04

# POLICY CHANGE
## COMMERCIAL LINES

1

April 4, 2004

| NAME AND ADDRESS OF AGENCY          472-8834 | INSURANCE COMPANY |
|---|---|
| CASSIDY'S ASSOC. INSURERS, INC<br>376 W. O'BRIEN DRIVE<br>AGANA, GU 96910<br>AGENCY CODE    **COMPANY** | PACIFIC INDEMNITY INSURANCE CO<br><br>348 W. O'BRIEN DR.<br>AGANA          GU 96910 |

| NAME AND MAILING ADDRESS OF INSURED | |
|---|---|
| AMBYTH SHIPPING & TRADING, INC<br>(SEE NAMED INSURED ENDST.)<br>1026 CABRAS HWY SUITE 205<br>PITI, GU          96926 | POLICY NUMBER          POLICY TYPE<br>LBA11100644          C/AU<br>POLICY PERIOD (INCEPTION)          (EXPIRATION)<br>April 1, 2004    TO April 1, 2005<br>Change effective May 17, 2004 |

1. C/AU COMM. AUTO MASTER-94
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY UNDERSTOOD AND AGREED THAT FORM TRIA 00A1 GU IS ATTACHED TO AND
FORMS A PART OF THE ABOVE SUBJECT POLICY.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

**RECEIVED**

APR 15 2005

GUAM INSURANCE
ADJUSTERS

(Authorized Signature)
Michael Cassidy

OO(A:

POLICY NUMBER: LBA11100644                                    COMMERCIAL AUTO INSURANCE
                                                              CA 100 05 03 PI

Cancellation and non-renewal provisions, if any, in the Commercial Auto Coverage Form are amended to read fifteen days for non-payment of premium. If we cancel or non-renew automobile coverage we will give you thirty days notice of same.

X.    **LEGAL ACTION AGAINST US ENDORSEMENT**
      A.    SECTION IV – BUSINESS AUTO CONDITIONS; A. Loss Conditions; 3. Legal Action Against Us is revised to read:
            1.    No one may bring a legal action against us under this Coverage Form until:
                  a.    There has been full compliance with all the terms of this Coverage Form; and
                  b.    Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of the obligation has finally been determined by judgement after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability; and
                  c.    Must conform with legal statutes on Guam at the time of issuance of the policy.

**This entire CONSOLIDATED MANDATORY EXCLUSIONS ENDORSEMENT applies to the current and all future renewals of the policy to which it was attached.**

I, the undersigned, having the authority to sign on behalf of the named insured, acknowledge and accept the above changes effective as of _____**APRIL 1, 2004**_____ and forming a part of policy number _____**LBA11100644**_____ of the Pacific Indemnity Insurance Company issued to    **AMBYTH SHIPPING & TRADING, INC. ITS WHOLLY OWNED SUBSIDIARIES AND OPERATING ENTITIES.**

*mo,*
*Pls. replace*
*your copy*
*w/ this Pg. 6*

**RECEIVED**

APR 15 2005

**GUAM INSURANCE
ADJUSTERS**

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

# PACIFIC INDEMNITY INSURANCE COMPANY
## NOTIFICATION OF
### TERRORISM INSURANCE

The purpose of this notice is to inform you of your rights regarding the Terrorism Risk Insurance Act, under H.R. 3210, which was signed into law by President George W. Bush.

As you know, loss due to Terrorism was originally excluded from your policy number LBA11100644. However, under provisions of the Terrorism Risk Insurance Act, you are immediately entitled to be insured for the peril of Terrorism, as defined by the Act, making the current Terrorism Exclusion on your policy null and void, provided you pay the applicable premium within 30 days.

The premium of Terrorism coverage under your policy number LBA11100644 is $5,151.00. However, under the provisions of the Terrorism Risk Insurance Act, you are immediately entitled to be insured for the peril of Terrorism, as defined by the Act, making the current Terrorism Exclusion on your policy null and void, provided you pay the applicable premium within 30 days.

In the event of a loss arising from Terrorism, Pacific Indemnity is responsible for paying 100% of the loss, up to an amount equal to 7% to 15% of the total of all of the Company's direct earned premiums on all of our commercial insurance policies in force. Above this amount, the Federal Government will pay 90% of the loss and Pacific Indemnity will pay 10% of the loss.

If you wish to be insured for Terrorism under policy number LBA11100644, please pay 100% of the premium amount indicated above within the next 30 days, we will automatically issue a new Terrorism exclusion, effective from MAY 17, 2004, in keeping with the provisions of the Terrorism Risk Insurance Act.

If you have no desire to purchase this Terrorism coverage, please sign and return this notice as your acknowledgement and we will immediately issue a new Terrorism exclusion.

Please call us if you have any questions. Thank you for your understanding and cooperation.

I understand this notice and choose not to purchase Terrorism insurance coverage under policy number LBA11100644.

_____
Authorized Representative of the Insured

Notification issuing date: April 12, 2004

# RENEWAL CERTIFICATE
## COMMERCIAL LINES

1.                                                              April 4, 2004

| NAME AND ADDRESS OF AGENCY          472-8834 | INSURANCE COMPANY |
|---|---|
| CASSIDY'S ASSOC. INSURERS, INC<br>376 W. O'BRIEN DRIVE<br>AGANA, GU 96910 | PACIFIC INDEMNITY INSURANCE CO   RECEIVED<br><br>348 W. O'BRIEN DR.<br>AGANA          GU 96910 |

**AGENCY CODE    COMPANY**

APR 15 2005

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER | POLICY TYPE GUAM INSURANCE |
|---|---|---|
| AMBYTH SHIPPING & TRADING, INC<br>(SEE NAMED INSURED ENDST.)<br>1026 CABRAS HWY SUITE 205<br>PITI,GU          96926 | LBA11100644          C/AU | ADJUSTERS |

POLICY PERIOD    (INCEPTION)                    (EXPIRATION)
April 1, 2004   TO April 1, 2005

---

1. C/AU COMM.AUTO MASTER-94
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PREMIUM: $ 51,514.00

IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, IT IS AGREED THAT THE POLICY DESIGNATED HEREIN IS RENEWED FOR THE PERIOD STATED, SUBJECT TO ALL ITS TERMS EXCEPT AS OTHERWISE SPECIFIED HEREIN.

IF, PRIOR TO THE EFFECTIVE DATE STATED IN THIS CERTIFICATE, THE COMPANY HAS ADOPTED REVISED PROVISIONS FOR THE FORM OF THE POLICY RENEWED BY THIS CERTIFICATE IN ORDER TO AFFORD, WITHOUT ADDITIONAL PREMIUM, A BROADER INSURANCE TO ALL RISKS SUCH AS THAT INSURED BY THE POLICY, THE INSURANCE AFFORDED FOR THE POLICY PERIOD STATED IN THIS CERTIFICATE SHALL BE CONSTRUED IN ACCORDANCE WITH THE PROVISIONS OF SUCH REVISION.

THIS CERTIFICATE IS SUBJECT TO RATES CURRENTLY IN EFFECT, AS OF THE RENEWAL DATE.

THIS CERTIFICATE SHALL NOT BE VALID UNLESS COUNTERSIGNED BY A DULY AUTHORIZED REPRESENTATIVE OF THE COMPANY.
================================================================================
"SEE ATTACHED SCHEDULE"
IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING ENDORSEMENTS ARE ATTACHED TO AND FORM A PART OF THE ABOVE SUBJECT POLICY:
IL 12 01 11 85
IL PI 00 05 03
ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

------------------------------------------
(Authorized Signature)
Michael Cassidy                            OO(A

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLICY CHANGES

| POLICY NUMBER | POLICY CHANGES EFFECTIVE: | COMPANY |
|---|---|---|
| LBA11100644 | April 1, 2004 | Pacific Indemnity Insurance Company |

**NAMED INSURED**

Ambyth Shipping & Trading, Inc.
(see Named Insured Endorsement)

### CHANGES

This amendment changes the policy. Please read it carefully:

#### NAMED INSURED ENDORSEMENT

The Named Insured is as follows:

Ambyth Shipping & Trading, Inc.
Ambyth Shipping & Trading, Inc. DBA: Ambyth Logistics
Ambyth Shipping & Trading, Inc. DBA: Ambyth Trucking
Ambyth Trucking, Inc.
Ambyth Shipping Micronesia, Inc.
Ambyth Shipping Mircronesia, Inc. DBA: Ambyth Logistics
Seafix, Inc.

Authorized Representative Signature

IL 12 01 11 85

Copyright, Insurance Services Office, Inc., 1983
Copyright, ISO Commercial Risk Services. Inc., 1983

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINIMUM EARNED PREMIUM

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

| POLICY NUMBER | POLICY EFFECTIVE: | COMPANY |
|---|---|---|
| LBA11100644 | APRIL 1, 2004 | Pacific Indemnity Insurance Company |

**NAMED INSURED**

**AMBYTH SHIPPING & TRADING, INC.**
**(SEE NAMED INSURED ENDORSEMENT)**
**1026 CABRAS HIGHWAY STE. 205**
**PITI, GUAM 96925**

This endorsement modifies insurance provided under this policy.

The minimum earned premium for this policy will be **$ 1,000.00**, unless we cancel the policy.

Authorized Representative Signature

IL PI 00 05 03

Copyright, Insurance Services Office, Inc., 1983
Copyright. ISO Commercial Risk Services. Inc., 1983

POLICY NUMBER: LBA11100644

COMMERCIAL AUTO INSURANCE
CA 100 05 03 PI

# COMMERCIAL AUTO INSURANCE
## CONSOLIDATED MANDATORY ENDORSEMENT

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

### THE FOLLOWING ENDORSEMENTS CHANGE YOUR POLICY.
### PLEASE READ THEM CAREFULLY THEN ACKNOWLEDGE ACCEPTANCE AT THE END OF THIS PAGE.

IN CONSIDERATION of the premium charged, IT IS HEREBY UNDERSTOOD AND AGREED that the Company shall not be liable with respect to any accident loss, damage or liability caused, sustained or incurred while any motor vehicle, in respect of which indemnity is provided by this policy is excluded by any of the listed exclusions and shall be amended by any of the listed endorsements as outlined in this endorsement.

## I. VEHICLE OPERATING SET CONDITIONS EXCLUSIONS:

### A. Racing Exclusion:
1. The insurance does not apply:
   a. While the Automobile is used for or engaged in racing, pacemaking or speed testing.

### B. Invalid Driver's License Exclusion:
1. The insurance does not apply:
   a. While the Automobile is being operated by the insured or any person who does not hold a valid driver's license.

### C. DWI Exclusion:
The Company shall not be liable with respect to any accident loss, damage or liability caused, sustained or incurred while any motor vehicle, in respect of which indemnity is provided by this policy, is being driven by any person while committing a felony or who is under the influence of intoxicating liquor or controlled drugs or substances, or while said vehicle is being driven by any person who has been convicted of driving while under the influence of intoxicating liquor or any controlled drugs or substances with respect to such accident, loss, damage or liability.

Exclusions A., B. and C. above shall not apply in respect of any claim by innocent Third Parties or innocent Named Insured if not operating the insured vehicle under these conditions set out in the preceding paragraph AND that if the Company shall indemnify any Third Party for a claim which otherwise would have been excluded under the first paragraph of this exclusion, the Company shall have the right of recovery from the operator of the insured vehicle.

## II. NUCLEAR ENERGY LIABILITY EXCLUSION

### A. The insurance does not apply:
1. Under any Liability coverage, to "bodily injury" or "property damage":
   a. With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mututal Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

CA 100 05 03 PI

Case 1:06-cv-00017    Document 36-10    Filed 01/09/2007    Page 29 of 30

# POLICY CHANGE
## COMMERCIAL LINES

1

May 17, 2004

| NAME AND ADDRESS OF AGENCY          472-8834 | INSURANCE COMPANY |
|---|---|
| CASSIDY'S ASSOC. INSURERS, INC | PACIFIC INDEMNITY INSURANCE CO |
| 376 W. O'BRIEN DRIVE | 348 W. O'BRIEN DR. |
| AGANA, GU 96910 | AGANA          GU 96910 |
| AGENCY CODE    COMPANY | |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER          POLICY TYPE |
|---|---|
| AMBYTH SHIPPING & TRADING, INC | LBA11100644        C/AU |
| (SEE NAMED INSURED ENDST.) | POLICY PERIOD    (INCEPTION)          (EXPIRATION) |
| 1026 CABRAS HWY SUITE 205 | April 1, 2004    To April 1, 2005 |
| PITI, GU          96926 | |

Change effective April 1, 2004

1. C/AU COMM. AUTO MASTER I-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IT IS HEREBY UNDERSTOOD AND AGREED THAT FORMS CA PI 01 04 04 AND CA 100 05 0:
PI ARE ATTACHED TO AND FORM A PART OF THE SUBJECT POLICY.


ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

**RECEIVED**

APR 15 2005

GUAM INSURANCE
ADJUSTERS


(Authorized Signature)
Michael Cassidy

OO(A: