TERRORISM EXCLUSION

TRIA 001A GU

RECEIVED

APR 15 2005

GUAM INSURANCE
ADJUSTERS

# EXCLUSION OF ACTS OF TERRORISM

This insurance does not apply to any act of **TERRORISM**, including any injury or damage arising, directly or indirectly, whether it arise out of a "certified act of terrorism" or, a "non-certified act of terrorism".

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury of the United States of America, in concurrence with the Secretary of State and the Attorney General of the United States of America, to be an act of terrorism pursuant to the U. S. Terrorism and Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" includes the following:

1. The act resulted in aggregate losses in excess of $5 million; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Non-certified act of terrorism" means any other act of terrorism that is not designated a "certified act of terrorism" by the Secretary of the Treasury of the United States of America.

This endorsement fulfills the requirements of the U. S. Terrorism Risk Insurance Act of 2002.

POLICY NUMBER: LBA11100644

COMMERCIAL AUTO INSURANCE
CA 100 05 03 PI

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

III.  **ABSOLUTE POLLUTION EXCLUSION**

    A.    Any exclusion in the policy relating to the discharge dispersal, release or escape of smoke, vapors, soot, fumes, aids, alkalis, toxic chemicals, liquids, gases, waste materials or other irritants, contaminants or pollutants is replaced by the following:

        1.    To bodily injury or property damage arising out of the discharge, dispersal, release, or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, gases, waster materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or watercourse or body of water.

        2.    This insurance also does not apply to any cost or expense arising out of any governmental demand or request that an insured test for, assess, monitor, clean-up, remove, contain, tread, detoxify, or neutralize any such irritants contaminants, or pollutants.

        This Company shall not have the duty to defend any claim or suit seeking to impose such cost, expenses, liability for such damages, or any other relief.

IV.  **ASBESTOS EXCLUSION**

    A.    The insurance does not apply:

        1.    To any loss, demand, claim or suit arising out of or related in any way to asbestos or asbestos-containing materials.

        The Company shall have no duty of any kind with respect to any such loss, demand, claim or suit.

V.  **EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS**

This insurance does not apply to "bodily injury" or "property damage" liability or "covered pollution cost or expense" arising directly or indirectly out of:

    A.    Any actual or alleged failure, malfunction or inadequacy of:

        1.    Any of the following, whether belonging to any insured or to others:

            a.    Computer hardware, including microprocessors;
            b.    Computer application software;
            c.    Computer operating systems and related software;
            d.    Computer networks;
            e.    Microprocessors (computer chips) not part of any computer system; or
            f.    Any other computerized or electronic equipment or components; or

        2.    Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1. of this endorsement due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

CA 100 05 03 PI

POLICY NUMBER: LBA11100644

COMMERCIAL AUTO INSURANCE
CA 100 05 03 PI

    d.    Canada;
    e.    Federated States of Micronesia;
    f.    Republic of Palau (Belau); and
    g.    Commonwealth of the Northern Marianas Islands

We also cover "loss" to, or "accidents" involving a covered "auto" while being transported between any of these places.

or;

**RECEIVED**

**B.**   **SECTION V. GARAGE CONDITIONS of the Garage Coverage Form**

APR 15 2005

Under this Coverage Form, we cover:

GUAM INSURANCE
ADJUSTERS

    a.    "Bodily injury", "property damage" and "losses" occurring; and
    b.    "Covered pollution cost or expense" arising out of "accidents" occurring during the policy period shown in the Declarations and within the coverage territory.

The coverage territory is:

    a.    The United States of America;
    b.    Guam and other territories and possessions of the Unites States of America;
    c.    Puerto Rico;
    d.    Canada;
    e.    Federated States of Micronesia;
    f.    Republic of Palau (Belau); and
    g.    Commonwealth of the Northern Marianas Islands
    h.    Anywhere in the world if:
      (1) A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and
      (2) The "insureds" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, Guam and other territories and possessions of the United States of America, Puerto Rico, Canada, Federated States of Micronesia, Repbulic of Palau (Belau) or the Commonwealth of the Northern Marianas Islands or in a settlement we agree to.

We also cover "bodily injury", 'property damage", "covered pollution cost or expense' and "losses" while a covered "auto" is being transported between any of these places.

The coverage territory is extended to anywhere in the world if the "bodily injury" or "property damage" is caused by one of your 'products" which is sold for , in the United States of America, Guam and other territories and possessions of the United States of America, Puerto Rico, Canada, Federated States of Micronesia, Repbulic of Palau (Belau) or the Commonwealth of the Northern Marianas Islands. The original "suit" for damages resulting from such "bodily injury" or "property damage" must be brought in one of these places.

**IX.**   **CANCELLATION ENDORSEMENT**

CA 100 05 03 PI

Page 5 of 6

# BUSINESS AUTO DECLARATIONS

**RECEIVED**

| | | |
|---|---|---|
| Policy No.  LBA11100644 | Renewal of    NEW | APR 15 2005 |

| POLICY ISSUED BY | PRODUCER'S NAME & ADDRESS | |
|---|---|---|
| Pacific Indemnity Insurance Company<br>348 West O'Brien Drive<br>Agana, Guam 96910 | Cassidy's Associated Insurers, Inc.<br>376 West O'Brien Drive<br>Hagatña, Guam 96910 | **GUAM INSURANCE ADJUSTERS** |

## ITEM ONE

NAMED INSURED     Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders

MAILING ADDRESS     1026 Cabras Highway Ste. 205
                                    Piti, Guam 96925

POLICY PERIOD:

From     April 1, 2003     to     April 1, 2004

At 12:01 A.M. Standard Time at your mailing address shown above

FORM OF BUSINESS:

☒ CORPORATION          ☐ INDIVIDUAL
☐ PARTNERSHIP          ☐ OTHER _____

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## ITEM TWO

### SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those autos shown as covered autos. Autos are shown as covered autos for a particular coverage by the entry of one or more of the symbols from ITEM THREE next to the name of the coverage.

| COVERAGES | | COVERED AUTOS (Entry of one or more of the symbols from ITEM THREE shows which autos are covered autos. | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | | PREMIUM |
|---|---|---|---|---|---|
| LIABILITY INSURANCE | | 7 | $1,000,000.00 | | $18,825.00 |
| AUTO MEDICAL PAYMENTS INSURANCE | | 7 | $  3,000.00 | | $ 1,520.00 |
| UNINSURED MOTORISTS INSURANCE | | 7 | See endorsement No.: CA 21 GU 98 05 91 | | $   760.00 |
| PHYSICAL DAMAGE INSURANCE | COMPREHENSIVE COVERAGE | 7 | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS MINUS | $ 1,000.00 Deductible FOR EACH COVERED AUTO FOR ALL LOSS EXCEPT FIRE OR LIGHTNING | $ 2,222.00 |
| | SPECIFIED PERILS COVERAGE | Not Covered | | $25 Deductible FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM LIGHTNING | Not Covered |
| | COLLISION COVERAGE | 7 | | $ 1,000.00 Deductible FOR EACH COVERED AUTO | $ 9,644.00 |
| | TOWING & LABOR | 7 | $25 for each disablement of a passenger auto | | $    15.00 |

| | |
|---|---|
| | PREMIUM FOR ENDORSEMENTS:     N/A |
| | ESTIMATED TOTAL PREMIUM:     $32,986.00 |

Monique R. Baysinger

ENDORSEMENTS ATTACHED TO THIS COVERAGE FORM:
IL 00 03 06 89, CA 00 01 07 97, IL 00 21 11 85, CA 99 03 07 97, CA 21 17 12 93, CA 21 GU 98 05 91, AUTO1B.0498, AUTO3.0498, AUTO5.0700, AUTO8.0899, AUTO9.1000, PROP5.0498_r1298, LIAB9.0498_r1298

COUNTERSIGNED     4/1/03
                              (Date)

BY _____
        (Authorized Representative)

CA DS 03 07 97 PI

Page 1

APR 15 2005

GUAM INSURANCE ADJUSTERS

## ITEM THREE
## SCHEDULE OF COVERED AUTOS YOU OWN

DESCRIPTION                                                                TERRITORY

| Covered Auto No. | Year Model: Trade Name; Body Type; Vehicle Identification Number (VIN); Serial Number(s) | | | PURCHASED | | Island where Covered Auto will be principally garaged |
|---|---|---|---|---|---|---|
| | | | | Original Cost New | Actual Cost NEW (N) USED (U) | |
| 1 | 1982 | Flin | YD20 Tractor | 1FUAYEYA3CP209552 | U | GUAM |
| 2 | 1976 | Trall | Mobile Chassis | P33245 | U | GUAM |
| 3 | 2001 | Toyota | Echo | JTDBT12331045256 | U | GUAM |
| 4 | 1973 | Fruehauf | Trailer | OMM496178 | U | GUAM |
| 5 | 1975 | Theurer | Trailer | N44789 | U | GUAM |
| 6 | 1976 | Theurer | Trailer | N44023 | U | GUAM |
| 7 | 1998 | Yale | Forklift | FP0033 | U | GUAM |
| 8 | 1994 | Honda | Accord LX | JHMCD5636RC074050 | U | GUAM |
| 9 | 1997 | Toyota | Tercel | JT2AC52L0V0287131 | U | GUAM |
| 10 | 1997 | Toyota | Tercel | JT2AC52L6V0287070 | U | GUAM |
| 11 | 1999 | Toyota | Camry | JT2BF28K8X0146898 | U | GUAM |
| 12 | 1999 | Toyota | Tacoma 4x2 Pickup | 4TANL42N8XZ542638 | U | GUAM |
| 13 | 1999 | Toyota | Tacoma 4x2 Pickup | 4TANL42N9XZ526086 | U | GUAM |
| 14 | 1994 | Freightliner | Truck Tractor | 1FUY3LDB1R424548 | U | GUAM |
| 15 | 1984 | GWM | Truck Tractor | 60261 | U | GUAM |
| 16 | 1975 | Theurer | Trailer | N44974 | U | GUAM |
| 17 | 1997 | Nissan | Pathfinder 4x4 | JN8AR05Y7VW136479 | U | GUAM |
| 18 | 1999 | Toyota | Camry | JT2BG28KXX0339776 | U | GUAM |
| 19 | 1975 | Theurer | Trailer | N44946 | U | GUAM |
| 20 | 1998 | International | 9100 | 2HSFRAXRXWC050522 | U | GUAM |
| 21 | 1979 | Strick | Trailer | P636048 | U | GUAM |
| 22 | 1994 | Freightliner | Truck Tractor | 1FUY3LDB0RP424556 | U | GUAM |
| 23 | 1979 | Budd | Chassis | 176632L | U | GUAM |
| 24 | 1979 | Budd | Chassis | 176609L | U | GUAM |
| 25 | 1979 | Budd | Chassis | 181267L | U | GUAM |
| 26 | 2002 | Toyota | Echo | JTDBT123620201336 | U | GUAM |
| 27 | 1979 | Strick | Trailer | P634428 | U | GUAM |
| 28 | 1995 | Freightliner | FLD 112 | 1FUY3MDB25P425154 | U | GUAM |
| 29 | 1994 | Freightliner | FLD 112 | 1FUY3LDB6RP424545 | U | GUAM |
| 30 | 1979 | Budd | Chassis | 181556L | U | GUAM |
| 31 | 1996 | Ford | E350 | 1FDKE37G5THA38971 | U | GUAM |
| 32 | 1994 | International | Flatbed 4900 | 1HTSDAAMORH595468 | U | GUAM |
| 33 | 1980 | Frueh | Trailer | CP713879 | U | GUAM |
| 34 | 1978 | Frueh | Trailer | FRY660097 | U | GUAM |
| 35 | 1976 | Trall | Mobile Chassis | P32666 | U | GUAM |
| 36 | 1978 | Frush | Trailer | S36724 | U | GUAM |
| 37 | 1976 | Trall | Mobile Chassis | P32709 | U | GUAM |
| 38 | 1976 | Trall | Mobile Chassis | P32692 | U | GUAM |
| 39 | 1978 | Trall | Mobile Trailer | S61609 | U | GUAM |
| 40 | 1977 | Trall | Mobile Trailer | S37446 | U | GUAM |
| 41 | 1978 | Trall | Mobile Trailer | T30087 | U | GUAM |
| 42 | 1987 | Freuhauf | Trailer | 5397 | U | GUAM |
| 43 | 1987 | Freuhauf | Trailer | 5393 | U | GUAM |
| 44 | 1976 | Trall | Mobile Chassis | P32442 | U | GUAM |
| 45 | 1987 | Freuhauf | Trailer | 5398 | U | GUAM |
| 46 | 1987 | Freuhauf | Trailer | 5396 | U | GUAM |
| 47 | 1987 | Freuhauf | Trailer | 5395 | U | GUAM |

CA DS 03 07 97 PI

| 48 | 1975 | Theurer | Trailer | N44038 | | | U | GUAM |
|----|------|---------|---------|--------|---|---|---|------|
| 49 | 1976 | Freuhauf | Trailer | FRV721408 | | | U | GUAM |
| 50 | 1974 | Dorsey | Trailer | 119017 | | | U | GUAM |
| 51 | 1974 | Bertolini | Trailer | B17858 | | | U | GUAM |
| 52 | 1976 | Trail | Mobile Chassis | P33225 | | | U | GUAM |
| 53 | 1976 | Trail | Mobile Chassis | P32683 | | | U | GUAM |
| 54 | 1976 | Trail | Mobile Chassis | P33231 | | | U | GUAM |
| 55 | 1976 | Trail | Mobile Chassis | P32619 | | | U | GUAM |
| 56 | 1976 | Trail | Mobile Chassis | P32534 | | | U | GUAM |
| 57 | 1975 | Bert | Chassis | B18625 | | | U | GUAM |
| 58 | 1976 | Trail | Mobile Chassis | P32430 | | | U | GUAM |
| 59 | 1979 | Budd | Chassis | 18137OL | | | U | GUAM |
| 60 | 1976 | Trail | Mobile Chassis | P32384 | | | U | GUAM |
| 61 | 1979 | Strick | Trailer | P634079 | | | U | GUAM |
| 62 | 1978 | Bert | Chassis | 828964 | | | U | GUAM |
| 63 | 1976 | Bert | Chassis | B19473 | | | U | GUAM |
| 64 | 1974 | Dorsey | Chassis | 112699 | | | U | GUAM |
| 65 | 1980 | Budd | Chassis | 189378L | | | U | GUAM |
| 66 | 1988 | Budd | Chassis | 189385L | | | U | GUAM |
| 67 | 1980 | Budd | Chassis | 179878L | | | U | GUAM |
| 68 | 1980 | Budd | Chassis | 179885L | | | U | GUAM |
| 69 | 1980 | Budd | Chassis | 189372L | | | U | GUAM |
| 70 | 1979 | Budd | Chassis | P176637L | | | U | GUAM |
| 71 | 1987 | Fruehauf | Trailer | 5394 | | | U | GUAM |
| 72 | 2001 | Mazda | MPV Van | JM3LW28G310211615 | | | U | GUAM |
| 73 | 1997 | Isuzu | NPR Van | JALB4B1K9V7008068 | | | U | GUAM |
| 74 | 1991 | EZ Loader | 150TXES Trailer | 5375 | | | U | GUAM |
| 75 | 1979 | Budd | Chassis | 181549L | | | U | GUAM |
| 76 | 1996 | International | 9400 | 2HSFHASR8TC014687 | | | U | GUAM |

RECEIVED

APR 1 5 2005

GUAM INSURANCE ADJUSTERS

### CLASSIFICATION

| Covered Auto No. | Business Use s =service;  r =retail;   c =commercial | | Age | EXCEPT FOR Towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
|------------------|-----------------------------------------------------|---|-----|----------------------------------------------------------------------------------------------------------------------------------------------|
| 1 | C | | | None Stated |
| 2 | C | | | None Stated |
| 3 | C | | | None Stated |
| 4 | C | | | None Stated |
| 5 | C | | | None Stated |
| 6 | C | | | None Stated |
| 7 | C | | | None Stated |
| 8 | C | | | None Stated |
| 9 | C | | | None Stated |
| 10 | C | | | None Stated |
| 11 | C | | | None Stated |
| 12 | C | | | None Stated |
| 13 | C | | | None Stated |
| 14 | C | | | None Stated |
| 15 | C | | | None Stated |
| 16 | C | | | None Stated |
| 17 | C | | | None Stated |
| 18 | C | | | None Stated |
| 19 | C | | | None Stated |
| 20 | C | | | None Stated |
| 21 | C | | | None Stated |
| 22 | C | | | None Stated |
| 23 | C | | | None Stated |

CA DS 03 07 97 PI

| | | | | |
|---|---|---|---|---|
| 24 | C | | | None Stated |
| 25 | C | | | None Stated |
| 26 | C | | | None Stated |
| 27 | C | | | None Stated |
| 28 | C | | | None Stated |
| 29 | C | | | None Stated |
| 30 | C | | | None Stated |
| 31 | C | | | None Stated |
| 32 | C | | | None Stated |
| 33 | C | | | None Stated |
| 34 | C | | | None Stated |
| 35 | C | | | None Stated |
| 36 | C | | | None Stated |
| 37 | C | | | None Stated |
| 38 | C | | | None Stated |
| 39 | C | | | None Stated |
| 40 | C | | | None Stated |
| 41 | C | | | None Stated |
| 42 | C | | | None Stated |
| 43 | C | | | None Stated |
| 44 | C | | | None Stated |
| 45 | C | | | None Stated |
| 46 | C | | | None Stated |
| 47 | C | | | None Stated |
| 48 | C | | | None Stated |
| 49 | C | | | None Stated |
| 50 | C | | | None Stated |
| 51 | C | | | None Stated |
| 52 | C | | | None Stated |
| 53 | C | | | None Stated |
| 54 | C | | | None Stated |
| 55 | C | | | None Stated |
| 56 | C | | | None Stated |
| 57 | C | | | None Stated |
| 58 | C | | | None Stated |
| 59 | C | | | None Stated |
| 60 | C | | | None Stated |
| 61 | C | | | None Stated |
| 62 | C | | | None Stated |
| 63 | C | | | None Stated |
| 64 | C | | | None Stated |
| 65 | C | | | None Stated |
| 66 | C | | | None Stated |
| 67 | C | | | None Stated |
| 68 | C | | | None Stated |
| 69 | C | | | None Stated |
| 70 | C | | | None Stated |
| 71 | C | | | None Stated |
| 72 | C | | | None Stated |
| 73 | C | | | None Stated |
| 74 | C | | | None Stated |
| 75 | C | | | None Stated |
| 76 | C | | | None Stated |

RECEIVED
APR 15 2005
GUAM INSURANCE ADJUSTERS

CA DS 03 07 97 PI

Page 4

RECEIVED

APR 15 2005

GUAM INSURANCE
COVERAGEBUSTERS

## ITEM THREE
## SCHEDULE OF COVERED AUTOS YOU OWN (Cont'd)

COVERAGES -- PREMIUMS AND LIMITS -- AUTO LIABILITY, MEDICAL PAYMENTS AND UNINSURED MOTORISTS COVERAGE
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry
in the corresponding ITEM TWO column applies instead)

| Covered Auto No. | LIABILITY | | AUTOMOBILE MEDICAL PAYMENTS | | UNINSURED MOTORISTS | |
|---|---|---|---|---|---|---|
| | Limit | Premium | Limit | Premium | Limit | Premium |
| 1 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 2 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 3 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 4 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 5 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 6 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 7 | $1,000,000.00 | $ 177.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 8 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 9 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 10 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 11 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 12 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 13 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 14 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 15 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 16 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 17 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 18 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 19 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 20 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 21 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 22 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 23 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 24 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 25 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 26 | $1,000,000.00 | $ 231.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 27 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 28 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 29 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 30 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 31 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 32 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 33 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 34 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 35 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 36 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 37 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 38 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 39 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 40 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 41 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 42 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 43 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 44 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 45 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 46 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 47 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |

CA DS 03 07 97 PI

| | | | | | |
|---|---|---|---|---|---|
| 48 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 49 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 50 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 51 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 52 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 53 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 54 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 55 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 56 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 57 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 58 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 59 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 60 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 61 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 62 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 63 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 64 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 65 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 66 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 67 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 68 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 69 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 70 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 71 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 72 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 73 | $1,000,000.00 | $ 295.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 74 | $1,000,000.00 | $ 88.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 75 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| 76 | $1,000,000.00 | $ 353.00 | $3,000.00 | $ 20.00 | Ref: CA 21 GU 98 | $ 10.00 |
| Total Premium | | $18,825.00 | | $1,520.0 | | $760.00 |

## COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES -- COMPREHENSIVE, COLLISION AND TOWING AND LABOR

(Absence of a deductible or limit entry in any column below means that the limit or deductible entry
in the corresponding ITEM TWO column applies instead)

| Covered Auto No. | COMPREHENSIVE | | SPECIFIED PERILS | COLLISION | | TOWING & LABOR $25 Per Disablement |
|---|---|---|---|---|---|---|
| | Limit stated in ITEM TWO minus deductible shown below | Premium | Limit stated in ITEM TWO Premium | Limit stated in ITEM TWO minus deductible shown below | Premium | Premium |
| 1 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 2 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 3 | $1,000.00 | $ 91.00 | Not Covered | $1,000.00 | $ 312.00 | Not Covered |
| 4 | Not Covered | N/A | Not Covered | Not Covered | N/A | $ 1.00 |
| 5 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 6 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 7 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 8 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 9 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 10 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 11 | $ 500.00 | $ 137.00 | Not Covered | $ 500.00 | $ 386.00 | $ 1.00 |
| 12 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 13 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 14 | $1,000.00 | $ 166.00 | Not Covered | $1,000.00 | $ 870.00 | $ 1.00 |
| 15 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 16 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |

CA DS 03 07 97 PI

Page 6

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

| | | | | | |
|---|---|---|---|---|---|
| 17 | $1,000.00 | $ 178.00 | Not Covered | $1,000.00 | $ 576.00 | $ 1.00 |
| 18 | $1,000.00 | $ 137.00 | Not Covered | $1,000.00 | $ 386.00 | $ 1.00 |
| 19 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 20 | $1,000.00 | $ 225.00 | Not Covered | $1,000.00 | $1,166.00 | $ 1.00 |
| 21 | Not Covered | N/A | Not Covered | Not Covered | N/A | $ 1.00 |
| 22 | $1,000.00 | $ 195.00 | Not Covered | $1,000.00 | $1,017.00 | Not Covered |
| 23 | Not Covered | N/A | Not Covered | Not Covered | N/A | $ 1.00 |
| 24 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 25 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 26 | $1,000.00 | $ 106.00 | Not Covered | $1,000.00 | $ 358.00 | Not Covered |
| 27 | Not Covered | N/A | Not Covered | Not Covered | N/A | $ 1.00 |
| 28 | $1,000.00 | $ 195.00 | Not Covered | $1,000.00 | $1,017.00 | Not Covered |
| 29 | $1,000.00 | $ 178.00 | Not Covered | $1,000.00 | $ 930.00 | $ 1.00 |
| 30 | Not Covered | N/A | Not Covered | Not Covered | N/A | $ 1.00 |
| 31 | $1,000.00 | $ 93.00 | Not Covered | $1,000.00 | $ 312.00 | Not Covered |
| 32 | $1,000.00 | $ 166.00 | Not Covered | $1,000.00 | $ 870.00 | $ 1.00 |
| 33 | Not Covered | N/A | Not Covered | Not Covered | N/A | $ 1.00 |
| 34 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 35 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 36 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 37 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 38 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 39 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 40 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 41 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 42 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 43 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 44 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 45 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 46 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 47 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 48 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 49 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 50 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 51 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 52 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 53 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 54 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 55 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 56 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 57 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 58 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 59 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 60 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 61 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 62 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 63 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 64 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 65 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 66 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 67 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 68 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 69 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 70 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 71 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 72 | $1,000.00 | $ 134.00 | Not Covered | $1,000.00 | $ 444.00 | $ 1.00 |

CA DS 03 07 97 PI

RECEIVED

Page 7

APR 15 2005

GUAM INSURANCE ADJUSTERS

| 73 | $1,000.00 | $ 90.00 | Not Covered | $1,000.00 | $ 304.00 | $ 1.00 |
| 74 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 75 | Not Covered | N/A | Not Covered | Not Covered | N/A | Not Covered |
| 76 | $1,000.00 | $ 131.00 | Not Covered | $1,000.00 | $ 696.00 | $ 1.00 |
| Total Premium | | $2,222.00 | Not Covered | | $9,644.00 | $15.00 |

## ITEM FOUR
## SCHEDULE OF HIRED OR BOROWED COVERED AUTO COVERAGE AND PREMIUMS

| | LIABILITY COVERAGE – RATING BASIS, COST OF HIRE | | | |
| TERRITORY | ESTIMATED COST OF HIRE FOR EACH TERRITORY | RATE PER EACH $100 COST OF HIRE | FACTOR (If Liability Coverage Is Primary) | PREMIUM |
|---|---|---|---|---|
| | $ | $ | | $ |
| | | | TOTAL PREMIUM | Not Covered |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

## PHYSICAL DAMAGE COVERAGE

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS$    FOR EACH COVERED AUTO | $ | $ | $ |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $    DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | $ | $ | $ |
| COLLISION | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $    FOR EACH COVERED AUTO | $ | $ | $ |
| | | | TOTAL PREMIUM | Not Covered |

## ITEM FIVE
## SCHEDULE FOR NON-OWNERSHIP LIABILITY

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| Other Than A Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| Social Service Agency | Number of Employees | | $ |
| | Number of Volunteers | | $ |
| | TOTAL | Not Covered | Not Covered |

## ITEM SIX
## SCHEDULE FOR GROSS RECEIPTS OR MILEAGE BASIS – LIABILITY COVERAGE – PUBLIC AUTO OR LEASING RENTAL CONCERNS

| RATES |
|---|
| |

CA DS 03 07 97 PI

RECEIVED

Page 8

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

| ESTIMATED YEARLY ☐ Gross Receipts ☐ Mileage | ☐ Per $100 Of Gross Receipts ☐ Per Mile | | PREMIUMS | |
|---|---|---|---|---|
| | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | $ | $ | $ | $ |
| | $ | $ | $ | $ |
| | | TOTAL PREMIUMS | Not Covered | Not Covered |
| | | MINIMUM PREMIUMS | Not Covered | Not Covered |

When used as a premium basis:

### FOR PUBLIC AUTOS

Gross Receipts means the total amount to which you are entitled for transporting passengers, mail or merchandise during the policy period regardless of whether you or any other carrier originate the transportation. Gross Receipts does not include:

A.  Amounts you pay to railroads, steamship lines, airlines and other motor carriers operating under their own ICC or PUC permits.

B.  Advertising revenue.

C.  Taxes which you collect as a separate item and remit directly to a governmental division.

D.  C.O.D. collections for cost of mail or merchandise including collection fees.

Mileage means the total live and dead mileage of all revenue producing units operated during the policy period.

### FOR RENTAL OR LEASING CONCERNS

Gross Receipts means the total amount to which you are entitled for the leasing or rental of "autos" during the policy period and includes taxes except those taxes which you collect as a separate item and remit directly to a governmental division.

Mileage means the total of all live and dead mileage developed by all the "autos" you leased or rented to others during the policy period.

**RECEIVED**

APR 15 2005

**GUAM INSURANCE ADJUSTERS**

CA DS 03 07 97 PI

Page 9

POLICY NUMBER: LBA11100844

COMMERCIAL AUTO
CA 21 17 12 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## UNINSURED MOTORISTS COVERAGE

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

This endorsement modifies insurance provided under the following:
  BUSINESS AUTO COVERAGE FORM
  GARAGE COVERAGE FORM
  MOTOR CARRIER COVERAGE FORM
  TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective April 1, 2003 | Countersigned by |
|---|---|
| Named Insured Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders | (Authorized Representative) |

### SCHEDULE

**LIMIT OF LIABILITY**

See Endorsement CA 21 GU 98 05 91

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

**A. COVERAGE**
  1. We will pay all sums the "insured" is legally entitled led to recover as compensatory damages from the owner or driver of an uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".
  2. If this insurance provides a limit in excess of the amounts required by the applicable law where a covered "auto" is principally garaged, we will pay only after all liability on s or policies have been exhausted by judgments or payments.
  3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. WHO IS AN INSURED**
  1. You.
  2. If you are an individual, any "family member".
  3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.
  4. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another

CA 21 17 12 93          Copyright, Insurance Services Office, Inc. 1993          Page 1 of 3

RECEIVED

FEB 15 2005

GUAM INSURANCE
ADJUSTERS

"insured".

## C. EXCLUSIONS

This insurance does not apply to any of the following:

1. Any claim settled without our consent

2. The direct or indirect benefit of any insurer or self—insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

   a. You while "occupying" or when struck by any vehicle owned by you that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto' for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by you that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

## D. LIMIT OF INSURANCE

1. Regardless of the number of covered "autos", insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from an y one "accident" is the LIMIT OF INSURANCE for UNINSURED MOTORISTS COVERAGE shown in the Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage and any Liability Coverage form, Medical Payments Coverage endorsement, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement

   We will not make a duplicate payment under this Coverage for any element of "loss" for which payment has been made by, or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for t he same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. CHANGES IN CONDITIONS

The CONDITIONS are changed for UNINSURED MOTORISTS COVERAGE as follows:

1. OTHER INSURANCE in the Business Auto and Garage Coverage Forms and OTHER INSURANCE - PRIMARY AND EXCESS INSURANCE PROVISIONS in the Truckers and Motor Carrier Coverage Forms is replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any coverage form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this coverage form is provided.

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS is changed by adding the following:
   a. Promptly notify the police if a hit— and—run driver is involved, and
   b. Promptly send us copies of the legal papers if a "suit' is brought
3. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US is changed by adding the following:
   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.
4. The following Condition is added:
   **ARBITRATION**
   a. **If we and an "insured" disagree**
      whether the "insured" is legally entitled to recover damages from the owner or driver of an uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.
   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

F. **ADDITIONAL DEFINITIONS**
   As used in this endorsement
   1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household , including a ward or foster child.
   2. "Occupying" means in, upon, getting in, on, out or off.
   3. "Uninsured motor vehicle" means a land motor vehicle or trailer:
      a. For which no liability bond or policy at the time of an "accident" provides at least the amounts require d by the applicable law where a covered 'auto' is principally garaged;
      b. That is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle or trailer for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered auto is principally garaged but that sum is less than the Limit of Insurance of this coverage;
      c. For which an insuring or bonding company denies coverage or is or becomes insolvent; or
      d. That is a hit—and—run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying".
   However, "uninsured motor vehicle" does not include any vehicle:
      a. Owned or operated by a self—insurer under any applicable motor vehicle law, except a self insurer who is or becomes insolvent and can not provide the amounts required by that motor vehicle law;
      b. Owned by a governmental unit or agency; or
      c. Designed for use mainly off public roads while not on public roads.

**RECEIVED**

APR 1 5 2005

**GUAM** INSURANCE **ADJUSTERS**

POLICY NUMBER: LBA11100644

**COMMERCIAL AUTO**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GUAM SPLIT UNINSURED MOTORISTS COVERAGE LIMITS

This endorsement modifies insurance provided under the following:
    UNINSURED MOTORISTS COVERAGE

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement Effective: April 1, 2003 | |
| Named Insured: Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders | Countersigned By: (Authorized Representative) |

### SCHEDULE

| | | |
|---|---|---|
| "Bodily Injury" | $25,000 | Each Person |
| | $50,000 | Each "Accident" |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

Paragraph 1. Of LIMIT OF INSURANCE is replaced by the following:

1. Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the limit of insurance is as follows:

    a. The most we will pay for all damages resulting from "bodily injury" to any one person caused by any one "accident," including all damages claimed by any person or organization for care, loss of services or death resulting from the "bodily injury," is the limit of "Bodily Injury" shown in the Schedule for each person.

    b. Subject to the limit for each person, the most we will pay for all damages resulting from "bodily injury" caused by any one "accident" is the limit of "Bodily Injury" shown in the Schedule for each "accident."

**RECEIVED**

APR 15 2005

GUAM INSURANCE
ADJUSTERS

CA 21 GU 98 05 91          Copyright, Insurance Services Office, Inc., 1991                    Page 1 of 1

## EXCLUSION ENDORSEMENT B

IN CONSIDERATION of the premium charged, it is hereby understood and agreed that Coverage under this policy is amended to include the following exclusions:

**This policy does not apply:**
1. While the Automobile is used for or engaged in racing, pacemaking or speed testing.
2. While the Automobile is being operated by the insured or any person who does not hold a valid driver's license. It is understood that this Exclusion shall not apply in respect of any claim by innocent Third Parties or innocent Named Insured if not operating the insured vehicle under the conditions set in the preceding paragraph of this Exclusion, the Company shall have the right of recovery from the operator of the insured vehicle.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits or conditions of the Policy, except as hereinafter set forth.

This endorsement is effective as of ___April 1, 2003___ and forms part of Policy No. ___LBA11100644___ of the Pacific Indemnity Insurance Company issued to ___Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders___

Date Issued ___April 1, 2003___

By: _____

Agents for
Pacific Indemnity Insurance Company

**RECEIVED**

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

AUT01b.0498

p. 1 of 1

## DWI EXCLUSION

IT IS HEREBY UNDERSTOOD AND AGREED that the Company shall not be liable with respect to any accident loss, damage or liability caused, sustained or incurred while any motor vehicle, in respect of which indemnity is provided by this policy, is being driven by any person while committing a felony or who is under the influence of intoxicating liquor or controlled drugs or substances, or while said vehicle is being driven by any person who has been convicted of driving while under the influence of intoxicating liquor or any controlled drugs or substances with respect to such accident, loss, damage or liability.

IT IS UNDERSTOOD that this Exclusion shall not apply in respect of any claim by innocent Third Parties or innocent Named Insured if not operating the insured vehicle under the conditions set out in the preceding paragraph.

IT IS FURTHER UNDERSTOOD AND AGREED that if the Company shall indemnify any Third Party for a claim which otherwise would have been excluded under the first paragraph of this exclusion, the Company shall have the right of recovery from the operator of the insured vehicle.

This endorsement is effective <u>April 1, 2003</u> and is attached to and forms a part of Policy No. <u>LBA11100644</u> of the <u>Pacific Indemnity Insurance Company.</u>

Date Issued: ___<u>April 1, 2003</u>___

By: _____

       Authorized Signature

**RECEIVED**

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

AUTO3.0498

p. 1 of 1

# AUTO CATASTROPHE EXCLUSION

Name of Insured:        Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders

In consideration of the reduced premium charged, it is hereby agreed that this a policy does not apply, under Coverages D to loss or damage directly or indirectly, proximately or remotely, occasioned by or arising from or in consequence of earthquake, volcanic eruption, typhoon, hurricane, tornado, cyclone, or other convulsion of nature or atmospheric disturbance.

Nothing herein contained shall be held to vary, alter, waive or change any of the terms, limits, or conditions of the Policy, except as hereinabove set forth.

This endorsement is effective        April 1, 2003

Attached to and forming part of Policy No.        LBA11100644        of the
Pacific Indemnity Insurance Company

Date Issued      April 1, 2003                      By: _____
                                                        Authorized Signature
                                                        · General Agent

**RECEIVED**

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

AUTO5.0700

Page 1 of 1

# ABSOLUTE POLLUTION EXCLUSION ENDORSEMENT

It is agreed that any exclusion in the policy relating to the discharge dispersal, release or escape of smoke, vapors, soot, fumes, aids, alkalis, toxic chemicals, liquids, gases, waste materials or other irritants, contaminants or pollutants is replaced by the following:

> To bodily injury or property damage arising out of the discharge, dispersal, release, or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids, gases, waster materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or watercourse or body of water.

> This insurance also does not apply to any cost or expense arising out of any governmental demand or request that an insured test for, assess, monitor, clean-up, remove, contain, tread, detoxify, or neutralize any such irritants contaminants, or pollutants.

> This Company shall not have the duty to defend any claim or suit seeking to impose such cost, expenses, liability for such damages, or any other relief.

This endorsement is effective as of April 1, 2003 and forms part of Policy No. LBA11100644 of the PACIFIC INDEMNITY INSURANCE COMPANY issued to  Ambyth  Shipping  &  Trading,  Inc. Intermodal Cargo Forwarders.

**RECEIVED**

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

AUTO8.0899

1 of 1

## ASBESTOS EXCLUSION NO.1

This policy does not apply to any loss, demand, claim or suit arising out of or related in any way to asbestos or asbestos-containing materials.

The Company shall have no duty of any kind with respect to any such loss, demand, claim or suit.

This endorsement is effective as of      April 1, 2003
and forms part of Policy No.    LBA11100644                  of the Pacific Indemnity Insurance Company
issued to     Ambyth Shipping & Trading, Inc. Intermodal Cargo Forwarders

r

**RECEIVED**

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

AUTO9.1000                                                    Page 1 of 1

FORM:  PROP5.0498_r1298

POLICY NO.  LBA11100644

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

| | |
|---|---|
| BOILER AND MACHINERY COVERAGE | HOMEOWNERS POLICY, PROPERTY COVERAGE |
| COMMERCIAL CRIME COVERAGE | PERSONAL ARTICLES FLOATER |
| COMMERCIAL INLAND MARINE COVERAGE | TOTAL COMPREHENSIVE PROTECTION POLICY (TCP), |
| COMMERCIAL PROPERTY COVERAGE |    PART 3: DAMAGE TO PROPERTY |
| MERCANTILE OPEN STOCK POLICY | PERSONAL AUTO POLICY, PHYSICAL DAMAGE COVERAGE |
| STANDARD FIRE POLICY | PERSONAL INLAND MARINE COVERAGE |
| ACCOUNTS RECEIVABLE COVERAGE | BURGLARY SAFE COVERAGE |
| ELECTRONICS AND DATA PROCESSING POLICY | GARAGE INSURANCE |
| VALUABLE PAPERS COVERAGE | ELECTRONICS AND DATA PROCESSING POLICY AND/OR COVERAGE FORM |
| COMMERCIAL AUTOMOBILE POLICY, | SPECIAL COVERAGE POLICY |
|    PART 5: PHYSICAL DAMAGE INSURANCE | COMPREHENSIVE BUSINESS PROTECTION POLICY |
| BUSINESS INSURANCE XTRA POLICY (BIX), | |
|    PART 3: PROPERTY COVERAGES | |

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

A.  We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    1.  The failure, malfunction or inadequacy of:

        a.  Any of the following, whether belonging to any insured or to others:

            (1)  Computer hardware, including microprocessors;
            (2)  Computer application software;
            (3)  Computer operating systems and related software;
            (4)  Computer networks;
            (5)  Microprocessors (computer chips) not part of any computer system; or
            (6)  Any other computerized or electronic equipment or components; or

        b.  Any other products, and any services, data or functions that directly or indirectly use or rely upon in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

        due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

    2.  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B.  If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

    1.  In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Maine Coverage Part or the Standard Property Policy; or

    2.  Under the Commercial Property Coverage Part:

        a.  In a "Specified Cause of Loss" under the Causes of Loss - Special Form; or

        b.  In a Covered Cause of Loss under the Causes of Loss - Basic Form or the Causes of Loss - Broad Form;

    We will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss" or Loss

C.  We will not pay for repair, replacement of modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

FORM:  PROP5.0498_r1298

p. 1 of 1

FORM:   LIAB9.0498_r1298

RECEIVED

APR 1 5 2005

GUAM INSURANCE
ADJUSTERS

POLICY NO.   LBA11100644

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

# EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

LIABILITY INSURANCE COVERAGE
COMMERCIAL LIABILITY COVERAGE PART
COMPREHENSIVE GENERAL LIABILITY POLICY
BUSINESS INSURANCE XTRA POLICY (BIX), PART 4 : LIABILITY AND MEDICAL PAYMENTS, LIABILITY COVERAGES
CONTRACTUAL LIABILITY COVERAGE
UMBRELLA LIABILITY
TOTAL COMPREHENSIVE POLICY (TCP), PART4: LIABILITY
PERSONAL AUTO POLICY, PART 4: LIABILITY
GARAGE INSURANCE
HOMEOWNERS POLICY, LIABILITY COVERAGE
DIRECTORS' AND OFFICERS' LIABILITY COVERAGE
COMPREHENSIVE BUSINESS PROTECTION POLICY

### Exclusions

This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury" or "products/completed operations" liability arising directly or indirectly out of:

1.  Any actual or alleged failure, malfunction or inadequacy of:
    a.  Any of the following, whether belonging to any Insured or to others:
        (1)  Computer hardware, including microprocessors;
        (2)  Computer application software;
        (3)  Computer operating systems and related software;
        (4)  Computer networks;
        (5)  Microprocessors (computer chips) not part of any computer system; or
        (6)  Any other computerized or electronic equipment or components; or
    b.  Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a of this endorsement

    due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

2.  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in A.1 of this endorsement.

FORM:   LIAB9.0498_r1298

p.1 of 1