# DISTRICT COURT OF GUAM

National Union Fire Insurance
Company of Pittsburgh, PA

V.

Pacific Indemnity Insurance Company
and Ambyth Shipping and Trading, Inc.
dba Ambyth Trucking,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV06-00017

**FILED**
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

Ambyth Shipping & Trading, Inc.
dba Ambyth Trucking
193 Rojas Street
Harmon Industrial Park
Tamuning, Guam 96913

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael D. Flynn, Jr., Esq.
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910

an answer to the Second Amended complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

DATE  JAN - 9 2007

**ORIGINAL**

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/10/07  2:40pm |
| NAME OF SERVER (PRINT) CHARLES T. DAMIAN | TITLE PROCESS SERVER SP0199-99 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: #193 ROJAS STREET HARMON IND. PARK, HARMON GUAM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: YVONNE SAN NICOLAS 1/10/07 / Logistics Manager 2:40pm

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 8mi | $45.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/12/07
              Date           Signature of Server

124 Hegim St., MAINA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.