AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF  GUAM U.S.A. _____

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
                Plaintiff,

V.

PACIFIC INDEMNITY INSURANCE COMPANY
and AMBYTH SHIPPING & TRADING, INC.,
dba AMBYTH TRUCKING,
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV06-00017

**FILED**
DISTRICT COURT OF GUAM
JAN 31 2007
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

CASSIDY'S ASSOCIATED INSURERS, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David Ledger, Esq.
    Elyze McDonald, Esq.
    CARLSMITH BALL LLP
    Sutie 401, Bank of Hawaii Building
    134 West Soledad Avenue
    Hagatna, Guam 96910
    #(671) 472-6813

an answer to the THIRD-PARTY complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                  JAN 30 2007
CLERK                                            DATE

_[signature]_
(BY) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 01/30/2007 |
| NAME OF SERVER (PRINT) RONALD PONCE | TITLE RUNNER |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: MICHAEL C. CASSIDY, PROPERTY/CASUALTY MANAGER, CASSIDY'S ASSO. INSURERS, 376 W. O'BRIEN DRIVE, HAGANA, GUAM

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/30/2007
_____
Date

Signature of Server

150 CHALAN BOTOOLAGAS, ASTUMBO, DEDEDO, GU.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.