**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
*Cassidy's Associated Insurers, Inc.*

FILED
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, <br><br> Defendants, <br><br> AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> CASSIDY'S ASSOCIATED INSURERS, INC., <br><br> Third-Party Defendant. | CIVIL CASE NO. 06-00017 <br><br><br><br><br><br><br><br><br> **CASSIDY'S ASSOCIATED INSURERS, INC.'S ANSWER TO THIRD-PARTY COMPLAINT; DECLARATION OF SERVICE** |

----------

///

## FIRST DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

## SECOND DEFENSE

Cassidy's Associated Insurers, Inc. ("Cassidy's") is not an insurance company as alleged in the Third-Party Complaint.

## THIRD DEFENSE

Cassidy's adopts all the Affirmative Defenses set forth in Pacific Indemnity Insurance Company's Answer to the Second Amended Complaint filed herein on January 23, 2007.

## FOURTH DEFENSE

Defendant admits the allegations contained in paragraph 29 of the Third-Party Complaint; alleges that Cassidy's is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 3, 4, 5, 6, 8, 9, 11, 12, 13, 14, 15, and 16 of the Third-Party Complaint; and denies each and every other allegation contained in the Complaint.

With respect to paragraph 17 and 24 as they are paragraphs which seek to re-allege averments Defendant Cassidy's stands by its answer above.

WHEREFORE, Defendant, Cassidy's Associated Insurers, Inc., requests that:

1. The Third-Party Complaint of Ambyth Shipping & Trading, Inc., dba Ambyth Trucking, be dismissed, judgment be entered in favor of Cassidy's Associated Insurers, Inc. and Ambyth take nothing by way of its Third-Party Complaint; and

2. This Court award Defendant, Cassidy's Associated Insurers, Inc., its costs of suit; and

///

///

///

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

3. This Court order and award such other and further relief as this Court deems lawful, just or equitable under the circumstances.

DATED at Hagåtña, Guam, on February 20, 2007.

**TEKER TORRES & TEKER, P.C.**

By: /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
Attorneys for Third-Party Defendant,
*Cassidy's Associated Insurers, Inc.*

# DECLARATION OF SERVICE

I, JOSEPH C. RAZZANO, hereby declare that on the 20th day of February, 2007, I will cause to be served, a true and correct copy of the Answer of Third-Party Defendant, Cassidy's Associated Insurers, Inc., to be served on the following counsels of record:

Michael D. Flynn, Jr.,
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorneys for Plaintiff,
***National Union Fire Insurance***
 ***Company of Pittsburgh, PA***

G. Patrick Civille, Esq.
Civille & Tang, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910
Attorneys for Defendant,
***Pacific Indemnity Insurance Company***

David Ledger, Esq.
Carlsmith Ball, LLP
134 West Soledad Avenue
Suite 401
Bank of Hawaii Building
Hagåtña, Guam 96910
Attorneys for Defendant,
***Ambyth Shipping & Trading, Inc.***
 ***dba Ambyth Trucking***

DATED at Hagåtña, Guam, on February 20, 2007.

*/s/ Joseph C. Razzano*
JOSEPH C. RAZZANO

LJT:cs
PLDGS:CASSIDY'S INS.:AMBYTH vs.:001

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

-4-