**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601
*Attorneys for Third-Party Defendant,*
  *Cassidy's Associated Insurers, Inc.*

**CARLSMITH BALL, LLP**
SUITE 401, BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-6813
FACSIMILE: (671) 477-4375
*Attorneys for Defendant/Third-Party Plaintiff, Ambyth*
  *Shipping & Trading, Inc. dba Ambyth Trucking*

**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511
*Attorneys for Defendant,*
*Pacific Indemnity Insurance Company*

**MAHER YANZA FLYNN & TIMBLIN, LLP**
115 HESLER PLACE, GROUND FLOOR
GOVERNOR JOSEPH FLORES BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-7059
FACSIMILE: (671) 472-5487
*Attorneys for Plaintiff, National Union Fire*
  *Insurance Company of Pittsburgh, PA*

FILED
DISTRICT COURT OF GUAM
APR 23 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE ) | CIVIL CASE NO. 06-00017 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ~~[PROPOSED]~~ |
| ) | **AMENDED JOINT DISCOVERY** |
| PACIFIC INDEMNITY INSURANCE ) | |
| COMPANY and AMBYTH SHIPPING & ) | |
| TRADING, INC., dba AMBYTH TRUCKING, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |

/ / /

| | |
|---|---|
| AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) ) ) |
| Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) |
| CASSIDY'S ASSOCIATED INSURERS, INC., | ) ) ) ) |
| Third-Party Defendant. | ) |

----------

The parties, subject to Court approval, hereby amend the Joint Discovery Plan in order to accommodate unexpected delays in procuring expert witnesses and reports, and to provide for a more orderly flow of discovery once such expert reports become available. As well as provide new parties adequate time to conduct discovery.

The parties have met and conferred in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(b).

### A. *Initial Disclosures.*

Disclosures shall be due thirty (30) days from the date of this Order.

### B. *Interrogatories, Requests for Production and Admissions.*

Interrogatories, Requests for Production and Requests for Admissions may be propounded at any time during the discovery phase, subject to the limitations on the number of interrogatories as set forth in Rule 33, provided that the discovery requests must be served sufficiently in advance that responses are due prior to the expiration of the discovery cutoff date.

### C. *Fact Witnesses and Depositions.*

The parties estimate that each side will have between four to seven fact witnesses. Depositions of fact witnesses shall be conducted prior to the expiration of the discovery cutoff date.

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4

D.  *Expert Designation and Reports.*

1. Plaintiff shall designate its experts and serve their reports in accordance with Rule 26(a)(2)(B) on or before August 16, 2007.[1]

2. Defendant shall designate its experts and serve their reports in accordance with Rule 26(a)(2)(B) on or before September 16, 2007.

3. Plaintiff shall designate its rebuttal experts, if any, and serve their reports in accordance with Rule 26(a)(2)(B) on or before October 16, 2007.

E.  *Expert Depositions.*

Depositions of all testifying experts will be scheduled to take place during the months of September and October, 2007.

F.  *Discovery Completion.*

The parties shall complete all necessary discovery by **November 30, 2007**.

| | |
|---|---|
| **TEKER TORRES & TEKER, P.C.** | **CARLSMITH BALL** |
| By: /s/ JOSEPH C. RAZZANO, ESQ. | By: /s/ DAVID P. LEDGER, ESQ. |
| Attorneys for Third-Party Defendant *Cassidy's Associated Insurers, Inc.* | Attorneys for Defendant/Third-Party Plaintiff, *Ambyth Shipping & Trading, Inc. dba Ambyth Trucking* |
| Dated: March ____, 2007. | Dated: ~~March~~ April 5, 2007. |
| **MAHER YANZA FLYNN & TIMBLIN, LLP** | **CIVILLE & TANG, PLLC** |
| By: /s/ MICHAEL D. FLYNN, JR., ESQ. | By: /s/ G. PATRICK CIVILLE, ESQ. |
| Attorneys for Plaintiff, *National Union Fire Insurance Company of Pittsburgh, PA* | Attorneys for Defendant, *Pacific Indemnity Insurance Company* |
| Dated: ~~March~~ April 2, 2007. | Dated: ~~March~~ April 3, 2007. |

---

[1] For the purpose of this Order, Plaintiff shall include Cross-Claim-Plaintiff and/or Third-Party Plaintiff and the term Defendant shall include Cross-Claim Defendant and/or Third-Party Defendant.

# DECLARATION OF SERVICE

I, JOSEPH C. RAZZANO, hereby declare that on the 5th day of April, 2007, I will cause a true and correct copy of the [Proposed] Amended Joint Discovery Plan to be served on the following counsels of record:

    Michael D. Flynn, Jr.,
    Maher Yanza Flynn Timblin, LLP
    115 Hesler Place, Ground Floor
    Governor Joseph Flores Building
    Hagåtña, Guam 96910
    Attorneys for Plaintiff,
    ***National Union Fire Insurance***
     ***Company of Pittsburgh, PA***

    G. Patrick Civille, Esq.
    Civille & Tang, PLLC
    Suite 200, 330 Hernan Cortez Avenue
    Hagåtña, Guam 96910
    Attorneys for Defendant,
    ***Pacific Indemnity Insurance Company***

    David Ledger, Esq.
    Carlsmith Ball, LLP
    134 West Soledad Avenue
    Suite 401
    Bank of Hawaii Building
    Hagåtña, Guam 96910
    Attorneys for Defendant,
    ***Ambyth Shipping & Trading, Inc.***
    ***dba Ambyth Trucking***

DATED at Hagåtña, Guam, on April 5, 2007.

JOSEPH C. RAZZANO

**RECEIVED**
APR - 5 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

LJT:cs
PLDGS:CASSIDY'S INS.:AMBYTH vs.:002

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4

Case 1:06-cv-00017   Document 44-4   Filed 04/23/2007   Page 4 of 4