TEKER TORRES & TEKER, P.C.
SUITE 2A
130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
*Cassidy's Associated Insurers, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | ) | CIVIL CASE NO. 06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Defendants, | ) | **STIPULATION TO EXTEND DEADLINE TO ADD NEW PARTIES AND CLAIMS** |
| AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CASSIDY'S ASSOCIATED INSURERS, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

----------

The parties hereby stipulate as follows through their undersigned counsel:

1. The Amended Scheduling Order executed on April 23, 2007 provided that the deadline to add new parties and claims be filed on or before May 31, 2007.

2. The parties hereby agree that Third-Party Defendant Cassidy's Associated Insurers, Inc. be provided a one week extension of time to file its motion for leave to file a Third-Party Complaint.

3. The deadline for Cassidy's Associated Insurers, Inc. to file its motion is now June 7, 2007. The motion will deemed filed timely in accordance with this stipulation and the Amended Scheduling Order.

**SO STIPULATED**:

| | |
|---|---|
| **TEKER TORRES & TEKER, P.C.** | **CARLSMITH BALL** |
| By /s/ JOSEPH C. RAZZANO, ESQ.<br>Attorneys for Third-Party Defendant<br>*Cassidy's Associated Insurers, Inc.*<br>Dated: 5/31/07 | By /s/ DAVID P. LEDGER, ESQ.<br>Attorneys for Defendant/Third-Party<br>Plaintiff, *Ambyth Shipping &<br>Trading, Inc. dba Ambyth Trucking*<br>Dated: 5/31/07 |
| **MAHER YANZA FLYNN<br>& TIMBLIN, LLP** | **CIVILLE & TANG, PLLC** |
| By /s/ MICHAEL D. FLYNN, JR., ESQ.<br>Attorneys for Plaintiff, *National Union Fire<br>Insurance Company of Pittsburgh, PA*<br>Dated: 5/31/07 | By /s/ G. PATRICK CIVILLE, ESQ.<br>Attorneys for Defendant, *Pacific<br>Indemnity Insurance Company*<br>Dated: 5/31/07 |