**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
  *Cassidy's Associated Insurers, Inc.*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | ) | CIVIL CASE NO. 06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PACIFIC INDEMNITY INSURANCE | ) | |
| COMPANY and AMBYTH SHIPPING & | ) | |
| TRADING, INC., dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Defendants, | ) | **ORDER EXTENDING** |
| | ) | **DEADLINE TO ADD NEW** |
| AMBYTH SHIPPING & TRADING, INC., | ) | **PARTIES AND CLAIMS** |
| dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CASSIDY'S ASSOCIATED INSURERS, | ) | |
| INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

----------

Pursuant to the Stipulation to Extend Deadline to Add New Parties and Claims (Docket No. 46) filed with this Court on May 31, 2007, therefor

1   **IT IS HEREBY ORDERED** that Third-Party Defendant Cassidy's Associated Insurers, Inc.

2   shall have until June 7, 2007 to file its motion for leave to file a Third-Party Complaint. If filed

3   accordingly, said motion will be deemed filed timely in accordance with the May 31, 2007

4   Stipulation.

5   **IT IS SO ORDERED.**



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 05, 2007**