TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
*Cassidy's Associated Insurers, Inc.*

FILED
DISTRICT COURT OF GUAM
JUN - 7 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE ) | CIVIL CASE NO. 06-00017 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PACIFIC INDEMNITY INSURANCE ) | |
| COMPANY and AMBYTH SHIPPING & ) | |
| TRADING, INC., dba AMBYTH TRUCKING, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | **DECLARATION OF SERVICE** |
| AMBYTH SHIPPING & TRADING, INC., ) | |
| dba AMBYTH TRUCKING, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CASSIDY'S ASSOCIATED INSURERS, ) | |
| INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

----------

///

# DECLARATION OF SERVICE

I, JOSEPH C. RAZZANO, hereby declare that on the 7th day of June, 2007, I will cause a true and correct copy of Third-Party Defendant, Cassidy's Associated Insurers, Inc.'s Motion for Leave To File Third Party Complaint, to be served on the following counsels of record:

Michael D. Flynn, Jr.,
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorneys for Plaintiff,
**National Union Fire Insurance Company of Pittsburgh, PA**

G. Patrick Civille, Esq.
Civille & Tang, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910
Attorneys for Defendant,
**Pacific Indemnity Insurance Company**

David Ledger, Esq.
Carlsmith Ball, LLP
134 West Soledad Avenue
Suite 401
Bank of Hawaii Building
Hagåtña, Guam 96910
Attorneys for Defendant,
**Ambyth Shipping & Trading, Inc.
dba Ambyth Trucking**

DATED at Hagåtña, Guam, on June 7, 2007.

/s/ JOSEPH C. RAZZANO

LJT:cs
PLDGS:CASSIDY'S INS.:AMBYTH vs.:COS