**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
**Cassidy's Associated Insurers, Inc.**

**FILED**
DISTRICT COURT OF GUAM
AUG 1 5 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PACIFIC INDEMNITY INSURANCE ) <br> COMPANY and AMBYTH SHIPPING & ) <br> TRADING, INC., dba AMBYTH TRUCKING, ) <br> ) <br> Defendants, ) <br> _____ ) <br> AMBYTH SHIPPING & TRADING, INC., ) <br> dba AMBYTH TRUCKING, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CASSIDY'S ASSOCIATED INSURERS, ) <br> INC., ) <br> ) <br> Third-Party Defendant. ) | CIVIL CASE NO. 06-00017 <br><br><br><br><br><br><br><br><br><br><br> **REQUEST FOR ENTRY OF ORDER** |

----------

Third-Party Defendant, Cassidy's Associated Insurers, Inc. ("Cassidy's"), requests an Entry of Order on its Motion for Leave to file Third-Party Complaint filed on June 7, 2007. Cassidy's

would note that no oral argument was requested and in accordance with Local Rule of Civil Procedure 7.1 any and all oppositions must have been filed by June 21, 2007. As the Motion is clearly unopposed, Cassidy's requests the Court enter an order granting leave to file the Third-Party Complaint.

*Respectfully submitted* this 15th day of August, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Third-Party Defendant,
*Cassidy's Associated Insurers, Inc.*