**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
*Cassidy's Associated Insurers, Inc.*

FILED
DISTRICT COURT OF GUAM
AUG 15 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | |
| Defendants, | |
| AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | **DECLARATION OF SERVICE** |
| Third-Party Plaintiff, | |
| vs. | |
| CASSIDY'S ASSOCIATED INSURERS, INC., | |
| Third-Party Defendant. | |

----------

///

# DECLARATION OF SERVICE

I, JOSEPH C. RAZZANO, hereby declare that on the 15th day of August, 2007, I caused a true and correct copy of Third-Party Defendant, Cassidy's Associated Insurers, Inc.'s Request for Entry of Order, to be served on the following counsels of record:

> Michael D. Flynn, Jr.,
> Maher Yanza Flynn Timblin, LLP
> 115 Hesler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910
> Attorneys for Plaintiff,
> ***National Union Fire Insurance
> Company of Pittsburgh, PA***

> G. Patrick Civille, Esq.
> Civille & Tang, PLLC
> Suite 200, 330 Hernan Cortez Avenue
> Hagåtña, Guam 96910
> Attorneys for Defendant,
> ***Pacific Indemnity Insurance Company***

> David Ledger, Esq.
> Carlsmith Ball, LLP
> 134 West Soledad Avenue
> Suite 401
> Bank of Hawaii Building
> Hagåtña, Guam 96910
> Attorneys for Defendant,
> ***Ambyth Shipping & Trading, Inc.
> dba Ambyth Trucking***

DATED at Hagåtña, Guam, on August 15, 2007.

*/s/ Joseph C. Razzano*
JOSEPH C. RAZZANO

LJT:cs
PLDGS:CASSIDY'S INS.:AMBYTH vs.:COS

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4