**TEKER TORRES & TEKER, P.C.**
SUITE 2A
130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,
  Cassidy's Associated Insurers, Inc.*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | ) | CIVIL CASE NO. 06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PACIFIC INDEMNITY INSURANCE | ) | |
| COMPANY and AMBYTH SHIPPING & | ) | |
| TRADING, INC., dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Defendants, | ) | **ORDER GRANTING** |
| _____ | ) | **THIRD-PARTY DEFENDANT'S** |
| AMBYTH SHIPPING & TRADING, INC., | ) | **MOTION FOR LEAVE TO FILE** |
| dba AMBYTH TRUCKING, | ) | **THIRD-PARTY COMPLAINT** |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CASSIDY'S ASSOCIATED INSURERS, | ) | |
| INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

----------

**ORDER GRANTING THIRD-PARTY DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

The Court, having reviewed Third-Party Defendant, Cassidy's Associated Insurers, Inc.'s (Cassidy's") Motion for Leave to File Third-Party Complaint against American Home Assurance Company, and finding good cause for same and, further, the Court finds that none of the parties of this action will suffer prejudice as a result of Cassidy's filing of the Third-Party Complaint. The Court hereby GRANTS Third-Party Defendant's Motion for Leave to File Third-Party Complaint. The Third-Party Complaint will be deemed filed the date this Order was executed.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Aug 17, 2007

KR:cs

PLDGS:CASSIDY'S INS.:AMBYTH vs.:015