JOHN E. MOORE
ATTORNEY AT LAW
2458 WEST SHERMAN AVENUE
HOOD RIVER, OR 97031
TELEPHONE: (541) 386-2073
FACSIMILE: (541) 386-6825
E-MAIL: ruth@gorge.net

*Attorney for Third-Party Defendant,*
*Cassidy's Associated Insurers, Inc.*

**FILED**
DISTRICT COURT OF GUAM
AUG 2 4 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE ) | CIVIL CASE NO. 06-00017 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PACIFIC INDEMNITY INSURANCE ) | |
| COMPANY and AMBYTH SHIPPING & ) | |
| TRADING, INC., dba AMBYTH TRUCKING, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | **ENTRY OF APPEARANCE** |
| AMBYTH SHIPPING & TRADING, INC., ) | |
| dba AMBYTH TRUCKING, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CASSIDY'S ASSOCIATED INSURERS, ) | |
| INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

----------

ORIGINAL

PLEASE TAKE NOTICE that **JOHN E. MOORE**, Attorney at Law, hereby enters his appearance as Co-counsel for Third-Party Defendant, Cassidy's Associated Insurers, Inc.

Dated at this 15th day of August, 2007.

_____
**JOHN E. MOORE, ESQ.**
*Attorney for Third-Party Defendant,*
*Cassidy's Associated Insurance, Inc*

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

-2-