**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
*Cassidy's Associated Insurers, Inc.*

FILED
DISTRICT COURT OF GUAM

AUG 27 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | ) | CIVIL CASE NO. 06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PACIFIC INDEMNITY INSURANCE | ) | |
| COMPANY and AMBYTH SHIPPING & | ) | |
| TRADING, INC., dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | **DECLARATION OF SERVICE** |
| AMBYTH SHIPPING & TRADING, INC., | ) | |
| dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CASSIDY'S ASSOCIATED INSURERS, | ) | |
| INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

----------

///

ORIGINAL

## DECLARATION OF SERVICE

I, LAWRENCE J. TEKER, hereby declare that on the 27th day of August, 2007, I caused a true and correct copy of Attorney John E. Moore's Entry of Appearance as Co-counsel for Third-Party Defendant, Cassidy's Associated Insurers, Inc., to be served on the following counsels of record:

Michael D. Flynn, Jr.,
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Attorneys for Plaintiff,
***National Union Fire Insurance***
***Company of Pittsburgh, PA***

G. Patrick Civille, Esq.
Civille & Tang, PLLC
Suite 200, 330 Hernan Cortez Avenue
Hagåtña, Guam 96910
Attorneys for Defendant,
***Pacific Indemnity Insurance Company***

David Ledger, Esq.
Carlsmith Ball, LLP
134 West Soledad Avenue
Suite 401
Bank of Hawaii Building
Hagåtña, Guam 96910
Attorneys for Defendant,
***Ambyth Shipping & Trading, Inc.***
***dba Ambyth Trucking***

DATED at Hagåtña, Guam, on August 27, 2007.

**JOSEPH C. RAZZANO**

JCR:cs
PLDGS:CASSIDY'S INS.:AMBYTH vs.:COS