# DISTRICT COURT OF GUAM

NATIONAL UNION FIRE INSURANCE,

    Plaintiff,

v.

PACIFIC INDEMNITY INSURANCE COMPANY, et al.,

    Defendants,

AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING,

    Third-Party Plaintiff,

v.

CASSIDY'S ASSOCIATED INSURERS, INC.,

    Third-Party Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-00017

TO: (Name and address of Defendant) AMERICAN HOME ASSURANCE COMPANY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph C. Razzano, Esq.
Teker, TOrres & Teker, P.C.
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910

**ACKNOWLEDGED RECEIPT**
Sign: _[signature]_
Print: Jaye Quinata
Date: 9/3/07

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JEANNE G. QUINATA

SEP -5 2007

CLERK                                                   DATE

/s/ Virginia T. Kilgore

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
         Date                          *Signature of Server*

               _____
               *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.