**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Third-Party Defendant,*
*Cassidy's Associated Insurers, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP - 5 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | ) | CIVIL CASE NO. 06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | **DECLARATION OF SERVICE** |
| AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CASSIDY'S ASSOCIATED INSURERS, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

----------

///

# DECLARATION OF SERVICE

I, JOSEPH C. RAZZANO, hereby declare that on the 5th day of September, 2007, I caused a true and correct copy of Third-Party Defendant Cassidy's Associated Insurers, Inc.'s Third-Party Complaint for Indemnification and Declaratory Relief Against American Home Assurance Company, to be served on the following counsels of record:

>Michael D. Flynn, Jr.,
>Maher Yanza Flynn Timblin, LLP
>115 Hesler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam 96910
>Attorneys for Plaintiff,
>***National Union Fire Insurance***
>***Company of Pittsburgh, PA***

>G. Patrick Civille, Esq.
>Civille & Tang, PLLC
>Suite 200, 330 Hernan Cortez Avenue
>Hagåtña, Guam 96910
>Attorneys for Defendant,
>***Pacific Indemnity Insurance Company***

>David Ledger, Esq.
>Carlsmith Ball, LLP
>134 West Soledad Avenue
>Suite 401
>Bank of Hawaii Building
>Hagåtña, Guam 96910
>Attorneys for Defendant,
>***Ambyth Shipping & Trading, Inc.***
>***dba Ambyth Trucking***

DATED at Hagåtña, Guam, on September 5, 2007.

/s/ JOSEPH C. RAZZANO

JCR:cs
PLDGS:CASSIDY'S INS.:AMBYTH vs.:COS

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4