```
 1  Michael D. Flynn, Jr., Esq.
    MAHER • YANZA • FLYNN • TIMBLIN, LLP
 2  115 Hesler Place, Ground Floor
    Governor Joseph Flores Building
 3  Hagåtña, Guam 96910
    Telephone No.: (671) 477-7059
 4  Facsimile No.: (671) 472-5487
 5
    Attorneys for Plaintiff
 6  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.
```



**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | NOTICE TO TAKE DEPOSITION<br><br>DATE: NOVEMBER 8, 2007<br>TIME: 8:00 a.m. |
| Defendants. / | |
| AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | |
| Cross-Claimant, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY, | |
| Cross-Claim Defendant. / | |

-1-

ORIGINAL

AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING,

        Third Party Plaintiff,

vs.

CASSIDY'S ASSOCIATED INSURERS, INC.,

        Third Party Defendant.  /

TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Thursday, the 8th day of November, 2007, at 8:00 o'clock a.m.**, at the law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP,** 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910, Plaintiff in the above-entitled action will take the deposition of **ORLANDO MANGLONA**, whose address is 412 Chalan Lujuna, Yigo, Guam 96929, upon oral examination pursuant to the Federal Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths, by audiotape or stenographic means. The oral examination will continue from day to day until completed. You are invited to attend to cross-examine.

Dated this 26th day of October, 2007.

        **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
        Attorneys for Plaintiff
        **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: _____
      MICHAEL D. FLYNN, JR., ESQ.

-2-