Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**FILED**
DISTRICT COURT OF GUAM

OCT 29 2007

**JEANNE G. QUINATA**
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, <br><br> Defendants. | CIVIL CASE NO. 06-00017 <br><br><br><br><br><br><br> NOTICE TO TAKE DEPOSITION <br><br> DATE: NOVEMBER 7, 2007 <br> TIME: 1:00 p.m. |
| AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, <br><br> Cross-Claimant, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY, <br><br> Cross-Claim Defendant. | |

ORIGINAL

| | |
|---|---|
| 1 | AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | vs. |
| 5 | CASSIDY'S ASSOCIATED INSURERS, INC., |
| 6 | |
| 7 | Third Party Defendant. / |

TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Wednesday, the 7th day of November, 2007, at 1:00 o'clock p.m.**, at the law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP,** 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910, Plaintiff in the above-entitled action will take the deposition of **ROY S. MANLEY,** whose address is #7 Lourdes Street, Baza Gardens, Yona, Guam 96915, upon oral examination pursuant to the Federal Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths, by audiotape or stenographic means. The oral examination will continue from day to day until completed. You are invited to attend to cross-examine.

Dated this 26th day of October, 2007.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: _____
MICHAEL D. FLYNN, JR., ESQ.

-2-