Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

FILED
DISTRICT COURT OF GUAM
NOV - 7 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

Plaintiff,

vs.

PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING , INC. dba AMBYTH TRUCKING,

Defendants. /

AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING,

Cross-Claimant,

vs.

PACIFIC INDEMNITY INSURANCE COMPANY,

Cross-Claim Defendant. /

CIVIL CASE NO. 06-00017

CANCELLATION OF DEPOSITION; CERTIFICATE OF SERVICE

DATE: NOVEMBER 8, 2007
TIME: 1:00 p.m.

ORIGINAL

**AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING,**

**Third Party Plaintiff,**

**vs.**

**CASSIDY'S ASSOCIATED INSURERS, INC.,**

**Third Party Defendant.** /

**TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the deposition of the **EDWARD N. JOHNSON,** scheduled to be taken on **Thursday, the 8th day of November, 2007, at 1:00 o'clock p.m.**, at the law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP**, 115 Hesler Place, Ground Floor, Gov. Joseph Flores Building, Hagåtña, Guam 96910 is hereby cancelled, as the deponent has relocated off-island.

Dated this 7th day of November, 2007.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: [signature]
**MICHAEL D. FLYNN, JR., ESQ.**

# CERTIFICATE OF SERVICE

I, **MICHAEL D. FLYNN, JR.**, hereby certify that on the 7th day of November, 2007, I caused a copy of the annexed **CANCELLATION OF DEPOSITION; CERTIFICATE OF SERVICE** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record, as follows:

**G. Patrick Civille, Esq.**
CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Ave.
Hagatña, Guam 96910
**Attorneys for Defendant Pacific Indemnity Insurance Company**

**David P. Ledger, Esq.**
CARLSMITH BALL, LLP
Suite 401, 234 W. Soledad Ave.
Hagatña, Guam 96910
**Attorneys for Defendant Ambyth Shipping and Trading, Inc. dba Ambyth Trucking**

**Joseph C. Razzano, Esq.**
TEKER TORRES & TEKER, P.C.
130 Aspinall Ave., Ste. 2A
Hagatña, Guam 96910
**Attorneys for Third Party Defendant Cassidy's Associated Insurers, Inc.**

Dated this 7th day of November, 2007.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: ______________________
**MICHAEL D. FLYNN, JR., ESQ.**