**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601
*Attorneys for Third-Party Defendant,*
  *Cassidy's Associated Insurers, Inc.*

**CARLSMITH BALL, LLP**
SUITE 401, BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-6813
FACSIMILE: (671) 477-4375
*Attorneys for Defendant/Third-Party Plaintiff, Ambyth*
  *Shipping & Trading, Inc. dba Ambyth Trucking*

**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511
*Attorneys for Defendant,*
*Pacific Indemnity Insurance Company*

**MAHER YANZA FLYNN & TIMBLIN, LLP**
115 HESLER PLACE, GROUND FLOOR
GOVERNOR JOSEPH FLORES BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-7059
FACSIMILE: (671) 472-5487
*Attorneys for Plaintiff, National Union Fire*
  *Insurance Company of Pittsburgh, PA*

FILED
DISTRICT COURT OF GUAM
NOV 28 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR LEAVE TO FILE JOINT SECOND AMENDED SCHEDULING ORDER** |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | |
| Defendants, | |

| | |
|---|---|
| AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| CASSIDY'S ASSOCIATED INSURERS, INC., | ) ) ) |
| Third-Party Defendant. | ) ) |

----------

Now comes all parties, by and through their counsels of record, who submits this Unopposed Motion for Entry of Second Amended Scheduling Order and Discovery Plan. The parties having met on October 22, 2007 at the Law Offices of Carlsmith Ball to discuss and agree to the future discovery in this case. As a result of the meetings, the parties stipulated and executed Exhibits "A" and "B," respectively, now jointly request the Court enter the Second Amended Scheduling Order and Discovery Plan for the reasons listed in said Exhibits.

DATED at Hagåtña, Guam, on November 26, 2007.

**TEKER TORRES & TEKER, P.C.**

By /s/ JOSEPH C. RAZZANO, ESQ.
Attorneys for Third-Party Defendant,
*Cassidy's Associated Insurers, Inc.*

JCR:cs
PLDGS:CASSIDY'S:AMBYTH:030

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

# Exhibit A

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601
*Attorneys for Third-Party Defendant,*
  *Cassidy's Associated Insurers, Inc.*

**CARLSMITH BALL, LLP**
SUITE 401, BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-6813
FACSIMILE: (671) 477-4375
*Attorneys for Defendant/Third-Party Plaintiff, Ambyth*
  *Shipping & Trading, Inc. dba Ambyth Trucking*

**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511
*Attorneys for Defendant,*
*Pacific Indemnity Insurance Company*

**MAHER YANZA FLYNN & TIMBLIN, LLP**
115 HESLER PLACE, GROUND FLOOR
GOVERNOR JOSEPH FLORES BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-7059
FACSIMILE: (671) 472-5487
*Attorneys for Plaintiff, National Union Fire*
  *Insurance Company of Pittsburgh, PA*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | ) | CIVIL CASE NO. 06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT SECOND AMENDED** |
| | ) | **SCHEDULING ORDER** |
| PACIFIC INDEMNITY INSURANCE | ) | |
| COMPANY and AMBYTH SHIPPING & | ) | |
| TRADING, INC., dba AMBYTH | ) | |
| TRUCKING, | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| 1 | AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) ) ) |
| 2 | | ) |
| 3 | Third-Party Plaintiff, | ) ) |
| 4 | vs. | ) ) |
| 5 | CASSIDY'S ASSOCIATED INSURERS, INC., | ) ) ) |
| 6 | Third-Party Defendant. | ) ) |

----------

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Second Amended Scheduling Order. The basis for the amendment to the Scheduling Order is that evidence relating to the accident at issue in this case will be heavily dependent on expert testimony. In addition, new parties have been added to this litigation as recently as February 20, 2007. The parties need additional time to develop the expert testimony and for that reason have agreed to modify certain discovery and motion dates.

1. **The nature of the case is as follows:** The original lawsuit between National Union and Pacific Indemnity Insurance Company ("PIICO") involves a claim for declaratory judgment and damages. The lawsuit arises from an accident on February 10, 2005 in which a tanker truck owned by Mobil Oil Guam, Inc. ("Mobil") overturned on the road leading to Umatac, resulting in a fire and the destruction of property. At the time of the accident, the tanker truck was being driven by John D. Querry and employee of Ambyth Shipping and Trading, Inc. dba Ambyth Trucking ("Ambyth"), which provided drivers to Mobil under contract. Mobil was insured by National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") and Ambyth was insured by PIICO.

The Amended Complaint sets forth three causes of action by National Union against PIICO. Claim 1 seeks judgment declaring that National Union's policy is excess to PIICO's policy, and damages for all of National Union's past and future expenses related to the accident. Claim 2 seeks damages under a theory of equitable subrogation based on the allegation that Mobil was an intended third party beneficiary of the PIICO policy and that National Union is equitably subrogated to Mobil's third party beneficiary rights. Claim 3 seeks damages under a theory of third party beneficiary rights based on the allegation that National Union is an intended and express third party beneficiary under the PIICO policy. Recently, Ambyth filed a cross-claim against PIICO for Breach of Contract and Negligence. Additionally, Ambyth filed a Third Party Claim against Cassidy's Associated Insurers ("Cassidy's") for the same causes of action.

2. **The posture of the case is as follows:** Plaintiff filed its Complaint on June 26, 2006 naming John D. Query (the driver of the tanker truck), Ambyth (Query's employer) and PIICO as defendants. Federal jurisdiction was asserted under 28 U.S.C. §1332 based on diversity and an alleged amount at issue of $257,420.70. On August 11, 2006, PIICO filed a motion to dismiss under FRCP 12(b)(6) asserting among other things that Ambyth and Query were insureds under National Union's policy and that, in light of the anti-subrogation rule, the complaint failed to state a claim upon which relief could be granted. No hearing date on that motion was scheduled. Plaintiff filed an amended complaint on September 1, 2006, deleting Query and Ambyth as defendants and naming only PIICO as a defendant. Based on the filing of the amended complaint, PIICO withdrew its motion to dismiss, reserving the right to challenge the amended complaint.

On January 9, 2007 National Union Filed a Second Amended Complaint for Declaratory Relief and for Reimbursement ("SAC"). The SAC reinstates Ambyth Shipping as a defendant and

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

adds causes of action based on National Union's assertion that it was a third party beneficiary to Transportation Service Agreement between Mobil Oil and Ambyth, and that Ambyth breached its duty to Mobil under that agreement and thereby caused injury to National Union as a third party beneficiary.

On January 30, 2007, Ambyth filed a Cross-Claim and Third Party claims discussed above.

On August 17, 2007, Cassidy's was granted leave to file a Third-Party Complaint against American Home Assurance Company ("AHAC"). On October 22, 2007, all counsel met at the law offices of Carsmith Ball, LLP in order to agree to a deposition schedule which will begin with additional fact witnesses in November and close with experts in February, 2008.

3.     (a)     **The following motions are on file:** There are no motions pending.

       (b)     **The following motions have been resolved:** No dispositive motions have been presented.

       (c)     **The following discovery has been initiated:** Production of documents and designation of experts has commenced. In addition, depositions have commenced and more fact depositions are scheduled for November 7 through 9, 2007.

4.     All motions to add parties and claims shall be filed on or before **May 31, 2007**.

5.     All motions to amend pleadings shall be filed on or before **June 29, 2007**.

6.     **Adoption of Amended Joint Discovery Plan:** The parties have executed an Amended Joint Discovery Plan, which has been filed with the Court. The Amended Joint Discovery Plan is adopted and incorporated herein.

7.     National Union and PIICO have previously appeared before the District Court for a Scheduling Conference.

8. The discovery cut-off date (defined as the last day to file responses to discovery) is **February 29, 2008**.

9. (a) The anticipated discovery motions are: The parties do not anticipate any discovery disputes.

Any discovery motions shall be filed by **May 7, 2008**.

(b) Each side anticipates filing motions which will be dispositive as to one or more issues.

(c) Disclosure of expert reports shall be filed by **January 21, 2008** and depositions of any experts shall be conducted in February, 2008.

All dispositive motions shall be filed on or before **May 21, 2008**, and heard in the manner provided in the Local Rules.

10. **The prospects for settlement are:** Settlement does not appear to be likely, but the parties are willing to participate in good faith in a settlement conference before the Magistrate Judge.

11. The Preliminary Pretrial Conference shall be held on **May 28, 2008**, at **10:00 o'clock a.m.** This date is twenty-one (21) days before the trial date.

12. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **June 4, 2008**. This date is fourteen (14) days before the trial date.

13. The Proposed Pretrial Order shall be filed or before **June 4, 2008**. This date is fourteen (14) days before the trial date.

14. The Final Pretrial Conference shall be held on **June 11, 2008**, at **10:00 o'clock**

1 **a.m.** This date is seven (7) days before the trial.

2     15.    The trial shall be held on **June 16, 2008** at **9:30 a.m.**, or at such later date as may be convenient for the Court.

    16.    The trial is a bench trial.

    17.    It is anticipated that it will take four (4) days to try this case.

    18.    **The names of counsel on this case are:**

        (a)    Michael D. Flynn, Jr., representing Plaintiff, National Union

        (b)    G. Patrick Civille, representing Defendant, PIICO

        (c)    David P. Ledger, representing Defendant/Third-Party Plaintiff, Ambyth

        (d)    Joseph C. Razzano, representing Third-Party Defendant, Cassidy's

    19.    A settlement conference is requested.

    20.    The parties present the following suggestions for shortening trial: That Motions for Summary Judgement be addressed and then a Settlement Conference be conducted in accordance with Paragraph 10.

**SO ORDERED**: _____.

_____
**JOAQUIN V.E. MANIBUSAN, JR.**
Magistrate Judge

///
///
///
///
///

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

## APPROVED AS TO FORM AND CONTENT

**TEKER TORRES & TEKER, P.C.**

By: /s/ *JOSEPH C. RAZZANO, ESQ.*
Attorneys for Third-Party Defendant
*Cassidy's Associated Insurers, Inc.*

**CARLSMITH BALL**

By: /s/ *DAVID P. LEDGER, ESQ.*
Attorneys for Defendant/Third-Party
Plaintiff, *Ambyth Shipping & Trading, Inc. dba Ambyth Trucking*

**MAHER YANZA FLYNN & TIMBLIN, LLP**

By: /s/ *MICHAEL D. FLYNN, JR., ESQ.*
Attorneys for Plaintiff, *National Union Fire Insurance Company of Pittsburgh, PA*

**CIVILLE & TANG, PLLC**

By: /s/ *G. PATRICK CIVILLE, ESQ.*
Attorneys for Defendant, *Pacific Indemnity Insurance Company*

## DECLARATION OF SERVICE

I, JOSEPH C. RAZZANO, hereby declare that on the 26th day of November, 2007, I will cause a true and correct copy of the Second Amended Scheduling Order, and Plan to be served on the following counsels of record:

> Michael D. Flynn, Jr.,
> Maher Yanza Flynn Timblin, LLP
> 115 Hesler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910
> Attorneys for Plaintiff,
> *National Union Fire Insurance Company of Pittsburgh, PA*

///

| | |
|---|---|
| 1 | G. Patrick Civille, Esq. |
|   | Civille & Tang, PLLC |
| 2 | Suite 200, 330 Hernan Cortez Avenue |
|   | Hagåtña, Guam 96910 |
| 3 | Attorneys for Defendant, |
|   | ***Pacific Indemnity Insurance Company*** |
| 4 | |
|   | David Ledger, Esq. |
| 5 | Carlsmith Ball, LLP |
|   | 134 West Soledad Avenue |
| 6 | Suite 401 |
|   | Bank of Hawaii Building |
| 7 | Hagåtña, Guam 96910 |
|   | Attorneys for Defendant, |
| 8 | ***Ambyth Shipping & Trading, Inc.*** |
|   | ***dba Ambyth Trucking*** |

DATED at Hagåtña, Guam, on November 26, 2007.

_____
JOSEPH C. RAZZANO

LJT:cs
029 PLDG-SECOND AM. SCHEDULING ORDER.wpd

# Exhibit B

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601
*Attorneys for Third-Party Defendant,*
  *Cassidy's Associated Insurers, Inc.*

**CARLSMITH BALL, LLP**
SUITE 401, BANK OF HAWAII BUILDING
134 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-6813
FACSIMILE: (671) 477-4375
*Attorneys for Defendant/Third-Party Plaintiff, Ambyth*
  *Shipping & Trading, Inc. dba Ambyth Trucking*

**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511
*Attorneys for Defendant,*
*Pacific Indemnity Insurance Company*

**MAHER YANZA FLYNN & TIMBLIN, LLP**
115 HESLER PLACE, GROUND FLOOR
GOVERNOR JOSEPH FLORES BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-7059
FACSIMILE: (671) 472-5487
*Attorneys for Plaintiff, National Union Fire*
  *Insurance Company of Pittsburgh, PA*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | **[PROPOSED] SECOND AMENDED JOINT DISCOVERY PLAN** |
| Defendants, | |

/ / /

| | |
|---|---|
| AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | )<br>)<br>) |
| Third-Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| CASSIDY'S ASSOCIATED INSURERS, INC., | )<br>)<br>) |
| Third-Party Defendant. | )<br>) |

----------

The parties, subject to Court approval, hereby amend the Amended Joint Discovery Plan in order to accommodate unexpected delays in procuring expert witnesses and reports, and to provide for a more orderly flow of discovery once such expert reports become available, as well as provide new parties adequate time to conduct discovery.

The parties have met and conferred in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(b). The discovery plan, as amended, is restated in its entirety.

A. *Interrogatories, Requests for Production and Admissions.*

Interrogatories, Requests for Production and Requests for Admissions may be propounded at any time during the discovery phase, subject to the limitations on the number of interrogatories as set forth in Rule 33, provided that the discovery requests must be served sufficiently in advance that responses are due prior to the expiration of the discovery cut-off date.

B. *Fact Witnesses and Depositions.*

The parties estimate that each side will have between four to seven fact witnesses. Depositions of fact witnesses shall be conducted in *November, 2007*.

///

C. *Expert Designation and Reports.*

1. Plaintiff has designated its experts and rebuttal experts concerning accident reconstruction and served the expert reports and rebuttal reports on Defendants. Defendants have designated their expert concerning accident reconstruction and served Defendants' expert report on Plaintiff.

2. Plaintiff's designation of its Truck Driver expert and Mechanic expert shall be made on or before *December 31, 2008*. Plaintiff shall serve all expert reports, if any, from Plaintiff's Toxicologist, Truck Driver and Mechanic on or before *January 21, 2008*. Defendants shall designate their experts and serve expert reports for Defendants' Toxicologist(s), Truck Driver(s) and Mechanic(s) on or before *February 4, 2008*. Plaintiff shall designate its rebuttal experts and serve Plaintiff's rebuttal expert reports on or before *February 18, 2008*.

D. *Expert Depositions.*

Depositions of all testifying experts will be scheduled to take place during the month of *February, 2008*.

E. *Discovery Completion.*

///
///
///
///
///
///
///
///

The parties shall complete all necessary discovery by *February 29, 2008*.

**TEKER TORRES & TEKER, P.C.**                **CARLSMITH BALL**


By /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
Attorneys for Third-Party Defendant
*Cassidy's Associated Insurers, Inc.*
Dated: November 27, 2007.

By /s/ David P. Ledger
DAVID P. LEDGER, ESQ.
Attorneys for Defendant/Third-Party
Plaintiff, *Ambyth Shipping &
Trading, Inc. dba Ambyth Trucking*
Dated: November 27, 2007.

**MAHER YANZA FLYNN
 & TIMBLIN, LLP**                              **CIVILLE & TANG, PLLC**


By /s/ Michael D. Flynn, Jr.
MICHAEL D. FLYNN, JR., ESQ.
Attorneys for Plaintiff, *National Union Fire
Insurance Company of Pittsburgh, PA*
Dated: November 26, 2007.

By /s/ G. Patrick Civille
G. PATRICK CIVILLE, ESQ.
Attorneys for Defendant, *Pacific
Indemnity Insurance Company*
Dated: November 26, 2007.

# DECLARATION OF SERVICE

I, JOSEPH C. RAZZANO, hereby declare that on the 27th day of November, 2007, I will cause a true and correct copy of the [Proposed] Second Amended Joint Discovery Plan to be served on the following counsels of record:

> Michael D. Flynn, Jr.,
> Maher Yanza Flynn Timblin, LLP
> 115 Hesler Place, Ground Floor
> Governor Joseph Flores Building
> Hagåtña, Guam 96910
> Attorneys for Plaintiff,
> *National Union Fire Insurance*
> *Company of Pittsburgh, PA*

> G. Patrick Civille, Esq.
> Civille & Tang, PLLC
> Suite 200, 330 Hernan Cortez Avenue
> Hagåtña, Guam 96910
> Attorneys for Defendant,
> *Pacific Indemnity Insurance Company*

> David Ledger, Esq.
> Carlsmith Ball, LLP
> 134 West Soledad Avenue
> Suite 401
> Bank of Hawaii Building
> Hagåtña, Guam 96910
> Attorneys for Defendant,
> *Ambyth Shipping & Trading, Inc.*
> *dba Ambyth Trucking*

DATED at Hagåtña, Guam, on November 27, 2007.

/s/ JOSEPH C. RAZZANO

JCR:cs
031 PLDG-2ND AMENDED JOINT DISCO PLAN.wpd