## APPENDIX 1 - AGREEMENT PARTICULARS

| ARTICLE REFERENCE | AGREEMENT PARTICULARS | |
|---|---|---|
| | Effective Date | _OCTOBER 1, 2004_<br>Manually write in the date the last person signs |
| | Name of Contractor (legal entity) | Ambyth Shipping & Trading, Inc. dba Ambyth Trucking |
| | Contractor's SSN | |
| | Address of Contractor | 193 Rojas Street<br>Harmon Industrial Park<br>Tamuning, Guam 96913 |
| | Term of Agreement | Six (6) months |
| 2.1 | Date of completion of the Term of the Agreement | MARCH 31, 2005 |
| 23.1 a) | Company's Designated Representative | Mr. Edwin Diaz |
| 23.1 b) | Contractor's Designated Representative | Mr. Andrew J.Miller |
| 23.2 | Company's address for Notices (Attn: Designated Representative) | Mobil Oil Guam Inc.<br>642 East Marine Corps. Drive<br>Hagatna, Guam 96910 |
| 23.2 | Contractor's address for Notices (Attn: Designated Representative) | Ambyth Shipping & Trading, Inc.<br>dba Ambyth Trucking<br>193 Rojas Street<br>Harmon Industrial Park<br>Tamuning, Guam 96913 |
| | | |

END OF APPENDIX 1

# Mobil Oil Guam Inc
# Cabras Terminal

# Bulk Fuel Hauling

### Scope of Work

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 24 of 84    Agreement No. SA-11551 OP
Transportation Services    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 2 of 34

# 1    GENERAL

**1.1**    Company requires and Contractor agrees to provide Transportation Manpower Services for delivery, on behalf of Company, of its bulk Products from its owned/contracted Dispatch Locations using company assigned delivery equipment as listed in **Article 3.8  Specification of Vehicles in Section 3** of this scope of work

1.2    Purely as a non-binding indication, Company estimated annual volume of bulk Products to be transported under this Agreement is shown in Exhibit B Attachment 1(One)

1.3    Contractor agrees to provide transportation Manpower Services that:
   (a)    Shall satisfy the policies, standards, procedures, measurements and documentation described in this Scope of Work.

   (b)    Shall be in accordance with industry standards

   (c)    Shall employ, and shall ensure it subcontractors employ drivers who conform to the specifications set out  in Section 5.0 of this Scope of Works.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 25 of 84                          Agreement No. SA-11551 OP
Transportation Services                                                                                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 3 of 34

## 2    PRODUCTS TO BE DELIVERED

By reference to **Exhibit B Attachment 1**, it will be seen that under normal supply and distribution conditions the Products listed below are to be delivered from the normal Dispatch Locations ;

- **Unleaded Fuel**
- **Super Unleaded**
- **Automotive Diesel Oil**
- **Jet A1 (Aviation Fuel)**

Under normal supply and distribution conditions Customers must be supplied from the "normal Dispatch Location" indicated in Exhibit B, attachment 1

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 26 of 84                          Agreement No. SA-11551 OP
Transportation Services                                                                                          Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017          Document 77-2          Filed 11/30/2007          Page 4 of 34

## 3 VEHICLES

### 3.1 Availability

Company shall provide such delivery equipment for use by contractor drivers, and any necessary supervision and supporting operations to perform the delivery of all required Products to delivery locations as advised by Company on a daily basis and by shift.

Contractor shall be able to provide available prime movers to tow company bulk fuel road tanker trailers in any circumstances where the needs arise. All contractor vehicles/equipment to be used in performance of this contract should be reviewed and approved by Fleet Manager prior to placement into service. A list of mandatory requirements for delivery vehicles can be found in *attachment 1 -Vehicle Specification section 3.5.0.*

### 3.2 Licences

Company shall be responsible for obtaining all relevant Licences and Permits required to by local regulations including, but not limited to:
- Vehicle Registration;
- Danger Goods Licences and Registration;
- DOT required licenses and permits
- Any other Licences and Permits required by law.

### 3.3 Specification of Vehicles

All new, or vehicles (supplied by contractor on as needed basis) not used in the work previously must conform to the appropriate standards detailed in the ExxonMobil Vehicle Safety. Management Guide (VSMG) and be approved in writing by Company Designated Representative prior to performing Services.

### 3.4 Vehicle maintenance and inspection

Company (MOGI) shall ensure, at its sole cost, that both routine and extraordinary maintenance of all vehicles to be used for the Transportation Services shall be carried out at the appropriate time and with the necessary care and all events in accordance with any and all possible legal requirements, in order to guarantee the full availability of vehicles for the Transportation Services.

In addition, the maintenance and inspection Services must at a minimum meet the MFPMG and Vehicle Inspection requirements as well as the requirements detailed in the ExxonMobil Vehicle Safety Management Guide (VSMG) and the ExxonMobil Safe Truck Operating Procedures (STOPs).

Contractor shall not be relieved from liability by reasons of defective condition of the vehicles used in performing the Transportation Services, or by reason of the wrongful, willful act or neglect of the person from whom Contractor may have entrusted used of Company vehicles under this agreement.

Company reserves the right to subject any vehicle operating under this Agreement to inspection at any time. If any defects are found during these inspections, the vehicle must be repaired and presented for re-inspection prior to returning to performing Transportation Services under this Agreement. In such situation Contractor must provide a replacement vehicle acceptable to the company at no extra cost to Company.

While Company reserves the right to carry out such inspections, it remains solely the Contractor's responsibility to ensure that all vehicles are safe and meet all legal requirements.

### 3.5 Livery

(Removed and Reserved)

### 3.6 Cleanliness of Vehicles

All vehicles operated under this Agreement should be maintained in reasonable clean condition by assigned contracted drivers at no cost to MOGI and its affiliated facilities. All vehicles shall be externally washed at a minimum frequency of once per week. Internal tractor cabs should be maintained in clean and tidy condition.

### 3.7 Vehicle Weight and Age Specifications

All vehicles supplied by contractor to be used in this scope of work should conform to all applicable local regulations, DOT and VSMG standards for vehicle specifications.

### 3.8 Specification of Vehicles

The Contractor drivers will utilize assigned company fleet of delivery equipment listed below on as needed basis:

**Cabras Terminal**

| Equipment # | Make/Model | Total Capacity in Gallons | Schedule of compartment (F to R) |
|---|---|---|---|
| ME 142 | Tank Truck/ rigid | 6000 usg | 3000-2000-1000 usg |
| ME 183 | Tank Truck/ rigid | 6000 usg | 3000-2000-1000 usg |
| ME 136 | Tractor | | |
| ME 137 | Tractor | | |
| ME 146 | Tractor | | |
| ME 147 | Tractor | | |
| ME 171 | Tractor | | |
| ME 172 | Tractor | | |
| ME 124 | Trailer | 9,500 usg | 3200-2100-1000-3200 usg |
| ME 125 | Trailer | 9,500 usg | 3200-2100-1000-3200 usg |
| ME 113 | Trailer | 9,000 usg | 3000-2000-1000-3000 usg |
| ME 114 | Trailer | 9,000 usg | 3000-2000-1000-3000 usg |
| ME 153 | Trailer | 9,200 usg | 3150-1100-2150-2800 usg |
| ME 148 | Trailer | 10,000 usg | 2650-2200-2650-2500 usg |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.      Page 28 of 84      Agreement No. SA-11551 OP
Transportation Services                                                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017      Document 77-2      Filed 11/30/2007      Page 6 of 34

# 4 ORDERS, ROUTING AND RESOURCES

## 4.1 Orders

Contractor is responsible for delivering products ordered by all company customers as assigned by local dispatch office or its affiliate using Company fleet. Contractor drivers will receive delivery note corresponding to the full capacity of the equipment (by volume) assigned as outlined in **Article 3.8 of Section 3** of this scope of work.

Company is responsible for generating shipment numbers (one per load) and other related shipping documents. Contractor is responsible for delivering loads to customer expectations. Company is responsible for scheduling loads for contractor to deliver.

## 4.2 Routing

Once loaded, the Contractor shall proceed to the delivery locations in the order specified in the delivery documents unless otherwise advised in advance, in writing, by Company. Company reserves the right to specify the route to be followed by the Contractor.

The Contractor will also be required to work with Company on route risk assessments and developing route cards for any new customer delivery points (prior to the first delivery) immediately after start up.

Drivers shall be trained in the use of route cards, retain the route cards in the trucks and strictly comply with the route card conditions and procedures unless otherwise authorised by Company.

## 4.3 Resources

The daily work schedule shall be from Company designated load points to Retail service Stations, Industrial & Wholesale (I&W) customer sites.

Transportation Services to Retail sites customers can generally be 24 hours a day, 7 days a week. I&W business is predominantly Monday to Friday, although there is a requirement to make deliveries on Weekends at a generally lower frequency.

The Contractor shall ensure that driver work schedules are both consistent with any applicable government regulations limiting driving hours and Company requirements. The Contractor shall ensure adequate rest for drivers between work periods/shifts to reduce the potential of driver fatigue and the serious safety hazard that results. Driver records, tachographs, computerized recordings and / or other documents shall be reviewed on a regular basis for compliance with both Contractor and regulatory limitations on work hours.

The Contractor will advise the Fleet Manager of all driver names and vehicles a minimum of two weeks in advance. If the Contractor is under any difficulties in meeting the resource requirements they must contact the Fleet Manager immediately.

## 4.4 Customer Service Standards

The Contractor will deliver Product in accordance with the agreed Customer Service Standards. These standards are reviewed on an annual basis and Company expects any reasonable changes to be followed by the Contractor. Customer Service Standards include, but are not limited to, those detailed in **Section 11** Performance Measurement and Indicators.

Failure by the Contractor to make deliveries as requested including failure to provide resource as required under this Agreement, will render the Contractor liable for any Consequential Loss including but not restricted to the additional cost of fulfilling delivery requirements.

Any delays in delivery shall be deemed to be the responsibility of the Contractor and as such no claims in relation hereto will be met by' Company, except in cases where major failures of Company's plant and equipment result in

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 29 of 84     Agreement No. SA-11551 OP
Transportation Services     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 7 of 34

the extended unavailability of Product. In such an event the Contractor shall be obliged to use all reasonable endeavors to minimise any losses resulting therefrom.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 30 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017      Document 77-2      Filed 11/30/2007      Page 8 of 34

## 5    DRIVERS

### 5.0    General

Drivers are responsible for the safe and courteous implementation of their delivery schedules in accordance with the training set out in Section 5.1 below, the Contractor Driver Procedures set out in STOPS and the Customer Service Standards set out in Section 4.

### 5.1    Qualification of Personnel

The Contractor shall at all times provide an adequate number of competent and trained drivers to effect delivery under the contract as specifically agreed with Company. The Contractor shall ensure that its' drivers performing Transportation Services under this Agreement must have as a minimum:

1)    A valid driving license for vehicles of the appropriate class;(or equivalent)
2)    A current Dangerous Goods license with the correct endorsements (DOT HazMat Certification)
3)    Completed the necessary training requirement as specified under Section 5.2 and any other Industry specific training requirements, e.g. CDL/Driver Accreditation/Driver Safety Passport

### 5.2    Training Requirements

Each driver shall have successfully completed a defensive driving course (including classroom and on-the-road instruction, by Smith Systems or equivalent) organised by training centers acceptable to Company and shall attend refresher courses at least every 12 months or more frequently if so requested by Company after a vehicle road accident.

Prior to effecting initial delivery, all new Contractor drivers shall complete the Contractor Driver Induction Training Program consisting of a combination of theory and practical work including Product loading and unloading procedures.

The Contractor agrees that drivers will participate in training, refresher and assessment programs specified by Company in Safety, Health and Environment areas including safe and proper handling of petroleum Products and associated loading, unloading and delivery operations.

All costs related to ongoing and refresher training will be to the Contractor's account

### 5.3    Driver's Co-operation

The Contractor and Contractor's drivers shall co-operate, without any extra cost, in controls organised by Company at loading and discharge points. In particular, drivers shall fill in, as appropriate, the Unsatisfactory Delivery Condition Report each time when they find at the customer site a deviation from standard discharge conditions, equipment malfunction, faulty installation and layout.

### 5.4    Drivers' Uniform

The Contractor shall ensure each driver is of professional appearance and shall provide each driver operating under this contract with a Company approved uniform. Uniforms are to be worn at all times during the delivery process, be maintained in good and clean condition, and are to be provided at the Contractor's cost.

### 5.5    Drivers' Protective Clothing

The Contractor must supply each driver operating under this contract with the following minimum issue of protective clothing:

a)    Safety shoes / boots (to ANSI Z41-1991 standard)
b)    Hard hat (to ANSI Z89.1-1986 standard)
c)    Protective gloves (to Fed.Spec.ZZ-G-381 standard)
d)    Eye protection (to ANSI Z-87-1989 standard)

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.        Page 31 of 84        Agreement No. SA-11551 OP
Transportation Services                                                                          Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 9 of 34

e)    Visi Vests (to ANSI 107-1999 standard/ASTM F1506 standard)
f)    Hearing protection (to ANSI S3.19-1974 standard) where expressly requested by User.

The foregoing list is in addition to uniform issued under Section 5.4 and will form part of any legislative requirement. The Contractor must ensure compliance of issue, use and training in use to its employees.

The Contractor must submit detail on what entitlement drivers will have to all items of protective equipment and frequency of issue/renewal.

### 5.6    Drivers Approval

Prior to the commencement of this Agreement, the Contractor will provide in writing a list of Drivers to be approved by Company Fleet Manager. Changes to this list will be communicated by phone and confirmed in writing to Company Fleet Manager

To be certified as an Approved Driver for Company Transportation Services, drivers must pass a test organised by the Contractor and or performed by a competent driver trainer. The test must be approved by Company Customer Service Delivery Management and will consist of (a) a driving test and (b) an operational test.

This approval by Company of the Contractor's drivers shall not relieve the Contractor of its responsibility for the qualification of drivers. The Contractor will at all times be responsible for the, qualification of the drivers and for their training, counseling, behavior and discipline.

### 5.7    Drivers Behavior

The Contractor shall deliver Product in accordance with instructions given by Company and seek customer direction / instruction prior to commencement of unloading. the Product. The driver should always perform his / her duties in line with SHE and company policy guideline.

### 5.8    Drivers' Compensation

The Contractor shall remunerate its drivers on a basis that encourages safe driving techniques and practices.

### 5.9    Replacements

Once resource details have been advised to Company, changes should be kept to a minimum. Any alterations to either driver/vehicle details should be notified immediately. Company will hold truck and driver details for planning/routing purposes. Any changes to the details not advised could result in loading/delivery delays at cost to the Contractor.

For any short term supplemented resource, the CONTRACTOR driver details should be advised at time of agreement with COMPANY as to which COMPANY vehicle/CONTRACTOR driver will operate from which loading location on a daily basis.

### 5.10    Driver's Work and Rest Hours

To encourage safe driving operations, the Contractor shall monitor and ensure that driver work schedules are both consistent with Company's Customer  Services OIMS and Vehicle Safety Management Guide (VSMG) requirements and any applicable government regulations limiting driving hours and total work hours. The Contractor shall also ensure adequate rest for drivers between work periods/shifts to reduce the potential of driver fatigue and the serious safety hazard that results. Driver records, tachographs, computerised recordings and/or other documents shall be reviewed on a regular basis for compliance with Company, Contractor and regulatory limitations on work hours.

### 5.11    Driver Recruitment, Selection Training and Assessment Policy

Prior to commencement of this Agreement, the Contractor shall submit to Company their policy on driver recruitment, selection, training and assessment and their procedures for implementing this policy.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 32 of 84    Agreement No. SA-11551 OP
Transportation Services                                                                                                      Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 10 of 34

### 5.12  Drivers Product Knowledge

The Contractor shall ensure each driver has undergone Basic Product Knowledge Training and be fully conversant with the contents of the Material Safety Data Sheet (MSDS) relating to the Product to be delivered. Each driver shall be issued a copy of the MSDS obtained from Company.

### 5.13  Driving Discipline

The Contractor shall ensure that the drivers are familiar and comply with the Statutory Requirements of the Law with regards to approved roads, expressways, speed limits and other traffic and environmental regulations.

### 5.14  Drugs and Alcohol

All drivers are subject to the Drugs and Alcohol policy set out in Attachment 10 of this Exhibit, including, but not limited to, pre-employment screening and medical, random testing and biennial medical.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 33 of 84          Agreement No. SA-11551 OP
Transportation Services                                                                                    Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 11 of 34

# 6     LOADING AND UNLOADING PROCEDURES VEHICLES

## 6.1    General

The Contractor will follow the agreed safety plan drawn up between the two parties. This plan will be updated on an ongoing basis due to the need to continuously improve safety performance.

In conjunction with Clause 25 & Clause 33.3 of the Principle Agreement, the Contractor will abide by all such requirements such as Company may make from time to time relating to the safety of its Product and vehicles in transit and whilst loading and unloading.

## 6.2    Loading Procedures

The Contractor and Contractor drivers will follow the relevant loading procedures as outlined in Attachment 7 of this Exhibit.

## 6.3    Off loading Procedures

The Contractor and Contractor drivers will follow the relevant unloading procedures as outlined in Attachment 8 of this Exhibit.

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 12 of 34

## 7 DELIVERY AND COLLECTION PROCEDURES

### 7.1 Responsibilities

Company is responsible for order taking from Customer. Company is responsible for loading until Contractor's drivers have received the appropriate training by Company. Contractor is responsible for delivering bulk fuels per customer requirements as advised local dispatcher. Company is responsible for generating delivery document (one per load). Contractor is responsible for delivering loads to customer expectations and any Product or trucking problems including delays should be advised by Contractor to Company immediately as problem arises.

### 7.2 Delivery Documents

Delivery to the customer will be affected using Company delivery note documentation. Such delivery documentation (accompanied by daily driver work schedules) will be made available to the Contractor driver at the loading location on a daily basis when reporting for duty.

### 7.3 Collection of Documents.

Following completed delivery all delivery note documentation must be returned to the local dispatch office. In the event of returns or redirects or any other change in actual delivery from customer requirements, should be communicated to local dispatch office for disposition.

### 7.4 Safe Discharge Certificates

The Contractor shall be required to use Safe Discharge Certificates (SDC's) when delivering to Company customers in accordance with Company delivery procedures. These Certificates shall require signature of an authorised representative of the customer except where Company has authorised an unattended delivery. Examples of the SDC's can be found as Attachment 5 of this Exhibit.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.
Transportation Services

Page 35 of 84

Agreement No. SA-11551 OP
Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 13 of 34

## 8    SPILLS AND CROSSOVERS (MIXES)

### 8.1    Spills

In the event of any spill of Product during transportation, however caused, the Contractor shall:

a.  Use every means available to immediately limit, contain, clean up and dispose of the results of the spill in a safe manner and, in addition, otherwise do everything that may be required by law or any government agencies to prevent, eliminate or ameliorate all adverse effects resulting from the spill.

b.  Contact the proprietor or the occupier of the premises affected by the spill.

c.  Immediately notify Company by phone.

d.  Comply with all instructions provided by Company for such instances.

e.  Immediately report to such persons, municipalities or government agencies as may be prescribed by law from time to time.

Company reserves the right in all circumstances to direct any portion or all of the cleanup operations required by a spill and the Contractor agrees to promptly comply with such directions at Contractor's expense. In the exercise of such rights, Company may at its sole discretion, direct that cleanup operations be carried out, at Contractor expense, by a third party specialised in the relevant field and selected by Company.

### 8.2    Crossovers (Mixes)

If a crossover occurs, the Contractor shall:

a.  Take immediate action to limit the volume mixed.

b.  Contact the proprietor or the occupier of the premises where the crossover has occurred.

c.  Ensure that all affected pumps and / or tanks are effectively locked and tagged.

d.  Immediately notify Company by telephone.

e.  Comply with all instructions provided by Company for such instances.

### 8.3    Contractor's Liability

Without limiting the general application of any relevant law of statues to thee following matters, Contractor:

a)    Is liable without limitation to Company for all losses, costs, damages and expenses that Company may suffer, sustain, pay or incur and, in addition

b)    Shall indemnify and save Company completely harmless against all actions, proceedings, claims, demands, losses, debts, costs, damages and expenses that may be brought against or suffered by Company or it may sustain or incur as a result of any crossover or spill, however caused, while the product is within the custody, management or control of Contractor or any of its permitted subcontractors.

If there is any inconsistency between this section and the provision of other parts of the Agreement, then the provisions of this section shall prevail to the extent of the inconsistency.

The provisions of this section are in addition to any other rights or remedies Company may have at law or under Agreement.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.        Page 36 of 84        Agreement No. SA-11551 OP
Transportation Services                                                                                 Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 14 of 34

## 9    REPORTING REQUIREMENTS

### 9.1    Reports

The Contractor shall notify Company, in the format described in Attachment 7, immediately of SHE related incidents/near misses and service/operational deviations.  The Contractor has the responsibility to investigate incidents and service/delivery anomalies to identify route causes and corrective remedial actions.

### 9.2    Monthly Summary

On a monthly basis or as otherwise agreed in writing by Company, the Contractor shall provide a summary report describing all incidents and service/operational deviations relating to performance standard and actions taken to correct the condition.  Details of this monthly summary report to be agreed between Company and the Contractor prior to commencement of this agreement.

### 9.3    Unsatisfactory Delivery Condition Reporting (UDCR)

Should any Contractor driver experience delivery problems through unsatisfactory delivery conditions, they should complete the appropriate UDCR form detailed in Attachment 6 on return to the loading location. The contractor will forward this to the UDCR coordinator at Company. Reference Attachment 6.

### 9.4    Incident Reporting and Responsibilities

Notwithstanding the provisions of article 25 of the principal Document the contractor must also develop and foster a near miss reporting system.

### 9.5.1 Personal Injury Incidents

i)    The contractor will report all Personal Injury incidents in respect of contractor employees, whilst on Company service to the nominated Company contact immediately.

ii)    Final reports to be made using the appropriate Company reporting format within ten days of an incident.

iii)    The Contractor will provide Company with a monthly advice of actual hours of exposure for Contractor employees on Company service.

iv)    The definitions of injury classifications for the purposes of this report are as follows: -

**Classification of SEVERITY**

**No treatment injury incidents.**

Minor injuries where no treatment is necessary by a First Aider or a qualified Medical Practitioner, although it may have been sought and/or given.

Injuries where treatment by a First Aider is necessary, but not by a qualified Medical Practitioner. Treatment by Occupational Health Nurses and hospital visits for examination and diagnosis will usually fall into this category.

**Medical Treatment Injury Incidents.**

Injuries where the severity of the injury is such that qualified medical attention, i.e. a Doctor, is sought and given and the injury type cannot be classified within any of the other categories.

**Classification by RESULT**

**Lost Time Injury Incidents.**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 37 of 84                     Agreement No. SA-11551 OP
Transportation Services                                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 15 of 34

Incidents which, as a result of the injury, render the employee incapable of doing any job that would normally be open to his or her job type for one or more complete shifts, and when he or she would normally be required to work.

**Restricted Work Incidents.**

Incidents where the severity of the injury is such that the employee was unable to carry out a normal job fully and had to be re-scheduled to do defined restricted duties within the same job, or had to' do an alternative job, for one or more complete shifts.

**No Effect Incidents.**

Incidents where the injury causes no significant effect to the normal job. Minor restrictions which can be accommodated by different posture, speed or revised procedures, but which do not materially affect the job output, will be classified as "No Effect".

**9.5.2 Motor Vehicle Accidents (MVAs)**

i)     The Contractor will ensure that all road vehicles operated under this contract are insured to legal requirements and will have total responsibility for the reporting under legislation to the authorities should
the incident so require.

ii)    All MVAs must be reported to the nominated Company contact on the appropriate form as soon after the
incident as possible and within a maximum time limit of 24 hours.

iii)   Final reports to be made using the appropriate Company reporting format within ten days of an incident.

iv)    The Contractor will advise the nominated Company contact at the end of each month the total numbers of
kilometers run by Contractor vehicles on Company service during the month.

**9.5.3 Contamination/Spillage of Products and Damage to Customers' Premises**

i)     Full liability for reporting of the incident to the authorities and customer lies wholly with the Contractor independent of Driver / Customer blame.

ii)    Crossovers & Spillage

These should be reported directly to the nominated Company contact immediately by phone as soon after   the event as possible and within a maximum time limit of 24 hours.

Fires or other serious incidents should be similarly reported immediately.

Final reports to be made using the appropriate Company reporting format within ten days of an incident.

The Contractor will advise the nominated Company contact (as detailed in OIMS) at the end of each month the total number of deliveries carried out by Contractor vehicles and drivers on Company service during the month.

**9.5.4 Failure to report incidents**

Failure to report incidents or significant near miss incidents of any kind will be viewed as extremely serious noncompliance with contract conditions by Company and may result in termination of contract.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 38 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                             Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 16 of 34

## 10    EMERGENCY RESPONSE PLAN

### 10.1    Accountability

The Contractor for the whole duration of the Agreement shall have in place and operate a 24 hour emergency response system that on a continuous basis is capable of responding quickly and appropriately to any incident, accident or emergency associated with the vehicle outside the loading location. Any such incident, accident or emergency shall immediately be brought to the attention of Company as required in Articles 25 – Safety, Health and Environment, and Article 33 – Additional Requirements of the Principal Document and as is specifically described in Exhibit A Scope of Works - Section 9 - Reporting Requirements.

Company reserves the right to supervise any emergency response operation should it be considered desirable and / or necessary.

### 10.2    Emergency Response Plan

Before commencing any Transportation Services under this Agreement, the Contractor shall submit to Company an Emergency Response Plan for Company's review. The Contractor shall ensure that its Emergency Response Plan meets or exceeds requirements prescribed by law and contains the following items.

a)    Contractor's emergency response policy.

b)   A contact list including the names of Contractor's personnel responsible for executing the emergency policy.

c)    A description of reporting systems including the names of persons responsible for each system.

d)    A list of Contractor's additional equipment supplies and Services able to deal with an emergency response.

Company reserves the right to oversee any emergency response operation should it be considered desirable and / or necessary.

### 10.3    Emergency Response Exercise

The Contractor undertakes to participate with Contracting Terminal/Bulk Plant to carry out a full emergency response exercise on at least an annual basis.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.        Page 39 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                                                          Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 17 of 34

## 11   PERFORMANCE MEASUREMENT AND INDICATORS

### 11.1   Accountability

The Contractor shall be responsible for ensuring the effectiveness of its Transportation Services and its compliance to the SCOPE OF WORK by measuring, controlling and monitoring its Transportation Service work processes. Controls and work processes that do not comply with this Agreement shall be regularly recorded, analysed and promptly corrected to prevent recurrence.

### 11.2   Incident Reporting and Management

Contractor shall establish and maintain a system for incident reporting, investigation and analysis to determine causal factors, and timely implementation of corrective actions for improving safety performance. Such system shall cover all Safety, Health and Environment related incidents and near misses, occurred in connection with this Agreement, and resulting in property damage, injury to employees and/or third parties, spillage of Products and crossovers (mixes), regardless of the amount, extent, cause or preventability.

### 11.3   Performance Indicators

It is Contractor's sole responsibility to achieve at least the "minimum acceptable" Key Performance Indicators as shown in the table below. During the period of the contract, the triggering of the penalties, conditional to under performance versus standards set out below, will be waived under condition that Contractor has been appraised as "satisfactory" through the VSMG / STOP's Haulier Assessment Tool. This Haulier Assessment will be completed quarterly throughout the period of the contract. For this purpose, "satisfactory" means a result of more than 90% with no primary items missed, on the VSMG / STOP's Hardier Assessment Tool. The Contractor agrees a copy of the VSMG / STOP's Hardier Assessment Tool has been made available to the Contractor separately by Company.

The following Safety, Health and Environment (SHE) Key Performance Indicators will be specified:

| SHE Indicators | Performance Level | | |
| --- | --- | --- | --- |
| | A | B | C |
| Personal Injury Index | | | |
| Lost Time Incident (LTI) | 0.0 | 0.3 | 0.6 |
| Total Reportable Incident Frequency (TRIF) | 0.0 | 0.4 | 0.8 |
| Unit: Number of times of occurrence per 200,000 working hours | | | |
| Motor Vehicle Accident Frequency (MVA) | 0.75 | 1.0 | 2.5 |
| Unit: Number of times of occurrence per 1 million driven miles | | | |
| Spill Index (include loading and unloading; reportable threshold is 1 Litre) | 0.0 | 3.5 | 5.0 |
| Unit: Number of times of occurrence per 100,000 deliveries | | | |
| Crossover (mixes) Index | 0.0 | 3.5 | 5.0 |
| Unit: Number of times of occurrence per 100,000 delivery grades | | | |

Note: In the above tables:
Performance Level A is the objective.
Performance Level B is the "minimum acceptable" level of performance
Level C and above is an "unacceptable" level of performance.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.       Page 40 of 84       Agreement No. SA-11551 OP
Transportation Services                                                                                  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 18 of 34

On each quarter from the Commencement Date of the Agreement, the previous quarter rolling average SHE indicators will be calculated by the Contractor and communicated to Company. The penalty factor will be calculated based on quarter's SH&E indicator results by Company and the financial penalty communicated and will be paid by the Contractor in the following month.

(a)    The financial penalty will be calculated according to the formula below:

Financial penalty    =1.5% of the last 3 months average revenue x Penalty factor

Penalty factor
= 0.20 x LTI factor
+ 0.20 x TRI factor
 + 0.30 x MVA factor
+ 0.20 x Spill factor
+ 0.10 x Crossover factor

The LTI/TRI/MVA/Spill and Crossover factors will each be

= 0 if corresponding achieved past 12 months KPI performance level is equal or below "minimum acceptable"

= 1    if corresponding achieved past 12 months KPI performance level is above "minimum acceptable"

(b)    After the phase in period, on a 6 monthly interval, the past 12 months SH&E indicators will be used to determine the performance incentive. A sum of $300 per driver (Customer Service Fleet Manager approved term driver) will be paid by Company to the Contractor if "all the KPI's 12 month scores are below or equal to Level A for LTI, TRIF, MVA, and not worse than Level B for Spills and Crossovers.

Refer to the VSMG and STOPs for KPI Definitions.

**Customer Service Targets**

| | | |
|---|---|---|
| a) | Driver Availability: | 96% |
| b) | Loads delivered on scheduled shift: | 98% |
| c) | Loads delivered as per scheduled sequence: | 98% |
| d) | Loads undelivered: | 0% |
| e) | Contractor related customer complaints: | 0% |

Definition: Delivery is on agreed date if full order is delivered on the date agreed at time of order. Any subsequent change in delivery date shall not be considered agreed, notwithstanding that the customer has been advised and accepted the change, unless the change agreed in writing by the Customer Service Center and is instigated by the customer. For orders automatically generated the agreed date will be the date planned and communicated by Company.

**Resource Provision**

Resource provision will be measured against the percentage of trucks and drivers provided versus resources requested.

**Scheduling Efficiency**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.        Page 41 of 84        Agreement No. SA-11551 OP
Transportation Services                                                                 Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 19 of 34

User undertakes to monitor its own delivering efficiency via monthly monitoring of Company's performance versus. the following criteria: -

- Percentage truck/driver utilisation (truck and driver hire)
- Average load size
- Round trip distance
- Product returns (or deviations)
- Percentage of stood down shifts

### 11.4    Continuous Improvement Program

Performance versus agreed targets will be reviewed formally at the quarterly meetings of Contractor and Company management.
As part of these meetings, representatives of Contractor and Company will meet to:

- Review Contractor performance, fulfillment of contract terms and operating practices.
- Identify and pursue opportunities for improving Contractor performance.
- Agree and implement a plan of improvement actions
- Regularly review progress to confirm success of the plan and to ensure that the improvements are sustained.

The establishment, or issuance by Contractor and the authorisation by Company, either expressed or implied, of any improvement actions plan does not relieve the Contractor of the responsibility to design, measure, monitor and control its performance, Products, processes and quality systems. Company by entering into any review of controls does not waive any of its provisions and rights contained in this Agreement.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 42 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                             Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 20 of 34

## 12  PRODUCT QUALITY

### 12.1  General

The Contractor will ensure at all times that the Products loaded, conveyed and delivered shall be kept free of contamination whilst in the care, custody and control of the Contractor.

Vehicles must be presented for loading in a clean and dry condition and delivery effected to the customer's instructions.

### 12.2  Aviation Products

Aviation Products must be delivered in appropriate trailers in dedicated aviation service. These tanks should be clean and dry at all times.

Such Products will be inspected and sealed at the point of loading and seals must remain intact until inspected by the customer. All Contractor drivers delivering aviation Products must be trained in the requirements of Aviation Quality Control.

Aviation requirements are detailed in Attachment 8 of the Standard Transportation Agreement. All aviation deliveries must comply with Attachment 8.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 43 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 21 of 34

## 13 VOLUME / TRUCK NUMBER FLUCTUATIONS

The projected Delivery Volume and the number of truck are to be reviewed by Contractor and Company during quarterly review meetings

Structural volume fluctuation and the number of trucks assigned will be discussed during the quarterly review meeting for forward 3 months. Contractor and Company agree to a maximum of 3 months lead-time to add new equipment to the initial set-up, and to a maximum of 2 months for Company to re-deploy equipment becoming structurally idle.

Temporary volume fluctuations will be discussed as required between quarterly meeting and both parties are to identify the best ways to cover these fluctuations.

It should be noted no undertaking is given to the actual volumes to be serviced by the contractor under this contract. The figures detailed in "Exhibit B" Attachment 1 (One), while they are derived from actual volumes for the period June 2003 to December 2003, may not reflect the actual volumes available during the term of this contract.

### 13.1 CONTRACTOR'S LIABILITY

Without limiting the general application of any relevant law or statutes to the following matters, Contractor:

i) Is liable without limitation to Company for all losses, costs, damages and expenses that Company may suffer, sustain, pay or incur and, in addition

ii) Shall indemnify and save Company completely harmless against all actions, proceedings, claims, demands, losses, debts, costs, damages and expenses that may be brought against or suffered by Company or it may sustain or incur as a result of any crossover or spill, howsoever caused, while the Product is within the custody, management or control of Contractor or any of its permitted Subcontractors.

## 14 PRODUCT SECURITY

In the event that Contractor and/or it's driver are caught or suspected of being involved in Product pilferage or adulteration, Company reserves the right to ban the driver (s) involved temporarily or permanently from Contractor's approved list without any compensation whatsoever upon giving one day's notice to the Contractor

Contractor shall have appropriate programs to ensure security of Products against pilferage, theft, adulteration or' any other security risks

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.      Page 44 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                         Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 22 of 34

**INDEX OF ATTACHMENTS**

ATTACHMENT ONE.................................................................................VEHICLE SPECIFICATIONS

ATTACHMENT TWO..............................................CONTRACTOR DRIVERS INDUCTION TRAINING PLAN

ATTACHMENT THREE.............................................LOADING TANK TRUCK - GENERAL INFORMATION

ATTACHMENT FOUR ............................................................................MOBIL UNLOADING PROCEDURE

ATTACHMENT FIVE...........................................MOBIL LOAD PLAN/SAFE DISCHARGE CERTIFICATES

ATTACHMENT SIX......................MOBIL UNSATISFACTORY DELIVERY CONDITION REPORT (UDCR)

ATTACHMENT SEVEN ......................................................................INCIDENT NOTIFICATION FORMAT

ATTACHMENT EIGHT ................................................................................AVIATION REQUIREMENTS

ATTACHMENT NINE ........................................................................WORKPLACE HARRASSMENT

ATTACHMENT TEN .................................................................ALCOHOL AND DRUG USE POLICY

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 45 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                                              Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 23 of 34

Attachment 1 - Vehicle Specification

3.5.0            CHECKLIST FOR VSMG MANDATORY REQUIREMENTS:

*The following is a checklist listing the mandatory requirements for new or retrofitted equipment. This checklist is part of the VSMG GAP Assessment Tool. The checklist should be completed prior to accepting any new or retrofitted equipment. The OIMS Critical Devices are highlighted in BOLD ITALIC with\*.*

| *Truck / Tractor Safety Features* | Retrofit to Existing Equipment |
|---|---|
| - All Axles have Balanced Air-Braking System | X |
| - Single pane laminated windshield | |
| - Large Exterior Mirrors - All Round Vision | X |
| - Halogen Headlights | |
| - Daytime Running Lights | X |
| - Master Battery Switch on outside of cab for Emergency Power disconnect. | X |
| - Clearance and Warning Lights (LED lights on new orders) | X |
| - Stop, Tail, Turn lights (LED lights on new orders) | X |
| - Audible Backing Alarm | X |
| - Vibration and Sound Proofing | |
| - Cab Mounted Grab Handles for ease of entry/exit | X |
| - Fully Adjustable Driver's Seat and Energy Absorbing Steering Wheel | |
| - Power Operated Controls for Windows and Mirrors | |
| - Electronically Controlled Diesel Engine w/ Compression Brake | |
| - Anti-lock Braking System (ABS) w/ Traction Control | |
| - 3 Point Seat Belt (Both Seats) | X |
| - Ergonomically Designed Seats & Head Restraints | |
| - Fire Retardant Seat Material | |
| - Fire Extinguisher (2 kg dry chemical) | X |
| - On Truck Computers (OTC) | X |
| - Cellular telephones, two-way radios allow for hands-free operation | X |

| General Requirement | Retrofit to Existing Equipment |
|---|---|
| All units meet European ADR / US DOT or equivalent international manufacturing standard. Selected manufacturers have ISO 9000 certification or similar quality control procedures in place. | X |
| **Tire Requirements** | |
| - Bias ply tires and split rims have been phased out | X |
| - Retread tires only used on drive and trailer axles (not steer axles) | X |
| **Delivery Hoses** | |
| - Hoses must have integral electrical continuity wire | X |
| - Gravity Drop are specified as 4" diameter with camlock fittings | |

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.        Page 46 of 84        Agreement No. SA-11551 OP
Transportation Services                                                                                        Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017        Document 77-2        Filed 11/30/2007        Page 24 of 34

| | |
|---|---|
| - Pressure hoses used for pumped deliveries are rated for 1-1/2 times working pressure and have swedged couplings at both ends (no banded couplings) | X |

| Road Tanker / Semi-trailer Safety Features | Retrofit to Existing Equipment |
|---|---|
| - All axles have Balanced Air-Braking System | X |
| - Fall Protection Harness | X |
| - Rear / Side Under run Protection | X |
| - Tank Hatch and Dome Roll-over Protection | |
| - Hatch and Dome Cover Latches with a Lockable Closed Position | X |
| - Clearance and Warning Lights  (LED on new equip. orders) | X |
| - Stop, Tail and Wide Turn    (LED on new equip. orders) | X |
| - Side and Rear Reflective "Tape" | X |
| * Bottom Valves in Each Compartment with Emergency Close Switches | X |
| * Ground plug compatible with Load Rack Ground permissive system | X |
| * Over-fill protection Sensor in Each Compartment.  New equipment should be specified with on-board Monitor        (Bottom Loading) | X |
| - Static Charge Dissipation Wire Internal, top to bottom, each compartment (3mm on existing equip.) (INOX cable on new equipment orders and retrofits ) | X |
| - Anti-lock Braking System (ABS) on all axles | |
| - Product Grade Indicators at Each Compartment Outlet (Faucet) | X |
| - Each Compartment Outlet (Faucet) numbers and marked with fill capacity | X |
| * Positive Pressure-Vacuum Roll-over Vent | X |
| - Fire Extinguisher (9 kg dry chemical) | X |
| - No Tandem Trailers (Drawbar or A-Frame Type) | |
| - Sight Glasses Fitted to Each Compartment Outlet (Faucet) | X |
| - Interlocks on Brakes During Load and Discharge | X |

**Note:**

**OIMS CRITICAL EQUIPMENT HIGHLIGHTED IN BOLD ITALIC with *.**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 47 of 84          Agreement No. SA-11551 OP
Transportation Services                                                                                                  Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 25 of 34

Attachment 2 - Contractor Drivers Induction Training Plan

## 1    Introduction

Before starting work under this contract all Drivers employed by the Contractor or any Subcontractor must undertake all the training detailed in this attachment

Contractor will be responsible for meeting the drivers salaries during all the training specified in this attachment.

Contractor should assure that a significant number of Drivers attend the pre contract training so as to avoid the need for additional courses during the term of the contract.

Contractor has to provide personnel to perform as Safety Trainer / Officer to ensure the Contractor can maintain the Safety requirements.

## 2    Elements of Training to be Undertaken

The Contractor is to provide the following training to each driver:

a) Vehicle features and vehicle operation
b) The properties and safety hazards associated with the loading. Transportation, and off loading of Products.
c) The features use and maintenance requirements of the Personal Protective Equipment specified for use in this contract.
d) The legal requirements associated with the Drivers Hours Regulations.
e) The procedures for offloading Company products at its customer premises.
f) The Emergency Response, Investigation and Reporting Procedure to be followed in the event of a Road Vehicle Accident, Personal Injury, Product Release or Crossover.
g) The requirements of the Company Drug and Alcohol Policy.
h) The Product Quality requirements associated with handling LPG Products (where applicable).
i) The use of Company's Delivery Documentation.
j) Product Knowledge and MSDS.
k) Fire Fighting.
l) Static Electricity.

Company will provide the following training to the Contractors Drivers:

a) The Loading Procedures to be followed at the relevant Terminal.
b) The Emergency Procedures to be followed in the event of Personal Injury, Product Release or Crossover at the Loading Points.
c) The Rules associated with the Loading Points

## 3.    Proof of Training

Once Company representative is satisfied that the contractors' Driver is competent to load / offload unsupervised, the approved driver will be issued with a Driver I.D. Card.

## 4.    Refresher Training

Contractor shall provide appropriate refresher training to all drivers assigned to perform the Transportation Services under this agreement.

Attachment 3 – Mobil Loading Procedure

6.5.1          BONDING AND GROUNDING PROCEDURES

**PURPOSE**

Bond or ground equipment, to prevent personnel from injuries caused by electrical faults that may develop from:
- Lightning
- Static electricity
- Stray current

Bonding is not necessary around:

- Flexible metallic points
- Swivel joints (where equipment is proven to be working properly and maintaining electrical continuity)

**GROUNDING CLAMPS AND CABLES**

Replace missing or damaged grounding clamps promptly.  Replace grounding cables that do not meet the continuity test immediately

Ground cables and clamps should be tested for electrical continuity at least annually.

**TANK TRUCK LOADING**

For tank truck loading;

- Attach a bonding cable to the truck before opening any hatches, dome or connecting any hoses.
- Keep grounding cable or system connected until the last hatch/dome is closed, or until all hoses and other connections to the truck are removed.
- Basic rule of thumb: grounding system or grounding cable is the first connection to the truck, and the last to be removed.

**GROUNDING SYSTEMS ON LOADING RACKS**

The preferred grounding equipment is an on rack grounding system with interlock connection to the loading system. If the truck is not grounded or bonded, the system will not allow the product to flow and in the case of interruption in the circuits continuity (disconnecting the system, loss of feedback), the system shuts down the loading operation until circuitry is normalized and restored.

These systems should be verified and checked every month for electrical continuity, and correct operation as they are considered primary critical systems.

**TANK TO TANK TRANSFERS**

If product is to be transferred between tank truck, bond the units to ensure electrical parity.

**FILLING CONTAINERS**

Use additional protective bonding when filling open containers where the product has a flash point below 66° C.
The filling nozzle should reach the bottom of the container and should not be splash filled.
Ensure that the container rest on a metal baseplate while being filled.  Bond the baseplate to the supplying piping.  If a metal baseplate is not available, use a grounding clamp bonded to the supply pipeline.
Ensure that there is an additional bond between the nozzle and the supply piping, if a non-metallic hose or pipe is used for filling.

6.5.2     LOADING TANK TRUCK - GENERAL INFORMATION

### PURPOSE

This section provides the general operating principles and guidelines for loading bulk products to truck, be it top or bottom loading. Please see specific procedures to follow in Top and Bottom loading installations. Driver must use the Loading and Unloading Plan Form.

### TRAFFIC PATTERN AND SPEED

To avoid accidents in the plant yard, ensure that all trucks entering or leaving the loading area:
**CONFORM** to the designated traffic pattern for the terminal
**OBSERVE** the terminal speed limits

### PARKING AND FUELLING

Park empty trucks in a safe location, away from the normal flow of traffic, in a manner that allows quick, easy driving or towing in case of an emergency.
Use designated truck parking areas where possible and park facing outwards for quick removal in the event of an emergency.
Never fuel trucks by direct hose connection from a loading rack.

### PLACARDS

Install the required dangerous goods placards or hazard signs on tank trucks prior to loading, if required.

### REPAIRS

Any truck needing mechanical or electrical repairs or trouble-shooting, must receive attention at a safe place away from the loading rack, never at the loading rack. Defective trucks should be towed from the loading rack, using adequate rope to tow a loaded tank truck. Nylon rope or wires should not be used.

### DRAINAGE AND SPILLS

See procedure on **Spills at Loading Rack** in Section 10 of this manual

### STATIC ELECTRICITY

See procedure in **Grounding and Bonding** in this manual, sub-section 6.5.1

### CHANGE OF GRADE (SWITCH LOADING)

Gasoline's should not be loaded onto tank trucks containing distillate grades used for home heating or cooking (e.g. heating oil, kerosene, etc.). The potential for an undetected contamination of the distillate by gasoline (lowering the distillate flash point) and the subsequent risk of explosion during ignition, justifies this special handling. See Switch Loading Procedure.
Gasoline and distillate grades used for transportation fuels may be loaded on the same tank truck.

### LOADING INTERRUPTIONS

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.     Page 50 of 84                     Agreement No. SA-11551 OP
Transportation Services                                                                                          Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 28 of 34

If a loading operations is interrupted, or a driver has to leave the rack for any reason.

- **DISCONNECT** the vehicle from the loading rack (hoses, grounding, etc.)

- **SECURE** loading equipment in its correct place

- **If top loading: RETURN** the gangway access platform to the secure position

- **MOVE** the vehicle to a safe parking place away from the loading rack

- **TO MOVE** the truck to another rack or reposition at the same rack, make sure you follow the same procedure of disconnecting, securing the rack equipment, and returning the access platform

## SAMPLING (when required)

When the compartments are full:
- **WAIT** 5 minutes after loading has ceased before lowering a sampler into the tank

- Use non-conductive sampling equipment

- Alternatively, use approved metal sampler

- Note: for temperatures above 50° C, glass or plastic bottles should not be used

## SAFETY EQUIPMENT

Wear the appropriate safety equipment and clothing as required by the terminal policies (e.g. long sleeves, long pants, Visi vest, safety shoes, eye protection and gloves). See Section **Personal Protection Equipment (See STOP Section 12.4.3).**

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 51 of 84          Agreement No. SA-11551 OP
Transportation Services                                                                                             Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017     Document 77-2     Filed 11/30/2007     Page 29 of 34

6.5.5          LOADING TANK TRUCK  BOTTOM LOADING PROCEDURES

**OPERATING GUIDELINES**

Bottom loading follows the same operating principles and guidelines as top loading, except that bottom loading can be done at ground level, and the compartment dome does not have to be opened before or during the actual loading:

- for drain dry type truck, check sight glasses to ensure that no product remains in the compartment
- for non-drain dry type, drain each compartment  to check that no product remains
- check that all caps and hatches are closed
- ensure all PPE is worn
- identify all terminal safety features i.e. Emergency Stop Buttons, Safety Shower, Eye Wash, Emergency exit, Fire fighting Equipment
- **STOP.......TAKE  5,** Walk through the loading task and check for possible hazards
- If grounding system is separate from overfill detection system, connect grounding system
- first connect overfill protection and vapor recovery/return prior to loading product
- loading arms should be fitted with dry-break couplings
- multi-arm loading is highly recommended (check terminal procedures on number of arms allowed)
     **NOTE: if switch loading, check switch loading procedure**

**EMERGENCY PRECAUTIONS**

When bottom loading, identify the location and purpose of the Terminal Safety features i.e. emergency shut down buttons.  If there is a malfunction, the operator can either:
- shut off the product flow immediately by pressing the stop button on the Omega/Loading console
- shut down the entire product loading system by pressing the Emergency Stop Button

**PARKING**

1.   a Before entering the Terminal **TURN OFF** (Hand in if required) all radios, accessories, mobile phones and air conditioning units

     b Before entering the Loading Bay **TURN OFF** Truck Lights

     c. **POSITION** the truck at the loading rack so that repositioning for compartment loading can be achieved by moving the truck forward only. (using guides marks if appropriate)
2.   **SET** the parking brake and wheel chocks (for countries where it is required)

3.   **TURN OFF** the Truck's engine and the Master Battery Isolating Switch (In Terminals where this is required)

**PRELOAD**
4.   a **FOLLOWING** Omega/Loading instructions, swipe Driver and Equipment cards at Omega Bay console/loading console and Enter Shipment Number. (Note in some facilities this may be required prior to the connection of each loading arm)

     b **LIFT** Interlock Bar (if fitted) and/or **OPERATE** the Air Master Valve (if fitted)

     c **CONNECT** the Bonding wire (if separate), Scully

     d **CONNECT** Vapour Recovery Hose

     e **CHECK** all compartment outlets and Internal Valves to ensure they are properly **closed**

Case 1:06-cv-00017   Document 77-2   Filed 11/30/2007   Page 30 of 34

f **CHECK** Sight Glass Indicator for Product returns. If there are returns present, either use the returns hose (if available) or obtain a suitable bucket with a static lead. Bond the bucket to the API valve and then drain returns as per SWITCH LOADING PROCEDURES section 6.5.6

5.  **SET** compartment product indicator on each compartment's outlet valve to identify the product grade to be loaded. Use the Loading/Unloading Plan Forms.(Safe Discharge Certificate - 6.6.2)

6.  **OPEN** the internal valve and check the sight glass for any returns. Drain any returns as per 4f .

7.  **REMOVE** the cap from the compartment outlet to be loaded and all other compartment

    **NOTE:** If switch loading, check **Switch Loading Procedures**

8.  a. **CONNECT** the correct loading arm or hose to the designated compartment

    b. **ENTER** any Returns

9.  **CHECK** the loading instructions or delivery docket to determine the amount and product to be loaded into the compartment

10. **SELECT** product required and set the meter preset to load the amount desired as per loading/unloading documents

11. a **CHECK** to ensure that the set volume does not exceed the capacity of the empty or partially filled compartment

    b **RECHECK** the Omega/Loading console to  the Loading arm number and product, follow the loading arm to the compartment, checking the compartment number, product indicator against loading documents and then back again

    c **START** loading

## LOADING

12. **LOAD** the truck, standing by the loading control area and emergency shutdown

13. a. When initial compartments are loaded disconnect loading arm and CLOSE  individual internal valve (if fitted)

    b replace loaded compartment outlet cap. Visual check will show compartments capped are loaded, uncapped compartments are still to load.
    **Repeat Steps 7 to 13 until Tanker is loaded to requirements**

## REPOSITIONING THE TRUCK

If the truck has to be repositioned to allow access to the next compartment:

14. **DISCONNECT** the loading arm

15. **REPLACE** the cap on the truck outlet

16. a **REMOVE** the vapor recovery hose, Scully, and bonding (if separate) in that order

    b **LOWER** the Interlock bar (if fitted) and **CLOSE** the Air Master Switch (if fitted)

17. **MOVE** the truck forward to the required position

18. a **RESET** the parking brake then turn off the engine and Battery Master Isolating Switch (if required)

    b **LIFT** Interlock Bar (if fitted) and/or **OPERATE** the Air Master Valve (if fitted)

19. a **RECONNECT** the ground, Scully and vapor recovery hose

    b **CONTINUE** loading

## FINISHING THE LAST COMPARTMENT

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.          Page 53 of 84                    Agreement No. SA-11551 OP
Transportation Services                                                                              Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 31 of 34

**20. CLOSE** the loading valve on the dry break coupler when the last compartment has been filled and **CLOSE** the Internal Valve(s)

21. a **REMOVE** and **RETURN** the loading arm or hose to park on the rack.

b **REPLACE** Cap on truck outlet

22. **CHECK** to ensure that the truck is free of spills, leaks or other hazards

**If any minor spills are noted:**

23. **CLEAN UP** the contaminated area immediately and advise the terminal supervisor

**If no spills or hazards are noted:**

24. a **DISCONNECT** the, vapor recovery hose. Stow in correct position

b **DISCONNECT** the Scully and bonding wire (if fitted) in that order. Stow in the correct position

25. **CLOSE** the Air Master Valve (if fitted) and **LOWER** the Interlock Bar (if fitted)

26. **CHECK** the product grade on compartment product identification marker indicators on the API valves to ensure that product has been loaded correctly (use the Loading documents, Loading /Unloading Plan Form - Safe Discharge Certificate - 6.6.2)
**If everything is in order, the truck driver should:**

27. a **LEAVE** the rack slowly and cautiously, following the terminal traffic pattern and speed limit

b **PARK** truck in designated area

c **COLLECT** delivery and Shipping Documentation

d **CHECK** Delivery documentation against Safe Discharge Certificate

e **ENSURE** Dangerous Goods/Shipping Documents and Emergency Response Guide placard is in placed. **CHECK** HAZMAT placards / UN Numbers are correct

f **REFER** to Route and Site Plans and **TAKE 5** before leaving Terminal

## LOADING TRUCKS WITH PARTIALLY FULL COMPARTMENTS

If a truck returns with a partially filled compartment to a bottom loading rack it is best to return the product to the tank rather than to try to fill a partially loaded compartment.

Ambyth Shipping & Trading, Inc. dba Ambyth Trucking, Inc.    Page 54 of 84    Agreement No. SA-11551 OP
Transportation Services                                                     Bulk Fuel Hauling - MOGI

Case 1:06-cv-00017    Document 77-2    Filed 11/30/2007    Page 32 of 34

6.5.6   Loading Tank Trucks   - Switch Loading

### PURPOSE OF THIS SUBJECT

Dangerous vapors in the combustible range may be created if any high flash products such as heating oil, diesel fuel, kerosene, turbo fuel, or other middle distillates, are loaded into a tank compartment that previously contained a low flash product, such as gasoline.  Switching a truck compartment between high and low flash product is referred to as switch loading, and certain precautions must be taken, prior to loading.

### SWITCH LOADING PROCEDURES

This procedure must be used when changing from gasoline to Diesel, Kerosene or turps
1.   **CHECK** the compartment sight glass for retained product

2.   **OBTAIN** a suitable container into which product may be drained

3.   **BOND** the container to the tanker with a suitable lead

4.   **OPEN** the compartment faucet valve and drain the product into the container until the sight glass is clear

5.   **AFTER** product has been drained , **CLOSE** the drain valve

6.   **OPEN** the compartment Internal valve

7.   **CHECK** the sight glass for further retained product

8.   **CLOSE** the Internal valve and drain any retained product using procedures 2 through 5

   **If the amount of retained product drained the second time is significant, check the compartment for ullage and refer to your supervisor for instructions on how to dispose of**
   the product.

9.   **WAIT** for at least **ONE MINUTE**  after draining the compartment and all flow has ceased

   **DO NOT PUT ANYPRODUCT OR OBJECT IN THE COMPARTMENT DURING THIS WAIT PERIOD**

10. **IF** top loading allow **ONE MINUTE** before removing top loading tube

   **REPEAT procedures for all compartments where a switch load will occur**

For turbine fuel, thoroughly drain each tank compartment and entire unloading system.  This does not "gas free" the tank, but does eliminate contamination and maintains product quality.

### SAFE PRACTICES

When flushing is not required:

If trailer compartments are designed for drain dry, and compartment piping is not interconnected with a manifold.  Drain compartments to the maximum extent.

When flushing is required:

**Flushing is required if truck tanks are manifold type and do not have isolated unloading piping for each tank compartment.**

Open all compartment emergency/foot valves and unloading faucets and, using all by-pass piping and/or drain cocks provided, drain to the maximum extent possible

Then, using all compartments to be loaded, flush the entire unloading system, including meters, with the product to be loaded

For top loading, normally 25 liters (approx. 6 gal) per compartment is sufficient.

For bottom loading, a quantity sufficient to ensure complete flushing of lines and valves is required for each compartment

During switch loading, it is necessary to guard against the generation of static electricity, which can result from high initial flow rate, turbulence, or splashing inside a compartment. At most top or bottom loading racks now in use, the loading meters are equipped with set-stop mechanisms which automatically provide for a slow initial rate of product flow

**NOTE:** After either top or bottom loading, wait 5 minutes for the dissipation of static electricity before lowering any conducive objects, such as gauge bobs, thermometers, or sample containers into the compartments.

APPENDIX D
SWITCH LOADING
Example of a Switch Loading Chart

| PREVIOUS PRODUCT | PRODUCT TO BE LOADED | | | | | |
|---|---|---|---|---|---|---|
| | Unleaded | Leaded | Kero | Heating Oil | Auto Diesel Fuel | Industrial Diesel |
| Unleaded Petrol | ✓ | ✓ | Buffer | Buffer | ☕ | ☕ |
| Leaded Petrol | ☕ | ✓ | Buffer | Buffer | ☕ | ☕ |
| Kerosene | ☕ | ☕ | ✓ | | ☕ | ☕ |
| Heating Oil | ☕ | ☕ | ☕ | ✓ | ☕ | ☕ |
| Automotive Diesel Fuel | ☕ | ☕ | ☕ | ☕ | ✓ | ☕ |
| Industrial Diesel Fuel | Buffer | Buffer | Buffer | Buffer | ☕ | ✓ |

✓ = load          ☕ = drain