CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Ambyth Shipping & Trading, Inc. dba Ambyth Trucking

FILED
DISTRICT COURT OF GUAM
NOV 30 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING,<br><br>Defendants. | CIVIL CASE NO. 06-00017<br><br>**NON-AGREEMENT OF HEARING DATE AND REQUEST FOR HEARING; DECLARATION OF SERVICE** |
| AMBYTH SHIPPING & TRADING, INC. dba AMBYTH TRUCKING,<br><br>Third-Party/Cross-Claim Plaintiff,<br><br>vs.<br><br>CASSIDY'S ASSOCIATED INSURERS, INC.<br><br>Third-Party/Cross-Claim Defendant. | |

Pursuant to Local Rule 7.1, I, Elyze McDonald, hereby state the following:

Page 1 of 3

1. I am the attorney for Defendant Ambyth Shipping & Trading, Inc. dba Ambyth Trucking in this matter. I have contacted counsel for all parties to agree upon a date for oral argument on Ambyth's Motion for Summary Judgment, filed concurrently herewith.

2. The parties discussed a hearing for the week of January 14, 2008. Counsel for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA, is available that week except for January 15. Counsel for Third Party Defendant Cassidy's Insurers, Inc. is available that week except for January 18.

3. I contacted counsel for Defendant Pacific Indemnity Insurance Company twice regarding the agreement of hearing date, and did not receive a response.

4. Ambyth requests that the Court set a hearing on its Motion for Summary Judgment at its convenience.

DATED: Hagåtña, Guam, November 30, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant/Cross-Claimant/
Third-Party Plaintiff Ambyth Shipping and
Trading, Inc. dba Ambyth Trucking

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare that on the 30th day of November 2007, I will cause to be served, a true and correct copy of NON-AGREEMENT OF HEARING DATE AND REQUEST FOR HEARING; DECLARATION OF SERVICE upon the following Counsels of record:

>Michael D. Flynn, Jr., Esq.
>MAHER YANZA FLYNN TIMBLIN, LLP
>115 Hesler Place, Ground Floor
>Governor Joseph Flores Building
>Hagåtña, Guam 96910

and

>Patrick Civille, Esq.
>CIVILLE & TANG PLLC
>Suite 200
>Hernan Cortez Ave.
>Hagåtña, Guam 96910

and

>Joseph C. Razzano, Esq.
>TEKER TORRES & TEKER, P.C.
>Suite 2A, 130 Aspinall Avenue
>Hagåtña, Guam 96910

Executed this 30th day of November 2007 at Hagåtña, Guam.

_____
ELYZE J. MCDONALD