1 Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
2 115 Hesler Place, Ground Floor
Governor Joseph Flores Building
3 Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
4 Facsimile No.: (671) 472-5487

5
Attorneys for Plaintiff
6 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**FILED**
DISTRICT COURT OF GUAM
JAN - 4 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | NOTICE TO TAKE DEPOSITION |
| Defendants. | DATE: JANUARY 16, 2008<br>TIME: 9:00 a.m. |
| AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | |
| Cross-Claimant, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY, | |
| Cross-Claim Defendant. | |

-1-

| | |
|---|---|
| 1 | AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | vs. |
| 5 | CASSIDY'S ASSOCIATED INSURERS, INC., |
| 6 | |
| 7 | Third Party Defendant.    / |

TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Wednesday, the 16th day of January, 2008, at 9:00 o'clock a.m.**, at the law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP,** 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910, Plaintiff in the above-entitled action will take the deposition of **OFFICER J.E.D. SANTO TOMAS (I.D. #542)**, whose address is c/o Guam Police Department, Highway Patrol Division, Tiyan, Guam, upon oral examination pursuant to the Federal Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths, by audiotape or stenographic means. The oral examination will continue from day to day until completed. You are invited to attend to cross-examine.

Dated this 3rd day of January, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: _/s/ Michael D. Flynn, Jr._
MICHAEL D. FLYNN, JR., ESQ.

-2-