Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.



**FILED**
DISTRICT COURT OF GUAM

JAN 1 1 2008

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | CANCELLATION OF DEPOSITION |
| Defendants. | DATE: JANUARY 17, 2008<br>TIME: 2:00 p.m. |
| AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | |
| Cross-Claimant, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY, | |
| Cross-Claim Defendant. | |

ORIGINAL

| | |
|---|---|
| 1 | AMBYTH SHIPPING AND TRADING, |
| 2 | INC. dba AMBYTH TRUCKING, |
| 3 |         Third Party Plaintiff, |
| 4 | vs. |
| 5 | CASSIDY'S ASSOCIATED INSURERS, |
| 6 | INC., |
| 7 |         Third Party Defendant.   / |

TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of the **JOEY AGUON**, scheduled to be taken on **Thursday, the 17th day of January, 2008, at 2:00 o'clock p.m.**, at the law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP**, 115 Hesler Place, Ground Floor, Gov. Joseph Flores Building, Hagåtña, Guam 96910 is hereby cancelled.

Dated this 11th day of January, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BY: _/s/ Michael D. Flynn_
MICHAEL D. FLYNN, JR., ESQ.