Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**FILED**
DISTRICT COURT OF GUAM
JAN 1 1 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br>Plaintiff, <br><br>vs. <br><br>PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, <br><br>Defendants. <br><br>AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, <br><br>Cross-Claimant, <br><br>vs. <br><br>PACIFIC INDEMNITY INSURANCE COMPANY, <br><br>Cross-Claim Defendant. | CIVIL CASE NO. 06-00017 <br><br><br><br><br>RE-NOTICE TO TAKE DEPOSITION <br><br><br>DATE: JANUARY 23, 2008 <br>TIME: 9:00 a.m. |

-1-

ORIGINAL

| | |
|---|---|
| 1 | AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | vs. |
| 5 | CASSIDY'S ASSOCIATED INSURERS, INC., |
| 6 | Third Party Defendant. / |

TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that the deposition of **JOSEPH BAMBA** previously noticed for **Monday, the 14th day of January, 2008, at 9:00 o'clock a.m.**, has been rescheduled to **Wednesday, the 23rd day of January, 2008, at 9:00 o'clock a.m.** Said deposition will be taken by Plaintiff in the above-entitled action, at the law offices of MAHER • YANZA • FLYNN • TIMBLIN, LLP, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910, upon oral examination pursuant to the Guam Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths. The oral examination will be taken by stenographic means and will continue from day to day until completed. You are invited to attend to cross-examine.

This Re-Notice to Take Deposition supersedes the prior Notice to Take Deposition of JOSEPH BAMBA filed in the above entitled on January 4, 2008.

Dated this 11th day of January, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: _/s/ Michael D. Flynn, Jr._
**MICHAEL D. FLYNN, JR., ESQ.**

-2-