FILED
DISTRICT COURT OF GUAM
JAN 16 2008
JEANNE G. QUINATA
Clerk of Court

Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING,<br><br>Defendants. | CIVIL CASE NO. 06-00017<br><br><br><br><br><br>CANCELLATION OF DEPOSITION<br><br><br>DATE: JANUARY 17, 2008<br>TIME: 9:00 a.m. |
| AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING,<br><br>Cross-Claimant,<br><br>vs.<br><br>PACIFIC INDEMNITY INSURANCE COMPANY,<br><br>Cross-Claim Defendant. | |

ORIGINAL

| | |
|---|---|
| 1 | AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | vs. |
| 5 | CASSIDY'S ASSOCIATED INSURERS, INC., |
| 6 | |
| 7 | Third Party Defendant.   / |

**TO THE PARTIES HERETO AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the deposition of **JOHN QUERRY**, scheduled to be taken on **Thursday, the 17th day of January, 2008, at 9:00 o'clock a.m.**, at the law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP**, 115 Hesler Place, Ground Floor, Gov. Joseph Flores Building, Hagåtña, Guam 96910 is hereby cancelled.

Dated this 16th day of January, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: _____
MICHAEL D. FLYNN, JR., ESQ.