Michael D. Flynn, Jr., Esq.
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

FILED
DISTRICT COURT OF GUAM
JAN 23 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | NOTICE TO TAKE DEPOSITION |
| Defendants. | DATE: FEBRUARY 7, 2008<br>TIME: 2:00 p.m. |
| AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, | |
| Cross-Claimant, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY, | |
| Cross-Claim Defendant. | |

-1-

ORIGINAL

| | |
|---|---|
| 1 | AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | vs. |
| 5 | CASSIDY'S ASSOCIATED INSURERS, INC., |
| 6 | |
| 7 | Third Party Defendant. / |

TO: THE PARTIES HERETO AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Thursday, the 7th day of February, 2008, at 2:00 o'clock p.m., at the law offices of MAHER • YANZA • FLYNN • TIMBLIN, LLP, 115 Hesler Place, Ground Floor, Governor Joseph Flores Building, Hagåtña, Guam 96910, Plaintiff in the above-entitled action will take the deposition of JOHN QUERRY, who is 225 Enrique San Nicolas Lane, Talofofo, Guam 96915, upon oral examination pursuant to the Federal Rules of Civil Procedures before a Notary Public or before some other officer authorized by law to administer oaths, by audiotape or stenographic means. The oral examination will continue from day to day until completed. You are invited to attend to cross-examine.

Dated this 22 day of January, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

BY: _____
MICHAEL D. FLYNN, JR., ESQ.