1  Michael D. Flynn, Jr., Esq.
   **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
2  115 Hesler Place, Ground Floor
   Governor Joseph Flores Building
3  Hagåtña, Guam 96910
   Telephone No.: (671) 477-7059
4  Facsimile No.: (671) 472-5487

5
   Attorneys for Plaintiff
6  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

**FILED**
DISTRICT COURT OF GUAM
JAN 28 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br>Plaintiff, <br><br>vs. <br><br>PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, <br><br>Defendants. <br> ─────────────────────── <br> AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING, <br><br>Cross-Claimant, <br><br>vs. <br><br>PACIFIC INDEMNITY INSURANCE COMPANY, <br><br>Cross-Claim Defendant. | CIVIL CASE NO. 06-00017 <br><br>PLAINTIFF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S NOTICE OF NON-OPPOSITION TO DEFENDANT/THIRD-PARTY/CROSS-CLAIM PLAINTIFF AMBYTH SHIPPING & TRADING'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE |

| | |
|---|---|
| 1 | **AMBYTH SHIPPING AND TRADING, INC. dba AMBYTH TRUCKING,** |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | vs. |
| 5 | **CASSIDY'S ASSOCIATED INSURERS, INC.,** |
| 6 | |
| 7 | Third Party Defendant.  / |

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby states its non-opposition to Defendant/Cross-Claimant/Third-Party Plaintiff Ambyth Shipping & Trading, Inc.'s ("Ambyth") Motion for Summary Judgment, as follows. Ambyth concludes its memorandum in support of its motion for summary judgment by stating that the Pacific Indemnity Insurance Company ("Pacific Indemnity") insurance policy "is primary as to all other insurance that may provide Mobil [Oil Guam, Inc. ("Mobil")] and Ambyth with coverage."[1] To the extent that the Court finds that the Pacific Indemnity insurance policy, as opposed to the National Union policy, is primary as to coverage for Mobil and Ambyth and, as such, the coverage of Mobil and Ambyth under the National Union insurance policy is excess over the Pacific Indemnity insurance policy, National Union supports, and does not oppose, Ambyth's motion for summary judgment.

Dated this 28th day of January, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: _____
**MICHAEL D. FLYNN, JR., ESQ.**

---

[1] Ambyth Memorandum of Points and Authorities, p. 7.

-2-

## CERTIFICATE OF SERVICE

I, **MICHAEL D. FLYNN, JR.**, hereby certify that on the 28th day of January, 2008, I caused a copy of the annexed **PLAINTIFF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S NOTICE OF NON-OPPOSITION TO DEFENDANT/THIRD-PARTY/CROSS-CLAIM PLAINTIFF AMBYTH SHIPPING & TRADING'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE** to be served upon the parties hereto, by delivering and leaving a copy of same to their attorney of record, as follows:

**G. Patrick Civille, Esq.**
CIVILLE & TANG, PLLC
Suite 200, 330 Hernan Cortez Ave.
Hagatña, Guam 96910
**Attorneys for Pacific Indemnity Insurance Company**

**David P. Ledger, Esq.**
CARLSMITH BALL, LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagatña, Guam 96910
**Attorneys for Ambyth Shipping & Trading, Inc. dba Ambyth Trucking**

**Joseph C. Razzano, Esq.**
TEKER, TORRES & TEKER, P.C.
Suite 2A, 130 Aspinall Avenue
Hagatña, Guam 96910
**Attorneys for Cassidy's Associates Insurers, Inc.**

Dated this 28th day of January, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Plaintiff
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

BY: *[signature]*
MICHAEL D. FLYNN, JR., ESQ.

-3-