1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
   HAGÅTÑA, GUAM 96910
2  TELEPHONE: (671) 477-9891-4
   FACSIMILE: (671) 472-2601
   *Attorneys for Third-Party Defendant,*
3    *Cassidy's Associated Insurers, Inc.*

4  **CARLSMITH BALL, LLP**
   SUITE 401, BANK OF HAWAII BUILDING
5  134 WEST SOLEDAD AVENUE
   HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 472-6813
6  FACSIMILE: (671) 477-4375
   *Attorneys for Defendant/Third-Party Plaintiff ,Ambyth*
7    *Shipping & Trading, Inc. dba Ambyth Trucking*

8  **CIVILLE & TANG, PLLC**
   SUITE 200, 330 HERNAN CORTEZ AVENUE
   HAGÅTÑA, GUAM 96910
9  TELEPHONE: (671) 472-8868
   FACSIMILE: (671) 477-2511
   *Attorneys for Defendant,*
10 *Pacific Indemnity Insurance Company*

11 **MAHER YANZA FLYNN & TIMBLIN, LLP**
   115 HESLER PLACE, GROUND FLOOR
   GOVERNOR JOSEPH FLORES BUILDING
12 HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 477-7059
   FACSIMILE: (671) 472-5487
13 *Attorneys for Plaintiff, National Union Fire*
     *Insurance Company of Pittsburgh, PA*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE | ) | CIVIL CASE NO. 06-00017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **UNOPPOSED MOTION FOR LEAVE** |
| PACIFIC INDEMNITY INSURANCE | ) | **TO FILE JOINT SECOND AMENDED** |
| COMPANY and AMBYTH SHIPPING & | ) | **SCHEDULING ORDER** |
| TRADING, INC., dba AMBYTH | ) | |
| TRUCKING, | ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) | |

| | |
|---|---|
| AMBYTH SHIPPING & TRADING, INC., dba AMBYTH TRUCKING, | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| CASSIDY'S ASSOCIATED INSURERS, INC., | ) ) ) |
| Third-Party Defendant. | ) ) |

----------

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
JOINT SECOND AMENDED SCHEDULING ORDER**

The Court, having reviewed Third-Party Defendant's Unopposed Motion for Leave to File Joint Second Amended Scheduling Order filed herein on November 28, 2007, and finding good cause for same,

HEREBY GRANTS said Motion and adopts the Joint Second Amended Scheduling Order and Second Amended Joint Discovery Plan, the originals of which were attached to Third-Party Defendant's Motion, as Exhibits A and B, respectively.



**/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 01, 2008**

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4