CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*



FILED
DISTRICT COURT OF GUAM

FEB 0 1 2008

JEANNE G. QUINATA
Clerk of Court

### IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA. | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | PACIFIC INDEMNITY'S REQUEST FOR RULE 16 SETTLEMENT CONFERENCE |
| JOHN D. QUERRY, AMBYTH SHIPPING and TRADING, INC. dba AMBYTH TRUCKING and PACIFIC INSURANCE COMPANY | |
| Defendants. | |

Defendant Pacific Indemnity Insurance Company hereby requests that the parties to this action be required to submit to Settlement Conference before the Magistrate Judge. The request is made pursuant to LR. 16.6 and is based on Pacific Indemnity's assessment that the lawsuit is at juncture where the parties must either seriously discuss settlement or commit to spending tens of thousands of dollars in final trial preparations. Each of the parties has expressed an interest in settlement, but no effective settlement discussions have emerged and the efforts of the parties have been unfocused. Pacific Indemnity believes that the guidance of the Magistrate Judge will provide the needed format and focus to push settlement discussions forward.

ORIGINAL

Pacific Indemnity requests that, subject to the Magistrate Judge's schedule, the settlement conference be held the week of February 18, or at such earlier date as may be the Magistrate Judge may deem appropriate.

DATED at Hagåtña, Guam, this 1st day of February, 2008.

CIVILLE & TANG, PLLC

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*