**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH, PA. ) ) ) Plaintiff, ) ) vs. ) ) JOHN D. QUERRY, AMBYTH SHIPPING ) and TRADING, INC. dba AMBYTH ) TRUCKING and PACIFIC INSURANCE ) COMPANY ) ) Defendants. ) ) | CIVIL CASE NO. 06-00017 <br><br> **ORDER** <br> **Setting Settlement Conference** |

At the request of Defendant Pacific Indemnity Insurance Company, and pursuant to Rule L.R. 16.6,

IT IS HEREBY ORDERED that the parties shall appear before the below-signed Magistrate Judge on March 6, 2008, at 10:00 a.m. for a settlement conference. The Court shall by separate Order provide the parties with a briefing schedule and other requirements for the settlement conference.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: Feb 13, 2008**