CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*



FILED
DISTRICT COURT OF GUAM
MAY 27 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC., dba AMBYTH TRUCKING, <br><br> Defendants. | CIVIL CASE NO. CV06-00017 <br><br> **STIPULATION TO REMOVE PRETRIAL CONFERENCE FROM CALENDAR** |

WHEREAS, the parties have reached settlement of this litigation in its entirety but documentation of that settlement is taking longer than anticipated for various reasons and the parties wish to postpone all proceedings so as to allow the settlement to be consummated;

NOW, THEREFORE, the parties hereby stipulate that the pretrial conference presently scheduled for 10:00 a.m. on Wednesday, May 28, 2008 be removed from the Court's calendar and that the Court be requested to set a status conference in approximately

///

///

ORIGINAL

thirty (30) days with the expectation that the settlement should be achieved and the case dismissed before that date.

MAHER • YANZA • FLYNN • TIMBLIN, LLP

Date: May 27, 2008

By: _____
MICHAEL D. FLYNN, JR.
*Attorneys for Plaintiff*

CIVILLE & TANG, PLLC

Date: May 27, 2008

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*

CARLSMITH BALL LLP

Date: May 27, 2008

By: _____
DAVID LEDGER
*Attorneys for Defendant*
*Ambyth Shipping and Trading, Inc.,*
*dba Ambyth Trucking*

TEKER TORRES & TEKER, P.C.

Date: May 27, 2008

By: _____
JOSEPH C. RAZZANO
*Attorneys for Third-Party Defendant*
*Cassidy's Associated Insurers, Inc.*