**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC., dba AMBYTH TRUCKING,<br><br>Defendants. | CIVIL CASE NO. CV06-00017<br><br><br><br>**ORDER RE: STIPULATION TO REMOVE PRETRIAL CONFERENCE FROM CALENDAR** |

For good cause show, the stipulation of the parties is hereby APPROVED. IT IS HEREBY ORDERED that a status conference in the above-entitled matter shall be held on June 26, 2008, at the hour of 9:30 a.m. All other calendar dates are hereby vacated and will be rescheduled if necessary.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 28, 2008