**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Pacific Indemnity Insurance Company*

**FILED**
DISTRICT COURT OF GUAM

JUN 3 0 2008 R.D.

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC., dba AMBYTH TRUCKING, <br><br> Defendants. | CIVIL CASE NO. CV06-00017 <br><br> **STIPULATION TO REMOVE PRETRIAL CONFERENCE FROM CALENDAR** |

The parties stipulate to the continuance of the June 26, 2008 status conference for reason that case has been settled. The parties are continuing to work to resolve differences relating to the settlement documents, and request an additional ten (10) days to finalize the documentation.

MAHER • YANZA • FLYNN •
TIMBLIN, LLP

Date: June 30 2008        By: _____
                                MICHAEL D. FLYNN, JR.
                                *Attorneys for Plaintiff*

ORIGINAL

|                        | CIVILLE & TANG, PLLC                                                                              |
|------------------------|---------------------------------------------------------------------------------------------------|
| Date: June 30, 2008    | By: *[signature]*  <br>G. PATRICK CIVILLE  <br>*Attorneys for Defendant*  <br>*Pacific Indemnity Insurance Company* |

CARLSMITH BALL LLP

Date: June 30, 2008     By: *[signature]* for
DAVID LEDGER
*Attorneys for Defendant*
*Ambyth Shipping and Trading, Inc.,*
*dba Ambyth Trucking*

TEKER TORRES & TEKER, P.C.

Date: June 30, 2008     By: *[signature]*
JOSEPH C. RAZZANO
*Attorneys for Third-Party Defendant*
*Cassidy's Associated Insurers, Inc.*