DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | CIVIL CASE NO. 06-00017 |
| Plaintiff, | |
| vs. | |
| PACIFIC INDEMNITY INSURANCE COMPANY and AMBYTH SHIPPING AND TRADING, INC., dba AMBYTH TRUCKING, | **ORDER** |
| Defendants. | |

At the request of the parties and for good cause shown, the status conference previously scheduled for June 26, 2008, is hereby continued to July 25, 2008, at 10:00 a.m.

IT IS SO ORDERED this 3rd day of July 2008 *nunc pro tunc* to June 26, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**